# 08 CV 2778

CLOSED, STAY-CASE, STD

## U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:07-cv-01203-PGR

PlayShare, PLC et al v. Societe Des Bains De Mer Et Du
Cercle Etrangers A Monaco
Assigned to: Judge Paul G Rosenblatt
Cause: 28:2201 Declaratory Judgement

Date Filed: 06/19/2007
Date Terminated: 02/25/2008
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

### Plaintiff

**PlayShare, PLC**
*a UK corporation*



represented by **Cynthia Dawn Beck**
Schmeiser Olsen & Watts LLP
18 E University Dr
Ste 101
Mesa, AZ 85201
480-655-0073
Fax: 480-655-9536
Email: cbeck@iplawusa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Lucan Toh**
*an individual*

represented by **Cynthia Dawn Beck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Max Wright**
*an individual*

represented by **Cynthia Dawn Beck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Societe Des Bains De Mer Et Du
Cercle Etrangers A Monaco**
*a foreign corporation*

represented by **John C West**
Jennings Strouss & Salmon PLC
201 E Washington
Ste 1100
Phoenix, AZ 85004-2385
602-262-5900
Fax: 602-495-2663

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2007 | 1 | COMPLAINT. Filing fee received: $ 350.00, receipt number 1295847, filed by PlayShare, PLC, Lucan Toh, Max Wright.(Beck, Cynthia) (Entered: 06/19/2007) |
| 06/19/2007 | 2 | Corporate Disclosure Statement by PlayShare, PLC. (Beck, Cynthia) (Entered: 06/19/2007) |
| 06/19/2007 | 3 | Additional Attachments to Main Document re 1 Complaint *Civil Cover Sheet* by Plaintiffs PlayShare, PLC, Lucan Toh, Max Wright. (Beck, Cynthia) (Entered: 06/19/2007) |
| 06/19/2007 | | This case has been assigned to the Honorable Paul G. Rosenblatt. All future pleadings or documents should bear the correct case number: CIV-07-1203-PHX-PGR. (entered by HLA) (Entered: 06/20/2007) |
| 06/26/2007 | 4 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Cynthia Dawn Beck. Description of deficiency: The following required documents were not attached: summonses. (HLA) (Entered: 06/26/2007) |
| 06/26/2007 | 5 | Additional Attachments to Main Document re 1 Complaint *Civil Summons* by Plaintiffs PlayShare, PLC, Lucan Toh, Max Wright. (Beck, Cynthia) (Entered: 06/26/2007) |
| 06/27/2007 | 6 | Additional Attachments to Main Document re 1 Complaint *Summons in a Civil Case* by Plaintiffs PlayShare, PLC, Lucan Toh, Max Wright. (Beck, Cynthia) (Entered: 06/27/2007) |
| 06/28/2007 | 7 | Summons Issued as to Societe Des Bains De Mer Et Du Cercle Etrangers A Monaco.(Attachments: # 1 Magistrate Consent Form)(HLA) *** IMPORTANT: You must select "Document and stamps" or "Document and comments" on the print screen in order for the court seal to appear on the summons you print. (Entered: 06/28/2007) |
| 07/18/2007 | 8 | First MOTION to Change Venue/Transfer Case to United States District Court for the Southern District of New York by Societe Des Bains De Mer Et Du Cercle Etrangers A Monaco. (Attachments: # 1 Exhibit Declaration of Bernard Lambert# 2 Exhibit A to Lambert Declaration# 3 Exhibit B-1 to Lambert Declaration# 4 Exhibit B-2 to Lambert Declaration# 5 Exhibit B-3 to Lambert Declaration# 6 Exhibit B-4 to Lambert Declaration# 7 Exhibit B-5 to Lambert Declaration# 8 Exhibit C-1 to Lambert Declaration# 9 Exhibit C-2 to Lambert Declaration# 10 Exhibit C-3 to Lambert Declaration# 11 Exhibit C-4 to Lambert Declaration# 12 Exhibit C-5 to Lambert Declaration# 13 Exhibit D to Lambert Declaration# 14 Exhibit Declaration of Matthew James Dick# 15 Exhibit 1-9 to Dick Declaration)(West, John) (Entered: 07/18/2007) |
| 08/01/2007 | 9 | MOTION to Stay re Motion *Defendant's Motion to Transfer or, In the Alternative, to Dismiss* by PlayShare, PLC, Lucan Toh, Max Wright. (Beck, |

| | | |
|---|---|---|
| | | Cynthia) (Entered: 08/01/2007) |
| 08/01/2007 | 10 | MEMORANDUM re: Memorandum re 9 MOTION to Stay re Motion *Defendant's Motion to Transfer or, In the Alternative, to Dismiss* by Plaintiffs PlayShare, PLC, Lucan Toh, Max Wright. (Attachments: # 1 Exhibit 1 Part 1# 2 Exhibit 1 Part 2# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4)(Beck, Cynthia) (Entered: 08/01/2007) |
| 08/13/2007 | 11 | RESPONSE to Motion re 9 MOTION to Stay re Motion *Defendant's Motion to Transfer or, In the Alternative, to Dismiss* filed by Societe Des Bains De Mer Et Du Cercle Etrangers A Monaco. (Attachments: # 1 Text of Proposed Order Order to Stay SBM's Motion to Transfer Or, In the Alternative, Motion to Dismiss)(West, John) (Entered: 08/13/2007) |
| 09/25/2007 | 12 | STIPULATION *Re Pretrial Discovery* by Societe Des Bains De Mer Et Du Cercle Etrangers A Monaco. (Attachments: # 1 Text of Proposed Order Re Pretrial Discovery)(West, John) (Entered: 09/25/2007) |
| 10/11/2007 | 13 | ORDER - IT IS ORDERED that the plas 9 Motion to Stay Defendant's Motion to Transfer or, in the Alternative, to Dismiss is granted to the extent that this action is stayed in its entirety pending the resolution of the plas pending motion to dismiss filed in the United States District Court for the Southern District of New York. FURTHER ORDERED that the dfts 8 Motion to Transfer or, in the Alternative, to Dismiss is deemed withdrawn without prejudice to being reinstated upon motion if necessary after the resolution of the plas pending motion to dismiss filed in the United States District Court for the Southern District of New York. FURTHER ORDERED that the parties' 12 Stipulation re Pretrial Discovery is accepted. FURTHER ORDERED that the parties shall file a status report with the Court no later than fifteen days after the resolution of the plas pending motion to dismiss, filed in the United States District Court for the Southern District of New York, setting forth the decision of the New York court and the impact of that decision on this action. Signed by Judge Paul G Rosenblatt on 10/11/07. (SAT) (Entered: 10/11/2007) |
| 02/21/2008 | 14 | STATUS REPORT by Societe Des Bains De Mer Et Du Cercle Etrangers A Monaco. (West, John) (Entered: 02/21/2008) |
| 02/21/2008 | 15 | STIPULATION by Societe Des Bains De Mer Et Du Cercle Etrangers A Monaco. (Attachments: # 1 Text of Proposed Order)(West, John) (Entered: 02/21/2008) |
| 02/25/2008 | 16 | ORDER OF TRANSFER that the parties' Stipulation 15 is accepted and this action is transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a). Signed by Judge Paul G Rosenblatt on 2/25/08. (KMG) (Entered: 02/25/2008) |
| 03/11/2008 | 17 | Miscellaneous Document: Transfer Letter from U.S. District Court, District of Arizona to U.S. District Court, Southern District of New York along with certified copies of transfer order and docket sheet. (KMG) (Entered: 03/11/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/11/2008 12:02:33 | | |
| **PACER Login:** us4935 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:07-cv-01203-PGR |
| **Billable Pages:** 2 | **Cost:** | 0.16 |

hereby ⸻ and certify on ___3/11/08___
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my cus-
tody.
    CLERK, U.S. DISTRICT COURT
        DISTRICT OF ARIZONA
By _Kathleen W. Geleele_ Deputy

Cynthia Dawn Beck - #022345
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Telephone: (480) 655-0073

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PLAYSHARE PLC, a UK corporation, LUCAN TOH, an individual; and MAX WRIGHT, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO, a foreign corporation,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

Plaintiffs, by and through undersigned counsel, bring this Complaint against Defendant Societe Des Bains De Mer Et Du Cercle Des Etrangers A Monaco ("SBM") alleges as follows:

**INTRODUCTION**

1.     This action is requesting a declaration that Plaintiffs are entitled to the use of the disputed domain names listed below and that there has been no infringement of U.S. Trademark Registration Number 3,031,006 (hereinafter, the "'006" Mark, attached hereto as Exhibit A) and no infringement of the unregistered mark "CASINO DE

MONTE-CARLO" (hereinafter "CDM Mark", collectively the "Marks") owned by

Defendant SBM, and that the Marks are invalid and/or unenforceable.  This action

arises under the Declaratory Judgment Act, 28 United States Code §§ 2201 and 2202;

the Anticybersquatting Consumer Protection Act, 15 United States Code § 1114 and 28

United States Code § 1331 (hereinafter "ACPA"; the trademark laws of the United

States Title 15 USC § 1051, *et seq*.; and the Uniform Dispute Resolution Policy

paragraph 4(K) (hereinafter "Policy").

casinograndmonaco.com
casinograndmonaco.net
casinograndmonaco.org
deutschesgrandmonaco.com
grandmonacoayda.com
grandmonacoayuda.com
grandmonacobingo.com
grandmonacobingo.net
grandmonacocasinoclub.com
grandmonacocasinoclub.net
grandmonacocasinoclub.org
grand-monaco-casino.com
grandmonacocasino.com
grandmonacocasino.net
grandmonacocasino.org
grandmonacoclub.com
grand-monaco.com
grandmonaco.com
grandmonacocraps.com
grandmonacogames.com
grandmonacogames.net
grandmonacogaming.com
grandmonacogaming.net
grandmonacohosts.com
grandmonacohosts.com
grandmonacolottery.com
grandmonacolottery.net
grandmonacolotto.com
grandmonacolounge.com

grandmonacomahjong.com
grandmonacomillions.com
grandmonacomillions.net
grandmonacomillions.org
grandmonaco.net
grandmonaconews.com
grandmonaconlinecasino.com
grandmonaconlinegaming.com
grandmonaconlinepoker.com
grandmonaco.org
grandmonacopartners.com
grandmonacoplayersclub.net
grandmonacopokerclub.com
grandmonacopokerclub.net
grandmonacopokerclub.org
grand-monaco-poker.com
grandmonacopoker.com
grandmonacopoker.net
grandmonacopoker.org
grandmonacopromotions.com
grandmonacoracebook.com
grandmonacoracebook.net
grandmonacoracebook.org
grandmonacorewards.com
grandmonacoskillgames.com
grandmonacoskillgames.net
grandmonacoslots.com
grandmonacosportsbook.com
grandmonacosportsbook.net
grandmonacosports.com
grandmonacosports.net
grandmonacostore.com
grandmonacosupport.com
grandmonacovideopoker.com

(Hereinafter collectively "Subject Domain Names".)

**THE PARTIES**

2.    Plaintiff Lucan Toh is a foreign national residing in the United Arab Emirates.

– 3 –

3.     Plaintiff Max Wright is a foreign national residing in the United Kingdom

4.     Plaintiff PlayShare PLC is a foreign corporation organized under the laws of the United Kingdom.

5.     Upon information and belief, Defendant SBM is a foreign corporation organized under the laws of the Principality of Monaco.

6.     Plaintiffs Lucan Toh or Max Wright own/owned and have registered the Subject Domain Names with GoDaddy.com, Inc on behalf of PlayShare PLC.  Plaintiff PlayShare PLC, acquired the rights in the Subject Domain Names from the individual registrants effective November 1, 2006.  Plaintiff Lucan Toh resigned as a director of Playshare PLC in November 2006 and commenced the process of transferring all domain names to Plaintiff Max Wright.

7.     Plaintiffs Max Wright and Playshare PLC  offer online gambling services.

8.     Upon information and belief, Defendant operates a casino under the name "CASINO DE MONTE-CARLO."  Defendant owns the registration of the '006 Mark and claims ownership of the unregistered mark CDM Mark.

10.     GoDaddy.com, Inc. is an Arizona corporation in good standing, with a principal place of business located at 14455 North Hayden Road, #219, Scottsdale, Arizona 85260.  GoDaddy.com, Inc. is an Internet Corporation for Assigned Names and Numbers (hereinafter "ICANN") accredited Registrar.

**JURISDICTION AND VENUE**

11.     Jurisdiction of this Court arises under the Federal Declaratory Judgments Act, Title 28, United States Code, Sections 2201 and 2202; the ACPA, 15 United States

Code § 1114 and 28 United States Code § 1331; Title 28, United States Code, Section 1338(a) and 15 United States Code, Section 1121.

12.    Venue properly lies in this district pursuant to 28 U.S.C. §§ 1391(b).

### BACKGROUND

13.    On or between October 23, 2004 and October 23, 2006, Plaintiffs Lucan Toh and Max Wright acquired the Subject Domain Name registrations on behalf of PlayShare PLC and its predecessors.

14.    On February 20, 2007, Defendant filed an action with the World Intellectual Property Organization (hereinafter "WIPO") Arbitration and Mediation Center alleging that the Subject Domain Names are all confusingly similar to its Marks.

15.    A WIPO panel ruled against Plaintiffs PlayShare PLC, Lucan Toh and Max Wright and ordered that all of the Subject Domain Names be transferred to SBM.

### <u>COUNT I</u>

### <u>DECLARATORY JUDGMENT THAT PLAINTIFFS' USE OF THE SUBJECT DOMAIN NAMES IS IN COMPLIANCE WITH THE ACPA</u>

16.    Plaintiffs incorporate each of the statements and allegations set forth in paragraphs 1-15 above as if fully set forth herein.

17.    SBM's attempt to acquire the Subject Domain Names constitutes Reverse Domain Name Hijacking under the ACPA for the following reasons:

(a)    Plaintiffs are the registrants of the Subject Domain Names.

(b)    Plaintiffs' domain names were ordered transferred pursuant to the WIPO arbitration proceeding to SBM.

(c)    SBM has notice of the claim concurrent herewith.

(d)    Plaintiffs' use of the Subject Domain Names is not unlawful, as the Subject Domain Names are not confusingly similar to the Marks and the use of the Subject Domain Names is not in bad faith.

18.    Plaintiffs are entitled to a declaration that their use of the Subject Domain Names is in compliance with the ACPA.

## COUNT II

### DECLARATORY JUDGMENT OF INVALIDITY AND UNENFORCEABILITY OF THE '006 MARK AND NON-INFRINGEMENT

20.    Plaintiffs incorporate each of the statements and allegations set forth in paragraphs 1-19 above as if fully set forth herein.

21.    The '006 Mark is invalid, unenforceable, and void or that Plaintiffs' use of the Subject Domain Names does not infringe the '006 Mark, for one or more of the following reasons:

(a)    The '006 Mark is invalid due to repeated fraud on the United States Patent and Trademark Office (hereinafter "USPTO") without which the trademark registration would not have issued.

(b)    The '006 Mark is invalid due to repeated misuse of the trademark through Defendant's repeated attempts to enforce a trademark that it knows to be invalid due to fraud on the United States Trademark Office.

(c)    The '006 Mark is invalid due to SBM's failure to disclaim the geographically descriptive term "MONACO" apart from its use within the '006 Mark as a whole.

(d)    The '006 Mark is invalid due to SBM's failure to use the mark in commerce as defined under the trademark laws of the United States.

(e)    The Subject Domain Names do not infringe the Mark as the Subject Domain Names are not confusingly similar to the '006 Mark.

(f)    The Subject Domain Names do not infringe the '006 Mark as the Subject Domain Names and the Mark are not used in conjunction with similar services or products.

(g)    Defendant's fraud on the USPTO and/or failure to use the '006 Mark in commerce renders it unenforceable.

22.    Because the '006 Mark is invalid and/or unenforceable, the Plaintiffs are entitled to use of the Subject Domain Names.

23.    Because the Subject Domain Names do not infringe the '006 Mark, the Plaintiffs are entitled to use of the Subject Domain Names.

## COUNT III

### DECLARATORY JUDGMENT OF UNENFORCEABILITY OF THE CDM MARK AND NON-INFRINGEMENT

24.    Plaintiffs incorporate each of the statements and allegations set forth in paragraphs 1-23 above as if fully set forth herein.

25.     The CDM Mark is unenforceable in the United States because SBM does not use the CDM Mark in commerce as required under 15 USC §§ 1051, 1127.

26.     Even if SBM could show "use in commerce", the Subject Domain Names do not infringe the Mark as the Subject Domain Names are not confusingly similar to the CDM Mark.

27.     Even if SBM could show "use in commerce", the Subject Domain Names do not infringe the CDM Mark as the Subject Domain Names and the Mark are not used in conjunction with similar services or products.

28.     Because the CDM Mark is unenforceable, the Plaintiffs are entitled to use of the Subject Domain Names.

29.     Because the Subject Domain Names do not infringe the CDM Mark, the Plaintiffs are entitled to use of the Subject Domain Names.

**WHEREFORE**, Plaintiffs pray for the following relief:

(a)     Entry of judgment that said Defendant is without right or authority to threaten or to maintain suit against Plaintiffs for alleged infringement of the Marks.

(b)     Entry of judgment that Plaintiffs' use of the Subject Domain Names is in compliance with the ACPA.

(c)     Entry of judgment that the '006 Mark is invalid, unenforceable, and void in law; and that said Mark is not infringed by Plaintiffs because of the making, selling, or using of the Subject Domain Names.

(d)    Entry of judgment that the CDM Mark is unenforceable and that said Mark is not infringed by Plaintiffs because of the making, selling, or using of the Subject Domain Names.

(e)    Entry of judgment that the Plaintiffs are entitled to the use of the Subject Domain Names and for suspension of the WIPO Judgment ordering transfer of the domain names to SBM.

(f)    Entry of judgment for Plaintiffs' costs and reasonable attorney fees incurred herein.

(g)    For such other and further relief as the Court may deem appropriate.

SCHMEISER, OLSEN & WATTS LLP

By:

___/s/_____

CYNTHIA D. BECK
Attorney for Plaintiffs

1  Cynthia Dawn Beck - #022345
2  SCHMEISER, OLSEN & WATTS, LLP
   18 E. University Drive, Suite 101
3  Mesa, Arizona 85201
   Telephone: (480) 655-0073
4
   Attorney for Plaintiffs
5
6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF ARIZONA

8  LUCAN TOH, an individual; MAX
   WRIGHT, an individual; and
9  PLAYSHARE PLC, a foreign              Case No.
   corporation,
10                                        **CORPORATE DISCLOSURE
                                              STATEMENT**
11             Plaintiffs,

12        vs.

13 SOCIETE DES BAINS DE MER ET
   DU CERCLE DES ETRANGERS A
14 MONACO, a foreign corporation,

15             Defendant.

16

17

18         This Corporate Disclosure Statement is filed on behalf of PlayShare PLC, in

19 compliance with Rule 7.1, Federal Rules of Civil Procedure.  PlayShare PLC is a

20 nongovernmental company under the laws of the United Kingdom and is a party to this

21 action.  There is no parent corporation of PlayShare.com, PLC, nor does any publicly

22 held corporation own 10% or more of its stock.

23

24

25

                              – 1 –

1

2       SCHMEISER, OLSEN & WATTS LLP

3       By:

4

5       __/s/_____

6       CYNTHIA D. BECK
        Attorney for Plaintiffs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

🖎JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PLAYSHARE, PLC, A UK CORPORATION; LUCAN TOH, A FOREIGN INDIVIDUAL; MAX WRIGHT, A FOREIGN INDIVIDUAL

## DEFENDANTS
SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO, A FOREIGN CORPORATION

(b) County of Residence of First Listed Plaintiff    N/A - foreign plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Schmeiser, Olsen & Watts, LLP
18 East University Drive, Suite 101
Mesa, Arizona 85201    (480) 655-0073

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Sec. 2201, 2202; 15 USC Sec. 1051, 1114

Brief description of cause:
Declaratory Judgment of Plaintiffs' entitlement to use disputed Internet domain names.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE
06/19/2007

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.       **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.      **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.      **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.      **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.      **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**        Example:        U.S. Civil Statute: 47 USC 553
                                              Brief Description: Unauthorized reception of cable service

VII.      **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.      **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**PlayShare, PLC, et al**
PLAINTIFF(S)

v.

**Societe Des Bains De Mer Et Du Cercle
Etrangers A Monaco, et al**
DEFENDANT(S)

CASE NO.  **CIV-07-1203-PHX-PGR**

NOTICE TO FILER OF DEFICIENCIES IN
ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF
Administrative Policies and Procedures Manual of this Court, the following deficiency has been found
with the electronically filed document, _Complaint #1_  filed by _Cynthia Dawn Beck_:

&#9746;   The following required documents were not attached: summonses.

**ACTION REQUIRED BY THE FILER**

&#9746;   The deficiency must be corrected within one (1) business day of this notice.
&#9746;   File the documents using the event Other Notices found in the Notices category.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      ARIZONA

PLAYSHARE PLC, a UK corporation,
LUCAN TOH, an individual; and
MAX WRIGHT, an individual

**SUMMONS IN A CIVIL CASE**

V.

SOCIETE DES BAINS DE MER ET
DU CERCLE DES ETRANGERS A
MONACO, a foreign corporation.

CASE NO: 2:07-CV-1203

TO: (Name and address of Defendant)

SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO
Principality of Monaco

      **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cynthia Dawn Beck
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (*PRINT*) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served: _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

**G**  Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ ARIZONA _____

PLAYSHARE PLC, a UK corporation,
LUCAN TOH, an individual; and
MAX WRIGHT, an individual

**SUMMONS IN A CIVIL CASE**

V.

CASE NO: 2:07-CV-1203

SOCIETE DES BAINS DE MER ET
DU CERCLE DES ETRANGERS A
MONACO, a foreign corporation.

TO: (Name and address of Defendant)

SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO
Principality of Monaco

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cynthia Dawn Beck
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| | TITLE |
|---|---|
| NAME OF SERVER (*PRINT*) | |

*Check one box below to indicate appropriate method of service*

**G**   Served personally upon the defendant.  Place where served: _____

_____

**G**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**   Returned unexecuted: _____

_____

_____

**G**   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                           *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of            ARIZONA

PLAYSHARE PLC, a UK corporation,
LUCAN TOH, an individual; and
MAX WRIGHT, an individual

**SUMMONS IN A CIVIL CASE**

V.

CASE NO: 2:07-CV-1203

SOCIETE DES BAINS DE MER ET
DU CERCLE DES ETRANGERS A
MONACO, a foreign corporation.

TO: (Name and address of Defendant)

SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO
Principality of Monaco

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cynthia Dawn Beck
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201

an answer to the complaint which is served on you with this summons, within          20          days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

7:53 am, Jun 28, 2007
s/Richard H. Weare,Clerk

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
               Date                     *Signature of Server*

                     _____
                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge

# (For Use In Civil Cases With District Judge as Presider)

## UNITED STATES DISTRICT COURT

_____ District of _____

|  |  |
|---|---|
| Plaintiff | NOTICE, CONSENT, AND ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |
| v. |  |
|  | Case Number: |
| Defendant |  |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636© and Fed.R.Civ.P.73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636© and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ORDER OF ASSIGNMENT

IT IS HEREBY ORDERED that this case be assigned to _____ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties. All further documents filed with the court are to carry the following case number _____.

_____    _____
Date                                        United States District Judge

**NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**

<div align="center">

John C. West - 007233
jwest@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
The Collier Center, 11<sup>th</sup> Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911

</div>

Attorneys for Defendant

<div align="center">

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

</div>

| | |
|---|---|
| PLAYSHARE PLC, LUCAN TOH, MAX WRIGHT, | No. 2:07-CV-01203-PGR |
| Plaintiffs, | **SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO'S MOTION TO TRANSFER OR, IN THE ALTERNATIVE, TO DISMISS** |
| vs. | |
| SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO, | |
| Defendant. | (Oral Argument Requested) |

Société des Bains de Mer et du Cercle des Etrangers à Monaco ("SBM") moves

for an order transferring this proceeding to the United States District Court for the

Southern District of New York pursuant to 28 U.S.C. § 1404(a) and the "first-to-file"

rule.  Alternatively, SBM moves for an order: (1) dismissing Counts II and III of the

Complaint pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P." or "Rule")

12(b)(2); (2) dismissing Plaintiffs' claim for declaratory judgment of invalidity and

unenforceability of SBM's registration for the CASINO DE MONACO trademark set

forth in Count II of the Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6); and (3)

dismissing Plaintiffs' claim for declaratory judgment of unenforceability of SBM's

CASINO DE MONTE-CARLO trademark set forth in Count III of the Complaint

3081324v1(99999.8)

1  pursuant to Fed. R. Civ. P. 12(b)(6).  This Motion is supported by the following

2  Memorandum of Points and Authorities and the Declarations of Bernard Lambert and

3

4  Matthew James Dick.

5  ## MEMORANDUM OF POINTS AND AUTHORITIES

6           The same parties to this action are already embroiled in an earlier filed action

7  brought by the natural plaintiff SBM in the Southern District of New York (the "New

8

9  York Action").  Both the New York Action and the instant proceeding attempt to

10 resolve the same question: whether "Plaintiffs" here (the natural Defendants) have

11 unfairly traded upon the goodwill of SBM, embodied in its CASINO DE MONACO and

12 CASINO DE MONTE-CARLO trademarks for casino-related services and goods, by

13

14 using the designations "Monaco Casino" and "Monaco" in connection with online

15 casino gambling services.  This Court should therefore transfer this action to the

16 Southern District of New York so that these identical claims can be heard together.

17          Alternatively, SBM moves to dismiss (1) Counts II and III of the Complaint for

18 failure to allege a basis for personal jurisdiction over SBM, and (2) Plaintiffs' claims for

19

20 declaratory judgment of invalidity and unenforceability of SBM's trademarks set forth

21 in Counts II and III because Plaintiffs have failed to plead fraud with particularity or

22 state a claim upon which relief can be granted.

23 ## FACTUAL BACKGROUND

24          SBM, a société anonyme organized and existing under the laws of the

25

26 Principauté of Monaco, is the founder and manager of five Monaco-based casinos,

2

including the Casino de Monte-Carlo, which has been in operation since April 2, 1863. (Declaration of Bernard Lambert ("Lambert Decl."), dated July 17, 2007, ¶ 2.)  Under express decree from the authorities of the Principauté of Monaco, SBM is the sole company that can organize games and gambling in Monaco.  (*Id.*)  SBM actively promotes its five Monaco-based casinos, particularly the Casino de Monte-Carlo, throughout the world and in the United States ("U.S.").  (*Id.* ¶ 3.)  SBM owns U.S. Trademark Registration No. 3,031,006, registered December 20, 2005, for the mark CASINO DE MONACO in connection with casino-related services and goods.  (*Id.* at ¶ 5.)  SBM's application for its CASINO DE MONTE-CARLO mark, Serial No. 76/479,351, is currently pending in the United States Patent & Trademark Office ("USPTO").  (*Id.*)  In addition, SBM owns over one hundred and fifty domain names incorporating its trademarks that it uses to promote its gaming and casino-related goods and services.[1]  (*Id.*)  As a result of SBM's longstanding and extensive advertising, the terms "Monaco" and "Monte Carlo" embody a tremendous amount of goodwill and equity for SBM when used in connection with gaming services.  (*Id.* ¶ 6.)

Many of SBM's marketing and promotional activities are conducted out of, coordinated by, or documented by records maintained in SBM's New York City office. (*Id.* ¶ 3.)  SBM has maintained this office in conjunction with the Monaco tourism office for over twenty years for the purpose of promoting and advertising SBM's

---

[1]    These domain names include, among others, <monaco-grand-casino.com>, <casinosdemonaco.com>, <livemonacocasino.com>, <monacogoldcasino.fr>, <monaco-casinos.com>, <monaco-casinos.net>, <monacobestcasino.com>, <casinosmonaco.com>, <casinomonacopoker.com>, <casinomontecarlo.com>, and <casino-monte-carlo.com>.  (Lambert Decl. ¶ 5.)

3081324v1(99999.8)

1  Monaco-based casinos. (*Id.*) SBM promotes its casinos to U.S. consumers through its

2  New York office by participating in trade shows, arranging for advertising through the

3  print and broadcast media, charity partnerships and other charitable activity, direct mail

4  and telephone marketing, and group and individual sales activity. (*Id.* ¶ 4.) Hundreds

5

6  of brochures advertising SBM's Monaco-based casinos are mailed to clients throughout

7  the U.S. from SBM's New York office every year. (*Id.*) The New York office also

8  functions as an international sales office for SBM, through which consumers are able to

9

10  book reservations for travel to Monaco and make arrangements for use of SBM's

11  Monaco-based casinos. (*Id.* ¶ 3.)

12      PlayShare PLC ("PlayShare") alleges that it is a corporation organized under

13  the laws of the United Kingdom. (Complaint, filed June 19, 2007[2] ("Complaint"), ¶ 4.)

14  Plaintiffs Lucan Toh ("Toh") and Max Wright ("Wright," and together with PlayShare

15  and Toh, "Plaintiffs") claim to be foreign nationals, residing in the United Arab

16

17  Emirates and the United Kingdom, respectively. (*Id.* ¶¶ 2-3.) Plaintiffs claim to own

18  and operate the Grand Monaco Casino, an online gambling website. (*Id.* ¶¶ 6-7;

19  Lambert Decl., Ex. C ("SBM Amended Complaint") ¶¶ 2, 28, 30-31.) In connection

20  with the operation of this website, Plaintiffs have registered and are using at least sixty-

21

22  six domain names incorporating the terms "Monaco Casino" or "Monaco" (the

23  "Monaco Domain Names"). (Complaint ¶ 1; SBM Amended Complaint ¶¶ 2, 32.)

24  Plaintiffs' websites prominently feature the GRAND MONACO CASINO and GRAND

25

26

---

[2]      Plaintiffs' Complaint is not dated.

4

1    MONACO designations, undoubtedly to trade off of the tremendous goodwill and brand

2    name equity associated with SBM's Monaco-based casinos. (SBM Amended

3    Complaint ¶¶ 2, 34.)

4

5        On March 21, 2007, SBM initiated a proceeding against Toh and Wright with

6    the World Intellectual Property Organization ("WIPO") for the transfer of the Monaco

7    Domain Names. (Lambert Decl. ¶ 7, Ex. B.) On June 6, 2007, SBM filed suit in the

8    Southern District of New York alleging unfair competition, trademark infringement,

9    cybersquatting, and analogous state and common law claims. (*Id.* ¶ 8; SBM Amended

10   Complaint ¶ 13.) The New York Action and this proceeding comprise just one aspect of

11

12   a global dispute between SBM and Plaintiffs.[3]

13       WIPO issued a decision on June 11, 2007 in favor of SBM, ordering that the

14   Monaco Domain Names be transferred to it. (Lambert Decl. ¶ 9, Ex. D; Complaint ¶

15

16   15.) Notwithstanding the pendency of the New York Action in which the same issues

17   are raised, Plaintiffs instituted the instant action for declaratory judgment.[4] SBM has

18   not yet been served in connection with this proceeding. Meanwhile, Plaintiffs have

19   appeared in the New York Action (along with the other New York Action Defendants)

20   and have been ordered by the Court on consent to file an Answer on or before July 23,

21

22   2007.

23   _____

24   [3]    In an effort to put an end to the irreparable harm that Plaintiffs are causing to
       SBM's brand equity on a worldwide scale, SBM has also filed similar proceedings in
25   the United Kingdom and France. (Lambert Decl.¶ 8; Declaration of Matthew James
       Dick ("Dick Decl."), dated July 13, 2007, ¶ 5.)
26   [4]    Not only were Plaintiffs keenly aware of the existence of the New York
       Action prior to filing this suit, but Wright actively sought to evade service. (Dick
       Decl. ¶¶ 6-7, 10, 12, 13, 16.)

1  This motion to transfer should be granted because (1) this action is virtually

2  identical to the prior pending New York Action; (2) this forum is inconvenient for all

3

4  parties involved; (3) there is virtually no connection between this forum and any parties

5  or causes of action alleged in Plaintiffs' Complaint; and (4) the interests of justice would

6  be best served by trying the matter in New York.  In the alternative, SBM moves to

7  dismiss Counts II and III of the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), as

8

9  Plaintiffs fail to establish that SBM is subject to personal jurisdiction of this Court.

10  SBM further moves to dismiss Plaintiffs' claim for declaratory judgment of invalidity

11  and unenforceability of SBM's CASINO DE MONACO trademark registration set forth

12  in Count II of the Complaint under Rules 9(b) and 12(b)(6), as Plaintiffs have failed to

13  plead fraud claim with particularity or state a claim upon which relief may be granted.

14

15  Finally, SBM moves to dismiss Plaintiffs' claim for declaratory judgment of

16  unenforceability of SBM's CASINO DE MONTE-CARLO trademark set forth in Count

17  III of the Complaint under Rule 12(b)(6) for failure to state a claim upon which relief

18  can be granted.

19

20  **ARGUMENT**

21  I.   **THIS PROCEEDING SHOULD BE TRANSFERRED TO NEW YORK**
     **PURSUANT TO 28 U.S.C. § 1404(a) AND THE FIRST-TO-FILE RULE**

22

23   A.   **This Proceeding Should Be Transferred To New York Pursuant To 28**
        **U.S.C. § 1404(a)**

24   As this court is undoubtedly aware, pursuant to 28 U.S.C. § 1404(a), "[f]or the

25  convenience of parties and witnesses, in the interest of justice, a district court may

26  transfer any civil action to any other district or division where it might have been

6

1   brought." Moreover, the decision to transfer is committed to the court's discretion and

2   is made according to an "individualized, case-by-case consideration of convenience and

3   fairness." *Forever Living Prods. U.S. Inc. v. Geyman*, 471 F. Supp. 2d 980, 983 (D.

4

5   Ariz. 2006) (quoting *Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988)).

6       Section 1404(a) imposes two conditions for transfer: (1) that the suit might have

7   been brought in the transferee district; and (2) that the transfer is for the convenience of

8   the parties and witnesses and is in the interest of justice. 28 U.S.C. § 1404(a); *see Van*

9
   *Dusen v. Barrack*, 376 U.S. 612, 616, 625-26 (1964); *Amazon.com*
10
   *v. Cendant Corp.*, 404 F. Supp. 2d 1256, 1259 (W.D. Wash. 2005). These conditions
11
12  are easily satisfied here.[5]

13

14       1.   Plaintiffs Might Have Brought This Proceeding In New York

15       Although not expressly stated in their Complaint, Plaintiffs presumably filed

16  suit in the District of Arizona in accordance with the mutual jurisdiction provision of the

17  Uniform Domain Dispute Resolution Policy ("UDRP") in connection with the WIPO

18
   proceeding discussed above.[6]  However, this suit could have been filed in the Southern
19

20  _____

21  [5]    As the moving party, SBM carries the burden of establishing that these
    requirements have been met. *Chodock v. Am. Econ. Ins. Co.*, No. Civ.-05-1263-
22  PHXROS, 2005 WL 2994451, at *1 (D. Ariz. Nov. 7, 2005).

23  [6]    As required by Paragraph 3(b)(xiii) of the Rules for the UDRP, SBM stated
    that it would submit "to the jurisdiction of the courts of the United States of America,
24  where the Registrar is located" with respect to any challenges raised by Toh and
    Wright following the Administrative Panel's decision to transfer or cancel the
25  Monaco Domain Names. (Lambert Decl., Ex. B, at 27, ¶ VIII.) Although Toh's and
    Wright's Registrar is located in Scottsdale, Arizona, (Complaint ¶¶ 6, 10), Plaintiffs
26  are not precluded from challenging the WIPO decision in a jurisdiction other than
    Arizona. *See Storey v. Cello Holdings, L.L.C.*, 347 F.3d 370, 380 (2d Cir. 2003)
    (domain name registrant only required to file suit in mutual jurisdiction to which

                                       7

1   District of New York.  Based on SBM's activities within the State of New York

2   (Lambert Decl. ¶¶3-4), the Southern District of New York has personal jurisdiction over

3   SBM and is a proper venue.  28 U.S.C. §§ 1391(b)-(c); C.P.L.R. § 302.  Because the

4   New York Action brought by SBM was already underway, Plaintiffs obviously knew

5   they could have brought a counterclaim there.  The Southern District of New York

6   

7   would unquestionably have subject matter jurisdiction, as all federal courts have subject

8   matter jurisdiction over cases arising under the Lanham Act.  28 U.S.C. § 1338

9   (conferring federal question jurisdiction pursuant to 28 U.S.C. § 1331 to actions brought

10  under the Lanham Act); *see Storey*, 347 F.3d at 379; *Hawes v. Network Solutions, Inc.*,

11  337 F.3d 377, 382-83 (4th Cir. 2003).  Accordingly, the action clearly could have been

12  brought in the Southern District of New York.  *See, e.g., Have A Nice Life, Inc. v. Home

13  Box Office, Inc.*, No. C06-0601RSL, 2006 WL 1719923, at *1 n.1 (W.D. Wash. June 16,

14  

15  2006) (transferring suit filed in under UDRP's jurisdictional provision because

16  transferee court had personal and subject matter jurisdiction); *Chodock*, 2005 WL

17  2994451, at *2 (same).

18  

19              2.    <u>Transfer To New York Is Convenient To The Parties And</u>

20                    <u>Witnesses And In The Interest Of Justice</u>

21          The relevant factors weigh in favor of transfer to New York.  *See, e.g., Forever

22  Living Prods.*, 471 F. Supp. at 983 (listing factors considered on motion to transfer).

23  

---

24  complainant had submitted if it wishes to delay implementation of UDRP panel's
    decision); UDRP, Paragraph 4k, *available at* http://www.icann.org/udrp/udrp-policy-
25  24oct99.htm ("The mandatory administrative proceeding requirements set forth in
    Paragraph 4 shall not prevent either you or the complainant from submitting the
26  dispute to a court of competent jurisdiction for independent resolution before such
    mandatory administrative proceeding is commenced or after such proceeding is
    concluded.").

a.   *New York Is The More Convenient Forum*

New York is the more convenient forum for all parties and witnesses, access to sources of proof, and costs of litigation.  As none of the parties are located within the U.S., none will be inconvenienced by a transfer to New York.  In fact, New York is more convenient to all parties in terms of travel and time differences.  *See Have A Nice Life*, 2006 WL 1719923, at *1 (factoring time zone and ease of travel into convenience analysis).  The availability and frequency of international flights into New York City-area airports, coupled with shorter flight time, makes New York a more accessible forum, not to mention less costly to reach. (Lambert Decl. ¶ 12.)  The shorter time differences between Europe, the United Arab Emirates, and New York, as compared to Arizona, will facilitate conferences with counsel and the court, as well as personal appearances by all parties.  (*Id.* ¶13.)

In addition, evidence relating to SBM's use, promotion, and advertising of its trademarks in the U.S. is located in New York. (*Id.* ¶ 14.)  Transporting documentary evidence to Arizona will undoubtedly prove more burdensome, inconvenient, and costly to SBM than producing such materials in New York. *See Berry v. Potter*, No. CIV 04-2922 PHX RCB, 2006 WL 335841, *6 (D. Ariz. Feb. 10, 2006) (fact that location of documentary evidence was closer to Northern District of Ohio favored transfer).  Finally, little (if any) of Plaintiffs' documentary evidence is located in Arizona.  Given that Plaintiffs must transport their evidence overseas, the transport of such evidence to New York will be more convenient as compared to Arizona based on shorter travel and shipping distance.

9

                                 b.     *There Is Virtually No Connection Between The Parties Or Any Of The Causes Of Action And This Forum*

Apart from the mutual jurisdiction provision of the UDRP, there is no connection between Arizona and any of the parties or claims in this action. *See Have A Nice Life*, 2006 WL 1719923, at \*1 (noting mutual jurisdiction provision of UDRP provided only connection to forum where no parties, witnesses, or documentary evidence located within forum). Other than providing the address of its domain name registrar—which is entirely irrelevant to the convenience analysis, as GoDaddy.com Inc. is not a party to this action—Plaintiffs' Complaint does not contain a single fact or allegation to establish a connection between the parties or the causes of action alleged in the Complaint and Arizona.

In contrast, there *is* a connection between the parties and New York. Through its New York office, SBM promotes its casinos to consumers throughout the U.S. by participating in trade shows, advertising through the print and broadcast media, charity partnerships and participation, direct mail and telephone marketing, and sales to groups and individuals. (Lambert Decl. ¶ 4.) SBM also mails hundreds of promotional brochures from its New York office to U.S. clients each year. (*Id.*) Moreover, Plaintiffs have employed promotional campaigns targeting New York consumers. (SBM Amended Complaint ¶ 39.)

The lack of a connection between any of the parties or Plaintiffs' claims and this forum favors transfer.

1               c.    *Plaintiffs' Choice Of Forum Does Not Warrant Deference*

Plaintiffs are not entitled to deference for their choice of forum, as SBM is the natural Plaintiff in this dispute.  Indeed, Plaintiffs now seek declaratory judgment in an effort to overturn the adverse decision in the WIPO proceeding filed by SBM.  Rather than raising the claims asserted herein in response to SBM's Amended Complaint—as Plaintiffs are required to do in less than one week—Plaintiffs have instead opted to initiate their own proceeding before this Court.  A tactical decision such as this does not entitle PlayShare, Wright, and Toh to enjoy the choice of forum generally afforded to plaintiffs.  Even if Plaintiffs were afforded deference, Plaintiffs' choice of forum should not preclude transfer to New York where, as here, "the interests of justice and fairness so clearly require otherwise." *Forever Living Prods.*, 471 F. Supp. 2d at 985; *see also Berry*, 2006 WL 335841, at *4 (finding conveniences warranted transfer, notwithstanding deference afforded to plaintiff's choice of forum); *Forever Living Prods.*, 471 F. Supp. 2d at 985 ("The preference for honoring a Plaintiff's choice of forum is simply that—a preference.  It is not a right."); *Chodock*, 2005 WL 2994451, at *3 ("[L]ess deference [is given] to plaintiff's chosen venue when the plaintiff does not reside in the forum state or where the forum lacks a 'significant connection' to the activities alleged in the complaint.").

               d.    *Transferring This Proceeding To New York Is In The Interest Of Justice And Judicial Efficiency*

The pendency of a related action in the transferee forum is a significant, if not determinative, factor in evaluating the interest of justice. *Advanced Semiconductor Materials Am. Inc. v. Applied Materials Inc.*, 30 U.S.P.Q.2d 1553, 1554 (D. Ariz. 1993)

11

1 ("As a general rule, cases should be transferred to districts where related actions are

2 pending.") (internal quotations omitted). By filing their Complaint in the District of

3 Arizona, Plaintiffs essentially have asked this Court to hear a case that is already

4 pending in the Southern District of New York, which is precisely the scenario that 28

5 U.S.C. § 1404(a) was designed to avoid. *Van Dusen*, 376 U.S. at 616.

6       Transferring this proceeding to New York promotes judicial efficiency and

7 prevents the risk of inconsistent outcomes. Duplicative evidentiary and judicial

8 processes—in addition to increased costs to both the parties and the courts—will

9

10 undoubtedly ensue should both actions proceed concurrently in different districts. *Have*

11 *A Nice Life*, 2006 WL 1719923, at *2 (concluding transfer was "the only means by

12 which to avoid the duplication of evidentiary and judicial processes and to reduce

13 corresponding financial burdens on the public courts and the parties"); *Jolly v. Purdue*

14

15 *Pharma L.P.*, No. 05-CV-1452H, 2005 WL 2439197, at *3 (S.D. Cal. Sept. 28, 2005)

16 (same).

17       In sum, the relevant factors favor transfer of this proceeding pursuant to 28

18 U.S.C. § 1404(a).

19

20     B.   <u>This Court Should Defer To The District Court Of The Southern District</u>
          <u>Of New York Under The First-To-File Rule</u>

21       Independent of the § 1404(a) standard, SBM's motion to transfer should also be

22 granted under the first-to-file rule. In determining whether to apply the first-to-file rule,

23

24 three threshold factors are considered: "(1) chronology of the two actions; (2) the

25 similarity of the parties; and (3) the similarity of the issues." *Best Western*, 2007 WL

26 1302749, at *1 (internal quotations omitted); *see also Pacesetter Sys., Inc. v. Medtronic,*

12

1  *Inc.*, 678 F.2d 93, 95 (9th Cir. 1982) (party may invoke first-to-file rule "when a

2  complaint involving the same parties and issues has already been filed in another

3  district"); *Alltrade, Inc. v. Uniweld Prods., Inc.*, 946 F.2d 622, 625 (9th Cir. 1991)

4  (same).

5

6          Here, the prerequisites for applying the first-to-file rule are plainly met.  SBM

7  filed the New York Action weeks before the filing of this action.  Additionally, the

8  parties are highly similar.  The fact that SBM has named three additional parties as

9  defendants in the New York Action—all of which are believed to be subsidiaries of

10 PlayShare and involved in the infringing activities addressed in SBM's Amended

11 Complaint—does not change the outcome.  *See Best Western*, 2007 WL 1302749, at *2

12 n.1 (finding that "litigations need only be substantially similar and not exactly identical"

13 for purposes of the first-to-file rule and holding that addition of four individual

14 defendants to second action did not change similarity); *Am. Guarantee & Liab. Ins. Co.*

15 *v. U.S. Fid. & Guar. Co.*, No. C06-1254RSM, 2006 WL 3499342, at *2 (W.D. Wash.

16 Dec. 4, 2006) (slip copy) (addition of defendant to second filed action did not prevent

17 parties from being similar under first-to-file rule).

18         Finally, the New York and Arizona Complaints address not just similar but

19 virtually identical issues.  (*See* Complaint ¶¶18, 23, 29; SBM Amended Complaint ¶

20

21

22

23 13.)  "Where, as here, a reactive lawsuit presents substantially the same controversy as

24 the previously filed case, the first-to-file rule demands that the case be litigated in [New

25 York], not [Arizona]."  *Klein v. Gardner*, No. C 06-06918 CRB, 2007 WL 128228, *4

26

13

1  (N.D. Cal. Jan. 12, 2007) (slip copy) (citing *Pacesetter*, 678 F.2d at 94-96).

2  II.    IN THE ALTERNATIVE, THE COURT SHOULD DISMISS COUNTS II

3         AND III OF THE COMPLAINT

4         A.    The Court Should Dismiss Counts II And III Of The Complaint Pursuant

5               To Rule 12(b)(2) Based On Plaintiffs' Failure To Establish Personal

               Jurisdiction Over SBM

6

7         Plaintiffs bear the burden of establishing personal jurisdiction over SBM.

8  *Mattel, Inc. v. Grenier & Hausser GmbH*, 354 F.3d 857, 862 (9th Cir. 2003).  As

9  discussed *supra*, Plaintiffs presumably filed suit in the District Court of Arizona

10 pursuant to the mutual jurisdiction provision in the UDRP.[7]  However, SBM's

11 submission to the jurisdiction of the courts of the United States was "with respect to any

12 challenges to a decision in the administrative proceeding canceling or transferring the

13 domain name" (Lambert Decl., Ex. B, at 27, ¶ VIII), and thus only extends to Plaintiffs'

14

15 claim brought under the Anticybersquatting Consumer Protection Act ("ACPA").[8]  *See,*

16 *e.g., Storey*, 347 F.3d at 383 (noting adverse UDRP decision triggers domain name

17 holder's right to file suit pursuant to ACPA, 15 U.S.C. § 1114(2)(D)(v)).  Because

18

19 Counts II and III are beyond the scope of the mutual jurisdiction provision and Plaintiffs

20 have failed to establish personal jurisdiction over SBM with respect to either count, both

21 should be dismissed pursuant to Rule 12(b)(2).  *See Virtuality L.L.C. v. Bata Ltd.*, 138 F.

22

23 [7]    Other than a passing reference to Paragraph 4(k) of the UDRP (Complaint ¶
   1), the Complaint, on its face, does not allege a single fact sufficient for establishing
24 personal jurisdiction over SBM for any of the causes of action asserted therein.
   [8]    Moreover, Plaintiffs conveniently overlook the fact that PlayShare was not a
25 party to the WIPO proceeding.    Therefore, SBM's consent to submit to the
   jurisdiction of the U.S. courts for the purpose of challenging the WIPO decision
26 applies only to Toh and Wright.  *Virtuality*, 138 F. Supp. 2d at 683 (dismissing
   plaintiff not party to WIPO proceeding).

14

Supp. 2d 677, 685 (D. Md. 2001) ("[Defendant's] consent to jurisdiction [for the limited purpose of reviewing a UDRP decision] related solely to the dispute between it and [Plaintiff] as to the ownership of the domain names at issue.").

B.    The Court Should Dismiss Plaintiffs' Claims That SBM's Trademarks Are Invalid Or Unenforceable

Despite Plaintiffs' efforts to defeat the validity of SBM's trademarks, none of the grounds set forth in Counts II and III of the Complaint amount to a viable claim upon which relief can be granted and thus should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).[9]

1.    Plaintiffs' Claim Of Invalidity And Unenforceability Of SBM's CASINO DE MONACO Registration Should Be Dismissed

On a motion to dismiss under Rule 12(b)(6), the allegations in the complaint should be taken as true and are construed in the light most favorable to the complaining party. *Adams v. Johnson*, 355 F.3d 1179, 1183 (9th Cir. 2004). "Dismissal is proper under Rule 12(b)(6) if it appears beyond doubt that the non-movant can prove no set of facts to support its claims." *Id.*

Plaintiffs allege that SBM's registration of its CASINO DE MONACO mark is invalid based on fraudulent procurement.[10]  (Complaint ¶ 21(a), (g).) To properly plead their claim, Plaintiffs must allege that SBM knowingly made false, material

---

[9]    Although not specifically requested in the Complaint or prayer for relief, Plaintiffs' claim that SBM's registration for CASINO DE MONACO is invalid or unenforceable is tantamount to a claim for cancellation.

[10]    Specifically, Plaintiffs allege: "The '006 Mark is invalid due to repeated fraud on the United States Patent and Trademark Office (hereinafter "USPTO") without which the trademark registration would not have issued." (Complaint ¶ 21(a).)

15

1  misrepresentations of fact in connection with the application to register the CASINO DE

2  MONACO mark. *See Omega S.A. v. Omega Eng'g, Inc.*, 396 F. Supp. 2d 166, 185 (D.

3
4  Conn. 2005). Plaintiffs make no assertion that SBM misrepresented any fact to the

5  USPTO, let alone a material fact that led to the issuance of the registration. Because

6  Plaintiffs' claim lacks any allegation of any of the elements of a viable fraud claim, the

7  claim fails as a matter of law and should consequently be dismissed pursuant to Rule

8
9  12(b)(6).

10         Moreover, Plaintiffs have altogether failed to plead their claim of fraud with

11  particularity as required by Rule 9(b). *See San Juan Prods., Inc. v. San Juan Pools,*

12  *Inc.*, 849 F.2d 468, 472 (10th Cir. 1998) ("fraud in the procurement must be alleged

13
14  with specificity as required by Rule 9(b), both in federal court and in PTO

15  administrative proceedings"). Rule 9(b) requires that "[i]n all averments of fraud or

16  mistake, the circumstances constituting fraud or mistake shall be stated *with*

17  *particularity*." Fed. R. Civ. P. 9(b) (emphasis added). In order to satisfy the

18  particularity standard of Rule 9(b), a party must specifically identify the "time, place

19
20  and nature of the alleged fraudulent activities." *Moore v. Kayport Package Express,*

21  *Inc.*, 885 F.2d 531, 540 (9th Cir. 1989). Plaintiffs' bare, generalized, and conclusory

22  claim does not even come close to satisfying the heightened requirements of Rule 9(b)

23  and should therefore be dismissed.[11]

24

25  ─────────────────
26  [11]    None of Plaintiffs' remaining grounds for declaring SBM's registration
    invalid and unenforceable constitute a viable claim and thus should be dismissed
    under Rule 12(b)(6). Because Plaintiffs' claim of misuse hinges upon fraud, this

16

2.    Plaintiffs' Claim Of Unenforceability Of SBM's CASINO
DE MONTE-CARLO Mark Should Be Dismissed

Plaintiffs' claim ignores both the plain language of the Lanham Act and settled case law establishing that SBM does in fact use its CASINO DE MONTE-CARLO mark in U.S. commerce. (Complaint ¶ 25.) *Int'l Bancorp, LLC. v. Société des Bains de Mer et du Cercle des Etrangers à Monaco*, 329 F.3d 359, 370 (4th Cir. 2003) (holding SBM's use of CASINO DE MONTE-CARLO mark satisfies Lanham Act's "use in commerce" requirement); *cf. Pachmayr Gun Works, Inc. v. Olin Mathieson Chem. Corp. Winchester Western Div.*, 502 F.2d 802, 805-06 (9th Cir. 1974) (applying principle of stare decisis to prior finding of trademark validity), *superseded by statute*, Act of Jan. 2, 1975, Pub. L. No. 93-600, § 3, 88 Stat. 1955, 15 U.S.C. § 1117. Accordingly, Plaintiffs' claim fails to state a claim upon which relief can be granted and should be dismissed under Rule 12(b)(6).

## CONCLUSION

Based on the foregoing, SBM respectfully requests that this Court transfer this proceeding to New York. In the alternative, SBM respectfully requests that its motion to dismiss is granted.

---

claim fails as a matter of law as well. (Complaint ¶ 21(b).) Further, Plaintiffs fail to plead how lack of a disclaimer invalidates SBM's registration or this Court's jurisdiction over such a claim. (Complaint ¶ 21(c).) *Top Producer Sys. Inc. v. Software Scis. Ltd.*, No. 97-0415, 1997 WL 723049, at *3 (D. Or. July 21, 1997) (holding court "lack[ed] jurisdiction to enter a disclaimer or to cancel a mark based upon failure to disclaim"). Finally, Plaintiffs' claim that SBM has not used the mark in commerce—which is essentially a claim for abandonment—is premature, as SBM is only required to use the mark in commerce within three years from the date of registration. (Complaint ¶ 21(d), (g).) 15 U.S.C. §§ 1126, 1127; *see also Imperial Tobacco Ltd. v. Philip Morris, Inc.*, 899 F.2d 1575, 1582 (Fed. Cir. 1990).

17

1    Dated this 18th day of July, 2007.

2

3                                    JENNINGS, STROUSS & SALMON, P.L.C.

4                                    By _____

5                                         John C. West
                                          The Collier Center, 11th Floor
6                                         201 East Washington Street
                                          Phoenix, Arizona  85004-2385
7                                         Attorneys for Defendant

8

9

10                        **CERTIFICATE OF SERVICE**

11           I hereby certify that on July 18 2007, I electronically transmitted the attached

12    document to the Clerk's office using the CM/ECF System for filing and transmittal

13    of a notice of Electronic Filing to the following CM/ECF registrants:

14

15    Cynthia Dawn Beck
      Schmeiser, Olsen & Watts LLP
16    18 E. University Dr., Ste. 101
      Mesa, AZ 85201
17    Attorney for Plaintiffs
      cbeck@iplawusa.com
18
19    By _____

20

21

22

23

24

25

26

                                  18

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

- - - - - - - - - - - - - - - - - - - - - - - - -x

PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

:

:

                Plaintiffs,

vs.

:       Case No.  2:07-cv-01203-PGR

:

:

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

:

                Defendant.

:

- - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF BERNARD LAMBERT

    I, Bernard Lambert, declare as follows:

    1.    I am the Chief Executive Manager of Société des Bains de Mer et du Cercle des

Etrangers à Monaco ("SBM").  I have been employed at SBM since February 2002.  Prior to

joining SBM, I had thirty-three years of experience in the hotel and resort industry.  I make this

declaration in support of SBM's Motion to Transfer Or, In The Alternative, To Dismiss.  I have

personal knowledge of the facts set forth in this declaration and, if called as a witness, could

competently testify to these facts.

    2.    SBM is a société anonyme organized and existing under the laws of the

Principauté of Monaco.  It is the founder and manager of five Monaco casinos, including the

Casino de Monte-Carlo, which has been in operation since April 2, 1863.  Under express decree

from the authorities of the Principauté of Monaco, SBM enjoys a monopoly for casino and

gaming industries within the territory of the Principauté of Monaco and is therefore the sole

company that can organize games and gambling in Monaco.

3.      SBM actively promotes its five Monaco-based casinos, particularly the Casino de Monte-Carlo, throughout the world and in the United States. Many of these marketing and promotional activities are conducted out of, coordinated by, or documented by records maintained in SBM's New York office, which is operated in conjunction with the Principauté de Monaco, located at 565 Fifth Avenue, New York, New York 10017. SBM has maintained this New York office in conjunction with the Monaco tourism office for more than twenty years, and has done so for the purposes of promoting and advertising SBM's Monaco-based casinos. SBM also uses its New York office as an international sales office from which consumers are able to book reservations for travel to Monaco and make arrangements for use of SBM's Monaco casinos.

4.      Through its New York office, SBM promotes its casinos in the United States by participating in trade shows, arranging for advertising through the print and broadcast media, charity partnerships and participation, direct mail and telephone marketing, and generating sales to groups and individuals. In addition to the thousands of brochures sent from SBM's Monaco office, hundreds of brochures advertising SBM's Monaco-based casinos are mailed to clients throughout the United States from SBM's New York office every year. SBM also distributes brochures throughout the United States through third-party agents. Further, SBM publishes and distributes its quarterly publication, Monte Carlo Society, to clients in the United States.

5.      SBM owns United States Trademark Registration No. 3,031,006, registered December 20, 2005, for the CASINO DE MONACO mark in connection with casino-related goods and services. A true and correct copy of Registration No. 3,031,006 is attached hereto as Exhibit A. SBM's trademark application for the mark CASINO DE MONTE-CARLO, Serial No. 76/479,351, was filed on December 30, 2002 and is currently pending in the United States

Patent & Trademark Office. SBM also owns over one hundred and fifty domain names incorporating its trademarks that it uses in connection with its gaming and casino-related goods and services, including, among others, <monaco-grand-casino.com>, <casinosdemonaco.com>, <livemonacocasino.com>, <monacogoldcasino.fr>, <monaco-casinos.com>, <monaco-casinos.net>, <monacobestcasino.com>, <casinosmonaco.com>, <casinomonacopoker.com>, <casinomontecarlo.com>, and <casino-monte-carlo.com>. SBM uses these domain names and others to promote its Monaco casinos.

6.    As a result of SBM's extensive advertising and promotion of its Monaco-based casinos, the terms "Monaco" and "Monte Carlo," when used in connection with casino-related services and products, embody the tremendous value and goodwill of SBM. SBM will be irreparably harmed if it loses its ability to prevent unauthorized gaming services, such as online casinos, from using the terms "Monaco" and "Monte Carlo" in connection with casino-related services and products.

7.    On March 21, 2007, SBM initiated a proceeding with the World Intellectual Property Organization ("WIPO") for the transfer of more than sixty domain names incorporating the terms "Monaco Casino" and "Monaco" (the "Monaco Domain Names") used in connection with online gambling services. That proceeding was initiated against, and actively litigated by, Lucan Toh ("Toh") and Maxwell Wright ("Wright"), the registered owners of the Monaco Domain Names. The Monaco Domain Names are used in connection with PlayShare PLC's ("PlayShare") Grand Monaco Casino, an online casino. A true and correct copy of SBM's complaint in the WIPO proceeding is attached hereto as Exhibit B.

8.    On June 6, 2007, before any WIPO decision was rendered, SBM filed suit in the United States District Court for the Southern District of New York ( the "New York Action")

against PlayShare, Toh, Wright, and various PlayShare subsidiaries and affiliates (collectively, the "New York Action Defendants") for unfair competition, trademark infringement, cybersquatting, trademark dilution, and other related claims. The following day, on June 7, 2007, SBM filed an Amended Complaint to clarify the corporate name of one of the New York Action Defendants, GamShare (UK) Limited. A true and correct copy of SBM's Amended Complaint in the New York Action is attached hereto as Exhibit C. In addition to the New York Action, SBM has filed proceedings against PlayShare, Toh, and Wright in the United Kingdom, and France.

9.       On June 11, 2007, SBM received notice of a decision from WIPO ordering that the Monaco Domain Names be transferred to SBM. A true and correct copy of that decision, along with WIPO's June 11, 2007 transmission memorandum, is attached hereto as Exhibit D. Following the issuance of that order, notwithstanding the pendency of the New York Action, PlayShare, Toh, and Wright (collectively, "Plaintiffs") filed suit against SBM in the District Court of Arizona, seeking declaratory judgment that their use of the Monaco Domain Names does not violate the Anticybersquatting Consumer Protection Act nor infringe upon SBM's trademarks.

10.      Although SBM has actively promoted its Monaco-based casinos throughout North America, it has not systematically targeted its websites, its mailings, or other marketing materials to Arizona. SBM has no offices in Arizona, owns no property in Arizona, and does not systematically conduct business in Arizona.

11.      Because a SBM office and SBM personnel are located in New York City, SBM believes that New York City is the most mutually convenient venue for resolution of this dispute.

12.    Notwithstanding that the parties to the instant dispute are located mainly in Europe or in the United Arab Emirates, this is undoubtedly a matter for resolution by a United States federal court, as United States trademark law governs the outcome. Witnesses and parties traveling to the United States from Europe or from the United Arab Emirates can travel more easily to New York City than to Phoenix, Arizona. The multiple international airports in New York City provide a greater number of flight options, resulting in less expensive flights and additional arrival and departure times for European visitors. As New York City is also closer to Europe, the duration of flights will be reduced for all parties to this dispute. Moreover, because SBM's New York City office is the only United States office maintained by any party to this dispute, New York City is the only venue in which any party witnesses could appear without traveling by air.

13.    Adjudication in New York City would reduce the time zone difference between the court and all parties, including Plaintiffs. This would allow for easier coordination of telephone conferences between the court, counsel, and the parties. It would also facilitate meet-and-confer sessions between the parties and their United States counsel.

14.    Any documents in SBM's custody or control that are relevant to the claims in this suit likely are located in SBM's New York City office or in SBM's offices in Monaco. Accordingly adjudication in New York City offers an evidentiary efficiency not present in any other United States venue.

15.    Finally, SBM believes that adjudication of these claims in New York City would prevent the undue hardships associated with parallel litigation of similar claims. Since June 6, 2007, SBM has been litigating related claims against the New York Action Defendants in the United States District Court for the Southern District of New York. SBM's Amended Complaint

in that action includes claims related to those at issue in this declaratory judgment

proceeding, including claims for trademark infringement and for cybersquatting. (SBM's

Amended Complaint also contains claims that are broader than those contained in this

declaratory judgment proceeding, including claims for unfair competition under New York

law, for false advertising under New York law, and for trademark dilution under New York

law.) SBM believes that transfer of the instant declaratory judgment dispute to New York

City, and the subsequent consolidation of the pending cases, would prevent the unnecessary

expense of litigating certain identical issues simultaneously in two different forums.


    I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Date:   July 17, 2007




_____

Bernard Lambert

# Exhibit A

Int. Cls.: 9, 16, 28 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 3,031,006
Registered Dec. 20, 2005

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## CASINO DE MONACO

SOCIETE ANONYME DES BAINS DE MER ET DU CIRCLE DES ETRANGERS A MONACO (MONACO COMPANY)
PLACE DU CASINO
MC 9800 MONTE CARLO, MONACO

FOR: ELECTRIC APPARATUS AND INSTRUMENTS, NAMELY COMPUTERIZED VIDEO GAMES FOR GAMING PURPOSES, INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY COMPRISED OF COMPUTER HARDWARE AND SOFTWARE, MACHINES FOR PLAYING GAMES OF CHANCE, COMPUTER SOFTWARE GAMES, SOFTWARE FOR USE IN GAMING MACHINES AND GAMING EQUIPMENT, GAMING EQUIPMENT NAMELY GAMING MACHINES, SLOT MACHINES, KENO AND POKER MACHINES, COIN CHANGERS, COIN ACCEPTERS FOR SEPARATING GOOD COINS FROM COUNTERFEITS; PHOTOGRAPHIC APPARATUS; CONTROLLING AND SIGNALING APPARATUS USED IN CASINOS; APPARATUS FOR RECORDING, TRANSMISSION, REPRODUCTION OF SOUND OR IMAGES, NAMELY RADIO APPARATUS, VIDEO SCREEN, VIDEO CAMERAS; CALCULATORS, DATA PROCESSING EQUIPMENT, NAMELY COMMUNICATION SERVERS, COMMUNICATION SOFTWARE FOR CONNECTING GLOBAL COMPUTER NETWORKS, COMPUTER CAMERAS, COMPUTER GAME SOFTWARE; COMPUTER ECOMMERCE SOFTWARE TO ALLOW USERS TO PERFORM ELECTRONIC BUSINESS TRANSACTIONS VIA A GLOBAL COMPUTER NETWORK AND COMPUTERS; FIRE EXTINGUISHERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY BLANK OR PARTIALLY PRINTED POSTCARDS, PRINTED INVITATIONS, PRINTED MENUS, PRINTED PAPER SIGNS, MENU BOARDS, PRINTED TIMETABLES, BOOKS, MAGAZINES, CATALOGUES FEATURING CASINO, HOTEL AND INTERNATIONAL NEWS, TOURISM; BOOKBINDINGS; PHOTOGRAPHS, STATIONERY; ADHESIVES TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY PENCILS, PENS, BRUSHES, PAINT BRUSHES; TYPEWRITERS AND OFFICE REQUISITES, NAMELY TYPEWRITER TYPING ELEMENTS, RUBBER BANDS, STAPLERS; PRINTED INSTRUCTIONAL, EDUCATIONAL, AND TEACHING MATERIALS USED IN HOTELS AND CASINOS FOR TEACHING DIFFERENT GAMES; PLASTIC MATERIALS FOR PACKAGING, NAMELY BAGS FOR PACKAGING, TUBS FOR CONSUMER PRODUCTS, PLASTIC FILMS USED AS PACKAGING FOR FOOD, ENVELOPES, POUCHES FOR MERCHANDISE PACKAGING; PRINTERS' TYPE; PRINTING BLOCKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY PLAYING CARDS, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, DISPOSABLE TICKET SETS FOR PLAYING GAMES OF CHANCE, HAND HELD UNITS FOR PLAYING ELECTRONIC AND VIDEO GAMES, LOTTERY GAMES, DOMINOS, PARLOR GAMES, EUROPEAN ROULETTE, AMERICAN ROULETTE, VIDEO POKER, POKER GAME AND BOULE GAME; GYMNASTIC AND SPORTING ARTICLES, NAMELY GOLF BAGS AND BALLS, SPORT BALLS, PLAY SWIMMING POOLS, SWIMMING EQUIPMENT, GYMNASTIC APPARATUS, GYMNASTIC TRAINING STOOLS, PORTABLE SUPPORT STRETCHING FOR DANCE AND OTHER EXERCISES AND TENNIS EQUIPMENT; DECORATION FOR CHRISTMAS TREES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ORGANIZING COMMUNITY SPORTING AND CULTURAL ACTIVITIES; PROVIDING CASINO SERVICES WITHIN A HOTEL RESORT ENVIRONMENT; TRAINING FOR THE PERSONNEL EMPLOYED IN CASINOS IN THE USE AND OPERATION OF SLOT MACHINES AND CINEMA EQUIPMENT; CONDUCTING EDUCATIONAL EN-

TERTAINMENT EXHIBITS IN THE NATURE OF COOKING DEMONSTRATIONS; ENTERTAINMENT SERVICES IN THE NATURE OF OPERA, NAMELY, ORGANIZING, PRODUCING AND PRESENTING LIVE MUSICAL, ORCHESTRAL AND OPERATIVE SHOWS; ORGANIZING SPORTING EVENTS IN THE NATURE OF CAR RACING, TENNIS TOURNAMENTS, GOLF TOURNAMENTS, AND SWIMMING COMPETITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY CLAIMED UNDER SEC. 44(D) ON MONACO APPLICATION NO. 23610, FILED 7-1-2002, REG. NO. 02.23234, DATED 9-30-2002, EXPIRES 7-1-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE CASINO, APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF CASINO DE MONACO IS CASINO OF MONACO.

SEC. 2(F).

SER. NO. 76-478,796, FILED 12-24-2002.

ALICE BENMAMAN, EXAMINING ATTORNEY

# Exhibit B-1

## COMPLAINT TRANSMITTAL COVERSHEET

Attached is a Complaint that has been filed against you with the World Intellectual Property Organization (**WIPO**) Arbitration and Mediation Center (the **Center**) pursuant to the Uniform Domain Name Dispute Resolution Policy (the **Policy**) approved by the Internet Corporation for Assigned Names and Numbers (**ICANN**) on October 24, 1999, the Rules for Uniform Domain Name Dispute Resolution Policy (the **Rules**), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the **Supplemental Rules**).

The Policy is incorporated by reference into your Registration Agreement with the Registrar(s) of your domain name(s), in accordance with which you are required to submit to a mandatory administrative proceeding in the event that a third party (a **Complainant**) submits a complaint to a dispute resolution service provider, such as the Center, concerning a domain name that you have registered. You will find the name and contact details of the Complainant, as well as the domain name(s) that is/are the subject of the Complaint in the document that accompanies this Coversheet.

You have no duty to act at this time. Once the Center has checked the Complaint to determine that it satisfies the formal requirements of the Policy, the Rules and the Supplemental Rules, it will forward an official copy of the Complaint to you. You will then have 20 calendar days within which to submit a Response to the Complaint in accordance with the Rules and Supplemental Rules to the Center and the Complainant. You may represent yourself or seek the assistance of legal counsel to represent you in the administrative proceeding.

- The **Policy** can be found at http://arbiter.wipo.int/domains/rules/

- The **Rules** can be found at http://arbiter.wipo.int/domains/rules/

- The **Supplemental Rules**, as well as other information concerning the resolution of domain name disputes can be found at http://arbiter.wipo.int/domains/rules/

- A    model    **Response**    can    be    found    at
  http://arbiter.wipo.int/domains/respondent/index.html

Alternatively, you may contact the Center to obtain any of the above documents. The Center can be contacted in Geneva, Switzerland by telephone at +41 22 338 8247, by fax at +41 22 740 3700 or by e-mail at domain.disputes@wipo.int.

You are kindly requested to contact the Center to provide the contact details to which you would like (a) the official version of the Complaint and (b) other communications in the administrative proceeding to be sent.

A copy of this Complaint has also been sent to the Registrar(s) with which the domain name(s) that is/are the subject of the Complaint is/are registered.

By submitting this Complaint to the Center the Complainant hereby agrees to abide and be bound by the provisions of the Policy, Rules and Supplemental Rules.

*Before the:*

## WORLD INTELLECTUAL PROPERTY ORGANIZATION
## ARBITRATION AND MEDIATION CENTER

**La Société des Bains de Mer et du cercle des etrangers à Monaco,**
Place du Casino, Monte Carlo, MC
98000 Monaco, Prinipauté de Monaco

(Complainant)

-v-

**Lucan Toh and Max Wright**
46 Berkeley Square
London, London W1J 5AT
United Kingdom

(Respondents)

Disputed Domain Names:

**grandmonaco.com**
**casinograndmonaco.com**
**grandmonacocasino.com**
**deutschesgrandmonaco.com**
**grandmonacoayda.com**
**grandmonacoayuda.com**
**grandmonacobingo.com**
**grand-monaco.com**
**grand-monaco-casino.com**
**grand-monaco-poker.com**
**grandmonacocasinoclub.com**
**grandmonacoclub.com**
**grandmonacocraps.com**
**grandmonacogames.com**
**grandmonacogaming.com**
**grandmonacohost.com**
**grandmonacohosts.com**
**grandmonacolottery.com**
**grandmonacolotto.com**
**grandmonacolounge.com**
**grandmonacomahjong.com**
**grandmonacomillions.com**
**grandmonaconews.com**
**grandmonacoonlinecasino.com**
**grandmonacoonlinegaming.com**
**grandmonacoonlinepoker.com**
**grandmonacopartners.com**
**grandmonacoplayersclub.com**
**grandmonacopoker.com**

2

grandmonacopokerclub.com
grandmonacopromotions.com
grandmonacoracebook.com
grandmonacorewards.com
grandmonacoskillgames.com
grandmonacoslots.com
grandmonacosports.com
grandmonacosportsbook.com
grandmonacostore.com
grandmonacosupport.com
grandmonacovideopoker.com
grandmonaco.net
casinograndmonaco.net
grandmonacobingo.net
grandmonacocasino.net
grandmonacocasinoclub.net
grandmonacogames.net
grandmonacogaming.net
grandmonacolottery.net
grandmonacomillions.net
grandmonacoplayersclub.net
grandmonacopoker.net
grandmonacopokerclub.net
grandmonacoracebook.net
grandmonacoskillgames.net
grandmonacosports.net
grandmonacosportsbook.net
pokergrandmonaco.net
grandmonaco.org
casinograndmonaco.org
grandmonacocasino.org
grandmonacocasinoclub.org
grandmonacomillions.org
grandmonacopoker.org
grandmonacopokerclub.org
grandmonacoracebook.org
pokergrandmonaco.org

## AMENDED COMPLAINT

(Rules, para. 3(b))

### I. Introduction

[1.]   This Complaint is hereby submitted for decision in accordance with the Uniform Domain Name Dispute Resolution Policy (the **Policy**), approved by the Internet Corporation for Assigned Names and Numbers (**ICANN**) on October 24, 1999, the Rules for Uniform Domain Name Dispute Resolution Policy (the **Rules**), approved by ICANN on October 24, 1999 and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the **Supplemental Rules**).

## II. The Parties

### A. The Complainant
(Rules, para. 3(b)(ii) and (iii))

[2.]    The Complainant in this administrative proceeding is:

Société des Bains de Mer et du Cercle des Etrangers à Monaco, a limited liability company enrolled with the registry of companies of Monaco under number 56 S 00523, represented by its legal representatives,

As referred hereunder as the Société des Bains de Mer or SBM.

[3.]    The Complainant's contact details are:

Address:        Place du Casino, Monte Carlo, MC 98000 Monaco, Principauté de Monaco.
Telephone:      +377 92 16 20 00
Fax:            +377 92 16 38 93

[4.]    The Complainant's authorized representative in this administrative proceeding is:

Representative:  De Gaulle Fleurance & Associés
Address:         11, rue Portalis
                 75008 Paris
                 France
Telephone:       +33 1 56 64 00 00
Fax:             +33 1 56 64 00 01
E-mail:          jhorn@dgfla.com

[5.]    The Complainant's preferred method of communications directed to the Complainant in this administrative proceeding is:

Electronic-only material
Method:         e-mail
Address:        jhorn@dgfla.com

Contact:      Maître Julien Horn

<u>Material including hardcopy</u>

Method:      post

Address:     De Gaulle Fleurance & Associés

             11, rue Portalis

             75008 Paris

             France

Contact:      Maître Julien Horn

## B. The Respondent
(Rules, para. 3(b)(v))

[6.] The disputed domain names are registered to **Lucan Toh or Max Wright** as shown in the Registrar's WhoIs database as shown in the printouts provided in Annex [A].

[7.] All information known to the Complainant regarding how to contact the Respondents is as follows:

Address:     **Lucan Toh and Max Wright**

             46, Berkeley Square

             London, London W1J 5AT

             United Kingdom

Telephone:  +44-20- 7598- 4064

Email:       calan.horsman@playshare.com

## III. The Domain Names and Registrar
(Rules, para. 3(b)(vi) and (vii))

[8.] This dispute concerns the domain names identified below:

GRANDMONACO.COM

CASINOGRANDMONACO.COM

GRANDMONACOCASINO.COM

DEUTSCHESGRANDMONACO.COM

GRANDMONACOAYDA.COM

GRANDMONACOAYUDA.COM

GRANDMONACOBINGO.COM

GRAND-MONACO.COM

GRAND-MONACO-CASINO.COM

GRAND-MONACO-POKER.COM

GRANDMONACOCASINOCLUB.COM

GRANDMONACOCLUB.COM

GRANDMONACOCRAPS.COM

GRANDMONACOGAMES.COM

GRANDMONACOGAMING.COM

GRANDMONACOHOST.COM

GRANDMONACOHOSTS.COM

GRANDMONACOLOTTERY.COM

GRANDMONACOLOTTO.COM

GRANDMONACOLOUNGE.COM

GRANDMONACOMAHJONG.COM

GRANDMONACOMILLIONS.COM

GRANDMONACONEWS.COM

GRANDMONACOONLINECASINO.COM

GRANDMONACOONLINEGAMING.COM

GRANDMONACOONLINEPOKER.COM

GRANDMONACOPARTNERS.COM

GRANDMONACOPLAYERSCLUB.COM

GRANDMONACOPOKER.COM

GRANDMONACOPOKERCLUB.COM

GRANDMONACOPROMOTIONS.COM

GRANDMONACORACEBOOK.COM

GRANDMONACOREWARDS.COM

GRANDMONACOSKILLGAMES.COM

GRANDMONACOSLOTS.COM

GRANDMONACOSPORTS.COM

GRANDMONACOSPORTSBOOK.COM
GRANDMONACOSTORE.COM
GRANDMONACOSUPPORT.COM
GRANDMONACOVIDEOPOKER.COM
GRANDMONACO.NET
CASINOGRANDMONACO.NET
GRANDMONACOBINGO.NET
GRANDMONACOCASINO.NET
GRANDMONACOCASINOCLUB.NET
GRANDMONACOGAMES.NET
GRANDMONACOGAMING.NET
GRANDMONACOLOTTERY.NET
GRANDMONACOMILLIONS.NET
GRANDMONACOPLAYERSCLUB.NET
GRANDMONACOPOKER.NET
GRANDMONACOPOKERCLUB.NET
GRANDMONACORACEBOOK.NET
GRANDMONACOSKILLGAMES.NET
GRANDMONACOSPORTS.NET
GRANDMONACOSPORTSBOOK.NET
POKERGRANDMONACO.NET
GRANDMONACO.ORG
CASINOGRANDMONACO.ORG
GRANDMONACOCASINO.ORG
GRANDMONACOCASINOCLUB.ORG
GRANDMONACOMILLIONS.ORG
GRANDMONACOPOKER.ORG
GRANDMONACOPOKERCLUB.ORG
GRANDMONACORACEBOOK.ORG
POKERGRANDMONACO.ORG

Copies of the printouts of the Whois searches are provided in Annex [A].

[9.]    The registrar with whom all the domain names are registered is:

Name:        **Go Daddy Software Inc.**

8

| Address: | 14455 N. Hayden Rd. |
| | Suite 219 |
| | Scottsdale, AZ 85260 |
| | United States of America |
| Telephone: | +1 480 505-8899 |
| Fax: | +1 480 505-8844 |
| E-mail: | abuse@godaddy.com |

IV.    **Jurisdictional Basis for the Administrative Proceeding**

(Rules, paras. 3(a), 3(b)(xv)

[10.] The dates on which the registration agreements of the disputed domain names were entered are detailed in the following table:

| DOMAIN NAME | REGISTRATION AGREEMENT DATE |
| --- | --- |
| grandmonaco.com | October 23, 2004 |
| casinograndmonaco.com | December 19, 2005 |
| grandmonacocasino.com | June 23, 2005 |
| deutschesgrandmonaco.com | August 3, 2006 |
| grandmonacoayda.com | July 27, 2006 |
| grandmonacoayuda.com | July 27, 2006 |
| grandmonacobingo.com | January 3, 2006 |
| grand-monaco.com | December 21, 2005 |
| grand-monaco-casino.com | December 21, 2005 |
| grand-monaco-poker.com | December 21, 2005 |
| grandmonacocasinoclub.com | December 21, 2005 |
| grandmonacoclub.com | January 3, 2006 |
| grandmonacocraps.com | February 20, 2006 |
| grandmonacogames.com | January 3, 2006 |
| grandmonacogaming.com | February 20, 2006 |
| grandmonacohost.com | April 13, 2006 |
| grandmonacohosts.com | April 13, 2006 |
| grandmonacolottery.com | January 3, 2006 |
| grandmonacolotto.com | January 3, 2006 |

9

| | |
|---|---|
| grandmonacolounge.com | April 7, 2006 |
| grandmonacomahjong.com | August 23, 2006 |
| grandmonacomillions.com | December 21, 2005 |
| grandmonaconews.com | April 18, 2006 |
| grandmonacoonlinecasino.com | March 15, 2006 |
| grandmonacoonlinegaming.com | March 15, 2006 |
| grandmonacoonlinepoker.com | March 15, 2006 |
| grandmonacopartners.com | August 23, 2006 |
| grandmonacoplayersclub.com | April 7, 2006 |
| grandmonacopoker.com | December 19, 2005 |
| grandmonacopokerclub.com | December 21, 2005 |
| grandmonacopromotions.com | February 20, 2006 |
| grandmonacoracebook.com | February 3, 2006 |
| grandmonacorewards.com | May 31, 2006 |
| grandmonacoskillgames.com | January 3, 2006 |
| grandmonacoslots.com | January 3, 2006 |
| grandmonacosports.com | January 3, 2006 |
| grandmonacosportsbook.com | January 3, 2006 |
| grandmonacostore.com | January 3, 2006 |
| grandmonacosupport.com | May 31, 2006 |
| grandmonacovideopoker.com | February 20, 2006 |
| grandmonaco.net | December 19, 2005 |
| casinograndmonaco.net | December 19, 2005 |
| grandmonacobingo.net | January 3, 2006 |
| grandmonacocasino.net | December 19, 2005 |
| grandmonacocasinoclub.net | December 21, 2005 |
| grandmonacogames.net | February 20, 2006 |
| grandmonacogaming.net | February 20, 2006 |
| grandmonacolottery.net | January 3, 2006 |
| grandmonacomillions.net | December 21, 2005 |
| grandmonacoplayersclub.net | April 7, 2006 |
| grandmonacopoker.net | December 19, 2005 |
| grandmonacopokerclub.net | December 21, 2005 |
| grandmonacoracebook.net | February 3, 2006 |
| grandmonacoskillgames.net | January 3, 2006 |

| grandmonacosports.net | January 3, 2006 |
| grandmonacosportsbook.net | January 3, 2006 |
| pokergrandmonaco.net | December 19, 2005 |
| grandmonaco.org | December 19, 2005 |
| casinograndmonaco.org | December 19, 2005 |
| grandmonacocasino.org | December 19, 2005 |
| grandmonacocasinoclub.org | December 21, 2005 |
| grandmonacomillions.org | December 21, 2005 |
| grandmonacopoker.org | December 19, 2005 |
| grandmonacopokerclub.org | December 21, 2005 |
| grandmonacoracebook.org | February 3, 2006 |
| pokergrandmonaco.org | December 19, 2005 |

All the registration agreements incorporate the Policy. A true and correct copy of the Policy that applies to the domain names in question is provided as Annex [B] to this Complaint.

## V.     Factual and Legal Grounds
(Policy, paras. 4(a), (b), (c); Rules, para. 3)

[11.] This Complaint is based on the following grounds:

A.   **The domain names are identical or confusingly similar to a trademark or service mark in which the Complainant has rights;**
(Policy, para. 4(a)(i), Rules, paras. 3(b)(viii), (b)(ix)(1))

- The Société des Bains de Mer has been operating the Casino de Monte Carlo in Monaco for more than 140 years at the date of this complaint. The casino has become famous worldwide as one of the most significant symbols of the Principauté de Monaco. It attracts a clientele that comes from numerous European and non-European countries.

- The Société des Bains de Mer is the founder and manager of the Casino de Monte Carlo in Monaco. Since April 2, 1863, the Société des Bains de Mer has been granted by the authorities of the Principauté de Monaco a

11

monopoly for casino and gambling industries for the territory of the Principauté de Monaco, and is therefore the sole company that can organize games and gambling in Monaco (*Privilège des Jeux*, renewed for the last time by the *Ordonnance Souveraine* n°8834 of 24 March 1987, a copy of this *Ordonnance* is attached in Annex [C]).

• Complainant has registered several trademarks including the international word mark "Casino de Monaco" which was registered on 19 December 2002; see Annex [D], and the comparable United States Federal trademark application filed on 24 December 2002 placed as Annex [E].

• All the disputed domains are confusingly similar to the Complainant's trademarks. They all contain the terms "Grand" and "Monaco" and many of them include an additional term:

(1) The domain names composed of the terms "Grand", "Monaco" and "Casino"

This concerns the following disputed domain names:

- casinograndmonaco.com
- grandmonacocasino.com
- grand-monaco-casino.com
- casinograndmonaco.net
- grandmonacocasino.net
- casinograndmonaco.org
- grandmonacocasino.org

These domain names are confusingly similar to the Complainant's trademark as they incorporate both nouns, "Casino" and "Monaco", of Complainant's trademarks. Having inverted the order of the nouns in the mark does not render the following disputed domain names dissimilar from the Complainant's trademarks: grandmonacocasino.com; grand-monaco-casino.com; grandmonacocasino.net and grandmonacocasino.org. The inversion merely reflects a difference in usage or placement of the adjectively used noun (Monaco) in relation to the principal noun (casino) between the French and the English language. The WIPO Panel arrived to a

similar conclusion in the matter D2005-0527 regarding the domain name <montecarloresortcasino.com> as it stated: *"The disputed domain name incorporates the two nouns of Complainant's trademark "Monte Carlo" and "casino", the combination of which is distinctive for, and immediately brings to mind Complainant's business activities. These two nouns are the most distinctive part both in Complainant's trademark and the domain name at issue. The preposition "de" has little distinguishing effect, and even more so the omission of it in the domain name at issue."*

The addition of the generic term "grand" does not render the disputed domain names dissimilar or legally different from the Complainant's trademark. In decision D2000-0253, a WIPO Panel found that *"The domain name in issue -- QUIXTARMORTGAGE.COM -- is legally identical to Complainant's mark, QUIXTAR. The addition of the generic terms "MORTGAGE" and ".COM" to the domain name in dispute has little, if any, affect on a determination of legal identity between the domain name and the mark."*

"Grand" is moreover frequently associated with the casino business as many casinos are simply called "Grand Casino" such as the casinos in Biloxi and Gulfport (Mississippi), Coushatta (Louisiana), Mille Lacs (Minnesotta), Helsinki (Finland), MGM Grand in Las Vegas (Nevada) and Detroit (Michigan), and Baden and Luzern (Switzerland). The term "Grand" is a French word meaning large, great, lavish, sublime or sumptuous and therefore naturally applies to casinos wishing to convey a luxurious and prestigious image to the public. In WIPO decision D2004-0415, the panel found, as concerns the domain <monte-carlogrand.com>, that: *"Furthermore, the addition of the term "grand" to the domain name number two does not detract from the similarity to the Complainant's trademark. The Complainant has sufficiently evidenced, in the opinion of the Panel, that such term is strongly linked to the casino industry. Such relationship is evidenced not only by the fact that a renowned casino of Las Vegas is identified with such term, but also due to the large number of entries found with the search engine "Google" when the terms "grand" and "casino" are independently entered, or the joint term "grand casino" (such fact is also confirmed by the circumstance that the "Casino Gran Madrid", located in Madrid, includes in*

13

*its name the translation of the term "grand" into Spanish). This Panel has verified, through these searches, that this term is commonly used in the casino industry and, consequently, the addition and association of "grand" to the term "Monte-Carlo" evokes the Casino de Monte-Carlo.*" Similar decisions have been rendered by WIPO arbitration panels in D2005-0404 regarding the domain name <luckymontecarlocasino.com>, in D2000-1328 regarding the domain name <montecarlojackpot.com> and in D2005-1342 regarding the domain name <montecarlograndcasino.com>.

All these elements show that the Respondents' domain names composed of the terms "Grand", "Monaco" and "Casino" are confusingly similar to the prior trademarks in which the Complainant has rights.

(2) The domain names composed of the terms "Grand", "Monaco", "Casino" and a generic term

This concerns the following disputed domain names:

- grandmonacocasinoclub.com
- grandmonacoonlinecasino.com
- grandmonacocasinoclub.net
- grandmonacocasinoclub.org

In addition to the arguments raised in paragraph (1) above, the Complainant would like to point out that having added the generic term "club" or "online" to the disputed domain names does not render them dissimilar from the Complainant's trademark. On the contrary, the generic terms "club" and "online" strengthen the confusion since the first one refers to the fact that non virtual casinos are often organized in games circles, societies and the second one induces that e-gaming services are offered by the well-know Casino de Monte-Carlo in Monaco. A WIPO Panel found in the WIPO decision D2000-1425 on <creditlyonnaisonline.com> that:

*"CREDIT LYONNAIS" is Complainant's registered trademark. The domain name "creditlyonnaisonline.com" is confusingly similar to Complainant's trademark. The addition of the terms "online" is not sufficient to avoid confusion. On the contrary, the word "online" strengthens the confusion since it induces e-banking services offered by this worldwide known banking*

14

*operator. With regard to avoiding confusion, the addition of the top level domain name ".com" is irrelevant."*

As a consequence, the Respondents' domain names composed of the terms "Grand", "Monaco", "Casino" and a generic term such as "club" or "online" are confusingly similar to the prior trademarks in which the Complainant has rights.

(3) The domain names only composed of the terms "Grand" and "Monaco"

This concerns the following disputed domain names:

- grandmonaco.com
- grand-monaco.com
- grandmonaco.net
- grandmonaco.org

As already mentioned in paragraph (1) above, the word "Grand" is frequently associated with the casino business. So is the word "Monaco" as the Principality of Monaco has a long-standing worldwide reputation with respect to the casino activities that are offered on its territory.

Therefore, when the term "Grand" is associated with "Monaco", it necessarily induces, for the public, the Casino de Monte-Carlo in Monaco as already found by a WIPO Panel in decision D2004-0415 concerning the domain <monte-carlograND.com> (see paragraph (1) above).

Therefore, the Respondents' domain names composed of the two terms "Grand" and "Monaco" are confusingly similar to the prior trademarks in which the Complainant has rights.

(4) The domain names composed of the terms "Grand", "Monaco" and a generic term related to casino business

This concerns the following disputed domain names:

- grandmonacobingo.com

15

- grand-monaco-poker.com
- grandmonacocraps.com
- grandmonacogames.com
- grandmonacolottery.com
- grandmonacolotto.com
- grandmonacogaming.com
- grandmonacomahjong.com
- grandmonacomillions.com
- grandmonacoonlinegaming.com
- grandmonacoonlinepoker.com
- grandmonacoplayersclub.com
- grandmonacopoker.com
- grandmonacopokerclub.com
- grandmonacoracebook.com
- grandmonacorewards.com
- grandmonacoskillgames.com
- grandmonacoslots.com
- grandmonacovideopoker.com
- grandmonacobingo.net
- grandmonacogames.net
- grandmonacogaming.net
- grandmonacolottery.net
- grandmonacomillions.net
- grandmonacoplayersclub.net
- grandmonacopoker.net
- grandmonacopokerclub.net
- grandmonacoracebook.net
- grandmonacoskillgames.net
- pokergrandmonaco.net
- grandmonacomillions.org
- grandmonacopoker.org
- grandmonacopokerclub.org
- grandmonacoracebook.org
- pokergrandmonaco.org
- grandmonacosports.com
- grandmonacosportsbook.com

- grandmonacosports.net
- grandmonacosportsbook.net

The addition of a generic term related to the casino and gambling business (such as bingo, poker, craps, games, lottery rewards, slots, millions, players, etc...) before or after the term "grandmonaco" does not render the disputed domain names dissimilar or legally different from the Complainant's trademark. On the contrary, these words strengthen the association that the public can make between these domains and the Complainant's famous casino.

The WIPO Panel arrived to a similar conclusion in the matter D2000-1332 regarding the domain name <monacogambling.com> as it stated: *"While it is not identical to the Domain Name, this registered trademark is similar if only by the ideas suggested by it, to the Domain Name "monacogambling.com", registered by the Respondent. The Panel is of the opinion that the registered words "Monaco" and "Gambling" are essentially synonyms to the words "Monte-Carlo" and "Casino", which happen to be the principal elements in the Complainant's Trademark. The Panel, applying its judicial knowledge is of the opinion that even though Monaco is the Principauté and Monte-Carlo is the city within this Principauté, these terms are used interchangeably by the public at large. The words ("monaco" and "gambling") used together create a strong similarity and impression that could easily induce the general public into believing that the Domain Name, the Domain Name proprietor and any web site operated from the Domain Name are associated with the Complainant."* A similar decision has been rendered by WIPO arbitration Panel in D2000-1328 regarding the domain name <montecarlojackpot.com>.

In addition, as concerns the generic terms "sports" and "sportsbook", the WIPO Panel already stated in D2005-0225 regarding the domain name <montecarlocasinoandsportsbook.com> that:

*"The domain name at issue is not identical to a trade mark held by Complainant, and the question is then whether there is confusing similarity. The disputed domain name incorporates the two nouns "Monte-Carlo" and "Casino" of Complainant's trademark CASINO DE MONTE-CARLO with the addition of the term "sports book".*

17

*The terms "Monte-Carlo" and "Casino" are distinctive of, and immediately bring to mind Complainant's business activities.*

*As evidenced by the Complainant, "sports book" is a term that could easily be associated with casinos, the business of Complainant, as several casinos offers the possibility for their clients to wager on sports results in addition to their standard casino gambling activities, and the term "sports book" stands for the possibility of such betting on sports games. The Panel therefore finds that the term "sports book" is not distinguishing the domain name at issue from Complainant's trademark, but rather adds to the likelihood of confusion.*

*As a result of the above arguments, the Panel finds that the disputed domain name is confusingly similar to Complainant's trademark CASINO DE MONTE-CARLO."*

The Respondents' domain names above are therefore confusingly similar to the prior trademarks in which the Complainant has rights.

(5) The domain names composed of the terms "Grand", "Monaco" and a generic term

- grandmonacoayda.com
- grandmonacoayuda.com
- grandmonacoclub.com
- grandmonacohost.com
- grandmonacohosts.com
- grandmonacolounge.com
- grandmonaconews.com
- grandmonacopartners.com
- grandmonacopromotions.com
- grandmonacostore.com
- grandmonacosupport.com

The addition of a generic term such as "host", "lounge", "club", "ayuda", "store", "news", "support" or "partners" to the terms "Grand" and "Monaco" does not render the disputed domain names dissimilar or legally different from the Complainant's trademark.

18

Indeed, these generic terms have no distinctive value that would be strong enough to surpass the distinctiveness of the association of the terms "Grand" and "Monaco". Therefore, these generic terms are unable to cancel the strong risk of confusion that exists between the terms "Grand" and "Monaco" and the Complainant's trademarks. Moreover, these generic terms would rather be perceived as mere declinations of the domain names at stake: the "news" of the Grand Monaco, the "store" of the Grand Monaco, the "support" of the Grand Monaco, etc...

Moreover, all these disputed domain names point to the same online casino website (the homepage of the website to which the disputed domain names are pointing is attached in Annex [F]). This induces the general public into believing that the disputed domain names are associated with the Complainant.

As a consequence, the domain names composed of the terms "Grand", "Monaco" and a generic term are confusingly similar to the Complainant's trademarks.

(6) The domain name <deutschesgrandmonaco.com>

The addition of the generic term "deutsches" to "Grandmonaco" does not render the disputed domain names dissimilar or legally different from the Complainant's trademark especially as the term "deutsches" means German in German language and points to the casino website attached in Annex [F] in its German-language version (see Annex [G]). Therefore, the addition of the term "deutsches" to the term "grandmonaco" induces the German public into believing that the disputed domain name is associated with the Complainant and is the German-language version of the Complainant's website.

Therefore, this disputed domain name is undoubtedly confusingly similar with the trademark owned by the Complainant.

**B.**    **The Respondents have no rights or legitimate interests in respect of the domain names;**

(Policy, para. 4(a)(ii), Rules, para. 3(b)(ix)(2))

- The Complainant has searched Trademark database for possible trademark registrations or applications by the Respondents. It seems that no trademarks including the words "Grand" and "Monaco" have been registered by the Respondents in neither the United States of America nor any of the European countries. A copy of the results of this research is attached in Annex [H]. To the best of Complainant's knowledge, Respondents hold no intellectual property rights over any mark that contains the terms "Grand" and "Monaco".

- In addition, the Respondents are individuals residing in the United Kingdom (See the Whois information in Annex [A]), that is to say they have no geographical link with the Principauté de Monaco.

- Also the Respondents have not received any license or authorization from the authorities of the Principauté de Monaco to operate a casino in Monaco.

- Complainant has never authorized Respondents to use its 140-year old famous marks Casino de Monaco or Casino de Monte Carlo, nor to register and use the disputed domain names, and Complainant does not have any type of business relationship with Respondents.

The Respondents therefore have no rights or legitimate interests in the disputed domain names.

**C.**    **The domain names were registered and are being used in bad faith.**

(Policy, paras. 4(a)(iii), 4(b); Rules, para. 3(b)(ix)(3))

- The Respondents are professionals in the gambling business. In fact, an Internet search on Respondents' name shows that M. Lucan Toh is the CEO of PlayShare, a UK company which presents itself as *"the new integrated*

20

operating platform behind the world class poker and casino gaming sites *PokerShare.com and CasinoShare.com*" (see Annex [I] a) and that M. Max Wright is Director of the gaming websites PokerShare.com and CasinoShare.com (both owned and operated by PlayShare) (see Annex [I] c). Moreover, an Internet search on Respondents' domain names shows that Respondents' website is operated by the Grand Gaming Group, which has been acquired by the PlayShare Group on November 1st 2006. Play Share Group has disclosed in the press that it is seeking "*to be one of the top 5 gaming companies within the next two years*" (see Annex [I] b).

- As managers of a gaming company, Respondents can only have been acting in bad faith when they registered the disputed domain names knowing that they were confusingly similar to Complainant's famous casino in Monaco. The strong notoriety and world renown of Complainant's marks make it impossible for Respondents to claim that they ignored that the registration of the disputed domain names would violate Complainant's rights.

  Moreover, Complainant has a strong policy of protection for its famous marks. In this respect, WIPO already ordered the transfer of many domain names to the Complainant, see Annex [J]. Respondents, who are professionals in the gaming business, were necessarily aware of, or should have reasonably been aware of, the fact that Complainant has a strong policy in protecting and enforcing its intellectual property rights and preserving its reputation and renown from being unduly used by third parties.

- The fact that Respondents have taken the precaution of mentioning at the bottom of each page of the disputed domain names the following disclaimer: "*Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group. Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.*" is another proof of the Respondents' bad faith (see Annex [K]). If Respondents have considered it necessary to draw the attention of Internet users on the fact that Grand Monaco is not associated with the Principality of Monaco it is obviously because they knew that there is undoubtedly a risk of

confusion with Complainant's famous casino in Monaco.   Moreover the discretion of this warning which appears at the bottom of the disputed domain names' pages in small characters is another clear example of Respondents' bad faith.

Also, the presence of a discrete disclaimer on the website itself does not alter the Respondents' bad faith as Internet users cannot see this disclaimer when they type the disputed domain names in their Internet browser. It is at that time that they are attracted by these domain names and that there is a confusion with the Complainant's famous casino in Monaco.

- In addition, the Respondents are passing off on Complainant's trademarks and renown in order to attract Internet users for commercial gain and therefore clearly falls within the example given in the Policy's article 4.b.iv. The value of the disputed domain names for a professional in the online casino business lies in their close resemblance and confusability with Complainant's registered trademark. The WIPO Panel arrived to a similar decision   in   decision   D2003-0246   regarding   the   domain   name <swisscasino.com>. Indeed, except for the following disputed domain names:

  <grand-monaco-poker.com>

  <grandmonacoonlinepoker.com>

  <grandmonacopoker.com>

  <grandmonacopokerclub.com>

  <grandmonacovideopoker.com>

  <grandmonacopoker.net>

  <grandmonacopokerclub.net>

  <pokergrandmonaco.net>

  <grandmonacopoker.org>

  <grandmonacopokerclub.org>

  <pokergrandmonaco.org>

  all the disputed domain names point to the same casino website.

- Clearly, Internet users who type the disputed domain names in their browser would believe that they access a gambling website operated by the owner of

the well-known casino in Monaco, Complainant, while this is not the case. This is obviously a source of confusion for Internet users.

- Creating such strong likelihood of confusion between Complainant's casino and the Respondents' website is a clear example of bad faith not only during the registration process of the disputed domain names but also in the use of disputed domain names.

- As per the above mentioned domain names which do not point directly to a casino website (see Annex [L]), they are nevertheless also used in bad faith. Indeed, the currently inactive use of the disputed domain names clearly shows bad faith. The disputed domain names were registered one year ago but have yet to be used in an active manner. As Respondents clearly know how to create websites it must be gathered that one year has been ample time to create websites for the disputed domain names and therefore, at this stage, it can only be concluded that the Respondents have acquired the disputed domain names to prevent Complainant from using them. Such a passive use demonstrates bad faith use and registration of the disputed domain names as exemplified in the Policy's article 4.b.ii.

- Should Respondents nevertheless claim to have registered the disputed domain names with the intent of an active use, it cannot be imagined how this could be done in a legitimate manner since Respondents are the owner of an online casino. Should Respondents wish to put the disputed domain names to use they will most likely be used to forward Internet users to the casino website to which all the other disputed domain names already point.

From the outset of the UDRP arbitration procedure the WIPO Mediation and Arbitration center found that inactive use of a domain name could constitute bad faith as stated in decision D2000-0003 regarding the domain name <Telstra.org>. Decision D2000-0028 regarding the domain name <cellularonechine.com> moreover found that inactive use of a registered domain name may be evidence of intent to sell the domain name for

23

commercial gain[1]. A similar matter to the one that is subject matter of this
arbitration was presented to the WIPO Mediation and Arbitration center in
case D2005-1342 concerning the domain name

< montecarlograndcasino.com> in which the WIPO Panel decided that:

*"As far as the question is concerned, whether the Respondent uses the
disputed domain names in bad faith, it appears from the information
available to the Panel that they are not in use since they are not linked with
an active website.*

*Since the Telstra case (Telstra Corporation Limited v. Nuclear
Marshmallows, WIPO Case No. D2000-0003), various administrative panels
held that the passive use of a domain name constitutes bad faith registration
and use under certain circumstances The panel of that case noted that the
question whether inactivity by the respondent constitutes bad faith depends
"on the particular facts of a specific case" and that the "Administrative
Panel must give close attention to all circumstances of the Respondent's
behavior".*

*The Respondent has engaged in "passive holding" of the domain names at
issue. The Respondent has also failed to file a response or make any attempt
to traverse the claims and submissions made by the Complainant.*

*Moreover, the Respondent must have been aware of the Complainant and
therefore, intentionally chose to register the domain names. Any attempt to
actively use any of the two domain names at issue would inevitably lead to a
likelihood of confusion to the source, sponsorship, affiliation, or
endorsement of the registrant's website among Internet users who would
inevitably be led to believe that such website would be owned by, controlled
by, established by or in some way associated with the Complainant
(Ladbroke Group Plc v. Sonoma International LDC, WIPO Case No. D2002-
0131).*

*Such use could start at Respondent's choice any day and would be clearly
contrary to the Complainant's legal rights and legitimate interests. As stated
in previous UDRP decisions, "to argue that the Complainant should have to
wait for some future use of the disputed domain names to occur in order to
demonstrate Respondent's bad faith use is to render intellectual property law
into an instrument of abuse by the Respondent. The fact that this
misappropriation may occur in any as yet undetermined manner at an
uncertain future date does negate the Respondent's bad faith. On the
contrary, it raises the specter of continuing bad faith abuse by the
Respondent of the Complainant's trademarks and legitimate business*

---

[1]      *"While in most situations of non-use, it may be impossible to draw any conclusion about a
party's intent to sell, the facts here do permit such an inference. It has been noted that the Domain
Name contains only Complainant's coined registered trademark and the country name "China." It
would be difficult, perhaps impossible, for Respondent to use the Domain Name as the name of any
business, product or service for which it would be commercially useful without violating Complainant's
rights. Accordingly, in the absence of any claim by the Respondent that he intends to do otherwise, it is
a permissible inference to conclude, and the Panel does conclude, that subparagraph (i) is applicable to
the instance situation."*

interests" (*Cellular One Group v. Paul Brien, WIPO Case No. D2000-0028; Myer Stores Limited v. David John Singh, WIPO Case No. D2001-0763; Comerica Inc. v. Horoshiy, Inc., WIPO Case No. D2004-0615).*"

All these elements, and *inter alia* the world renown of the Complainant's trademarks, show that the disputed domain names have both been registered and used in bad faith by the Respondents.

## VI. Remedies Requested

(Rules, para. 3(b)(x))

[12.] In accordance with Paragraph 4(i) of the Policy, for the reasons described in Section V above, the Complainant requests the Administrative Panel appointed in this administrative proceeding issue a decision that the contested domain names:

grandmonaco.com
casinograndmonaco.com
grandmonacocasino.com
deutschesgrandmonaco.com
grandmonacoayda.com
grandmonacoayuda.com
grandmonacobingo.com
grand-monaco.com
grand-monaco-casino.com
grand-monaco-poker.com
grandmonacocasinoclub.com
grandmonacoclub.com
grandmonacocraps.com
grandmonacogames.com
grandmonacogaming.com
grandmonacohost.com
grandmonacohosts.com
grandmonacolottery.com
grandmonacolotto.com
grandmonacolounge.com
grandmonacomahjong.com
grandmonacomillions.com
grandmonaconews.com
grandmonacoonlinecasino.com
grandmonacoonlinegaming.com
grandmonacoonlinepoker.com
grandmonacopartners.com
grandmonacoplayersclub.com
grandmonacopoker.com
grandmonacopokerclub.com
grandmonacopromotions.com
grandmonacoracebook.com
grandmonacorewards.com

grandmonacoskillgames.com
grandmonacoslots.com
grandmonacosports.com
grandmonacosportsbook.com
grandmonacostore.com
grandmonacosupport.com
grandmonacovideopoker.com
grandmonaco.net
casinograndmonaco.net
grandmonacobingo.net
grandmonacocasino.net
grandmonacocasinoclub.net
grandmonacogames.net
grandmonacogaming.net
grandmonacolottery.net
grandmonacomillions.net
grandmonacoplayersclub.net
grandmonacopoker.net
grandmonacopokerclub.net
grandmonacoracebook.net
grandmonacoskillgames.net
grandmonacosports.net
grandmonacosportsbook.net
pokergrandmonaco.net
grandmonaco.org
casinograndmonaco.org
grandmonacocasino.org
grandmonacocasinoclub.org
grandmonacomillions.org
grandmonacopoker.org
grandmonacopokerclub.org
grandmonacoracebook.org
pokergrandmonaco.org

be transferred to the Complainant.

## VII.  Administrative Panel

(Rules, para. 3(b)(iv))

[13.] The Complainant elects to have the dispute decided by a single-member
Administrative Panel.

If the Respondents choose the three-member Administrative Panel, the
Complainant provides the following names of three persons, one of whom the
Center shall attempt to appoint to the Administrative Panel in accordance with

Paragraph 6 of the Rules and Paragraph 7 of the Supplemental Rules: François Dessemontet, Dawn Osborne and Christophe Caron.

## VIII. Mutual Jurisdiction
(Rules, para. 3(b)(xiii))

[14.] In accordance with Paragraph 3(b)(xiii) of the Rules, the Complainant will submit, with respect to any challenges that may be made by the Respondents to a decision by the Administrative Panel to transfer or cancel the domain names that are the subject of this Complaint, to the jurisdiction of the courts of the United States of America, where the Registrar is located.

## IX. Other Legal Proceedings
(Rules, para. 3(b)(xi))

[15.] The disputed domain names are not currently subject to any other legal proceedings.

## X. Communications
(Rules, paras. 2(b), 3(b)(xii); Supplemental Rules, paras. 3, 4)

[16.] A copy of this amended Complaint, together with the cover sheet as prescribed by the Supplemental Rules, has been sent or transmitted to M. Lucan Toh and Max Wright on by email (calan.horsman@playshare.com) and a hardcopy version of the Complaint and annexes have been sent by courier service.

[17.] A copy of this amended Complaint has been sent or transmitted to the concerned registrar on March 21, 2007 by fax to Laurie Anderson (+1 480 505 8844) and a hardcopy of the Complaint and annexes was sent by mail.

[18.] This amended Complaint is submitted to the Center in electronic form, and in four (4) hardcopy sets together with the original.

27

## XI. **Payment**

(Rules, para. 19; Supplemental Rules, Annex D)

[19.] As required by the Rules and Supplemental Rules, payment in the amount of USD 6,000 has been made by electronic transfer.

## XII. **Certification**

(Rules, para. 3(b)(xiv))

[20.] The Complainant agrees that its claims and remedies concerning the registration of the domain names, the dispute, or the dispute's resolution shall be solely against the domain names holder and waives all such claims and remedies against (a) the WIPO Arbitration and Mediation Center and Panelists, except in the case of deliberate wrongdoing, (b) the concerned registrar, (c) the registry administrator, (d) the Internet Corporation for Assigned Names and Numbers, as well as their directors, officers, employees, and agents.

[21.] The Complainant certifies that the information contained in this Complaint is to the best of the Complainant's knowledge complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under the Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument.

Respectfully submitted,

*Julien Horn*

Date: 21 March, 2007

28

ANNEXES

Annex [A]    Printouts of the WhoIs information concerning the disputed domain names ;

Annex [B]    ICANN domain name dispute policy ;

Annex [C]    Ordonnance Souveraine n°8834 of March 24, 1987 ;

Annex [D]    International Trademark "Casino de Monaco", WO 793812 ;

Annex [E]    Complainant's United States Federal trademark, US 76478796 ;

Annex [F]    Homepage of the website to which the disputed domain names (except those mentioned in section C.) are pointing ;

Annex [G]    Homepage of the website to which the disputed domain name <deutschesgrandmonaco.com > is pointing ;

Annex [H]    Result of the search for any trademarks held by the Respondents ;

Annex [I]    a) Printout of the PR Web press release;

             b) Printout of the Microgaming Casinos page;

             c) Printout of Igaming Business website;

Annex [J]    List of Complainant's WIPO cases

Annex [K]    Pages of the website to which the disputed domain names (except those mentioned in section C.) are pointing

Annex [L]    Pages to which the domain names listed in section C. are pointing



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE!

Go Daddy.com Make a .com name with us!® SPECIAL OFFER for RegisterFly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: CASINOGRANDMONACO.COM

Search Again
Enter a Domain Name to Check .com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: CASINOGRANDMONACO.COM
Created on: 19-Dec-05
Expires on: 19-Dec-07
Last Updated on: 19-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK21.SECURESERVER.NET
PARK22.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

DE GAULLE FLEURANCE & ASSOCIES
A

Available TLDs

- CASINOGRANDMONACO.INFO $0.99/yr SAVE!
- CASINOGRANDMONACO.BIZ $6.99/yr SAVE!
- CASINOGRANDMONACO.US $7.99/yr
- CASINOGRANDMONACO.NAME $9.99/yr

You might also consider:

- CASINOGRANDMONACOONLINE.COM $8.95/yr
- ONLINECASINOGRANDMONACO.COM $8.95/yr
- CASINOGRANDMONACOHOME.NET $8.99/yr
- HOMECASINOGRANDMONACO.NET $8.99/yr
- CASINOGRANDMONACOSITE.ORG $8.99/yr
- SITECASINOGRANDMONACO.ORG $8.99/yr
- CASINOGRANDMONACOWEB.INFO $0.99/yr SAVE!
- WEBCASINOGRANDMONACO.INFO $0.99/yr SAVE!
- CASINOGRANDMONACOLIVE.BIZ $6.99/yr SAVE!
- LIVECASINOGRANDMONACO.BIZ $6.99/yr SAVE!
- CASINOGRANDMONACOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo® Las Vegas
Official Site. Save $10/night With Our Internet Specials. Book Now!
www.MonteCarlo.com

Ameristar Casinos
More Casino. More Fun. The Official Site of Ameristar.
www.ameristar.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Monte Carlo Fans
Low Prices and Fast Shipping On Monte

Carlo Fans. Order Online!
www.CeilingFanOutlet.com

Casino Niagara
Casino Concert Packages Available Book
Now And Save!
NiagaraFallsHotelDeals.com

Casino Parties & Events
Serving the Las Vegas Area Pro Trained
Staff, Quality Equip.
www.casinopartycreations.com

24/7 Sales and Support: (480) 505-8877   ::   Billing Questions? Call (480)505-8855   Free Email Updates! Enter address   [GO]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE
Go Daddy.com Make a .com name with us!
SPECIAL OFFER for Registerfly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!
Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: CASINOGRANDMONACO.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: CASINOGRANDMONACO.NET
Created on: 19-Dec-05
Expires on: 19-Dec-07
Last Updated on: 19-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK21.SECURESERVER.NET
PARK22.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
CASINOGRANDMONACO.INFO $0.99/yr SAVE!
CASINOGRANDMONACO.BIZ $6.99/yr SAVE!
CASINOGRANDMONACO.US $7.99/yr
CASINOGRANDMONACO.NAME $9.99/yr

You might also consider:
CASINOGRANDMONACOONLINE.COM $8.95/yr
ONLINECASINOGRANDMONACO.COM $8.95/yr
CASINOGRANDMONACOHOME.NET $8.99/yr
HOMECASINOGRANDMONACO.NET $8.99/yr
CASINOGRANDMONACOSITE.ORG $8.99/yr
SITECASINOGRANDMONACO.ORG $8.99/yr
CASINOGRANDMONACOWEB.INFO $0.99/yr SAVE!
WEBCASINOGRANDMONACO.INFO $0.99/yr SAVE!
CASINOGRANDMONACOLIVE.BIZ $6.99/yr SAVE!
LIVECASINOGRANDMONACO.BIZ $6.99/yr SAVE!
CASINOGRANDMONACOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Official Site
No Booking Fee at Monte Carlo Reserve your room online and save!
www.MonteCarlo.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Hotels in Monte - Carlo
Dlx Hotels, Helicopter & limo transfers in Monte-Carlo Monaco
www.Monte-CarloHotels.com

Casino Niagara
Great fallsview rooms at low rates See Niagara Falls from your room!
NiagaraFallsHotelDeals.com

Chev Monte Carlo
Free Research, Pricing, Comparisons &

Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

Monaco 2007
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

1000 Places To See
New series on the Travel Channel.
Premieres March 29 9PM E/P.
www.TravelChannel.com

➤  24/7 Sales and Support: (480) 505-8877    ➤    Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address  | 

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



 **noms de domaine**

Fermer cette fenêtre

WHOIS casinograndmonaco.org

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

NOTICE: Access to .ORG WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest Registry registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator or any ICANN-Accredited Registrar, except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

```
Domain ID:D109657496-LROR
Domain Name:CASINOGRANDMONACO.ORG
Created On:19-Dec-2005 06:51:49 UTC
Last Updated On:19-Dec-2006 10:02:38 UTC
Expiration Date:19-Dec-2007 06:51:49 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025057993
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:calan.horsman@playshare.com
Admin ID:GODA-225057993
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:calan.horsman@playshare.com
Tech ID:GODA-125057993
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:calan.horsman@playshare.com
Name Server:PARK21.SECURESERVER.NET
Name Server:PARK22.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

INDOM - Noms de domaine

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

© INDOM 1997 - 2006 | CNIL n°752559 | Conditions générales | Qui sommes-nous | Pour nous joindre

INDOM - Siège social : 44, Rue Notre-Dame des Victoires - 75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 € - Siret 428 707 608 000 25
Tél. : + 33 (0)1 48 01 83 60 - Fax : + 33 (0)1 48 01 67 73 - E-mail : indom@indom.com



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: DEUTSCHESGRANDMONACO.COM

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: DEUTSCHESGRANDMONACO.COM
Created on: 03-Aug-06
Expires on: 03-Aug-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK29.SECURESERVER.NET
PARK30.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
DEUTSCHESGRANDMONACO.NET $8.99/yr
DEUTSCHESGRANDMONACO.ORG $8.99/yr
DEUTSCHESGRANDMONACO.INFO $0.99/yr SAVE!
DEUTSCHESGRANDMONACO.BIZ $6.99/yr SAVE!
DEUTSCHESGRANDMONACO.US $7.99/yr
DEUTSCHESGRANDMONACO.NAME $9.99/yr

You might also consider:
DEUTSCHESGRANDMONACO.ONLINE.COM $8.95/yr
ONLINEDEUTSCHESGRANDMONACO.COM $8.95/yr
DEUTSCHESGRANDMONACO.HOME.NET $8.99/yr
HOMEDEUTSCHESGRANDMONACO.NET $8.99/yr
DEUTSCHESGRANDMONACO.SITE.ORG $8.99/yr
SITEDEUTSCHESGRANDMONACO.ORG $8.99/yr
DEUTSCHESGRANDMONACO.WEB.INFO $0.99/yr SAVE!
WEBDEUTSCHESGRANDMONACO.INFO $0.99/yr SAVE!
DEUTSCHESGRANDMONACO.LIVE.BIZ $6.99/yr SAVE!
LIVEDEUTSCHESGRANDMONACO.BIZ $6.99/yr SAVE!
DEUTSCHESGRANDMONACO.BLOG.US $7.99/yr
REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
Before You Die. Premieres March 29 9PM

EiP on the Travel Channel.
www.TravelChannel.com

Susana Monaco
Find the latest styles including new dresses
from Susana Monaco at
www.oliveandbettes.com

Monte Carlo Ls
Check Out CarandDriver.com for Pricing &
Reviews on a New Chevy!
www.CarandDriver.com

Monte Carlo Floor Mats
Custom embroidered floor mats with your
choice of Chevrolet logo.
www.USSpeed.com

▸  24/7 Sales and Support: (480) 505-8877    ▸    Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address _____ | GO! |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy .com Make a .com name with us!® SPECIAL OFFER for RegisterFly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery; oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOCASINO.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCASINO.COM
Created on: 23-Jun-05
Expires on: 23-Jun-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK13.SECURESERVER.NET
PARK14.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOCASINO.BIZ $6.99/yr SAVE!
GRANDMONACOCASINO.US $7.99/yr
GRANDMONACOCASINO.NAME $9.99/yr

You might also consider:
GRANDMONACOCASINOONLINE.COM $8.95/yr
ONLINEGRANDMONACOCASINO.COM $5.95/yr
GRANDMONACOCASINOHOME.NET $8.99/yr
HOMEGRANDMONACOCASINO.NET $8.99/yr
GRANDMONACOCASINOSITE.ORG $8.99/yr
SITEGRANDMONACOCASINO.ORG $8.99/yr
GRANDMONACOCASINOWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOCASINO.INFO $0.99/yr SAVE!
GRANDMONACOCASINOLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOCASINO.BIZ $6.99/yr SAVE!
GRANDMONACOCASINOSLOG.US $7.99/yr
REGISTER NOW!

Casino direct marketing
Full service direct marketing support for the gaming industries
http://www.gawright.com/gaming/

Stop The Bonus Chase
The No Deposit Casino Bonus Guide: Trick The Casinos & Get Free Cash!
www.Betting-Analytics.com

Monte Carlo Official Site
No Booking Fee at Monte Carlo Reserve your room online and save!
www.MonteCarlo.com

Casino Theme Party
Quality equipment. Professional dealers.
www.abccasinogames.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Chevrolet Monte Carlo SS
Buying Guides on New & Used Cars. Compare Reviews - Get a Free Quote!
www.AutoMedia.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Red Lion Inn & Casino

Spacious guest rooms & restaurant 24 hour
casino
redforwinn.com

**Grand Bahama Island**
Plan Your Last Minute Trip Online at
GrandBahamaVacations.com!
www.GrandBahamaVacations.com

ⓘ   24/7 Sales and Support: (480) 505-8877   ⓘ   Billing Questions? Call (480)505-8855   | Free Email Updates! Enter address   | GO |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for Registerfly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACO.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACO.COM
Created on: 23-Oct-04
Expires on: 23-Oct-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs

| | |
|---|---|
| GRANDMONACO.BIZ | $6.99/yr SAVE! |
| GRANDMONACO.US | $7.99/yr |
| GRANDMONACO.NAME | $8.99/yr |

You might also consider:

| | |
|---|---|
| GRANDMONACOONLINE.COM | $8.95/yr |
| GRANDMONACOHOME.NET | $8.99/yr |
| HOMEGRANDMONACO.NET | $8.99/yr |
| GRANDMONACOSITE.ORG | $8.99/yr |
| SITEGRANDMONACO.ORG | $8.99/yr |
| GRANDMONACOWEB.INFO | $0.99/yr SAVE! |
| WEBGRANDMONACO.INFO | $0.99/yr SAVE! |
| GRANDMONACOLIVE.BIZ | $6.99/yr SAVE! |
| LIVEGRANDMONACO.BIZ | $6.99/yr SAVE! |
| GRANDMONACOBLOG.US | $7.99/yr |

REGISTER NOW!

Phoenix Pontiac Dealers
Visit the Official Phoenix Site & Schedule a Grand Prix Test Drive!
www.ValleyPontiacGMC.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

1000 Places To See
The ultimate traveler "to-do" list. Premieres March 29 9PM E/P.
www.TravelChannel.com

Deals On Monaco Hotel
Looking For A Hotel In Monaco? Search 100+ Hotel Sites In Seconds
www.Kayak.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order Online Now!
www.FanWorldOutlet.com

Pontiac Grand Prix Quotes
Why Pay Sticker on a New Grand Prix Keep Dealer Profits in Your Pocket!
www.WhyPaySticker.com

Helicopter schedules
Monaco Nice Cannes Saint tropez Heli securite Helicopter airline



www.helicopter-saint-tropez.com

24/7 Sales and Support: (480) 505-8877    ▶    Billing Questions? Call (480)505-8855    Free Email Updates! Enter address    .GO.

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRAND-MONACO.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRAND-MONACO.COM
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs

- GRAND-MONACO.ORG $8.99/yr
- GRAND-MONACO.INFO $0.99/yr SAVE!
- GRAND-MONACO.BIZ $6.99/yr SAVE!
- GRAND-MONACO.US $7.99/yr
- GRAND-MONACO.NAME $9.99/yr

You might also consider:

- GRAND-MONACOONLINE.COM $8.95/yr
- ONLINEGRAND-MONACO.COM $8.95/yr
- GRAND-MONACOHOME.NET $8.99/yr
- HOMEGRAND-MONACO.NET $8.99/yr
- GRAND-MONACOSITE.ORG $8.99/yr
- SITEGRAND-MONACO.ORG $8.99/yr
- GRAND-MONACOWEB.INFO $0.99/yr SAVE!
- WEBGRAND-MONACO.INFO $0.99/yr SAVE!
- GRAND-MONACOLIVE.BIZ $6.99/yr SAVE!
- LIVEGRAND-MONACO.BIZ $6.99/yr SAVE!
- GRAND-MONACOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
The ultimate traveler "to-do" list. Premieres March 29 9PM E/P.
www.TravelChannel.com

Save On Monaco Hotels
Find Low Hotel Rates In Monaco Quick & Easy To Use. Search Today!
www.Kayak.com

Monaco 2007
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order



Online Now!
www.FanWorldOutlet.com

Monaco Tourism
Find and book Cannes and Monaco tours
and activities on Viator.
www.viator.com

⊬  24/7 Sales and Support: (480) 505-8877   ⊬   Billing Questions? Call (480)505-8855      Free Email Updates! Enter address        GO

# Exhibit B-2



 Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for Registerfly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

## WHOIS Search Results for: GRANDMONACO.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACO.NET
Created on: 19-Dec-05
Expires on: 19-Dec-07
Last Updated on: 19-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK21.SECURESERVER.NET
PARK22.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

**Available TLDs**

| | |
|---|---|
| GRANDMONACO.BIZ | $6.99/yr SAVE! |
| GRANDMONACO.US | $7.99/yr |
| GRANDMONACO.NAME | $9.99/yr |

**You might also consider:**

| | |
|---|---|
| GRANDMONACOONLINE.COM | $8.95/yr |
| GRANDMONACOHOME.NET | $8.99/yr |
| HOMEGRANDMONACO.NET | $8.99/yr |
| GRANDMONACOSITE.ORG | $8.99/yr |
| SITEGRANDMONACO.ORG | $8.99/yr |
| GRANDMONACOWEB.INFO | $0.99/yr SAVE! |
| WEBGRANDMONACO.INFO | $0.99/yr SAVE! |
| GRANDMONACOLIVE.BIZ | $6.99/yr SAVE! |
| LIVEGRANDMONACO.BIZ | $6.99/yr SAVE! |
| GRANDMONACOBLOG.US | $7.99/yr |

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

1000 Places To See
New series on the Travel Channel. Premieres March 29 9PM E/P.
www.TravelChannel.com

Save On Monaco Hotels
Find Low Hotel Rates In Monaco Quick & Easy To Use. Search Today!
www.Kayak.com

Monte Carlo Ls
Free Research, Pricing, Comparisons & Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

Monaco 2007
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order Online Now!

www.FanWorldOutlet.com

N  24/7 Sales and Support: (480) 505-8877  N  Billing Questions? Call (480)505-8855    Free Email Updates! Enter address    GO

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

  

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 -2007 GoDaddy.com, Inc. All rights reserved.





noms de domaine

Fermer cette fenêtre

WHOIS grandmonaco.org

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

```
NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy.  This service is intended only for query-based access.  You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations.  All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D109657498-LROR
Domain Name:GRANDMONACO.ORG
Created On:19-Dec-2005 06:51:50 UTC
Last Updated On:19-Dec-2006 10:02:45 UTC
Expiration Date:19-Dec-2007 06:51:50 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025058001
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:calan.horsman@playshare.com
Admin ID:GODA-225058001
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:calan.horsman@playshare.com
Tech ID:GODA-125058001
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:calan.horsman@playshare.com
Name Server:PARK21.SECURESERVER.NET
Name Server:PARK22.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

© INDOM 1997 - 2006 | CNIL n°752559 | Conditions générales | Qui sommes-nous | Pour nous joindre

INDOM - Siège social : 44, Rue Notre-Dame des Victoires - 75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 € - Siret 428 707 608 000 25
Tél. : + 33 (0)1 48 01 83 60 - Fax : + 33 (0)1 48 01 67 73 - E-mail : indom@indom.com



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers
Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!
Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOAYUDA.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOAYUDA.COM
Created on: 27-Jul-06
Expires on: 27-Jul-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK3.SECURESERVER.NET
PARK4.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOAYUDA.NET $8.99/yr
GRANDMONACOAYUDA.ORG $8.99/yr
GRANDMONACOAYUDA.INFO $0.99/yr SAVE!
GRANDMONACOAYUDA.BIZ $6.99/yr SAVE!
GRANDMONACOAYUDA.US $7.99/yr
GRANDMONACOAYUDA.NAME $9.99/yr

You might also consider:
GRANDMONACOAYUDAONLINE.COM $8.95/yr
ONLINEGRANDMONACOAYUDA.COM $8.95/yr
GRANDMONACOAYUDAHOME.NET $8.99/yr
HOMEGRANDMONACOAYUDA.NET $8.99/yr
GRANDMONACOAYUDASITE.ORG $8.99/yr
SITEGRANDMONACOAYUDA.ORG $8.99/yr
GRANDMONACOAYUDAWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOAYUDA.INFO $0.99/yr SAVE!
GRANDMONACOAYUDALIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOAYUDA.BIZ $6.99/yr SAVE!
GRANDMONACOAYUDABLOG.US $7.99/yr
REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Vega
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Monte Carlo Las Vegas
Online Special - Book Monte Carlo Direct and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Monte Carlo Fan
Save on Monte Carlo Ceiling Fans. Order Easily and Securely Online!

www.CeilingFanOutlet.com

1000 Places To See
Before You Die. Premieres March 29 9PM
E/P on the Travel Channel.
www.TravelChannel.com

Monte Carlo in Las Vegas
Stay at the Monte Carlo Hotel in Las Vegas.
Save up to 60% online
www.getmecheaper.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices – Order
Online Now!
www.FanWorldOutlet.com

▶ 24/7 Sales and Support: (480) 505-8877   ▶   Billing Questions? Call (480)505-8855    Free Email Updates! Enter address    GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOBINGO.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOBINGO.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
- GRANDMONACOBINGO.ORG $8.99/yr
- GRANDMONACOBINGO.INFO $0.99/yr SAVE!
- GRANDMONACOBINGO.BIZ $6.99/yr SAVE!
- GRANDMONACOBINGO.US $7.99/yr
- GRANDMONACOBINGO.NAME $9.99/yr

You might also consider:
- GRANDMONACOBINGOONLINE.COM $8.95/yr
- ONLINEGRANDMONACOBINGO.COM $8.95/yr
- GRANDMONACOBINGOHOME.NET $8.99/yr
- HOMEGRANDMONACOBINGO.NET $8.99/yr
- GRANDMONACOBINGOSITE.ORG $8.99/yr
- SITEGRANDMONACOBINGO.ORG $8.99/yr
- GRANDMONACOBINGOWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOBINGO.INFO $0.99/yr SAVE!
- GRANDMONACOBINGOLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOBINGO.BIZ $6.99/yr SAVE!
- GRANDMONACOBINGOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
Before You Die. Premieres March 29 9PM E/P on the Travel Channel.
www.TravelChannel.com

Monte Carlo in Las Vegas

Stay at the Monte Carlo Hotel in Las Vegas.
Save up to 60% online
www.getmecheaper.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

Monaco 2007
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

24/7 Sales and Support: (480) 505-8877    »    Billing Questions? Call (480)505-8855    Free Email Updates! Enter address    GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for Registerfly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOBINGO.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOBINGO.NET
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOBINGO.ORG $8.99/yr
- GRANDMONACOBINGO.INFO $0.99/yr SAVE!
- GRANDMONACOBINGO.BIZ $6.99/yr SAVE!
- GRANDMONACOBINGO.US $7.99/yr
- GRANDMONACOBINGO.NAME $9.99/yr

## You might also consider:

- GRANDMONACOBINGOONLINE.COM $8.95/yr
- ONLINEGRANDMONACOBINGO.COM $8.95/yr
- GRANDMONACOBINGOHOME.NET $8.99/yr
- HOMEGRANDMONACOBINGO.NET $8.99/yr
- GRANDMONACOBINGOSITE.ORG $8.99/yr
- SITEGRANDMONACOBINGO.ORG $8.99/yr
- GRANDMONACOBINGOWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOBINGO.INFO $0.99/yr SAVE!
- GRANDMONACOBINGOLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOBINGO.BIZ $6.99/yr SAVE!
- GRANDMONACOBINGOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Resorts
Amazing Las Vegas hotel discounts. Easily book your room today.
www.Tripres.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Las Vegas Jobs & Careers
Thousands of Las Vegas Jobs Post your resume & search for free!
Jobing.com

1000 Places To See
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Susana Monaco
Find the latest styles including new dresses from Susana Monaco at
www.oliveandbettes.com

Monte Carlo Las Vegas

Find hotel rooms at Monte Carlo in Vegas &
24 hour VIP services.
www.LuxeVegas.com

Save On Monaco Hotel
Huge Savings On Hotels In Monaco Use
Kayak.com For Great Hotel Deals
www.Kayak.com

Renault Eurodrive
Why Pay VAT? 17+ Days - No Tax Tourist
Buy-Back Car Rental Experts
www.europebycar.com

24/7 Sales and Support: (480) 505-8877    ⊪    Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address |    GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006.

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy .com Make a .com name with us®

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRAND-MONACO-CASINO.COM

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRAND-MONACO-CASINO.COM
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs

- GRAND-MONACO-CASINO.ORG $8.99/yr
- GRAND-MONACO-CASINO.INFO $0.99/yr SAVE!
- GRAND-MONACO-CASINO.BIZ $6.99/yr SAVE!
- GRAND-MONACO-CASINO.US $7.99/yr
- GRAND-MONACO-CASINO.NAME $9.99/yr

You might also consider:

- GRAND-MONACO-CASINOONLINE.COM $8.95/yr
- ONLINEGRAND-MONACO-CASINO.COM $8.95/yr
- GRAND-MONACO-CASINOHOME.NET $8.99/yr
- HOMEGRAND-MONACO-CASINO.NET $8.99/yr
- GRAND-MONACO-CASINOSITE.ORG $8.99/yr
- SITEGRAND-MONACO-CASINO.ORG $8.99/yr
- GRAND-MONACO-CASINOWEB.INFO $0.99/yr SAVE!
- WEBGRAND-MONACO-CASINO.INFO $0.99/yr SAVE!
- GRAND-MONACO-CASINOLIVE.BIZ $6.99/yr SAVE!
- LIVEGRAND-MONACO-CASINO.BIZ $6.99/yr SAVE!
- GRAND-MONACO-CASINOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo® Las Vegas
Official Site. Save $10/night With Our Internet Specials. Book Now!
www.MonteCarlo.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Amazing Las Vegas hotel discounts. Easily book your room today.
www.Tripres.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Susana Monaco
Find the latest styles including new dresses from Susana Monaco at
www.oliveandbettes.com



**Casino Parties & Events**
Serving the Las Vegas Area Pro Trained
Staff, Quality Equip.
www.casinopartycreations.com

**Chev Monte Carlo**
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

**1000 Places To See**
Before You Die. Premieres March 29 9PM
E/P on the Travel Channel.
www.TravelChannel.com

24/7 Sales and Support: (480) 505-8877    ▶    Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address |    GO

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE
Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Bye-bye Registerfly! ICANN decides to shut it down.
Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOCASINO.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCASINO.NET
Created on: 19-Dec-05
Expires on: 19-Dec-07
Last Updated on: 19-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK21.SECURESERVER.NET
PARK22.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid WhoIs

Available TLDs
GRANDMONACOCASINO.BIZ $6.99/yr SAVE!
GRANDMONACOCASINO.US $7.99/yr
GRANDMONACOCASINO.NAME $9.99/yr

You might also consider:
GRANDMONACOCASINOONLINE.COM $8.95/yr
ONLINEGRANDMONACOCASINO.COM $8.95/yr
GRANDMONACOCASINOHOME.NET $8.99/yr
HOMEGRANDMONACOCASINO.NET $8.99/yr
GRANDMONACOCASINOSITE.ORG $8.99/yr
SITEGRANDMONACOCASINO.ORG $8.99/yr
GRANDMONACOCASINOWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOCASINO.INFO $0.99/yr SAVE!
GRANDMONACOCASINOLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOCASINO.BIZ $6.99/yr SAVE!
GRANDMONACOCASINOBLOG.US $7.99/yr
REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms: Make your reservation today.
www.Tripres.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK .
www.sportseventstravel.co.uk

Susana Monaco
Find the latest styles including new dresses from Susana Monaco at
www.oliveandbettes.com

Casino Niagara
Casino Concert Packages Available Book Now And Save!
NiagaraFallsHotelDeals.com

Monaco 2007
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

1000 Places To See
1000 Places To See Before You Die.
Premieres March 29 9PM E/P.
www.TravelChannel.com

▶  24/7 Sales and Support: (480) 505-8877    ▶    Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address    | GO |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



 

*noms de domaine*

Fermer cette fenêtre

WHOIS grandmonacocasino.org

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D109657500-LROR
Domain Name:GRANDMONACOCASINO.ORG
Created On:19-Dec-2005 06:51:50 UTC
Last Updated On:19-Dec-2006 10:02:45 UTC
Expiration Date:19-Dec-2007 06:51:50 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025057934
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:calan.horsman@playshare.com
Admin ID:GODA-225057934
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:calan.horsman@playshare.com
Tech ID:GODA-125057934
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:calan.horsman@playshare.com
Name Server:PARK21.SECURESERVER.NET
Name Server:PARK22.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

© INDOM 1997 - 2006  |  CNIL n°752559  |  Conditions générales  |  Qui sommes-nous  |  Pour nous joindre
INDOM  -  Siège social: 44, Rue Notre-Dame des Victoires  –  75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 €  –  Siret 428 707 608 000 25
Tél : + 33 (0)1 48 01 83 60  –  Fax : + 33 (0)1 48 01 67 73  -  E-mail : indom@indom.com



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!® SPECIAL OFFER for RegisterFly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOCASINOCLUB.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCASINOCLUB.COM
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOCASINOCLUB.INFO $0.99/yr SAVE!
GRANDMONACOCASINOCLUB.BIZ $6.99/yr SAVE!
GRANDMONACOCASINOCLUB.US $7.99/yr
GRANDMONACOCASINOCLUB.NAME $9.99/yr

You might also consider:
GRANDMONACOCASINOCLUBONLINE.COM $8.95/yr
ONLINEGRANDMONACOCASINOCLUB.COM $8.95/yr
GRANDMONACOCASINOCLUBHOME.NET $8.99/yr
HOMEGRANDMONACOCASINOCLUB.NET $8.99/yr
GRANDMONACOCASINOCLUBSITE.ORG $8.99/yr
SITEGRANDMONACOCASINOCLUB.ORG $8.99/yr
GRANDMONACOCASINOCLUBWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOCASINOCLUB.INFO $0.99/yr SAVE!
GRANDMONACOCASINOCLUBLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOCASINOCLUB.BIZ $6.99/yr SAVE!
GRANDMONACOCASINOCLUBBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Vega
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

2007 Monaco Formula 1
Tickets for the Monaco Grand Prix. Book online or by telephone
www.bookf1.com

Susana Monaco
Find the latest styles including new dresses

from Susana Monaco at
www.oliveandbottles.com

Casino Parties
The Perfect Party So. Cal's Premier Event
Planning Co
www.theperfectparty.com

Casino Parties & Events
Serving the Las Vegas Area Pro Trained
Staff, Quality Equip.
www.casinopartycreations.com

➤ 24/7 Sales and Support: (480) 505-8877    ✻    Billing Questions? Call (480)505-8855    [ Free Email Updates! Enter address ]  GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us! SPECIAL OFFER for RegisterFly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Bye-bye Registerfly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOCASINOCLUB.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCASINOCLUB.NET
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOCASINOCLUB.INFO $0.99/yr SAVE!
- GRANDMONACOCASINOCLUB.BIZ $6.99/yr SAVE!
- GRANDMONACOCASINOCLUB.US $7.99/yr
- GRANDMONACOCASINOCLUB.NAME $9.99/yr

## You might also consider:

- GRANDMONACOCASINOCLUBONLINE.COM $8.95/yr
- ONLINEGRANDMONACOCASINOCLUB.COM $8.95/yr
- GRANDMONACOCASINOCLUBHOME.NET $8.99/yr
- HOMEGRANDMONACOCASINOCLUB.NET $8.99/yr
- GRANDMONACOCASINOCLUBSITE.ORG $8.99/yr
- SITEGRANDMONACOCASINOCLUB.ORG $8.99/yr
- GRANDMONACOCASINOCLUBWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOCASINOCLUB.INFO $0.99/yr SAVE!
- GRANDMONACOCASINOCLUBLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOCASINOCLUB.BIZ $6.99/yr SAVE!
- GRANDMONACOCASINOCLUBBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Vega
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp. depart from UK
www.sportseventstravel.co.uk

Monte Carlo Fan
Save on Monte Carlo Ceiling Fans. Order Easily and Securely Online!
www.CeilingFanOutlet.com

1000 Places To See
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com

Mgm Grand Casino
Compare Prices, Photos & Options. Best Rate Guaranteed! Book Here.
www.VEGAS.com

Monte Carlo Floor Mats
Custom embroidered floor mats with your

choice of Chevrolet logo.
www.USSpeed.com

Great Golf - 24/7 Gaming
Terrific Golf Package Deals 26 Miles of
Coast & Great Golf
www.GolfCoast.com

Hotels in Monaco
Book your hotel in Monaco online. All hotels
with special offers.
www.bookings.fr

24/7 Sales and Support: (480) 505-8877    ▸    Billing Questions? Call (480)505-8855    │ Free Email Updates! Enter address │ GO

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



 **noms de domaine**

Fermer cette fenêtre

WHOIS grandmonacocasinoclub.org

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

```
NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy.  This service is intended only for query-based access.  You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations.  All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D109814899-LROR
Domain Name:GRANDMONACOCASINOCLUB.ORG
Created On:21-Dec-2005 15:16:16 UTC
Last Updated On:21-Dec-2006 09:50:56 UTC
Expiration Date:21-Dec-2007 15:16:16 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025058002
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:calan.horsman@playshare.com
Admin ID:GODA-225058002
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:calan.horsman@playshare.com
Tech ID:GODA-125058002
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:calan.horsman@playshare.com
Name Server:PARK11.SECURESERVER.NET
Name Server:PARK12.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

© INDOM 1997 – 2006 | CNIL n°752559 | Conditions générales | Qui sommes-nous | Pour nous joindre
INDOM  -  Siège social : 44, Rue Notre-Dame des Victoires  -  75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 €  -  Siret 428 707 608 000 25
Tél. : + 33 (0)1 48 01 83 60  -  Fax : + 33 (0)1 48 01 67 73  -  E-mail : indom@indom.com



The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, wtj 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOAYDA.COM
Created on: 27-Jul-06
Expires on: 27-Jul-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, wtj 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, wtj 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK3.SECURESERVER.NET
PARK4.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOAYDA.NET    $8.99/yr
GRANDMONACOAYDA.ORG    $8.99/yr
GRANDMONACOAYDA.INFO   $0.99/yr SAVE!
GRANDMONACOAYDA.BIZ    $8.99/yr SAVE!
GRANDMONACOAYDA.US     $7.99/yr
GRANDMONACOAYDA.NAME   $9.99/yr

You might also consider:
GRANDMONACOAYDAONLINE  $8.85/yr
E.COM
ONLINEGRANDMONACOAYD   $8.95/yr
A.COM
GRANDMONACOAYDAHOME    $8.89/yr
.NET
HOMEGRANDMONACOAYDA    $6.99/yr
.NET
GRANDMONACOAYDASITE.   $8.99/yr
ORG
SITEGRANDMONACOAYDA.   $8.98/yr
ORG
GRANDMONACOAYDAWEB.    $0.99/yr SAVE!
INFO
WEBGRANDMONACOAYDA.    $0.99/yr SAVE!
INFO
GRANDMONACOAYDALIVE.   $6.99/yr SAVE!
BIZ
LIVEGRANDMONACOAYDA.   $6.99/yr SAVE!
BIZ
GRANDMONACOAYDABLOG    $7.99/yr
.US

REGISTER NOW!



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE
Go Daddy.com Make a .com name with us®
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!
Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOCLUB.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCLUB.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOCLUB.NET $8.99/yr
GRANDMONACOCLUB.ORG $8.99/yr
GRANDMONACOCLUB.INFO $0.99/yr SAVE!
GRANDMONACOCLUB.BIZ $6.99/yr SAVE!
GRANDMONACOCLUB.US $7.99/yr
GRANDMONACOCLUB.NAME $9.99/yr
You might also consider:
GRANDMONACOCLUBONLINE.COM $8.95/yr
ONLINEGRANDMONACOCLUB.COM $8.95/yr
GRANDMONACOCLUBHOME.NET $9.99/yr
HOMEGRANDMONACOCLUB.NET $8.99/yr
GRANDMONACOCLUBSITE.ORG $8.99/yr
SITEGRANDMONACOCLUB.ORG $8.99/yr
GRANDMONACOCLUBWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOCLUB.INFO $0.99/yr SAVE!
GRANDMONACOCLUBLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOCLUB.BIZ $6.99/yr SAVE!
GRANDMONACOCLUBBLOG.US $7.99/yr
REGISTER NOW!

Club Monaco Gift Card
Free $500 Gift Card to Club Monaco. Act Now!
Clothing-rewardpath.com

1000 Places To See
New series on the Travel Channel. Premieres March 29 9PM E/P.
www.TravelChannel.com

Monte Carlo Vega
Amazing Las Vegas hotel discounts. Easily book your room today.
www.Tripres.com

Monaco
Products and information about Monaco.
eBay.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monaco 2007
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

Helicopter schedules

Monaco Nice Cannes Saint tropez Hek
securite Helicopter airline
www.helicopter-saint-tropez.com

Ashworth Grand Prix
Free Shipping Both Ways at Zappos 365
Day Return Policy on All Shoes
www.Zappos.com

Deals On Monaco Hotel
Looking For A Hotel In Monaco? Search
100+ Hotel Sites In Seconds
www.Kayak.com

⊁ 24/7 Sales and Support: (480) 505-8877   ⊁  Billing Questions? Call (480)505-8855    Free Email Updates! Enter address ___ GO

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



**WHOIS Search Results for: GRANDMONACOCRAPS.COM**

Search Again
Enter a Domain Name to Check
.com [GO]

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCRAPS.COM
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

**Available TLDs**

- GRANDMONACOCRAPS.NET $8.99/yr
- GRANDMONACOCRAPS.ORG $6.99/yr
- GRANDMONACOCRAPS.INFO $0.99/yr SAVE!
- GRANDMONACOCRAPS.BIZ $6.99/yr SAVE!
- GRANDMONACOCRAPS.US $7.99/yr
- GRANDMONACOCRAPS.NAME $9.99/yr

**You might also consider:**

- GRANDMONACOCRAPSONLINE.COM $8.95/yr
- ONLINEGRANDMONACOCRAPS.COM $8.95/yr
- GRANDMONACOCRAPSHOME.NET $8.99/yr
- HOMEGRANDMONACOCRAPS.NET $0.99/yr
- GRANDMONACOCRAPSSITE.ORG $8.99/yr
- SITEGRANDMONACOCRAPS.ORG $8.99/yr
- GRANDMONACOCRAPSWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOCRAPS.INFO $0.99/yr SAVE!
- GRANDMONACOCRAPSLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOCRAPS.BIZ $6.99/yr SAVE!
- GRANDMONACOCRAPSBLOG.US $7.99/yr

**REGISTER NOW!**

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee
Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options.
VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Vega
Discount Las Vegas hotel rooms. Make your
reservation today.
www.Tripres.com

Monte Carlo Las Vegas
Online Special - Book Monte Carlo Direct
and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the
French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp,
depart from UK
www.sportseventstravel.co.uk

1000 Places To See
Before You Die. Premieres March 29 9PM
E/P on the Travel Channel.

www.TravelChannel.com

Deals On Monaco Hotel
Looking For A Hotel In Monaco? Search
100+ Hotel Sites In Seconds
www.Kayak.com

Chevy Monte Carlo
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo US!
www.CarandDriver.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

24/7 Sales and Support: (480) 505-8877    Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address        | GO |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALES

Go Daddy.com Make a .com name with us! SPECIAL OFFER for Registerfly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOGAMES.COM

Search Again
Enter a Domain Name to Check .com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOGAMES.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOGAMES.ORG $8.99/yr
GRANDMONACOGAMES.INFO $0.99/yr SAVE!
GRANDMONACOGAMES.BIZ $6.99/yr SAVE!
GRANDMONACOGAMES.US $7.99/yr
GRANDMONACOGAMES.NAME $9.99/yr
You might also consider:
GRANDMONACOGAMESONLINE.COM $8.95/yr
ONLINEGRANDMONACOGAMES.COM $8.95/yr
GRANDMONACOGAMESHOME.NET $8.99/yr
HOMEGRANDMONACOGAMES.NET $8.99/yr
GRANDMONACOGAMESSITE.ORG $8.99/yr
SITEGRANDMONACOGAMES.ORG $8.99/yr
GRANDMONACOGAMESWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOGAMES.INFO $0.99/yr SAVE!
GRANDMONACOGAMESLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOGAMES.BIZ $6.99/yr SAVE!
GRANDMONACOGAMESBLOG.US $7.99/yr
REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Vega
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
The ultimate traveler "to-do" list. Premieres March 29 9PM E/P.
www.TravelChannel.com

Save On Monaco Hotels

Find Low Hotel Rates In Monaco Quick &
Easy To Use. Search Today!
www.Kayak.com

Monte Carlo Ls
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

24/7 Sales and Support: (480) 505-8877   »   Billing Questions ? Call (480)505-8855   | Free Email Updates! Enter address | go |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



WhoIs Search Results

→ Start a domain search  .com  GO!    ⊭ 24/7 Sales & Support: (480)505-8877  ⊭ Today's Offers

**Go Daddy.com**
Make a .com
name with us!®

SPECIAL OFFER for
Registerfly.com
Customers!

See our latest ads,
photos, events
...more!

**DISCOUNT DOMAIN CLUB**
Exclusive Discounts
on domain purchases!

▶BobParsons.com
Bye-bye Registerfly!
ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

## WHOIS
### Search Results for: GRANDMONACOGAMES.NET

**Search Again**
? Enter a Domain Name to Check
[                    ] .com    GO

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOGAMES.NET
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

**? Available TLDs**
☐ GRANDMONACOGAMES.ORG $8.99/yr
☐ GRANDMONACOGAMES.   $0.99/yr SAVE!
   INFO
☐ GRANDMONACOGAMES.BIZ $6.99/yr SAVE!
☐ GRANDMONACOGAMES.US $7.99/yr
☐ GRANDMONACOGAMES.   $9.99/yr
   NAME

**? You might also consider:**
☐ GRANDMONACOGAMESONLI $8.95/yr
   NE.COM
☐ ONLINEGRANDMONACOGAM $8.95/yr
   ES.COM
☐ GRANDMONACOGAMESHO $8.89/yr
   NET
☐ HOMEGRANDMONACOGAMES $8.99/yr
   NET
☐ GRANDMONACOGAMESSITE $8.99/yr
   ORG
☐ SITEGRANDMONACOGAMES $8.99/yr
   ORG
☐ GRANDMONACOGAMESWEB $9.99/yr SAVE!
   INFO
☐ WEBGRANDMONACOGAMES $9.99/yr SAVE!
   INFO
☐ GRANDMONACOGAMESLIVE $6.99/yr SAVE!
   BIZ
☐ LIVEGRANDMONACOGAMES $6.99/yr SAVE!
   BIZ
☐ GRANDMONACOGAMESBLOG $7.99/yr
   US

**REGISTER NOW!**

Chevrolet Monte Carlo
Buying Guides on New & Used Cars.
Compare Reviews - Get a Free Quote!
autoMedia.com/MonteCarloQuote

HOMMAGE
Luxury grooming products for men
Indulgence by design
hommage.com

Casino Parties MA & Sales
Buy Blackjack Roulette Poker Tables
Roulette Wheels Poker Chips & More!
www.lasvegasboston.com

UnRisk IT® Software
Monte Carlo Simulation Software for the
Petroleum Professional
www.unriskit.com

Grace Kelly Monaco
The biggest source of free info on Grace
Kelly Monaco
Grace-Kelly-And-More.com

Prestige Monaco Property
Finest luxury properties in Monaco and the
French Riviera
www.prestigeproperty.co.uk

1000 Places To See
Before You Die. Premieres March 29 9PM
E/P on the Travel Channel.
www.TravelChannel.com

Kelly Monaco Pictures

10 top Kelly Monaco Pictures sites Find
Kelly Monaco Pictures sites
FindMeTen.net

Silva's Ultramind System
Unleash the telepathic powers you were
born with. On 8 audio CDs
www.nightingale.com

Monaco 2007
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

⊩  24/7 Sales and Support: (480) 505-8877  »  Billing Questions? Call (480)505-8855    Free Email Updates! Enter address    GO

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006 -.

. Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for Registerfly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOGAMING.COM

Search Again
Enter a Domain Name to Check
.com GO.

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOGAMING.COM
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOGAMING.ORG $8.99/yr
- GRANDMONACOGAMING.INFO $0.99/yr SAVE!
- GRANDMONACOGAMING.BIZ $6.89/yr SAVE!
- GRANDMONACOGAMING.US $7.99/yr
- GRANDMONACOGAMING.NAME $9.99/yr

## You might also consider:

- GRANDMONACOGAMINGONLINE.COM $8.95/yr
- ONLINEGRANDMONACOGAMING.COM $8.95/yr
- GRANDMONACOGAMINGHOME.NET $8.99/yr
- HOMEGRANDMONACOGAMING.NET $8.99/yr
- GRANDMONACOGAMINGSITE.ORG $8.99/yr
- SITEGRANDMONACOGAMING.ORG $8.99/yr
- GRANDMONACOGAMINGWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOGAMING.INFO $0.99/yr SAVE!
- GRANDMONACOGAMINGLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOGAMING.BIZ $6.99/yr SAVE!
- GRANDMONACOGAMINGBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages.
www.Tripres.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Hotels in Monte - Carlo
Dlx Hotels, Helicopter & limo transfers in Monte-Carlo Monaco
www.Monte-CarloHotels.com

Monaco Motor Coach Sale
Executive, Dynasty, Cayman Diplomat, Camelot, Knight, La Palma
www.northtrailrv.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

**Monaco Grand Prix Package**
Book now for 2007 packages From £419 pp,
depart from UK
www.sportseventstravel.co.uk

**1000 Places To See**
Before You Die. Premieres March 29 8PM
E/P on the Travel Channel.
www.TravelChannel.com

**2007 Monaco Formula 1**
Tickets for the Monaco Grand Prix. Book
online or by telephone
www.book1.com

₪  24/7 Sales and Support: (480) 505-8877  ₪  Billing Questions? Call (480)505-8855  | Free Email Updates! Enter address  | GO |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE
Go Daddy.com Make a .com name with us!® SPECIAL OFFER for Registerfly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!
Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOGAMING.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOGAMING.NET
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOGAMING.ORG $8.99/yr
- GRANDMONACOGAMING.INFO $0.99/yr SAVE!
- GRANDMONACOGAMING.BIZ $6.99/yr SAVE!
- GRANDMONACOGAMING.US $7.98/yr
- GRANDMONACOGAMING.NAME $9.99/yr

## You might also consider:

- GRANDMONACOGAMINGONLINE.COM $8.95/yr
- ONLINEGRANDMONACOGAMING.COM $8.95/yr
- GRANDMONACOGAMINGHOME.NET $8.99/yr
- HOMEGRANDMONACOGAMING.NET $8.99/yr
- GRANDMONACOGAMINGSITE.ORG $8.99/yr
- SITEGRANDMONACOGAMING.ORG $8.99/yr
- GRANDMONACOGAMINGWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOGAMING.INFO $0.99/yr SAVE!
- GRANDMONACOGAMINGLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOGAMING.BIZ $6.99/yr SAVE!
- GRANDMONACOGAMINGBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp. depart from UK
www.sportseventstravel.co.uk

1000 Places To See
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com

**Susana Monaco**
Find the latest styles including new dresses from Susana Monaco at
www.oliveandbettes.com

**Chevrolet Monte Carlo LS**
Read Reviews, Road Tests & Buyer's Guides on Chevrolet Monte Carlo LS!
www.CarandDriver.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

>> 24/7 Sales and Support: (480) 505-8877   >> Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address | [Go!]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



▶ Start a domain search: [ ] .com ▼ GO! ▶ 24/7 Sales & Support: (480)505-8877 ▶ Today's Offers SALE

Go Daddy.com®
Make a .com
name with us!®

SPECIAL OFFER for
RegistryFly.com
Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB
Exclusive Discounts on domain purchases!

▶ BobParsons.com
Registrphy given to alleged bad guy.
Missing funds, escort services,
cosmetic surgery, oh my!

| Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans |

## WHOIS Search Results for: GRANDMONACOHOST

Search Again
? Enter a Domain Name to Check
[                    ] .com [GO]

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOHOST.COM
Created on: 13-Apr-06
Expires on: 13-Apr-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK25.SECURESERVER.NET
PARK26.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

? Available TLDs
GRANDMONACOHOST.NET    $8.99/yr
GRANDMONACOHOST.ORG    $8.99/yr
GRANDMONACOHOST.INFO   $0.99/yr SAVE!
GRANDMONACOHOST.BIZ    $6.99/yr SAVE!
GRANDMONACOHOST.US     $7.99/yr
GRANDMONACOHOST.NAME   $8.99/yr

? You might also consider:
GRANDMONACOHOSTONLINE $8.99/yr
E.COM
ONLINEGRANDMONACOHOS $8.99/yr
T.COM
GRANDMONACOHOSTHOME $0.99/yr
.NET
HOMEGRANDMONACOHOST $8.99/yr
.NET
GRANDMONACOHOSTSITE  $8.99/yr
.ORG
SITEGRANDMONACOHOST  $8.99/yr
.ORG
GRANDMONACOHOSTWEB. $0.99/yr SAVE!
INFO
WEBGRANDMONACOHOST. $0.99/yr SAVE!
INFO
GRANDMONACOHOSTLIVE  $6.99/yr SAVE!
.BIZ
LIVEGRANDMONACOHOST. $6.99/yr SAVE!
BIZ
GRANDMONACOHOSTBLOG.$7.99/yr
US

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee
Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options.
VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your
reservation today.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and
Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monaco Motor Homes
Dynasty, Diplomat, Knight & More Inventory
Liquidation Sale Now
www.northtrailrv.com

Prestige Monaco Property
Finest luxury properties in Monaco and the
French Riviera
www.prestigeproperty.co.uk

Grand Prix Hospitality
Silverstone F1 Hospitality tickets Monaco,
Monza, Spa, Paddock Club
www.exec-club.org

**Monaco Grand Prix Package**
Book now for 2007 packages From £419 pp,
depart from UK
www.sportseventstravel.co.uk

**1000 Places To See**
Before You Die. Premieres March 29 9PM
E/P on the Travel Channel.
www.TravelChannel.com

**Save On Monaco Hotels**
Find Low Hotel Rates In Monaco Quick &
Easy To Use. Search Today!
www.Kayak.com

⊩  24/7 Sales and Support: (480) 505-8877  ⊩  Billing Questions? Call (480)505-8855    Free Email Updates! Enter address  

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE
Go Daddy .com Make a .com name with us!
SPECIAL OFFER for Registerfly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!
Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOHOSTS.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOHOSTS.COM
Created on: 13-Apr-06
Expires on: 13-Apr-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK25.SECURESERVER.NET
PARK26.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOHOSTS.NET $6.99/yr
- GRANDMONACOHOSTS.ORG $8.99/yr
- GRANDMONACOHOSTS.INFO $0.99/yr SAVE!
- GRANDMONACOHOSTS.BIZ $6.99/yr SAVE!
- GRANDMONACOHOSTS.US $7.99/yr
- GRANDMONACOHOSTS.NAME $9.99/yr

## You might also consider:

- GRANDMONACOHOSTSONLINE.COM $8.95/yr
- ONLINEGRANDMONACOHOSTS.COM $8.95/yr
- GRANDMONACOHOSTSHOME.NET $6.99/yr
- HOMEGRANDMONACOHOSTS.NET $6.99/yr
- GRANDMONACOHOSTSSITE.ORG $8.99/yr
- SITEGRANDMONACOHOSTS.ORG $8.99/yr
- GRANDMONACOHOSTSWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOHOSTS.INFO $0.99/yr SAVE!
- GRANDMONACOHOSTSLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOHOSTS.BIZ $6.99/yr SAVE!
- GRANDMONACOHOSTSBLOG.US $7.99/yr

REGISTER NOW!

Chevrolet Monte Carlo
Buying Guides on New & Used Cars. Compare Reviews - Get a Free Quote!
autoMedia.com/MonteCarlo/Quote

Hotels in Monaco
Book your hotel in Monaco online. All hotels with special offers.
www.bookings.fr

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

1000 Places To See
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com

Kelly Monaco Pictures
10 top Kelly Monaco Pictures sites Find Kelly Monaco Pictures sites
FindMeTen.net

Monaco F1 2007 Tickets
Buy your Monaco Grand Prix tickets online at great prices
www.bookf1.com

Monaco EZ color
Quick and easy calibration for printer, scanner and monitor

www.bestproofing.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Free Club Monaco**
Free $500 Club Monaco Gift Card, Offer Expires Today!
www.GrandOpeningGifts.com

**Monte Carlo Hotel Vegas**
LasVegas.com's Best Rate Guarantee
Rooms Starting at Only $35.95
www.LasVegas.com



⊩ 24/7 Sales and Support: (480) 505-8877   ⋈   Billing Questions? Call (480) 505-8855     Free Email Updates! Enter address   [GO!]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 – 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for Registerfly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOSLOTS.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOSLOTS.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOSLOTS.NET $8.99/yr
- GRANDMONACOSLOTS.ORG $8.99/yr
- GRANDMONACOSLOTS.INFO $0.99/yr SAVE!
- GRANDMONACOSLOTS.BIZ $6.99/yr SAVE!
- GRANDMONACOSLOTS.US $7.99/yr
- GRANDMONACOSLOTS.NAME $8.99/yr

## You might also consider:

- GRANDMONACOSLOTSONLINE.COM $8.95/yr
- ONLINEGRANDMONACOSLOTS.COM $8.95/yr
- GRANDMONACOSLOTSHOME.NET $8.99/yr
- HOMEGRANDMONACOSLOTS.NET $8.99/yr
- GRANDMONACOSLOTSSITE.ORG $8.99/yr
- SITEGRANDMONACOSLOTS.ORG $8.99/yr
- GRANDMONACOSLOTSWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOSLOTS.INFO $0.99/yr SAVE!
- GRANDMONACOSLOTSLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOSLOTS.BIZ $6.99/yr SAVE!
- GRANDMONACOSLOTSBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Vega
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Monte Carlo Las Vegas
Online Special - Book Monte Carlo Direct and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Top Monte Carlo Prices
Find out our lowest possible price on a new Monte Carlo
www.CarPriceSecrets.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK

www.sportseventstravel.co.uk

**Monaco RV Listings**
New & Used Monaco RVs includes Photos,
Floorplans, Specs. & Prices
RVweb.com

**Used Monaco Motor Homes**
Don't Sell or Buy Until You Visit Huge
Texas Consignment Dealer Site.
www.pplmotorhomes.com

**Chevy Monte Carlo**
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

H  24/7 Sales and Support: (480) 505-8877   H   Billing Questions? Call (480)505-8855   | Free Email Updates! Enter address | 

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



# Exhibit B-5







▷    **Recherche :** (MAX ET WRIGHT)/OWW

Voir les documents

Tout sélectionner  Tout désélectionner

Historique

Pré-visualiser le coût

| Bases de données | Réponses |
|---|---|
| ☐ Marques allemandes | 0 |
| ☐ Marques autrichiennes | 0 |
| ☐ Marques du Bénélux | 0 |
| ☐ Marques canadiennes | 0 |
| ☐ Marques communautaires | 0 |
| ☐ Marques danoises | 0 |
| ☐ Marques espagnoles | 0 |
| ☑ Marques d'état US (Service AvantIQ) | 1 |
| ☐ Marques fédérales US | 0 |
| ☐ Marques finlandaises (Service AvantIQ) | 0 |
| ☐ Marques françaises | 0 |
| ☐ Marques hongroises | 0 |
| ☐ Marques internationales | 0 |
| ☐ Marques italiennes | 0 |
| ☐ Marques du Liechtenstein | 0 |
| ☐ Marques lituaniennes | 0 |
| ☐ Marques mexicaines (Service AvantIQ) | 0 |
| ☐ Marques monégasques | 0 |
| ☐ Marques norvégiennes (Service AvantIQ) | 0 |
| ☐ Marques polonaises | 0 |
| ☐ Marques du Royaume Uni | 0 |
| ☐ Marques suèdoises | 0 |
| ☐ Marques suisses | 0 |
| ☐ Marques tchèques | 0 |
| **Nombre total de réponses:** | **1** |

Format d'affichage :  Marque & Classe (name)    ▨

☑ avec image(s)

Nombre de documents :  1-10  ▨

Série de documents :  _____  ex. 4-9 ou 3,7,9,11

Coût de votre recherche : 1.00 EUR.

Coût total de la session : 1.00 EUR.

| Recherche : (MAX ET WRIGHT)/OWW | Résultat : 1 réponses(s) | Documents complets |
|---|---|---|
| | Affichage : <<< 1-10 >>> | Exporter |

Tout sélectionner  Tout désélectionner

Marques d'état US (Service AvantIQ)

☑ 1 / 1   Marques d'état US (Service AvantIQ) - ©Corsearch-AvantIQ

| Copyright | (C) CCH Corsearch and IQS AvantIQ |
|---|---|
| Marque | ROOF PRO COMPANY <br> ROOF PROTECTION BY   domain n@mes Google Google image <br> ROOF PROFESSIONALS |
| Classes Internationales | CL37 |

Coût de votre visualisation : 0.25 EUR.
Coût total de la session : 1.25 EUR.

TOP

**PRWeb**
PRESS RELEASE
N E W S W I R E

2007-03-19

| Home | About | Submit Press Release | PR Firms | Editors/Journalists | Search Archives |

⊕Industry Categories  ⊕News by Country  ⊕News by MSA  ⊕Todays News  ⊕Browse by Day  ⊕PR Trackbacks™  ⊕ViewNews™  ⊕eBook Digests  ⊕RSS

All Press Releases for October 12, 2006  ⊕YAHOO!                                    Subscribe to this News Feed

US PR Firm - SSPR
Award Winning PR Campaigns 25
Years Of Experience
www.sspr.com

Press Release 365
Free press release distribution
through the Next Gen Newswire!
www.PressRelease365.com

Writing Press Release
Free Unlimited Access! Find Media
& Entertainment Solutions &
Resources
www.business.com

Submit Press Release
13 U.S. State PR sites = $29
Search Engines Included
express-press-release.com

Ads by Googoooogle                                              Advertise on this site

**OPTIONS**

✉ Email this story to a colleague
🖨 Printer Friendly Version

**CONTACT INFORMATION**

Inka Ikonen
LYCEUM MEDIA
Visit Our Site
0207 953 4026
Email us Here

**PlayShare PLC Launches**

*New parent company of PokerShare & CasinoShare integrates its operating platform.*

London, UK (PRWEB) October 12, 2006 – PlayShare.com (www.playshare.com) is the new integrated operating platform behind the world class poker and casino gaming sites PokerShare.com and CasinoShare.com. A UK public company, PlayShare is committed to providing the very best online experience, integrating two of their best-known sites so that the more you play the more you earn. PlayShare was created to develop these flourishing and unique gaming sites to the maximum, establishing a clear focal point for partners, customers, and investors alike.

This exciting new gaming platform gives back to its players like no other gaming site and with offices in five countries across three continents you know you are in good hands. Additionally, in light of recent US legislation passed by Congress on 30th September 2006, (Internet Gambling bill – Port Security bill), PlayShare wants customers to know that they are continuing to provide award winning poker and casino entertainment online – it's business as usual with no interruption of service to PlayShare's online casino or poker sites.

Players will benefit from a number of new and exciting products exclusive to the new platform such as a truly innovative rewards program with the most creative loyalty scheme in the industry. Enhancements are comprised of 'beginners' tables' which include "micro-limit tables," low buy-in tables, $50/$100 and $100/$200 tables. A common account and a shared purse offer players a unified experience - the intelligent choice for intelligent poker players.

Lucan Toh, CEO, PlayShare.com, explains that PlayShare.com offers an improved playing experience for Casino and Poker customers. It also means we now have a clear, centralized location from which to develop further unique and successful gaming sites. We're even more excited about what's planned for the next six months – stay tuned!"

For further information please contact:
Melissa Ross
Lyceum Media
+44 (0)207 953 4026

**About PlayShare.com**

Using unparalleled, cutting-edge technology, PlayShare.com PLC is a public UK Company that owns and operates CasinoShare.com, PokerShare.com and MonkeyShare.net. Licensed by the Kahnawake Gaming Commission through its parent company, GameShare Limited, this is the brand new online gaming experience contributing more to its players than any other online gaming site.

# # #

**Sponsored Business Links**

Hoover's: Freeserve plc Company Research

Hoover's: IONA Technologies PLC Company Research

Hoover's: Eidos plc Company Research

Hoover's: Datalex plc Company Research

**ATTACHED FILES**

There are no multimedia files attached to this release. If this is your release, you may add images or other multimedia files through your login.

**ABOUT PRESS RELEASES**

If you have any questions regarding information in these press releases please contact the company listed in the press release. Please do not contact PRWeb. We will be unable to assist you with your inquiry. PRWeb disclaims any content contained in these releases. Our complete disclaimer appears here.

Disclaimer: If you have any questions regarding information in these press releases please contact the company listed in the press release.
Please do not contact PRWeb. We will be unable to assist you with your inquiry.
PRWeb disclaims any content contained in these releases. Our complete disclaimer appears here.

© Copyright 1997-2007, Vocus PRW Holdings, LLC.
Vocus, PRWeb and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

Terms of Service | Privacy Policy



# Microgaming Casino News

**Microgaming News**

 

### PlayShare acquires Grand Gaming Group



ii

20 Nov 2006

## PlayShare acquires Grand Gaming Group

ii

**Microgaming Casinos**

Home

Casino Promotions

Casino Review

Casino Bonus

Casino Games

Casino News

Casino Jackpot

Free Play Casinos

Free Cash Casinos

**Casino Groups**

Grand Monaco Casino

Roxy Palace Casino

Villento Casino

32 Red Casino

Casino Share

Purple Lounge

Casino Rewards

Belle Rock Gaming

Vegas Partner Lounge

Bella Vegas Casino

The Palace Group

Fortune Lounge

Vegas Casino

Jackpot Factory

Casino Action Group

Golden Star Network

Trident Entertainment

Sponsor

*SOURCE: PlayShare and G3Partner*

On the 1st of November, 2006, PlayShare PLC acquired the Grand Gaming Group, which comprises Grand Monaco Casino and the G3 Partner affiliate program. Hailed in gaming circles as the two most watched groups, the merger is in line with the ambitions of PlayShare to be one of the top 5 gaming companies within the next two years.

**About PlayShare**

PlayShare PLC is a UK Public Company that owns and operates CasinoShare.com and PokerShare.com.

PlayShare has offices in 5 countries across 3 continents, ensuring unrivalled service to players and partners alike. PlayShare is licensed by the Kahnawake Gaming Commission through its parent company, GamShare Limited. All gaming products are powered by Microgaming ℃ the best in the business. They are committed to providing a trustworthy and secure gaming environment for all our customers.

CasinoShare offers new player 100% up to $250 bonus and $100 monthly bonus.More details about this casino please click here and review this casino.

ii

**About Grand Gaming Group**

G3 Partner is a Grand Gaming Group company. This group business people have years of marketing and casino operations experience both online and offline. This makes the Grand Gaming Group one of the most seasoned and talented companies in our industry.

Their management has worked for such land-based casino organizations as Harrah¨s Entertainment Company and Mirage Resorts. They want you to have the peace of mind that you are working with top industry professionals. They know how to treat casino customers because we have been doing it for years. Have confidence that your players are guaranteed a fun-filled gaming experience.

Grand Gaming Group comprises Grand Monaco Casino which offers new player 100% up to $150 bonus. More details about this casino please click here and review this casino.

ii Copyright © 2006 – 2007 Microgaming Casinos, All rights reserved.
Microgaming Casino   Microgaming Casino   Microgaming Casino   Microgaming Casino   Microgaming Casinos   Microgaming Casinos   Microgaming Casinos Links





USER:      PASSWORD:      LOGIN ///REGISTER      SITEMAP | FAQS | CONTACT

**HOME | ADVERTISE | EVENTS | FREE MAGAZINES | INVESTMENTS | RECRUITMENT | FEATURES**

### NEWSLETTER
[_____] (Submit)

## iGAMING NEWS

**21-02-07**
Doyle's Room Folds
US Hand Post-UIGEA
Online poker room will
close its doors to US
players from March 1

**20-02-07**
VIP Lounge Casino
Receives eCOGRA
Approval
Jackpot Factory's VIP
Lounge Casino
achieves eCOGRA Play
it Safe seal

**20-02-07**
Betfair in heated
battle over
Australia's anti-
gambling laws
Online gaming group
files claim against
Australian High Court

**19-02-07**
Neteller Announces
Job Losses
US withdrawal sparks
mass job cuts at
money transfer group

**19-02-07**
Mobenga Awarded
with NordicBet
Contract
Mobile gaming provider
wins contract with
NordicBet

## PlayShare Players to Experience Oneness
14-09-06

September 14, 2006 (London, UK) – PlayShare Ltd is looking to offer
everyone who plays on its sites the true experience of oneness. Before the
end of the year, the company plans to introduce the one wallet solution
which will offer players a totally seamless gaming experience between its
CasinoShare and PokerShare sites.

Players who want to enjoy the excitement of both sites, but don't want to
have to log out of one site and into the other to play different games or to
check on their balance, will be able to switch easily between games and
between sites.

This seamless integration of the poker and casino platforms will not only
make gaming so much easier but will also allow players to benefit from a
variety of bonus systems that operate on both sites. Players will also gain
significantly from the CasinoShare loyalty system by being able to hop easily
between the sites.

Max Wright, Director, PokerShare.com/CasinoShare.com says: "With 24hr
support, top-level security, and convenient payment and withdrawal options,
CasinoShare has always offered players a world-class casino that delivers a
truly exceptional mixture of excitement and fun. CasinoShare provides the
most exciting online casino experience available and is a perfect partner to
the already, hugely successful PokerShare."

He adds: "And now it's about to get a whole lot better. The one wallet system
will make both our sites incredibly easy to use and move around and, will
offer our players a genuine zen-like experience, because oneness is zen.
When this system is in place, players will be able to concentrate fully on
enjoying themselves and not waste valuable time logging into and out of
sites to switch games or check balances. It's going to take playing on our
sites to a whole new level."

There are over 300 games to choose from at CasinoShare.com with some of
the biggest progressive jackpots to be found on the net. Visitors to the
CasinoShare website can take advantage of an attractive sign-up offer
currently on offer and ultimately, enjoy a unique rewards program, which will
be the first of its kind in the online casino industry. CasinoShare.com offers
players trips to land-based casinos (in Las Vegas, Atlantic City, Monte Carlo,
Macau, London & also Casino Cruises). Players will enjoy complimentary
accommodation in some of the best casino hotels in the world. Additionally,
CasinoShare's rewards team are on hand to provide show tickets, dinner, golf
and spa reservations.

ENDS

For further information please contact:

Melissa Ross

Lyceum Media

Melissa@LyceumMedia.com

+44 (0)207 953 4026

About PlayShare.com

PlayShare.com is the driving force behind the brands PokerShare.com,
CasinoShare.com and MonkeyShare.net. PlayShare PLC is a UK company and
the owner of GamShare Ltd, a Gibraltar-based gaming operator, licensed in
Kahnawake, Canada.

About PokerShare.com

Poker Share is the first poker site in the world to offer its players the
opportunity to share in its success, through the Poker Share Trust. The trust
has the ultimate benefit of 40% ownership of PokerShare.com. It receives
cash every month which is used to rewards players through the Poker Share
Trust Loyalty Store. What's more, if PokerShare.com floats on the stock
exchange or is bought by another company, the players are rewarded.

## iGAMING EVENTS

Pacific Congress on I-Gaming

Online Gaming & Gambling Summit
2007

BetMarkets

Gambit on Innovation

Asian Casinos Executive Summit
2007

Casino Affiliate Convention

IGCE 2007 - Cancun

Gaming Investor

GIGSE

## PRESS RELEASE

**21-02-07**
Bill Hummery Takes on New Role in
Private Sector
Head of E-Gaming at Isle of Man DTI
Takes up New Opportunity in the Private
Sector

**15-02-07**
GemScope: First Personalised
Mobile Scratch Card Launches
WinOne launches GemScope at 3GSM
World Congress, Barcelona

**13-02-07**
5th European Casino Affiliate
Convention Held May 3-5
CAC2007 Amsterdam is expected to be
larger than any previous year



Depending on the total number of share points accumulated, players will receive cash from the Poker Share Trust.

About CasinoShare.com

CasinoShare.com is owned and operated by GamShare Ltd and is powered by Isle of Man based Microgaming.

PokerShare.com and CasinoShare.com are operated by Playit Ownit Ltd and licensed by the Kahnawake Gaming Commission through its parent company, GamShare Ltd. Both GamShare Ltd and Playit Ownit Ltd are based in Gibraltar.

Copyright © 2006 - iGamingBusiness.com
HOME | ADVERTISE | CONTACT | FREE MAGAZINES | INVESTMENTS | RECRUITMENT | FEATURES

# WIPO CASES FOR « LA SOCIETE DES BAINS DE MER »



| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| 1 | D2000-1315 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Britannia Finance | monacocasinos.com<br>montecarlocasinos.net<br>thecasinomontecarlo.com<br>themontecarlocasino.com | Transfer |
| 2 | D2000-1316 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Thomas Proud | casinodemonaco.com | Transfer |
| 3 | D2000-1317 | Société des Bains de Mer et du Cercle des Etrangers à Monaco | Internet Marketing Associates | casinomonaco.com | Transfer |
| 4 | D2000-1318 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Martimi BT | casino-monaco.com | Complaint denied |
| 5 | D2000-1319 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Joaquin Edo | casinomonaco.net | Transfer |
| 6 | D2000-1320 | La Société des Bains de Mer | Gest Trading S.R.L. | casino-montecarlo.com | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | et du Cercle des Etrangers à Monaco | | | |
| 7 | D2000-1321 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Worldnet Companies inc. | casino-monte-carlo.net | Transfer |
| 8 | D2000-1322 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Externet World Inc. | montecarlo-casino.net montecarlo-casino.org | Transfer |
| 9 | D2000-1323 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | I. Bancorp Europe | casinosmontecarlo.com e-montecarlocasino.com monte-carlo-casino.com montecarlo-casino.com montecarlocasino.net montecarlocasino.org | Transfer |
| 10 | D2000-1324 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Iggi Networks Media Group | casinodemonaco.net casinoofmonaco.com | Transfer |
| 11 | D2000-1325 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Integroweb (Bahamas) Ltd. | casino-of-monaco.com casino-of-montecarlo.com | Transfer |
| 12 | D2000-1326 | La Société des Bains de Mer et du Cercle | International Lotteries | casinomontecarlo.com montecarlocasinos.com | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | des Etrangers à Monaco | | | |
| 13 | D2000-1327 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | International Lotteries | casinodemontecarlo.com<br>casinomonte-carlo.com<br>casinomontecarlo.net<br>casinomontecarlo.org<br>e-casinomontecarlo.com<br>lecasinodemontecarlo.com<br>lecasinomontecarlo.com<br>lemontecarlocasino.com<br>monte-carlocasino.com<br>montecarlogambling.com | Transfer |
| 14 | D2000-1328 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | International Services Inc. | casinodemontecarlo.com<br>casino-montecarlo.net<br>casinomonte-carlo.net<br>casinomontecarloonline.com<br>casinomonte-carlo.org<br>casinosmontecarlo.net<br>casinosmontecarlo.org<br>ecasinomontecarlo.com<br>e-casinomontecarlo.net<br>ecasinomontecarlo.net<br>emontecarlocasino.com<br>e-montecarlocasino.net<br>emontecarlocasino.net<br>lemontecarlocasino.net<br>livemonacocasino.com<br>monacogaming.com<br>monacogaming.net<br>monte-carlocasino.net<br>montecarlocasinoonline.com<br>montecarlocasinoonline.net | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | | | montecarlogambling.net<br>montecarlogames.com<br>montecarlogames.net<br>montecarlojackpot.com<br>montecarlojackpot.net<br>montecarloonlinecasino.com<br>montecarloonlinecasino.net<br>sexycasinomontecarlo.com<br>sexymontecarlocasino.com<br>sexymontecarlocasino.net<br>webcasinomontecarlo.com | |
| 15 | D2000-1329 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Casino On-Line | monacocasino.com | Transfer |
| 16 | D2000-1330 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Netrider | monaco-casino.com | Transfer |
| 17 | D2000-1331 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | World Casino Company | monacocasino.net | Transfer |
| 18 | D2000-1332 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Global Productions – Domain for Sale | monacogambling.com | Transfer |
| 19 | D2000-1333 | La Société des | Piranha | montecarlocasino.com | Transfer |

| | Case number | | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|---|
| | | | Bains de Mer et du Cercle des Etrangers à Monaco | Interactive Ltd. | | |
| 20 | D 2003-0985 | | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Internet Billions Domains Inc. | casinomontecarlo.org<br>e-casinomontecarlo.com<br>lecasinodemontecarlo.com<br>monte-carlocasino.com<br>montecarlocasinos.net<br>sexycasinomontecarlo.com<br>sexycasinomontecarlo.net<br>sexymontecarlocasino.com<br>sexymontecarlocasino.net<br>thecasinomontecarlo.com | Transfer |
| 21 | D2004-0454 | | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | BestCreative | montecarlo-casinos.com | Transfer |
| 22 | D2004-0415 | | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Aucun | monte-carlocasinos.net<br>monte-carlogrand.com<br>montecarloroyale.com<br>monte-carlosuncasino.com<br>montecarlosuncasino.com<br>suncasino-monte-carlo.com<br>suncasino-montecarlo.com | Transfer |
| 23 | D2005-0225 | | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Montecarlo Development, LLC. | montecarlocasinoandsportsbook.com | Transfer |
| 24 | D2005-0338 | | La Société des | Montecarlo | montecarlo-onlinecasino.com | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | Bains de Mer et du Cercle des Etrangers à Monaco | Online Casino (MOC) | | |
| 25 | D2005-0339 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Netsymmetrics | online-casinos-montecarlo.com online-casino-montecarlo.com | Transfer |
| 26 | D2005-0403 | | | casinobestmontecarlo.com | Terminated : amicable transfer |
| 27 | D2005-0404 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Integrity Ltd. | luckymontecarlocasino.com | Transfer |
| 28 | D2005-0439 | | | montecarlohotelandcasino.com | Terminated : amicable transfer |
| 29 | D2005-0440 | | | montecarlocasinohotel.com montecarlocasinovegas.com | Terminated : amicable transfer |
| 30 | D2005-0526 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | LaPorte Holdings, LLC | montecarloresortandcasino.com | Transfer |
| 31 | D2005-0527 | La Société des Bains de Mer et du Cercle des Etrangers | Domain Active Pty. Ltd | montecarloresortcasino.com | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | à Monaco | | | |
| 32 | D2005-1342 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Corril Holding | montecarlograndcasino.com grandcasinomontecarlo.com | Transfer |
| 33 | D2005-1343 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Michael Ditursi | montecarlointernationalcasino.com | Transfer |
| 34 | D2006-0289 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Empire Online Ltd | monacogoldcasino.com | Transfer |
| 35 | D2006-1245 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Mark Bolet | monaconetcasino.com | Transfer |

A member of the PlayShare Group




| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate                     Customer Support | Live Help





## G3 REWARDS CLUB



**Back to All promotions**

At Grand Monaco, you can be confident you are playing in a world class casino with world class service. Below you will find some of the benefits we offer our players.

Benefits

How to become a member

How to earn rewards

Redeem your rewards

Special Bonuses

Points Expiration

## The Benefits

You receive many valuable benefits including:

- FREE membership
- Automatic point earnings and cash back services
- Belong to the Grand Gaming Group
- Earn valuable G3 Points for our Cash Back Rewards program
- Tiered slot bonus rewards
- Earn comps, cash, and offers based on play
- Weekly G3 Point multiplier days
- Exclusive personalized promotions and invitations
- **It's simple but rewarding!**

Back to top

## How to become a member

Membership to the G3 Players Club is FREE and given to all Grand Monaco players for registering a real player account.

Your membership account number = Your real casino account number

Your membership password = Your real casino password

Back to top



## How to earn G3 Cash Back rewards

- After registering and making your first purchase at Grand Monaco, your membership includes 2,000 G3 Points for free.
- A further 5,000 FREE points are yours by making ANY first webwallet purchase of $50 or more.
- Additional G3 Points are earned every time you make a bet.
- The more you play, the faster you earn G3 Points.
- Various promotions offer G3 Points to players.
- Grand Monaco rewards slot players with additional Bonus G3 Points based on the Slot Tier Level achieved each month.

### Points calculation

G3 Points may be redeemed in units of 5,000 where 5,000 points = $5.00 Casino Bonus credits.

| Amount Wagered | Points Earned | Games |
|---|---|---|
| $1 | 1 point | Slots, Keno, Scratch Games |
| $3 | 1 point | ALL other games |

## How to redeem your G3 points

Grand Monaco delivers world class service, so we made it easy for players to get their well deserved rewards - *fast*.

### Redeem your G3 Points easily:

1. Players can redeem G3 Points into Casino Bonus Credits at any time by following these easy steps:

  

Click on any of the G3 Rewards Club links in the casino software

 

G3 Points are redeemed and deposited in the form of Bonus Credits into your casino bonus account. You can use these credits in the casino or cash them out in accordance with the bonus system requirements.

*Back to top*

## Special bonuses

### 1. Monthly slot bonuses

At Grand Monaco we have something extra special for our slot players:

- You qualify for additional MONTHLY bonuses depending on your Slot Bonus Status Level determined from the previous month's slot play.
- This bonus level and additional bonus points are recalculated every month based on the previous month's slot wagering activity. See chart below.

### Slots monthly bonus levels

| Level | Monthly Slot | Additional Bonus |
|---|---|---|

| | Wagering | |
|---|---|---|
| Member | 0 – $5,000 | – |
| Silver | $5,001 – $25,000 | 10% |
| Gold | $25,001 – $50,000 | 15% |
| Platinum | $50,001 – $75,000 | 20% |
| Diamond | $75,001 and up | 25% |

## How it works:

| Month | Amount Wagered | Additional bonus player qualifies for: | Additional Bonus G3 Points |
|---|---|---|---|
| | | | + Base G3Points: |
| 1 | $50,000 | Gold Level - 15% | + 50,000 pts |
| 2 | $25,000 | Silver Level - 10% | 15% bonus x 25,000 = 3,750 + 25,000 pts |
| 3 | $5,000 | No bonus Level | 10% bonus x 5,000 = 500 + 5,000 pts |
| 4 | $15,000 | Silver Level - 10% | No bonus added + 15,000 pts |

(Remember: $1 slot wagered = 1 point)

## Explanation:

- A Player wagers a total of $50,000 on Slots in Month 1.
- The Player will qualify for additional Slot Bonus in Month 2 based on the $50,000 wagered in month 1.
- The Level qualified for is **Gold** Level ,which earns an additional 15% bonus **on SLOTS play** in Month 2.
- If the player wagers $25,000 on Slots in Month 2, then he gets a slot bonus of 3,750 ($25,000 x 15%).
- This slot bonus is added automatically in his Bonus Account at the end of Month 2.

### 2. Other regular bonuses

For ALL players, the G3 Rewards Club offers the following special privileges:

- Regular purchase match offers
- Regular mailings with special offers
- Birthday bonus offers
- Special banking services
- Higher bonus offers
- Gifts and other very special treatments
- Casino tournament invitations
- Discretionary bonuses by casino management

All purchase match offers require players to use our "Claim your Bonus" redemption process. A player can claim a bonus ANY time after receiving an invitation. All free money credits are automatically deposited into the player's casino Bonus Account in accordance with the specific promotion terms and after the offer requirements have been met and bonus claimed.

## Points expiry

G3 Points expire after 6 calendar months of being issued.




Back to top



Home| Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map





Grand Monaco is a Hillstead Limited, Gibraltar site – now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

A member of the PlayShare Group





Big Wins, More Action!

| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate

Customer Support | Live Help





# HOW TO WITHDRAW

Well Done. You're a winner and now we promise to process your cash-in as quickly as possible.

To make a withdrawal follow the steps:

- Login to your Grand Monaco account
- Click on the Bank button
- Click on the Withdrawal button
- Enter the amount you wish to withdraw in the box.

You can now check the status of your withdrawals at any time by clicking on the Cashcheck icon in the casino software.



Please note that the minimum withdrawal amount is $50.00.

You can reverse a withdrawal (or portion there-of) back to your gaming account within 24 hours after you've requested your original withdrawal. Simply click the REVERSE WITHDRAWAL TAB in the casino software. Your withdrawal is sent to our processing department after the 24 hour reverse withdrawal period has elapsed. You are notified by Email once your Cash Out Request has been completed and the funds have been transferred to you.

It is our policy to refund withdrawals to the same account or mechanism that the original purchase was made, up to the value of your original deposits. However, not all purchase mechanisms facilitate refunds of cash withdrawals and in such cases balances will be paid to the payment option of YOUR choice (see **Withdrawal Options**).

**Please note:** When a customer makes their first cash-in, a large withdrawal or changes to payment options, Grand Monaco reserves the right to use security measures to ensure you are the rightful recipient of the funds. This is for casino player protection and may require you to send documentation (utility bills, copy of ID, Copy of credit card used to effect purchases). We may ask you sign a list of your previous purchases to your Grand Monaco Account. Again, these measures protect your money and your privacy, but may result in small delays of receiving your money. We apologize for any inconvenience this may cause and will make every attempt to keep the process short.

Should you have any queries about the status of your cash out, please contact one of our **Customer Support** agents.






Home | Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

   

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

A member of the PlayShare Group



| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate

Customer Support | Live Help







# INSTALLING THE SOFTWARE

How do I download the free casino software?
What do I do once the download is complete?
Where did I download the file to?
What is the installation file called?
What are the minimum system requirements?

## How do I download the free casino software?

Click on any "Download" button that appears on every page. This will start the process explained on the download page you arrive at.

## What do I do once the download is complete?

The File Download dialogue box will launch and guide you through the installation process. Follow the prompts by clicking "Next >" when requested and the casino software will install.

If you are using Firefox or a browser other than Microsoft Internet Explorer, then the setup file would have been downloaded to the location that you selected. To install the Grand Monaco software, double-click on the setup file you downloaded. The Install Wizard will guide you through the installation process. Follow the prompts by clicking "Next >" when requested and the casino software will install.

## Where did I download the file to?

The default location is to your desktop. If you saved the casino software to an alternative location and cannot find it, simply follow these instructions: Click on 'Start'/ 'Find'/ 'Find files or folders'. Type GrandMonaco_0Game_W3.exe in the 'Name' field, and click on 'Find now'. Remember to search by using the 'Local hard drives' option. Once you have found the casino software, double-click to begin the installation.

Back to top

## What is the installation file called?

GrandMonaco_0Game_W3.exe

Back to top

## What are the minimum system requirements?

Pentium II 333 Mhz

32 Bit operating system Windows 95/98/2000/NT/ME/XP

32 MB RAM

25 MB available hard drive space

Internet connection

**Back to top**

 

   

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.





A member of the PlayShare Group



## OPENING OFFER



### Opening Offer with FREE Casino Kit

At Grand Monaco, we believe in exceeding your expectations. Not only do we have one of the most competitive Opening Offers around, but we also give our new players a free Casino Kit designed to help you win big with more action at a world-class casino.

Read more about our industry leading casino offers below.



### Claim your Opening Offer Bonus and Casino Kit

Come back to this page once you have made your first deposit and met the 1x wagering requirements. Enter your name, e-mail address and Real Account number and submit.

**Your Name**

**Your E-mail Address**

**Real Acct. Number**
e.g. vgmr00095764

[ Reset ]  [ Submit ]

**Very Important:**

By claiming the Opening Offer, you agree to the terms and conditions. The Opening Offer is provided to first time players to enhance the gaming experience with increased gaming time. Attempts to take advantage of bonuses beyond this spirit may be deemed as promotion abuse.

If you have any questions please contact casino support.

## Opening Match Bonus Offer

**100% Slot Match Bonus up to $150 FREE**

**OR**

**100% Casino Game Match Bonus up to $75 FREE**

**Download our FREE software,**
register an account, and make a Deposit

step ❶



step ❷

Choose your Bonus by
**wagering your deposit once**
(1 X) on the games of your choice

  

**Slots Only**          **Casino Games**

step ❸

Claim your Opening Offer
We match your deposit by 100% up to:

**$150 in FREE bonus credits if your**
deposit was wagered on slots only

**OR**

$75 in FREE bonus credits if your deposit was
wagered on all other casino games

The opening offer bonus is credited to your bonus account in less than 4
hours from the time you've met the conditions and claimed your offer.

**Remember:**

- Our conditions require you to wager the original purchase one time to
  determine whether you are accepting the slot or games offer.
- Cashing in prior to receiving your 100% bonus match credits forfeits
  the free credits.
- If you wager on a mix of slots and casino games, then you have
  accepted the casino game offer of up to $75 Free.
- After receiving your opening offer free credits, you may not cash-in
  until you have met the minimum bets and wagering requirements.

Click here to see the Opening Offer Terms & Conditions detail.

## Free Casino Kit 

The Casino Kit includes:

1. FREE 2,000 G3 Points for the G3 Rewards Club
2. FREE Membership into the G3 Rewards Club - No Registration
   Required!
3. FREE Subscription to our monthly newsletter - *Grand News*
4. FREE Web Wallet Bonus!
5. FREE $5,000 Progressive Jackpot Reward!

Grand Monaco offers all new purchasing players the chance to try world-class gaming with a world-class welcome!

**Click here to find out more about our Free Casino Kit**



Back to top

  

   

Grand Monaco is a Hillstead Limited, Gibraltar site – now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

# www.pokergrandmonaco.org
This page is parked free, courtesy of GoDaddy.com





**LIMITED TIME OFFER!**
$1.99* Per Qty
Limit
Domains
Now, with any non-domain purchase!

FREE with every domain name:
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:

[ .com ] [GO]

Advanced Search   [ICANN ACCREDITED]

*Plus ICANN fee of 25 cents per domain name year.

**The world's largest hostname provider!***

**From $3.19/mo!**

FREE Setup!
No Annual Commitment!
99.9% uptime!

Go Daddy

**FREE extras with each domain!**

• Complete Email
• Hosting with Web site
• Quick Blog
• And more!

Search for your domain now

[ .com ] [GO!]

## Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Salona Yachts France**
Importateur exclusif France-Monaco Salona yachts Performance Cruisers
www.salona-france.com

**Nice Riviera Hotel 3***
Nice Center From 130 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**Formula 1 Tickets**
Buy your tickets to the glamorous Formula 1 GP of monaco here!
www.F1ticket.info

**Local Poker Tournaments**
40,000 listings of live poker games tournaments and players near you.
FindPokerPal.com

**Not what you're looking for?**

[ Search ]

**Related Searches:**
► Karemont Monaco
► Monaco History
► Fontvieille Monaco
► Monaco Vacation
► Corporate in Monaco
► Relocation Monaco

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog



## Popular Searches

| **Travel** | **Financial Planning** | **E Commerce** | **Lifestyle** |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| **Real Estate** | **Insurance** | **Business** | **Legal Help** |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| **Personal Finances** | **Computers** | **Health Care** | **Shopping** |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopokerclub.com

This page is parked free, courtesy of GoDaddy.com

| Search |

Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Nice Riviera Hotel 3\***
Nice Center From 130 € Available in March!
www.horse21.net

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Exclusive Riviera Estates**
Specialist Agency For Luxury Estates Along The French Riviera
www.eliteresidentialestates.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Immobilier**
Magazine spécialisé en Immobilier de Prestige sur la Côte D'Azur
www.lux-residence.com

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**Poker gratuit en ligne**
Défiez des experts du monde entier un tournoi gratuit - pas de mise!
www.europoker.net

## Popular Searches

| Travel | Financial Planning | E Commerce |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| | | |
| Lifestyle | Real Estate | Insurance |
| Fitness | Mortgages | Car Insurance |
| Dating | Refinancing | Travel Insurance |
| Singles | Home Equity Loans | Health Insurance |
| Education | For Sale by Owner | Home Insurance |
| Degrees | Credit Score | Life Insurance |
| | | |
| Business | Legal Help | Personal Finances |
| Bankruptcy | DUI Lawyers | Investments |
| Business Cards | Accident Lawyers | Student Loans |
| Affiliate Programs | Bankruptcy Lawyers | Work from Home |
| Conference Calls | Probate Lawyers | Personal Loans |
| CRM | Patent Lawyers | Jobs |
| | | |
| Computers | Health Care | Shopping |
| Laptops | Vitamins | Gifts |
| Software Training | Contact Lenses | Flowers |
| High Speed Internet | Laser Eye Surgery | DVD Rental |
| DSL | Cosmetic Surgery | Apparel |
| Data Recovery | Diet | Books |



Make a .com
name with us!®

### Related Searches

Karement Monaco
Monaco History
Fontvieille Monaco
Monaco Vacation
Corporate in Monaco
Relocation Monaco



**LIMITED TIME OFFER**

$1.99* No Qty Limit
.com Domains
Now, with any non-domain purchase!

FREE with every domain name:
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:

| .com | GO |

Advanced Search · ICANN

*Plus ICANN fee of 25 cents per domain name year.



**Fast, Reliable, Secure Web Hosting**

► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!
  Flexible plans as low as $3.19/mo!
  Learn more...

Visit GoDaddy.com for the best values on: Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopoker.org
This page is parked free, courtesy of GoDaddy.com



**LIMITED TIME OFFER!**

$1.99* No QTY Limit
**Domains**
Now, with any non-domain purchase!

**FREE with every domain name:**
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

**Find a domain name now:**

.com  **GO**

Advanced Search   **ICANN ACCREDITED**

*Plus ICANN fee of 25 cents per domain name year.



**Fast, Reliable, Secure**
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!
  Flexible plans as low as $3.19/mo!
  Learn more...

**Turbo SSL Secure Certificates** https://

- Up to 256-bit encryption
- 99% browser recognition
- Issued within minutes
- From $19.99/year



**Sponsored Links**

**Sylvia Beautiful Escort**
classe, raffinement, reçoit à Nice Monaco, Cannes, Geneve sur RDV
www.dsblonde.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Free Texas Hold'em**
$10,000 in cash prizes. No buy-in. Free online poker tournaments!
www.ChipVault.com

**Nice Riviera Hotel 3***
Nice Center From 130 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

Not what you're looking for?

[        ] Search

**Related Searches:**
- Karement Monaco
- Monaco History
- Fontvieille Monaco
- Monaco Vacation
- Corporate in Monaco
- Relocation Monaco

Visit GoDaddy.com for the best values on:
- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products
AND MORE!
See product catalog

---

**Popular Searches**

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airfare | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopoker.net
This page is parked free, courtesy of GoDaddy.com



**Not what you're looking for?**
[                    ] [Search]

**Related Searches:**
➤ Karement Monaco
➤ Monaco History
➤ Fontvieille Monaco
➤ Monaco Vacation
➤ Relocation Monaco
➤ Monaco Grand Prix

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

**Sponsored Links**

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Free Texas Hold'em**
$10,000 in cash prizes. No buy-in. Free online poker tournaments!
www.ChipVault.com

**Univers Hotel 3***
Nice Center From 70 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Poker Source Online Forum**
Discuss or chat about poker Over 600 members and growing!
www.pokersourceonline.com

**Poker Tournament Manager**
Clock and management tool for running poker tournaments.
www.pokertournamentmanager.com

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**LIMITED TIME OFFER**

$1.99** to qty Limit Domains
Now, with any non-domain purchase!

FREE with every domain name:
➤ NEW! Hosting with Web builder
➤ NEW! Quick Blog
➤ Complete Email
➤ AND MORE!

Find a domain name now:

[          ] .com [GO]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 25 cents per domain name/year.



**Fast, Reliable, Secure**
# Web Hosting

➤ 99.9% Guaranteed Uptime
➤ No Setup Fee or Annual Commitment
➤ Generous Storage & Bandwidth
➤ Free, Expert 24/7 Support
➤ And MUCH More!
   Flexible plans as low as $3.19/mo!
   Learn more...

**QUICK SHOPPING CART**

Get your own online store – in minutes.



No technical expertise required and no set-up fees.
From $7.99/month!

Go Daddy

**Popular Searches**

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

www.godaddy.auctions.com/coming soon

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grand-monaco-poker.com
This page is parked free, courtesy of GoDaddy.com


Go Daddy.com
Make a .com
name with us!®

**Not what you're looking for?**

[ Search ]

**Related Searches:**
- ► Real Estate Monaco
- ► Monaco Grand Prix
- ► Metropole Hotel Monaco
- ► Monaco GP
- ► Monaco F1
- ► Realtor Monaco

**Visit GoDaddy.com for the best values on:**
- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products
- AND MORE!
- See product catalog

## Sponsored Links

**Salona Yachts France**
Importateur exclusif France-Monaco Des Voiliers Salona Yacht
www.salona-france.com

**Lance Burton Tickets**
Incredible Seats & Great Prices - Fast, Easy & Secure Online
Ordering
www.LasVegasTickets.com

**Monte Carlo Resort**
SideStep Searches Dozens of Sites at Once for Deals in Las
Vegas
www.SideStep.com

**Réserver Hôtel**
Comparez les prix des hôtels des promotions et dernière
minute
VoyagerMoinsCher.com/Hotel

**Munich Hotel Discounts**
Save up to 75% on Munich hotels. Pay at check-in. No booking
fees.
www.priceline-europe.com

**Home Monte Carlo**
Choose from over 10,000 properties: Book direct with owner &
save money
www.holidaylettings.co.uk/

**World Class Poker Tips**
Learn from the Coach who exposes the "Mathematician's
Fallacy".
www.BaccaratTraining.com

**Secrets From Poker Pros**
Learn How to Dominate Online Poker and Win Thousands of
Dollars Daily!
www.sitngonwin.com

**Metropole Hotel Monaco**
5 Star Luxury & Service Metropole Hotel Monaco
www.jhw.com/HotelMetropole

**Hotel Monaco**
Find Low Rates, Hotel Information & More. Compare Prices
Online & Save!
www.SmarterTravel.com


LIMITED TIME OFFER
$1.99* No Qty
Limit
Domains
Now, with any non-
domain purchase!
FREE with every
domain name:
► NEW! Hosting
with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:

[ .com ]  [ GO ]

Advanced Search    ICANN

*Plus ICANN fee of 25 cents
per domain name year.


Fast, Reliable, Secure
**Web Hosting**

► 99.9% Guaranteed Uptime
► No Setup Fee or Annual
Commitment
► Generous Storage &
Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!
Flexible plans as
low as $3.19/mo!
Learn more...


Build a Web site
in minutes with
WebSite Tonight®

► Point & Click --
it's that easy!

• From $3.99/month!
• Includes FREE Hosting &
Email

Go Daddy.com

## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers

| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.pokergrandmonaco.net
This page is parked free, courtesy of GoDaddy.com




| Not what you're looking for? | | Search |
| --- | --- | --- |



**LIMITED TIME OFFER!**

$1.99* No Qty Limit **.com Domains**
Now, with any non-domain purchase!

FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

*Find a domain name now:*



.com [GO]

Advanced Search    [ICANN ACCREDITED]

*Plus ICANN fee of 25 cents per domain name year.


**Fast, Reliable, Secure Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!

Flexible plans as low as $3.19/mo!
Learn more...

**Life Online with BOB PARSONS**
Live every Wednesday at 7 pm (PT)/10 pm (ET).

## Sponsored Links

**Sylvia Beautiful Escort**
classe, raffinement, reçoit à Nice Monaco, Cannes, Geneve sur RDV
www.dsblonde.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.icammonaco.com

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**UK Poker Equipment**
Specialist in corporate and home requirements. Call 08708 712 007
www.poker-shop.co.uk

**Univers Hotel 3***
Nice Center From 70 € Available in March!
www.horse21.net

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyageMoinsCher.com/Hotel

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**F1tickets Monaco**
Visit the most famous GP of the world. Buy your tickets online!
www.F1ticket.info

**Hotels in Monaco**
Book your hotel in Monaco online. All hotels with special offers.
www.bookings.fr

**Résidence Eza Vista**
Côte d'Azur à prix bas ! Du studio au T3, vue mer 8km Monaco
www.sejoursdusud.com

## Related Searches:
- Karement Monaco
- Fontvieille Monaco
- Monaco Vacation
- Monaco Grand Prix
- Corporate in Monaco
- Monaco Historique

Visit GoDaddy.com for the best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

---

## Popular Searches

| Travel | Financial Planning | E Commerce | Lifestyle |
| --- | --- | --- | --- |
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopoker.com

This page is parked free, courtesy of GoDaddy.com

[ Search ]

## Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Salona-Yachts France**
Importateur exclusif France-Monaco Des Voiliers Salona Yacht
www.salona-france.com

**Nice Riviera Hotel 3\***
Nice Center From 130 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**Poker Source Online Forum**
Discuss or chat about poker Over 600 members and growing!
www.pokersourceonline.com

**F1tickets Monaco**
Visit the most famous GP of the world. Buy your tickets online!
www.F1ticket.info

---

## Popular Searches

| **Travel** | **Financial Planning** | **E Commerce** |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| | | |
| **Lifestyle** | **Real Estate** | **Insurance** |
| Fitness | Mortgages | Car Insurance |
| Dating | Refinancing | Travel Insurance |
| Singles | Home Equity Loans | Health Insurance |
| Education | For Sale by Owner | Home Insurance |
| Degrees | Credit Score | Life Insurance |
| | | |
| **Business** | **Legal Help** | **Personal Finances** |
| Bankruptcy | DUI Lawyers | Investments |
| Business Cards | Accident Lawyers | Student Loans |
| Affiliate Programs | Bankruptcy Lawyers | Work from Home |
| Conference Calls | Probate Lawyers | Personal Loans |
| CRM | Patent Lawyers | Jobs |
| | | |
| **Computers** | **Health Care** | **Shopping** |
| Laptops | Vitamins | Gifts |
| Software Training | Contact Lenses | Flowers |
| High Speed Internet | Laser Eye Surgery | DVD Rental |
| DSL | Cosmetic Surgery | Apparel |
| Data Recovery | Diet | Books |



Go Daddy.com
Make a .com name with us!®



**LIMITED-TIME OFFER**

$1.99* No Qty Limit
Domains
Now, with any non-domain purchase!

FREE with every domain name:
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:

[ .com ] [ GO! ]

Advanced Search    [ICANN]

*Plus ICANN fee of 25 cents per domain name year.



Fast, Reliable, Secure
**Web Hosting**

► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!
  Flexible plans as low as $3.19/mo!
  Learn more...

### Related Searches

Karement Monaco
Monaco History
Fontvieille Monaco
Monaco Vacation
Corporate in Monaco
Relocation Monaco

[ Search ]

Visit GoDaddy.com for the best values on: Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacovideopoker.com
This page is parked free, courtesy of GoDaddy.com


Go Daddy.com
Make a .com
name with us!®

---

**Not what you're looking for?**
[ Search ]

**Related Searches:**
- Karement Monaco
- Monaco History
- Fontvieille Monaco
- Corporate in Monaco
- Monaco Vacation
- Relocation Monaco

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

---

**Sponsored Links**

**Sylvia Beautiful Escort**
classe, raffinement, recoit à Nice Monaco, Cannes, Geneve sur RDV
www.dsblonde.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.tcammonaco.com

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Massena Hotel 4\***
Nice Center From 140 € Available in March!
www.horse21.net

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**2007 Monaco Formula 1**
Tickets for the Monaco Grand Prix. Book online or by telephone
www.bookf1.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**F1 Grandprix tickets**
The most up to date website for tickets to every Grand Prix!
www.F1ticket.info

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

---

**LIMITED TIME OFFER**

$1.99* No Qty Limit
Domains
Now, with any non-domain purchase!

FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

Find a domain name now:
[ .com ] [ GO ]
Advanced Search   ICANN ACCREDITED

*Plus ICANN fee of 25 cents per domain name year.

---

The world's largest hostname provider!*
From $3.19/mo!
FREE Setup!
No Annual Commitment!
99.9% uptime!
Go Daddy.com

---

Click Bid Buy Sell
SOLD!
The smart choice for buying & selling domains
Memberships just $4.99/year!
Lowest commissions!
THE DOMAIN NAME AFTERMARKET.com®





---

**Popular Searches**

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

---

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopokerclub.org

This page is parked free, courtesy of GoDaddy.com



Go Daddy.com
Make a .com
name with us!®

LIMITED TIME OFFER

$1.99* No Qty Limit
Domains
Now, with any non-domain purchase!

FREE with every
domain name:
➤ NEW! Hosting
with Web builder
➤ NEW! Quick Blog
➤ Complete Email
➤ AND MORE!

Find a domain name now:

[            ] .com    GO

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 25 cents
per domain name year.

The world's largest
hostname provider!*

From $3.19/mo!

FREE Setup!
No Annual Commitment!
99.9% uptime!



Build a Web site
in minutes with
WebSite Tonight®

Point & Click –
it's that easy!

• From $3.99/month!
• Includes FREE Hosting &
Email



## Not what you're looking for?

[ Search ]

**Related Searches:**
➤ Karement Monaco
➤ Monaco History
➤ Monaco Vacation
➤ Corporate in Monaco
➤ Relocation Monaco
➤ Monaco Grand Prix

Visit GoDaddy.com for the best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Sponsored Links

**Casa in Monaco e Riviera**
Clientela Italiana, Mauro Piras vostro contatto Italiano in Monaco
www.eipmonaco.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Salona-Yachts France**
Importateur exclusif France-Monaco Des Voiliers Salona Yacht
www.salona-france.com

**Poker gratuit en ligne**
Défiez des experts du monde entier un tournoi gratuit - pas de mise!
www.europoker.net

**Exclusive Riviera Estates**
Specialist Agency For Luxury Estates Along The French Riviera
www.eliteresidentialestates.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Grand Prix Yachts**
Book now for 2007 Grand Prix! Entertainment Yachts, all Sizes.
boatbookings.com/monacograndprix

**Monaco Real Estate**
Appartamenti e ville Monaco Montecarlo
www.fassinoimmobiliare.com

**Formula 1 Tickets**
Buy your tickets to the glamorous Formula 1 GP of monaco here!
www.F1ticket.info

## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopokerclub.net
This page is parked free, courtesy of GoDaddy.com

Go Daddy.com
Make a .com
name with us!®



**LIMITED-TIME OFFER!**

$1 99* Per Qty Limit

**Domains**
Now, with any non-domain purchase!

FREE with every domain name:
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:

.com [GO!]

Advanced Search   ICANN Accredited

*Plus ICANN fee of 25 cents per domain name year.

---

**The world's largest hostname provider!**

From $3.19/mo!

FREE Setup!
No Annual Commitment!
99.9% uptime!



---

**FREE extras with each domain!**

- Complete Email
- Hosting with Web site
- Quick Blog
- And more!

**Search for your domain now:**

.com [GO!]

---

## Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Univers Hotel 3***
Nice Center From 70 € Available in March!
www.horse21.net

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Immobilier**
Magazine spécialisé en Immobilier de Prestige sur la Côte D'Azur
www.lux-residence.com

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Monaco Real Estate**
Appartamenti e ville Monaco Montecarlo
www.fassinoimmobiliare.com

**$560.00 Free Money**
We have found more than 29 sites where you can get free money.
560plusfree.com

## Related Searches:

Not what you're looking for?
[Search]

Related Searches:
► Monaco History
► Monte Carlo History
► Fontvieille Monaco
► Monaco Historique
► Relocation Monaco
► F1 Monaco Grand Prix

Visit GoDaddy.com for the best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

---

## Popular Searches

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacoonlinepoker.com
This page is parked free, courtesy of GoDaddy.com


Go Daddy.com
Make a .com
name with us!®

| Not what you're looking for? | | Search |

**Related Searches:**
- Online Casino
- Online Roulette
- Online Spielbank
- Online Lotterien
- Online Lotto
- Gambling Markt

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

**Sponsored Links**

**Le poker facile**
Site européen de poker Téléchargement non requis
www.europoker.net

**Free Texas Hold'em**
$10,000 in cash prizes. No buy-in. Free online poker tournaments!
www.chipvault.com

**Conrad Jupiter Hotel**
Gold Coast hotels at discount rates Select, Reserve and Save +75%
AsiaRooms.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**KA by Cirque du Soleil**
Thrilling new show at MGM Grand. Get your tickets online.
www.mgmgrand.com/ka

**$560.00 Free Money**
We have found more than 29 sites where you can get free money.
560plusfree.com

**Free Casino Games**
Download free casino & poker software, no purchase necessary.
Free.888.com

**Nice Riviera Hotel 3***
Nice Center From 130 € Available in March!
www.horse21.net

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location, 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Poker Source Online Forum**
Discuss or chat about poker Over 600 members and growing!
www.pokersourceonline.com


*LIMITED TIME OFFER*
$1.99* No Qty Limit
Domains
Now, with any non-domain purchase!
FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

Find a domain name now:


.com
Advanced Search
*Plus ICANN fee of 25 cents per domain name year.

Fast, Reliable, Secure
**Web Hosting**
- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!
  Flexible plans as low as $3.19/mo!
  Learn more...

---

**Popular Searches**

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# Exhibit C-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - -x

SOCIETE DES BAINS DE MER ET DU       :
CERCLE DES ETRANGERS A
MONACO,                              :        Case No. 07 Civ. 4802

                Plaintiff,        :        **DEMAND FOR JURY TRIAL**

     vs.                           :

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK)           :
LTD., LUCAN TOH, MAXWELL
WRIGHT, HILSTEAD LTD.,               :

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - -x



## AMENDED COMPLAINT

Plaintiff Société des Bains de Mer et du Cercle des Etrangers à Monaco ("SBM" or

"Plaintiff"), by its attorneys Quinn Emanuel Urquhart Oliver & Hedges LLP, for its Complaint

against Defendants PlayShare PLC, Grand Monaco Ltd., GamShare (UK) Ltd., Lucan Toh,

Maxwell Wright, and Hilstead Ltd. (collectively, "Defendants"), alleges as follows:

## PRELIMINARY STATEMENT

1.      This action arises from Defendants' attempt to attract customers to its gambling

websites by willfully and blatantly trading off the goodwill associated with the world-renowned

Monaco casinos that SBM has developed through enormous effort and financial investment over

a time period spanning more than a century.  SBM is the founder and manager of four Monaco

casinos, including the Casino de Monte-Carlo, which has been in operation since April 2, 1863.

Under express decree from the authorities of the Principauté of Monaco, SBM enjoys a

monopoly for casino and gaming industries within the territory of the Principauté of Monaco and

is therefore the sole company that can organize games and gambling in Monaco. As a result of

SBM's efforts spanning over more than a century, the Casino de Monte-Carlo — the oldest of

the four casinos owned and operated by SBM in Monaco — is famous and known the world over

as one of the preeminent casinos in the world. SBM actively promotes its four Monaco-based

casinos, particularly the Casino de Monte-Carlo, throughout the world and in the United States.

Due to SBM's substantial investments, consumers perceive the terms "Monaco" or "Monte

Carlo" in connection with casino services as identifiers of casino owner-operator SBM and the

Principauté of Monaco. Indeed, the print and broadcast media, the film industry and the general

public have used the terms "Casino de Monte-Carlo" and "Casino de Monaco" millions of times

when referring to SBM's casinos.

RECEIVED

JUN 0 7 2007

U.S.D.C. S.D. N.Y.
CASHIERS

   2.    Notwithstanding these facts, and undeniably because of these facts, Defendants

have attempted to trade upon the enormous goodwill and brand equity associated with SBM's

casinos by registering and using at least 66 domain names that employ the term "Monaco" to

operate gambling-related websites. Defendants' Grand Monaco Casino websites (the "Grand

Monaco Casino") and its gambling software — which may be downloaded free of charge —

prominently feature the designations GRAND MONACO CASINO and GRAND MONACO.

Defendants' GRAND MONACO CASINO and GRAND MONACO designations undoubtedly

cause consumers to mistakenly believe SBM sponsors, endorses, or is affiliated with Defendants'

websites. Moreover, Defendants' incorporation of the term "Grand" and a "crest" design in

connection with the term "Monaco"—both of which have connotations of royalty—further

exacerbates the likelihood for consumer confusion.

   3.    Defendants have deliberately infringed and diluted SBM's invaluable rights in its

trademarks and brand equity through the registration, maintenance and use of Internet domain

2

names that are confusingly similar to SBM's marks, and by prominently featuring the confusingly similar GRAND MONACO CASINO and GRAND MONACO designations throughout their websites and gambling software in order to attract consumers to Defendants' websites and to create a caché that the sites would otherwise not possess. As Maxwell Wright— owner of the majority of domain names at issue in this action and Director and Chief Executive Officer of Defendant PlayShare — conceded in his submission to the World Intellectual Property Organization ("WIPO") in a related proceeding between SBM, Toh, and Wright, Defendants are "seeking to get some of the lustre of Monaco by incorporating the word in our name."

4.     Plaintiff seeks damages and permanent injunctive relief for Defendants' acts of unfair competition, trademark infringement, trademark dilution, cyber squatting, and related claims under federal and New York statutory and common law to prevent Defendants' continued fostering of an injurious false identification and association between Defendants and SBM and further co-opting of the goodwill and reputation of SBM's famous and valuable trademark rights.

## THE PARTIES

5.     Plaintiff SBM is a société anonyme organized and existing under the laws of the Principauté of Monaco, enrolled with the registry of companies of Monaco under number 56 S 00523, with a principal place of business at Place du Casino, Monte Carlo MC 98000 Monaco, Principauté de Monaco. SBM has an additional place of business, operated in conjunction with the Principauté de Monaco, located at 565 Fifth Avenue, New York, New York 10017.

6.     Upon information and belief, Defendant PlayShare PLC ("PlayShare") is a public limited company organized under the laws of the United Kingdom with its principal place of business at 7 Queen Street, Mayfair, London W1J 5PB, UK. Upon information and belief, PlayShare is the parent company of GamShare (UK) Limited and Grand Monaco Limited.

3

7.     Upon information and belief, Defendant Grand Monaco Limited ("Grand Monaco") is a private limited company organized under the laws of the United Kingdom with its principal place of business at 7 Queen Street, Mayfair, London W1J 5PB, UK.  Upon information and belief, Grand Monaco is a subsidiary of PlayShare PLC.

8.     Upon information and belief, Defendant GamShare (UK) Limited ("GamShare") is a private limited company organized under the laws of the United Kingdom with its principal place of business at 7 Queen Street, Mayfair, London W1J 5PB, UK.  Upon information and belief, GamShare is a gaming operator, licensed in Kahnawake, Canada.  Upon information and belief, GamShare is a subsidiary of PlayShare.

9.     Upon information and belief, Defendant Lucan Toh ("Toh") is a Director of PlayShare and a resident of London, England.  Toh is the registered owner of domain names through which Defendants operate the Grand Monaco Casino.

10.    Upon information and belief, Defendant Maxwell Wright ("Wright") is a Director and the Chief Executive Officer ("CEO") of PlayShare, and a resident of London, England.  Wright is the registered owner of domain names through which Defendants operate the Grand Monaco Casino.

11.    Upon information and belief, Defendant Hilstead Limited ("Hilstead") is a company organized under the laws of the United Kingdom with its principal place of business at Mezzanine West, Hadfield House, Library Street, Gibraltar.  Upon information and belief, Hilstead is a subsidiary of Grand Monaco that handles, at least in part, the financial transactions for the Grand Monaco Casino.

12.    Upon information and belief, through their ownership of domains names set forth *infra* in ¶ 32 and control over Playshare, Toh and Wright have caused PlayShare to operate the

4

Grand Monaco Casino. Upon information and belief, Toh and Wright have caused subsidiaries of PlayShare, including Grand Monaco, GamShare, and Hilstead to aid in the advertising and promotion of the Grand Monaco Casino.

## JURISDICTION AND VENUE

13.    Plaintiff brings this action for federal unfair competition in violation of Section 43(a) of the Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1125(a); federal trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1); federal cyber squatting under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1); deceptive acts and practices in violation of Section 349(h) of the New York General Business Law; false advertising in violation of Section 350-e(3) of the New York General Business Law; injury to business reputation and trademark dilution in violation of Section 360-*l* of the New York General Business Law; and trademark infringement and unfair competition in violation of the common laws of the State of New York and of the several states of the United States.

14.    This Court has original jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1338(a) and 1338(b). This Court has supplemental jurisdiction over all other claims asserted herein under 28 U.S.C. § 1367(a).

15.    This Court has personal jurisdiction over Defendants under New York Civil Practice Law and Rules § 302 by virtue of their transacting business and/or contracting to supply goods or services in the State of New York, their commission of tortious conduct as described herein within the State of New York, and their commission of tortious conduct as described herein outside the State of New York, causing injury to Plaintiff within the State of New York,

with the actual or reasonable expectation that said conduct will have consequences in the State of New York, and Defendants' deriving substantial revenue from interstate commerce.

16.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

### THE BUSINESS OF PLAINTIFF SBM

17.     The Principauté de Monaco ("Monaco") is a constitutional monarchy located on a small piece of land, which is divided into four quarters. The most well-known of these quarters is undoubtedly Monte Carlo. It is so well-known, in fact, that it is common for the public to use the terms Monaco and Monte Carlo interchangeably.

18.     Monaco is known worldwide for, among other things, SBM's four high quality casinos, including the Casino de Monte-Carlo—one of Monaco's most famous and enduring symbols. SBM's empire of casinos is a venerable and important body within the international gaming and resort industry. The esteem held for SBM's casinos is based on its worldwide reputation for excellence and quality, and the terms "Monaco" and "Monte Carlo," when used in connection with gaming services, embody a tremendous amount of goodwill that inures to SBM. Because of the correlation between Monaco and Monte Carlo in the public's mind and the fame of SBM's Monaco-based casinos, to the average American consumer use of either the CASINO DE MONTE-CARLO mark or CASINO DE MONACO mark generates an association with SBM's famous casinos in Monaco.

19.     Since April 2, 1863, SBM has enjoyed a government-granted monopoly over the casino and gaming industries for the territory of Monaco, and is therefore the sole company that can organize games and gambling in Monaco. A true and correct copy of the Privilege des Jeux, renewed for the last time by the Ordonnace Souveraine no. 15-732 of March 13, 2003, is

attached hereto as Exhibit A. As indicated in Exhibit A, SBM will retain the exclusive right to
conduct casino gaming within Monaco until at least April 1, 2027.

20.     SBM is the owner of United States Trademark Registration No. 3,031,006, dated
December 20, 2005, for the mark CASINO DE MONACO for use in connection with, *inter alia*,
computerized video games for gaming purposes, gaming equipment, software and hardware for
use in gaming machines, computer game software, computer ecommerce software to allow users
to perform electronic business transactions via a global computer network, and providing casino
services within a hotel environment. A true and correct copy of Registration No. 3,031,006 is
attached hereto as Exhibit B. SBM is also the owner of Registration No. 02.23234 for the mark
CASINO DE MONACO issued by the Monaco Trademark Office on September 30, 2002. A
true and correct copy of Monaco Registration No. 02.23234 and a translation are attached hereto
as Exhibit C.

21.     Trademark Application Serial No. 76/479,351 for the mark CASINO DE
MONTE-CARLO was filed by SBM on December 30, 2002 and is currently pending in the
United States Patent and Trademark Office.

22.     In addition to the aforementioned trademark registrations and application, SBM
also owns over one hundred and fifty domain names incorporating its trademarks that it uses in
connection with its gaming and casino-related goods and services, including, among others,
<monaco-grand-casino.com>, <casinosdemonaco.com>, <livemonacocasino.com>,
<monacogoldcasino.fr>, <monaco-casinos.com>, <monaco-casinos.net>,
<monacobestcasino.com>, <casinosmonaco.com>, <casinomonacopoker.com>,
<casinomontecarlo.com>, and <casino-monte-carlo.com>. SBM has previously enforced its

trademark rights against infringing domain name registrants in United States federal courts. In addition, SBM has obtained numerous domain name transfers from infringing registrants.

23.     SBM actively and extensively advertises and promotes its Monaco-based casinos through various channels and media, including print media, film and the Internet, and uses the terms "Monaco" and "Monte-Carlo" to identify its casino-related goods and services. Though worldwide in its scope, a significant amount of this promotion is aimed at North American consumers. A substantial portion of SBM's multi-million dollar worldwide advertising and promotion budget is spent on marketing within the United States. Furthermore, for approximately twenty years, SBM has maintained an office in New York in conjunction with the Monaco tourism office for the purposes of promoting tourism in Monaco in general, as well as advertising SBM's Monaco-based casinos specifically. It also functions as an international sales office, from which consumers are able to book reservations for travel to Monaco.

24.     Through its New York office, SBM promotes its casinos in the United States by participating in trade shows, advertising through the print and broadcast media, charity partnerships and participation, direct mail and telephone marketing, and sales to groups and individuals. Over ten thousand brochures advertising SBM's Monaco-based casinos are mailed out every year by SBM. Plaintiff also publishes and distributes its English-language publication "Société," dedicated to tourism in Monaco and the resorts owned by SBM, throughout North America.

25.     This widespread marketing effort has reaped benefits. North Americans make up the single largest group of SBM clients. As of September 2000, twenty-two percent of SBM's customers were located in North America, followed by France and then Italy.

8

26.    In addition to SBM's advertising and marketing efforts, the media and general public have frequently used the CASINO DE MONACO and CASINO DE MONTE-CARLO marks in connection with SBM — and such use by the media and public inures exclusively to the benefit of SBM. As a famed institution, the Casino de Monte-Carlo garners a significant amount of unsolicited attention from the media. Monaco and the Casino de Monte-Carlo are frequently the subjects of newspaper and magazine articles throughout the United States. In addition, numerous books have been written about Monaco and the Casino de Monte-Carlo. Moreover, at least ten motion pictures were filmed in or were based on the Casino de Monte-Carlo, including, without limitation, "Foolish Wives" (1922), "Monte Carlo" (1930), "The Man Who Broke the Bank in Monte-Carlo" (1935), "Charlie Chan at Monte Carlo" (1937), "The Red Shoes" (1948), "Loser Takes All" (1956), "Seven Thieves" (1960), "Kaleidoscope" (1966), "Never Say Never Again" (1983), and "GoldenEye" (1995).

27.    As a result of SBM's long participation and leadership in the international gaming and resort industry, extensive advertising, and media attention over the MONACO and MONTE-CARLO designations for casino-related services and products, SBM would be irreparably harmed if it lost control over the ability to prevent unauthorized gaming sites from using such identifications for casino-related products or services.

## DEFENDANTS' UNLAWFUL CONDUCT

28.    Upon information and belief, Defendants operate several companies that provide marketing services to the online gambling industry in the form of both internet-based and non-internet-based advertising. This advertising is aimed at directing consumers to their Grand Monaco Casino websites, where consumers can download gambling software onto their computers and utilize online gambling services.

9

29.    Upon information and belief, PlayShare is the parent company of several online gambling companies, including Grand Monaco, PokerShare.com, and CasinoShare.com, as well as the PlayShare Affiliates Program and G3 Partner Limited ("G3"). Upon information and belief, PlayShare is licensed by the Kahnawake Gaming Commission, which regulates and controls gaming and gaming related activities conducted within and from the Mohawk Territory of Kahnawake, Canada, through its subsidiary, GamShare. Upon information and belief, Wright is the Director of PlayShare subsidiaries PokerShare.com and CasinoShare.com. Upon information and belief, the PlayShare Affiliates Program and G3 are programs through which member third-parties receive a monthly commission from PlayShare based on revenues earned from gamblers referred by the member to PlayShare.

30.    Upon information and belief, PlayShare acquired the Grand Gaming Group, including the Grand Monaco Casino and the G3 affiliate program that promotes it, effective November 1, 2006. Upon information and belief, such acquisition also included the domain names set forth *infra* in this Complaint.

31.    Upon information and belief, the Grand Monaco Casino, as it currently exists, was launched in or around July 2006. According to Defendants' websites, the Grand Monaco Casino offers players 250 unique games and "innovative monthly promotions" in order to retain existing clientele and continually attract new players. Upon information and belief, Defendants have actively employed the GRAND MONACO CASINO and GRAND MONACO designations in their advertising and promotional campaigns and have advertised their online casino services nationwide, including in New York and this judicial District.

10

32.    Defendants have also drawn consumer attention to their websites and casino

services using a number of Monaco-related domain names.  As part of that effort Defendants

have registered, maintained, and used at least the following domain names:

| | | |
|---|---|---|
| grandmonaco.com | grandmonacomillions.org | grandmonacolotto.com |
| grandmonacocasino.com | grandmonacopoker.org | grandmonacolounge.com |
| casinograndmonaco.com | grandmonacopokerclub.org | grandmonacomahjong.com |
| deutschesgrandmonaco.com | grandmonacoracebook.org | grandmonacomillions.com |
| grandmonacoayda.com | pokergrandmonaco.org | grandmonaconews.com |
| grandmonacoayuda.com | grandmonacostore.com | grandmonacoonlinecasino.com |
| grandmonacobingo.com | grandmonacosupport.com | grandmonacoonlinegaming.com |
| grand-monaco.com | grandmonacovideopoker.com | grandmonacoonlinepoker.com |
| grand-monaco-casino.com | grandmonaco.net | grandmonacopartners.com |
| grand-monaco-poker.com | casinograndmonaco.net | grandmonacoplayersclub.com |
| grandmonacocasinoclub.com | grandmonacobingo.net | grandmonacopoker.com |
| grandmonacoclub.com | grandmonacocasino.net | grandmonacopokerclub.com |
| grandmonacocraps.com | grandmonacocasinoclub.net | grandmonacopromotions.com |
| grandmonacogames.com | grandmonacogames.net | grandmonacoracebook.com |
| grandmonacogaming.com | grandmonacogaming.net | grandmonacorewards.com |
| grandmonacohost.com | grandmonacolottery.net | grandmonacoskillgames.com |
| grandmonacohosts.com | grandmonacomillions.net | grandmonacoslots.com |
| grandmonacolottery.com | grandmonacoplayersclub.net | grandmonacosports.com |
| casinograndmonaco.org | grandmonacopoker.net | grandmonacosportsbook.com |
| grandmonacocasino.org | grandmonacopokerclub.net | grandmonacosports.net |
| grandmonaco.org | grandmonacoracebook.net | grandmonacosportsbook.net |
| grandmonacocasinoclub.org | grandmonacoskillgames.net | pokergrandmonaco.net |

These domain names are collectively referred to herein as the "Monaco Domain Names."

33.    Each of the Monaco Domain Names is not owned by a corporate entity, but to

either Defendant Toh or Wright *personally*.  This is no accident.  Upon information and belief, at

all relevant times Defendants Toh and Wright have used numerous corporate entities, including

but not limited to PlayShare, GamShare, Grand Monaco, CasinoShare.com, PokerShare.com,

Hilstead, G3, and the PlayShare Affiliate Program, as their alter egos; have dominated and

controlled the affairs of these corporations; and have employed these entities as their

instrumentalities for the acts alleged herein.

34.    Defendants use the Monaco Domain Names, as well as the GRAND MONACO

CASINO and GRAND MONACO designations, to draw attention to and market their online

casino websites.  Defendants' websites, as well as their associated gaming components,

prominently feature the GRAND MONACO CASINO and GRAND MONACO designations.

As shown below, these websites also prominently feature a stylized rendition of those marks,

including a mock royal "crest," enhancing the false suggestion that the designations are

associated with Monaco and its royal family:





12

35.    Defendants' online casino is currently in operation. The Monaco Domain Names resolve to websites with identical content, thereby creating numerous avenues through which consumers can access the Grand Monaco Casino.[1]



On the home page of Defendants' websites, pictured above, consumers are invited to download

---

[1]    Currently, the following Monaco Domain Names appear to have been parked: grand-monaco-poker.com; grandmonacopoker.org; grandmonacopokerclub.org; pokergrandmonaco.org; grandmonacopoker.net; grandmonacopokerclub.net; grandmonacoonlinepoker.com; grandmonacopoker.com; grandmonacopokerclub.com; and pokergrandmonaco.net.

gambling software.  At the top of each page of Defendants' websites, the GRAND MONACO

designation, coupled with the "crest" indicia, is prominently displayed.

36.    Directly below the link to download the gambling software on the home page of

Defendants' websites, pictured above, is an invitation to "PLAY INSTANT FLASH — NO

DOWNLOAD REQUIRED."  Upon clicking this link, the following screen is displayed:



As shown above, each of Defendants' "Instant Flash" games are offered in close proximity to the

GRAND MONACO CASINO designation and stylized "crest."

37.    The program available for download on Defendants' websites prominently

features the GRAND MONACO stylized designation at the top of each gaming page, as shown

below:

14



38.    Upon information and belief, Defendants' websites, their associated

downloadable casino program, and their "Instant Flash" gaming environment are accessible

anywhere in the United States, including New York and this judicial District.

39.    Defendants have targeted consumers within this judicial District for promotional

campaigns intended to draw attention to PlayShare and its subsidiaries (which includes Grand

Monaco).  For example, on or about May 26, 2006, Defendants organized and heavily publicized

a "gas giveaway" promotion that was, according to a PokerShare.com press release, "designed to

help New Yorkers enjoy their Memorial Day Weekend without having to fret about the high

price of gasoline."  Defendants actively encouraged local radio personalities and media outlets to

publicize the event, as well as their casino services, websites, and affiliate programs.  The event

15

was held in this judicial District, at the corner of Canal Street and the West Side Highway, and

resulted in a ten-block traffic jam that was ultimately shut down by the New York Police

Department.  As part of the event, Defendants gave away over eight thousand gallons of gasoline

to New York consumers, including consumers in this judicial District, all in an attempt to gain

attention for their casino services, websites, and affiliate programs.

40.    Upon information and belief, Defendants' computer program continues to interact

with pre-registered customers in the United States, including customers in New York and this

judicial District.  For example, as indicated in the above image of Defendants' software (and as

highlighted below), Defendants' websites and their promotional material continue to make

reference to recent winnings paid in U.S. dollars to U.S. players:



41.    As a result of Defendants' use of the terms "Monaco" and "Casino" in connection

with gambling services, consumers are likely to believe mistakenly that Defendants' websites are

sponsored or authorized by or are affiliated with SBM.  The fact that Defendants have

incorporated the term "Grand" does little to dispel the likelihood of consumer confusion and

indeed serves only to increase the likelihood that consumers will mistakenly believe that SBM

and the Principauté of Monaco is associated with the Grand Monaco Casino.  At best,

Defendants' use of the term "Grand" does nothing to distinguish between the GRAND

MONACO CASINO and GRAND MONACO designations and the CASINO DE MONACO mark. Defendants' use of a royal "crest" design in connection with the GRAND MONACO designations compounds the confusion.

42.     Defendants are no doubt cognizant of the similarities between their domain names and designations and the CASINO DE MONACO mark, and it is by virtue of those similarities that Defendants' enterprise has earned substantial revenues. No doubt trying to have their cake and eat it too, Defendants include a statement situated at the very bottom of their websites' home pages that, in small font, reads: "Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation." The statement, which neither as a matter of law nor of fact excuses Defendants' infringing activities, demonstrates Defendants' own recognition that consumers are likely to believe mistakenly that Defendants' websites were in some way sponsored or endorsed by, or affiliated with SBM.

43.     Defendants actively and aggressively advertise, promote, and market the gambling services offered in connection with the Grand Monaco Casino websites. One means through which Defendants promote their websites is "affiliate programs." Affiliates promote Defendants' services for a commission of revenues earned by Defendants for each individual gambling on Defendants' websites as a result of the affiliate's efforts. Upon information and belief, Defendants currently employ approximately 463 affiliates to promote their services and websites and derive approximately 95% of their business from affiliate advertisements featuring the GRAND MONACO CASINO and GRAND MONACO designations. Affiliates provide links to Defendants' websites in their advertisements, allowing consumers to reach Defendants' Grand Monaco Casino websites with the click of a button.

44.    Defendants' affiliates promote not only the Grand Monaco Casino, but other PlayShare gaming websites offering casino services, including PokerShare.com and CasinoShare.com.  For example, on its website home page, G3 advertises its association with Grand Monaco in close proximity to a discussion of its connection to and relationship with the CasinoShare and PokerShare sites, and offers hyperlinks to those websites, as seen below:



> ▶ **What's News...**
>
> The recent acquisition of G3 Partner by PlayShare Plc fits firmly within their vision to become one of the **top 5 gaming operators within two years**. The two programs will merge to become one by January 2007. The best aspects of each will be incorporated into one of the most dynamic and progressive progam platforms ever launched. Join PlayShare Affiliates today and have two further products to promote - CasinoShare and PokerShare .
>
> **Grand Monaco** is the biggest and most experienced Microgaming casino on the internet. Grand Monaco has more games - over 300! Interactive and loose slots, super fast blackjack and the friendliest gaming environment supported in several languages - perfect for promoting to international markets.

By coupling the advertising and promotion of Defendants' other gambling websites with the Grand Monaco Casino, Defendants leverage the popularity of such sites to the Grand Monaco Casino.

45.    Upon information and belief, Defendant PlayShare is a public company. Notwithstanding the same, PlayShare has not publicly filed any financial statements.  However, Wright has allegedly confirmed that the amount of business generated by the Grand Monaco Casino is "very substantial" and sales were at least $120,000,000 per annum based on 2006 rates.

Based upon this assertion of Wright, it is apparent that Defendants enjoy substantial revenues from the operation of the Grand Monaco Casino.

46.    Wright has stated that, in using the Monaco Domain Names and GRAND MONACO CASINO and GRAND MONACO designations, Defendants were "seeking to get some of the lustre of Monaco by incorporating the word in our name."

47.    On March 21, 2007, SBM initiated a proceeding before WIPO pursuant to the Uniform Domain Name Dispute Resolution Policy to obtain transfers of the Monaco Domain Names from Toh and Wright. A true and correct copy of the Complaint in that proceeding is attached hereto as Exhibit D. To date, no decision has been issued in that proceeding.

48.    Defendants have engaged in the above-referenced activities without permission or authority from SBM. Upon information and belief, such actions were taken in bad faith with full knowledge of Plaintiff's ownership of, and Plaintiff's exclusive rights to use the CASINO DE MONACO mark, with the intent to deceive and mislead the public into believing that Defendants' websites, casino software, gaming pages, and affiliate programs are sponsored, licensed, or authorized by or affiliated, connected, or otherwise associated with SBM.

49.    Defendants' use of the Grand Monaco Casino websites and Monaco Domain Names is likely to cause consumer confusion or mistake or deceive consumers into thinking that Defendants' websites, casino software, gaming pages, and affiliate programs are authorized by, or affiliated, connected, or otherwise associated with SBM. Defendants intentionally, willfully, and in bad faith created this misimpression.

50.    Defendants' activities are likely to diminish and blur and/or tarnish the meaning of Plaintiff's famous CASINO DE MONACO mark, thereby diluting the distinctive quality of the mark.

51.     Defendants' activities have caused and will continue to cause Plaintiff great and irreparable harm and damage. Unless permanently restrained and enjoined by this Court, Defendants will persist in its unlawful activities, thereby causing further damage and irreparable harm to Plaintiff and to the public interest.

52.     Plaintiff has no adequate remedy at law.

## COUNT I — FEDERAL UNFAIR COMPETITION

53.     Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 52 of this Complaint.

54.     The aforesaid acts of Defendants constitute use in commerce of words, terms, names, symbols, and devices, and combinations thereof; false designations of origin; false and misleading descriptions of fact; and false and misleading representations of fact that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiff, or as to the origin, sponsorship, or approval of Defendants' services, goods, or other commercial activities by Plaintiff.

55.     The aforesaid acts of Defendants constitute use in commerce of words, terms, names, symbols, and devices, and combinations thereof; false designations of origin; false and misleading descriptions of fact; and false and misleading representations of fact in commercial advertising, or promotion that misrepresents the nature, characteristics, or qualities of Defendants' services, goods, or other commercial activities.

56.     The aforesaid acts of Defendants constitute false designation of origin and false and misleading descriptions and representations in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

57.    The aforesaid acts of Defendants have caused, and are causing, great and irreparable harm to Plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

## COUNT II —FEDERAL TRADEMARK INFRINGEMENT

58.    Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 57 of this Complaint.

59.    Defendants, without the consent of Plaintiff, have used and will continue to use in commerce marks confusingly similar to SBM's registered CASINO DE MONACO trademark in connection with the sale, offering for sale, distribution and advertising of goods and/or services with which such intended use is likely to cause confusion, or to cause mistake, or to deceive.

60.    The aforesaid acts of Defendants constitute trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

61.    The aforesaid acts of Defendants have been intentional, willful, and in bad faith.

62.    The aforesaid acts of Defendants have caused, and are causing, great and irreparable harm to Plaintiff and, unless permanently restrained by this Court, said irreparable injury will continue.

## COUNT III — FEDERAL CYBERSQUATTING

63.    Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 62 of this Complaint.

64.    The aforesaid acts of Defendants constitute the registration, maintenance and use of numerous domain names (the Monaco Domain Names) that are virtually identical to, confusingly similar to, and dilutive of SBM's famous CASINO DE MONACO mark, knowingly and with a bad-faith intent to profit therefrom.

21

65.    The aforesaid acts of Defendants constitute unlawful cybersquatting in violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1).

66.    The aforesaid acts of Defendants have caused, and are causing, great and irreparable harm to Plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

## COUNT IV — DECEPTIVE ACTS AND PRACTICES UNDER NEW YORK LAW

67.    Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 66 of this Complaint.

68.    The aforesaid acts of Defendants constitute deceptive acts or practices in the conduct of business, trade, or commerce, or in the furnishing of any service in New York State in violation of Section 349(h) of the New York General Business Law.

69.    The aforesaid acts of Defendants have caused, and are causing, great and irreparable harm to Plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

## COUNT V — FALSE ADVERTISING UNDER NEW YORK LAW

70.    Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 69 of this Complaint.

71.    Defendants misleadingly advertised services, in that Defendants made statements, used words, designs, devices, sounds, or combinations thereof that failed to reveal facts material in the light of such representations with respect to the subject service, or under such conditions as are customary or usual.

72.    The aforesaid acts of Defendants constitute false advertising in the conduct of business, trade, or commerce, or in the furnishing of any service in New York State in violation

22

of Section 350-e(3) of the New York General Business Law.

73.    The aforesaid acts of Defendants have caused, and are causing, great and irreparable harm to Plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

## COUNT VI — INJURY TO BUSINESS
## REPUTATION AND DILUTION UNDER NEW YORK LAW

74.    Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 73 of this Complaint.

75.    The aforesaid acts of Defendants constitute intended use beginning after the CASINO DE MONACO mark had become famous and will dilute the distinctive quality of the CASINO DE MONACO mark.

76.    The aforesaid acts of Defendants are likely to injure the business reputation of Plaintiff and to dilute the distinctive quality of Plaintiff's trademarks in violation of 360-*l* of the New York General Business Law.

77.    The aforesaid acts of Defendants have caused, and are causing, great and irreparable harm to Plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

## COUNT VII — COMMON LAW TRADEMARK INFRINGEMENT

78.    Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 77 of this Complaint.

79.    The aforesaid acts of Defendants constitute use that is likely to cause confusion as to the source of Defendants' goods and/or services.

80.    The aforesaid acts of Defendants constitute trademark infringement in violation of common law.

81.    The aforesaid acts of Defendants have caused, and are causing, great and irreparable harm to Plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

## COUNT VIII — COMMON LAW UNFAIR COMPETITION

82.    Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 81 of this Complaint.

83.    The aforesaid acts of Defendants constitute use that is likely to cause confusion as to the source of Defendants' goods and/or services.

84.    The aforesaid acts of Defendants constitute unfair competition in violation of common law.

85.    The aforesaid acts of Defendants have caused, and are causing, great and irreparable harm to Plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

## RELIEF REQUESTED

WHEREFORE, Plaintiff prays for a judgment in its favor and against Defendants ordering:

a.    That Defendants, and each of its officers, directors, agents, servants, employees and representatives, and those persons in active concert or participation with them or any of them, be permanently enjoined and restrained from:

(1)    Using on or in connection with the promotion, advertisement, marketing, offering, operation or in any manner using gaming or gambling services, online or on land, including as a domain name or a component thereof, the Monaco Domain Names or any colorable imitations thereof or anything confusingly similar thereto; or the CASINO DE MONACO mark, or any colorable imitations thereof or anything confusingly similar

thereto;

(2)    Representing by any means whatsoever, directly or indirectly, or doing any other acts or things calculated or likely to cause confusion, mistake, or to deceive consumers into believing that Defendants' goods and/or services are the services or products of Plaintiff, or that there is any affiliation or connection between Plaintiff or its services and goods and Defendants or their services and products and from otherwise unfairly competing with Plaintiff;

(3)    Registering, using or transferring the Monaco Domain Names and from registering, using, copying, reproducing or imitating the CASINO DE MONACO mark, or any colorable imitations thereof or anything confusingly similar thereto;

(4)    Using any mark in a manner so as to cause the dilution of the distinctive quality of the famous CASINO DE MONACO mark;

(5)    Using any designation incorporating the designation MONACO or MONTE CARLO for casino-related products or services.

b.    That Defendants be directed to file with this Court and to serve upon Plaintiff within thirty (30) days after service upon Defendants of this Court's injunction issued in this action, a written report by Defendants under oath setting forth in detail the manner in which Defendants has complied with this injunction.

c.    That Plaintiff recover its damages sustained as a result of Defendants' federal trademark infringement, unfair competition, and cyber squatting, together with an accounting of Defendants' profits arising from such activities, and that the Court exercise its discretion and enter a judgment for such additional sums as the Court shall find to be just, according to the egregious nature of the acts of Defendant.

25

d.      That Plaintiff have and recover treble damages under 15 U.S.C. § 1117 by reason of the willful and deliberate acts of federal trademark infringement by Defendant.

e.      That Plaintiff have and recover treble damages under New York General Business Law §§ 349(h) and 350-d by reason of Defendants' acts of deceptive trade practices.

f.      That Plaintiff have and recover its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117 and New York General Business Law §§ 349(h) and 350-d.

g.      That Plaintiff have and recover Defendants' profits and/or damages by reason of Defendants' acts of trademark infringement and unfair competition under common law.

h.      That Defendants be required to recall from any and all channels of trade any and all advertising or promotional materials or other infringing matter, and to take affirmative steps to dispel any false suggestion of a connection to Plaintiff by virtue of its infringing activities, including, but not limited to, all necessary and appropriate corrective advertising measures.

i.      That Plaintiff have and recover its taxable costs and disbursements herein.

j.      That Plaintiff have such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a jury trial on

all issues triable to a jury.


DATED:    New York, New York
          June 7, 2007

                              QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP


                       By: _____
                              Robert L. Raskopf (RR-5022)
                              Alan Blum (AB-6937)
                              Lori E. Weiss (LW-7866)

                              51 Madison Avenue, 22nd Floor
                              New York, New York 10010
                              Tel: (212) 849-7000
                              Fax: (212) 849-7100

                              ATTORNEYS FOR SOCIETE DES BAINS
                              DE MER ET DU CERCLE DES
                              ETRANGERS A MONACO

                              *Of Counsel*:

                              QUINN EMANUEL URQUHART OLIVER
                              & HEDGES, LLP
                              George R. Hedges
                              865 S. Figueroa Street, 10th Floor
                              Los Angeles, California 90017
                              Tel: (213) 443-3000
                              Fax: (213) 443-3100

# EXHIBIT A

# Cahier des Charges,

## relatif à l'exploitation du privilège

Concédé par Ordonnance du 2 avril 1863.

---

### Article 1er

La Société s'engage à entretenir dans la Principauté, au lieu dit : Les Spélugues, qui à l'avenir prendra le nom de Monte-Carlo, l'établissement y existant sous le nom de Cercle des Étrangers.

### Article 2.

La Société devra maintenir sur le territoire de Monaco l'établissement de Bains de Mer y existant, sans néanmoins qu'elle puisse mettre obstacle aux bains de toute nature, ceux de mer exceptés, qui pourraient être établis tant à l'intérieur qu'à l'extérieur de la ville

### Article 3.

La Société devra entretenir l'Usine à Gaz établie sur le terrain qui lui a été gratuitement concédé par le gouvernement de Son Altesse Sérénissime au lieu du fort Antoine

Article 4.

À l'expiration du Privilège de concession Son Altesse Sérénissime le Prince de Monaco deviendra propriétaire des Établissements désignés aux Articles 1, 2 et 3 ci-dessus, ainsi que de tout le matériel et mobilier meublant les garnissant, et dont l'inventaire sera renouvelé le 1er janvier de chaque année.

## Article 5.

La société devra établir dans la ville de Monaco avant le 1er Septembre 1868, une fontaine d'eau jaillissante qui alimentera 3 bornes fontaines d'une manière suffisante aux besoins de la population.

Cette fontaine, ainsi que les bornes fontaines dont le plan et l'emplacement seront être approuvés par l'autorité, dépendront immédiatement-puis de l'État, avec leurs réservoirs, tuyaux et autres accessoires. La société devra également exécuter les travaux nécessaires pour fournir, moyennant rétribution, de l'eau aux particuliers.

## Article 6.

La Société devra alimenter à ses frais les becs de gaz posés dans le Palais et la ville de Monaco, ainsi que les autres becs placés hors la ville.

La Société pourra fournir du gaz aux particuliers aux conditions du cahier des charges actuellement en

662            JOURNAL DE MONACO          Vendredi 28 mars 2003

*Arrêté Municipal n° 2003-26 du 19 mars 2003 prononçant l'admission à la retraite anticipée d'un fonctionnaire (p. 668).*

### AVIS ET COMMUNIQUÉS

*MINISTÈRE D'ÉTAT.*

Secrétariat Général.

*Modification de l'heure légale - Année 2003 (p. 668).*

Direction de la Fonction Publique et des Ressources Humaines.

*Avis de recrutement n° 2003-32 d'une Gouvernante chargée de la Résidence Archiépiscopale (p. 668).*

*Avis de recrutement n° 2003-37 d'un Cuisinier au Mess de la Force Publique (p. 669).*

*Avis de recrutement n° 2003-38 d'un Ouvrier électromécanicien au Service de l'Aménagement Urbain (p. 669).*

*Avis de recrutement n° 2003-39 d'un Jardinier aide-ouvrier professionnel au Service de l'Aménagement Urbain (p. 669).*

*Avis de recrutement n° 2003-40 d'un Conseiller Technique au Service d'Information et de Contrôle sur les Circuits Financiers (p. 669).*

*DÉPARTEMENT DES FINANCES ET DE L'ÉCONOMIE*

Office des Émissions de Timbres-Poste.

*Mises en vente de timbres commémoratifs (p. 670).*

*MAIRIE*

*Convocation du Conseil Communal - Session extraordinaire - Séance publique du mardi 1er avril 2003 (p. 670).*

*Avis de vacance n° 2003-034 d'un poste de Chef de service au Service de Gestion des Personnels (p. 670).*

*Avis de vacance n° 2003-038 de trois postes de Surveillants de Jardins saisonniers à la Police Municipale (p. 671).*

*Avis de vacance n° 2003-039 de trois postes de Surveillants de Jardins saisonniers à la Police Municipale (p. 671).*

*Avis de vacance n° 2003-040 d'un poste de Surveillant de Jardins saisonniers à la Police Municipale (p. 671).*

### INFORMATIONS (p. 671).

INSERTIONS LÉGALES ET ANNONCES (p. 672 à p. 686).

### DÉCISION SOUVERAINE

*Erratum à la Décision Souveraine du 27 mai 2002 publiée au "Journal de Monaco" du 14 juin 2002 relative à la nomination des membres de la Commission Consultative de la Collection Philatélique de S.A.S. le Prince Souverain.*

Lire page 971 :

Le second paragraphe est modifié comme suit :

Sont nommés Membres de ladite Commission les personnes suivantes :

Le reste sans changement.

### ORDONNANCES SOUVERAINES

*Ordonnance Souveraine n° 15.732 du 13 mars 2003 renouvelant le privilège des jeux concédé à la Société des Bains de Mer et du Cercle des Etrangers à Monaco et approuvant le cahier des charges et les conventions annexes afférents.*

RAINIER III
PAR LA GRACE DE DIEU
PRINCE SOUVERAIN DE MONACO

Vu la délibération du Conseil de Gouvernement en date du 21 novembre 2002 qui Nous a été communiquée par Notre Ministre d'Etat ;

Avons Ordonné et Ordonnons :

ARTICLE PREMIER.

Le privilège des jeux, octroyé à la Société des Bains de Mer et du Cercle des Etrangers pour la première fois le 2 avril 1863, est renouvelé pour vingt années, à compter du 1er avril 2007.

ART. 2.

Sont approuvés le cahier des charges et les conventions annexes intervenus le 21 mars 2003 entre Notre Administration des Domaines, M. Jean-Luc BIAMONTI, Président de la Société des Bains de Mer et du Cercle des Etrangers, et M. Bernard LAMBERT,

Directeur Général de la Société des Bains de Mer et du Cercle des Etrangers.

### ART. 3.

Notre Secrétaire d'Etat, Notre Directeur des Services Judiciaires et Notre Ministre d'Etat sont chargés, chacun en ce qui le concerne, de l'exécution de la présente ordonnance.

Donné en Notre Palais à Monaco, le treize mars deux mille trois.

RAINIER.

*Par le Prince,*
*Le Secrétaire d'État :*
R. NOVELLA.

---

*Ordonnance Souveraine n° 15.737 du 18 mars 2003*
*portant naturalisation monégasque.*

### RAINIER III
### PAR LA GRACE DE DIEU
### PRINCE SOUVERAIN DE MONACO

Vu la requête qui Nous a été présentée par le Sieur Alain, Louis, Germain BAUBRIT, tendant à son admission parmi Nos sujets ;

Vu la Constitution ;

Vu la loi n° 1.155 du 18 décembre 1992, modifiée par la loi n° 1.199 du 26 décembre 1997, et notamment les articles 5 et 13 ;

Vu l'article 25 § 2 de l'ordonnance organique du 9 mars 1918 ;

Vu Notre ordonnance n° 403 du 15 mai 1951, modifiée ;

Sur le rapport de Notre Directeur des Services Judiciaires ;

Notre Conseil de la Couronne entendu lors de sa séance du 11 juin 2002 ;

### Avons Ordonné et Ordonnons :

Le Sieur Alain, Louis, Germain BAUBRIT, né le 31 octobre 1955 à Nantes (Loire-Atlantique), est naturalisé monégasque.

---

Il sera tenu et réputé comme tel et jouira de tous les droits et prérogatives attachés à cette qualité, dans les conditions prévues par l'article 13 de la loi n° 1.155 du 18 décembre 1992, modifiée.

Notre Secrétaire d'Etat, Notre Directeur des Services Judiciaires et Notre Ministre d'Etat sont chargés, chacun en ce qui le concerne, de l'exécution de la présente ordonnance.

Donné en Notre Palais à Monaco, le dix-huit mars deux mille trois.

RAINIER.

*Par le Prince,*
*Le Secrétaire d'Etat :*
R. NOVELLA.

---

*Ordonnance Souveraine n° 15.738 du 18 mars 2003*
*portant naturalisations monégasques.*

### RAINIER III
### PAR LA GRACE DE DIEU
### PRINCE SOUVERAIN DE MONACO

Vu les requêtes qui Nous ont été présentées par le Sieur Guy, Pierre, François BOSCAGLI et la Dame Lucile, Angèle, Joséphine GRAC, son épouse, tendant à leur admission parmi Nos sujets ;

Vu la Constitution ;

Vu la loi n° 1.155 du 18 décembre 1992, modifiée par la loi n° 1.199 du 26 décembre 1997, et notamment les articles 5, 6 et 13 ;

Vu l'article 25 § 2 de l'ordonnance organique du 9 mars 1918 ;

Vu Notre ordonnance n° 403 du 15 mai 1951, modifiée ;

Sur le rapport de Notre Directeur des Services Judiciaires ;

Notre Conseil de la Couronne entendu lors de sa séance du 16 avril 2002 ;

### Avons Ordonné et Ordonnons :

Le Sieur Guy, Pierre, François BOSCAGLI, né le 24 octobre 1955 à Monaco et la Dame Lucile, Angèle,

**Schedule C**

**SOVEREIGN ORDER**

*Sovereign Order no. 15.732 of March 13, 2003, renewing the gaming monopoly granted to the Société des Bains de Mer et du Cercle des Etrangers à Monaco and approving the terms and conditions and related agreements appended thereto.*

**RAINIER III**
**By the Grace of God**
**Sovereign Prince of Monaco**

In view of the deliberation of the Government Council of November 21, 2002 which was communicated to us by Our Minister of State;

**Have Ordered and Order:**

ARTICLE 1

The gaming monopoly, granted to the Société des Bains de Mer et du Cercle des Etrangers for the first time on April 2, 1863, is hereby renewed for twenty years, as of April 1, 2007.

ART. 2

Are hereby approved the terms and conditions and the related agreements concluded on March 21, 2003 between Our Public Lands Administration, Mr. Jean-Luc BIAMONTI, President of the Société des Bains de Mer et du Cercle des Etrangers, and Mr. Bernard LAMBERT, CEO of the Société des Bains de Mer et du Cercle des Etrangers.

ART. 3

Our Secretary of State, Our Director of Legal Services and Our Minister of State are, each of them insofar as he is concerned, in charge of the enforcement of the present order.

Given in Our Palace in Monaco, on March 13, 2003.

RAINIER.

*By the Prince,*
*The Secretary of State:*
R. NOVELLA

DE GAULLE FLEURANCE & ASSOCIES
SOCIETE D'AVOCATS
11, RUE PORTALIS
75008 PARIS
TEL : 01 56 64 00 00
FAX : 01 56 64 00 01

# EXHIBIT B

Int. Cls.: 9, 16, 28 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101 and 107

Reg. No. 3,031,006

## United States Patent and Trademark Office

Registered Dec. 20, 2005

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## CASINO DE MONACO

SOCIETE ANONYME DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO (MONACO COMPANY)
PLACE DU CASINO
MC 9800 MONTE CARLO, MONACO

FOR: ELECTRIC APPARATUS AND INSTRUMENTS, NAMELY COMPUTERIZED VIDEO GAMES FOR GAMING PURPOSES, INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY COMPRISED OF COMPUTER HARDWARE AND SOFTWARE, MACHINES FOR PLAYING GAMES OF CHANCE, COMPUTER SOFTWARE GAMES, SOFTWARE FOR USE IN GAMING MACHINES AND GAMING EQUIPMENT, GAMING EQUIPMENT NAMELY GAMING MACHINES, SLOT MACHINES, KENO AND POKER MACHINES, COIN CHANGERS, COIN ACCEPTERS FOR SEPARATING GOOD COINS FROM COUNTERFEITS; PHOTOGRAPHIC APPARATUS; CONTROLLING AND SIGNALING APPARATUS USED IN CASINOS; APPARATUS FOR RECORDING, TRANSMISSION, REPRODUCTION OF SOUND OR IMAGES, NAMELY RADIO APPARATUS, VIDEO SCREEN, VIDEO CAMERAS; CALCULATORS, DATA PROCESSING EQUIPMENT, NAMELY COMMUNICATION SERVERS, COMMUNICATION SOFTWARE FOR CONNECTING GLOBAL COMPUTER NETWORKS, COMPUTER CAMERAS, COMPUTER GAME SOFTWARE; COMPUTER ECOMMERCE SOFTWARE TO ALLOW USERS TO PERFORM ELECTRONIC BUSINESS TRANSACTIONS VIA A GLOBAL COMPUTER NETWORK AND COMPUTERS; FIRE EXTINGUISHERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY BLANK OR PARTIALLY PRINTED POSTCARDS, PRINTED INVITATIONS, PRINTED MENUS, PRINTED PAPER SIGNS, MENU BOARDS, PRINTED TIMETABLES, BOOKS, MAGAZINES, CATALOGUES FEATURING CASINO, HOTEL AND INTERNATIONAL NEWS, TOURISM; BOOKBINDINGS; PHOTOGRAPHS,

STATIONERY; ADHESIVES TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY PENCILS, PENS, BRUSHES, PAINT BRUSHES; TYPEWRITERS AND OFFICE REQUISITES, NAMELY TYPEWRITER TYPING ELEMENTS, RUBBER BANDS, STAPLERS; PRINTED INSTRUCTIONAL, EDUCATIONAL, AND TEACHING MATERIALS USED IN HOTELS AND CASINOS FOR TEACHING DIFFERENT GAMES; PLASTIC MATERIALS FOR PACKAGING, NAMELY BAGS FOR PACKAGING, TUBS FOR CONSUMER PRODUCTS, PLASTIC FILMS USED AS PACKAGING FOR FOOD, ENVELOPES, POUCHES FOR MERCHANDISE PACKAGING; PRINTERS' TYPE; PRINTING BLOCKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY PLAYING CARDS, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, DISPOSABLE TICKET SETS FOR PLAYING GAMES OF CHANCE, HAND HELD UNITS FOR PLAYING ELECTRONIC AND VIDEO GAMES, LOTTERY GAMES, DOMINOS, PARLOR GAMES, EUROPEAN ROULETTE, AMERICAN ROULETTE, VIDEO POKER, POKER GAME AND BOULE GAME; GYMNASTIC AND SPORTING ARTICLES, NAMELY GOLF BAGS AND BALLS, SPORT BALLS, PLAY SWIMMING POOLS, SWIMMING EQUIPMENT, GYMNASTIC APPARATUS, GYMNASTIC TRAINING STOOLS, PORTABLE SUPPORT STRETCHING FOR DANCE AND OTHER EXERCISES AND TENNIS EQUIPMENT; DECORATION FOR CHRISTMAS TREES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ORGANIZING COMMUNITY SPORTING AND CULTURAL ACTIVITIES; PROVIDING CASINO SERVICES WITHIN A HOTEL RESORT ENVIRONMENT; TRAINING FOR THE PERSONNEL EMPLOYED IN CASINOS IN THE USE AND OPERATION OF SLOT MACHINES AND CINEMA EQUIPMENT; CONDUCTING EDUCATIONAL EN-

TERTAINMENT EXHIBITS IN THE NATURE OF
COOKING DEMONSTRATIONS; ENTERTAIN-
MENT SERVICES IN THE NATURE OF OPERA,
NAMELY, ORGANIZING, PRODUCING AND PRE-
SENTING LIVE MUSICAL, ORCHESTRAL AND
OPERATIVE SHOWS; ORGANIZING SPORTING
EVENTS IN THE NATURE OF CAR RACING,
TENNIS TOURNAMENTS, GOLF TOURNAMENTS,
AND SWIMMING COMPETITIONS, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
MONACO APPLICATION NO. 23610, FILED 7-1-
2002, REG. NO. 02.23234, DATED 9-30-2002, EXPIRES
7-1-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE CASINO, APART FROM THE
MARK AS SHOWN.

THE ENGLISH TRANSLATION OF CASINO DE
MONACO IS CASINO OF MONACO.

SEC. 2(F).

SER. NO. 76-478,796, FILED 12-24-2002.

ALICE BENMAMAN, EXAMINING ATTORNEY

# EXHIBIT C

# PRINCIPAUTE DE MONACO

## MINISTERE D'ETAT

## DIRECTION DE L'EXPANSION ECONOMIQUE

## MARQUES

### DE FABRIQUE, DE COMMERCE OU DE SERVICE

#### CERTIFICAT D'IDENTITE DE MARQUE

*Le soussigné certifie que la marque ci-annexée a été déposée le 01/07/2002 suivant procès-verbal de dépôt n° 23610 par la société anonyme monégasque :.*

**SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO**
*Enseigne "SBM", Place du Casino*
*98000 MONACO*
*Principauté de Monaco*

*qu'elle a été enregistrée le 30/09/2002 sous le numéro 02.23234*

*Fait à Monaco, le 14 avril 2003*

*P/Le Directeur*
*L'Adjoint au Directeur*



*Translated from the French*

### PRINCIPALITY OF MONACO

### MINISTRY OF STATE

### DEPARTMENT OF ECONOMIC EXPANSION

### TRADEMARKS

### OF BRAND, TRADE OR SERVICE
### CERTIFICATE OF TRADEMARK IDENTITY

*The undersigned certifies that the appended trademark was filed on July 1, 2002 pursuant to record of filing N° 23610 by:*

*Joint-stock company ["Société Anonyme"] DES BAINS DE MER ET DU CERCLE DES ETRANGERS*
*A MONACO*
*Place du Casino*
*98000 Monaco*

*Principality of Monaco*

*And that the trademark was registered on September 30, 2002, with number 02.23234*

*Signed in Monaco, on January 13, 2003*

[Seal]

*[Seal] Principality of Monaco, Department of Economic Expansion*

*pp. The Director*
*Assistant to the Director*
*[a signature]*
*Marie Pierre GRAMAGLIA*

# EXHIBIT D

# COMPLAINT TRANSMITTAL COVERSHEET

Attached is a Complaint that has been filed against you with the World Intellectual Property Organization (**WIPO**) Arbitration and Mediation Center (the **Center**) pursuant to the Uniform Domain Name Dispute Resolution Policy (the **Policy**) approved by the Internet Corporation for Assigned Names and Numbers (ICANN) on October 24, 1999, the Rules for Uniform Domain Name Dispute Resolution Policy (the **Rules**), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the **Supplemental Rules**).

The Policy is incorporated by reference into your Registration Agreement with the Registrar(s) of your domain name(s), in accordance with which you are required to submit to a mandatory administrative proceeding in the event that a third party (a **Complainant**) submits a complaint to a dispute resolution service provider, such as the Center, concerning a domain name that you have registered. You will find the name and contact details of the Complainant, as well as the domain name(s) that is/are the subject of the Complaint in the document that accompanies this Coversheet.

You have no duty to act at this time. Once the Center has checked the Complaint to determine that it satisfies the formal requirements of the Policy, the Rules and the Supplemental Rules, it will forward an official copy of the Complaint to you. You will then have 20 calendar days within which to submit a Response to the Complaint in accordance with the Rules and Supplemental Rules to the Center and the Complainant. You may represent yourself or seek the assistance of legal counsel to represent you in the administrative proceeding.

- The **Policy** can be found at http://arbiter.wipo.int/domains/rules/

- The **Rules** can be found at http://arbiter.wipo.int/domains/rules/

- The **Supplemental Rules**, as well as other information concerning the resolution of domain name disputes can be found at http://arbiter.wipo.int/domains/rules/

- A **model Response** can be found at http://arbiter.wipo.int/domains/respondent/index.html

Alternatively, you may contact the Center to obtain any of the above documents. The Center can be contacted in Geneva, Switzerland by telephone at +41 22 338 8247, by fax at +41 22 740 3700 or by e-mail at domain.disputes@wipo.int.

You are kindly requested to contact the Center to provide the contact details to which you would like (a) the official version of the Complaint and (b) other communications in the administrative proceeding to be sent.

A copy of this Complaint has also been sent to the Registrar(s) with which the domain name(s) that is/are the subject of the Complaint is/are registered.

By submitting this Complaint to the Center the Complainant hereby agrees to abide and be bound by the provisions of the Policy, Rules and Supplemental Rules.

*Before the:*

## WORLD INTELLECTUAL PROPERTY ORGANIZATION
## ARBITRATION AND MEDIATION CENTER

La Société des Bains de Mer et du
cercle des etrangers à Monaco,
Place du Casino, Monte Carlo, MC
98000 Monaco, Prinipauté de Monaco

(Complainant)

-v-

Lucan Toh and Max Wright
46 Berkeley Square
London, London W1J 5AT
United Kingdom

(Respondents)

**Disputed Domain Names:**

grandmonaco.com
casinograndmonaco.com
grandmonacocasino.com
deutschesgrandmonaco.com
grandmonacoayda.com
grandmonacoayuda.com
grandmonacobingo.com
grand-monaco.com
grand-monaco-casino.com
grand-monaco-poker.com
grandmonacocasinoclub.com
grandmonacoclub.com
grandmonacocraps.com
grandmonacogames.com
grandmonacogaming.com
grandmonacohost.com
grandmonacohosts.com
grandmonacolottery.com
grandmonacolotto.com
grandmonacolounge.com
grandmonacomahjong.com
grandmonacomillions.com
grandmonaconews.com
grandmonacoonlinecasino.com
grandmonacoonlinegaming.com
grandmonacoonlinepoker.com
grandmonacopartners.com
grandmonacoplayersclub.com
grandmonacopoker.com

2

grandmonacopokerclub.com
grandmonacopromotions.com
grandmonacoracebook.com
grandmonacorewards.com
grandmonacoskillgames.com
grandmonacoslots.com
grandmonacosports.com
grandmonacosportsbook.com
grandmonacostore.com
grandmonacosupport.com
grandmonacovideopoker.com
grandmonaco.net
casinograndmonaco.net
grandmonacobingo.net
grandmonacocasino.net
grandmonacocasinoclub.net
grandmonacogames.net
grandmonacogaming.net
grandmonacolottery.net
grandmonacomillions.net
grandmonacoplayersclub.net
grandmonacopoker.net
grandmonacopokerclub.net
grandmonacoracebook.net
grandmonacoskillgames.net
grandmonacosports.net
grandmonacosportsbook.net
pokergrandmonaco.net
grandmonaco.org
casinograndmonaco.org
grandmonacocasino.org
grandmonacocasinoclub.org
grandmonacomillions.org
grandmonacopoker.org
grandmonacopokerclub.org
grandmonacoracebook.org
pokergrandmonaco.org

## AMENDED COMPLAINT

(Rules, para. 3(b))

## I. Introduction

[1.]  This Complaint is hereby submitted for decision in accordance with the Uniform
Domain Name Dispute Resolution Policy (the Policy), approved by the Internet
Corporation for Assigned Names and Numbers (ICANN) on October 24, 1999,
the Rules for Uniform Domain Name Dispute Resolution Policy (the **Rules**),
approved by ICANN on October 24, 1999 and the WIPO Supplemental Rules
for Uniform Domain Name Dispute Resolution Policy (the **Supplemental
Rules**).

4

## II.  The Parties

### A.  The Complainant
(Rules, para. 3(b)(ii) and (iii))

[2.]   The Complainant in this administrative proceeding is:

**Société des Bains de Mer et du Cercle des Etrangers à Monaco**, a limited liability company enrolled with the registry of companies of Monaco under number 56 S 00523, represented by its legal representatives,

As referred hereunder as the **Société des Bains de Mer or SBM.**

[3.]   The Complainant's contact details are:

| | |
|---|---|
| Address: | Place du Casino, Monte Carlo, MC 98000 Monaco, Principauté de Monaco. |
| Telephone: | +377 92 16 20 00 |
| Fax: | +377 92 16 38 93 |

[4.]   The Complainant's authorized representative in this administrative proceeding is:

| | |
|---|---|
| Representative: | De Gaulle Fleurance & Associés |
| Address: | 11, rue Portalis |
| | 75008 Paris |
| | France |
| Telephone: | +33 1 56 64 00 00 |
| Fax: | +33 1 56 64 00 01 |
| E-mail: | jhorn@dgfla.com |

[5.]   The Complainant's preferred method of communications directed to the Complainant in this administrative proceeding is:

Electronic-only material

| | |
|---|---|
| Method: | e-mail |
| Address: | jhorn@dgfla.com |

5

Contact:    Maître Julien Horn

Material including hardcopy

Method:    post

Address:    De Gaulle Fleurance & Associés

11, rue Portalis

75008 Paris

France

Contact:    Maître Julien Horn

## B. The Respondent
(Rules, para. 3(b)(v))

[6.]    The disputed domain names are registered to **Lucan Toh or Max Wright** as shown in the Registrar's WhoIs database as shown in the printouts provided in Annex [A].

[7.]    All information known to the Complainant regarding how to contact the Respondents is as follows:

Address:    **Lucan Toh and Max Wright**

**46, Berkeley Square**

**London, London W1J 5AT**

**United Kingdom**

Telephone:    +44-20- 7598- 4064

Email:    calan.horsman@playshare.com

## III. The Domain Names and Registrar
(Rules, para. 3(b)(vi) and (vii))

[8.]    This dispute concerns the domain names identified below:

GRANDMONACO.COM

CASINOGRANDMONACO.COM

GRANDMONACOCASINO.COM

DEUTSCHESGRANDMONACO.COM

GRANDMONACOAYDA.COM

GRANDMONACOAYUDA.COM

GRANDMONACOBINGO.COM

GRAND-MONACO.COM

GRAND-MONACO-CASINO.COM

GRAND-MONACO-POKER.COM

GRANDMONACOCASINOCLUB.COM

GRANDMONACOCLUB.COM

GRANDMONACOCRAPS.COM

GRANDMONACOGAMES.COM

GRANDMONACOGAMING.COM

GRANDMONACOHOST.COM

GRANDMONACOHOSTS.COM

GRANDMONACOLOTTERY.COM

GRANDMONACOLOTTO.COM

GRANDMONACOLOUNGE.COM

GRANDMONACOMAHJONG.COM

GRANDMONACOMILLIONS.COM

GRANDMONACONEWS.COM

GRANDMONACOONLINECASINO.COM

GRANDMONACOONLINEGAMING.COM

GRANDMONACOONLINEPOKER.COM

GRANDMONACOPARTNERS.COM

GRANDMONACOPLAYERSCLUB.COM

GRANDMONACOPOKER.COM

GRANDMONACOPOKERCLUB.COM

GRANDMONACOPROMOTIONS.COM

GRANDMONACORACEBOOK.COM

GRANDMONACOREWARDS.COM

GRANDMONACOSKILLGAMES.COM

GRANDMONACOSLOTS.COM

GRANDMONACOSPORTS.COM

7

GRANDMONACOSPORTSBOOK.COM

GRANDMONACOSTORE.COM

GRANDMONACOSUPPORT.COM

GRANDMONACOVIDEOPOKER.COM

GRANDMONACO.NET

CASINOGRANDMONACO.NET

GRANDMONACOBINGO.NET

GRANDMONACOCASINO.NET

GRANDMONACOCASINOCLUB.NET

GRANDMONACOGAMES.NET

GRANDMONACOGAMING.NET

GRANDMONACOLOTTERY.NET

GRANDMONACOMILLIONS.NET

GRANDMONACOPLAYERSCLUB.NET

GRANDMONACOPOKER.NET

GRANDMONACOPOKERCLUB.NET

GRANDMONACORACEBOOK.NET

GRANDMONACOSKILLGAMES.NET

GRANDMONACOSPORTS.NET

GRANDMONACOSPORTSBOOK.NET

POKERGRANDMONACO.NET

GRANDMONACO.ORG

CASINOGRANDMONACO.ORG

GRANDMONACOCASINO.ORG

GRANDMONACOCASINOCLUB.ORG

GRANDMONACOMILLIONS.ORG

GRANDMONACOPOKER.ORG

GRANDMONACOPOKERCLUB.ORG

GRANDMONACORACEBOOK.ORG

POKERGRANDMONACO.ORG

Copies of the printouts of the Whois searches are provided in Annex [A].

[9.]    The registrar with whom all the domain names are registered is:

Name:        **Go Daddy Software Inc.**

| | |
|---|---|
| Address: | 14455 N. Hayden Rd. |
| | Suite 219 |
| | Scottsdale, AZ 85260 |
| | United States of America |
| Telephone: | +1 480 505-8899 |
| Fax: | +1 480 505-8844 |
| E-mail: | abuse@godaddy.com |

IV.    **Jurisdictional Basis for the Administrative Proceeding**
(Rules, paras. 3(a), 3(b)(xv)

[10.] The dates on which the registration agreements of the disputed domain names were entered are detailed in the following table:

| DOMAIN NAME | REGISTRATION AGREEMENT DATE |
|---|---|
| grandmonaco.com | October 23, 2004 |
| casinograndmonaco.com | December 19, 2005 |
| grandmonacocasino.com | June 23, 2005 |
| deutschesgrandmonaco.com | August 3, 2006 |
| grandmonacoayda.com | July 27, 2006 |
| grandmonacoayuda.com | July 27, 2006 |
| grandmonacobingo.com | January 3, 2006 |
| grand-monaco.com | December 21, 2005 |
| grand-monaco-casino.com | December 21, 2005 |
| grand-monaco-poker.com | December 21, 2005 |
| grandmonacocasinoclub.com | December 21, 2005 |
| grandmonacoclub.com | January 3, 2006 |
| grandmonacocraps.com | February 20, 2006 |
| grandmonacogames.com | January 3, 2006 |
| grandmonacogaming.com | February 20, 2006 |
| grandmonacohost.com | April 13, 2006 |
| grandmonacohosts.com | April 13, 2006 |
| grandmonacolottery.com | January 3, 2006 |
| grandmonacolotto.com | January 3, 2006 |

9

| | |
|---|---|
| grandmonacolounge.com | April 7, 2006 |
| grandmonacomahjong.com | August 23, 2006 |
| grandmonacomillions.com | December 21, 2005 |
| grandmonaconews.com | April 18, 2006 |
| grandmonacoonlinecasino.com | March 15, 2006 |
| grandmonacoonlinegaming.com | March 15, 2006 |
| grandmonacoonlinepoker.com | March 15, 2006 |
| grandmonacopartners.com | August 23, 2006 |
| grandmonacoplayersclub.com | April 7, 2006 |
| grandmonacopoker.com | December 19, 2005 |
| grandmonacopokerclub.com | December 21, 2005 |
| grandmonacopromotions.com | February 20, 2006 |
| grandmonacoracebook.com | February 3, 2006 |
| grandmonacorewards.com | May 31, 2006 |
| grandmonacoskillgames.com | January 3, 2006 |
| grandmonacoslots.com | January 3, 2006 |
| grandmonacosports.com | January 3, 2006 |
| grandmonacosportsbook.com | January 3, 2006 |
| grandmonacostore.com | January 3, 2006 |
| grandmonacosupport.com | May 31, 2006 |
| grandmonacovideopoker.com | February 20, 2006 |
| grandmonaco.net | December 19, 2005 |
| casinograndmonaco.net | December 19, 2005 |
| grandmonacobingo.net | January 3, 2006 |
| grandmonacocasino.net | December 19, 2005 |
| grandmonacocasinoclub.net | December 21, 2005 |
| grandmonacogames.net | February 20, 2006 |
| grandmonacogaming.net | February 20, 2006 |
| grandmonacolottery.net | January 3, 2006 |
| grandmonacomillions.net | December 21, 2005 |
| grandmonacoplayersclub.net | April 7, 2006 |
| grandmonacopoker.net | December 19, 2005 |
| grandmonacopokerclub.net | December 21, 2005 |
| grandmonacoracebook.net | February 3, 2006 |
| grandmonacoskillgames.net | January 3, 2006 |

| | |
|---|---|
| grandmonacosports.net | January 3, 2006 |
| grandmonacosportsbook.net | January 3, 2006 |
| pokergrandmonaco.net | December 19, 2005 |
| grandmonaco.org | December 19, 2005 |
| casinograndmonaco.org | December 19, 2005 |
| grandmonacocasino.org | December 19, 2005 |
| grandmonacocasinoclub.org | December 21, 2005 |
| grandmonacomillions.org | December 21, 2005 |
| grandmonacopoker.org | December 19, 2005 |
| grandmonacopokerclub.org | December 21, 2005 |
| grandmonacoracebook.org | February 3, 2006 |
| pokergrandmonaco.org | December 19, 2005 |

All the registration agreements incorporate the Policy. A true and correct copy of the Policy that applies to the domain names in question is provided as Annex [B] to this Complaint.

## V.    Factual and Legal Grounds
(Policy, paras. 4(a), (b), (c); Rules, para. 3)

[11.] This Complaint is based on the following grounds:

**A.    The domain names are identical or confusingly similar to a trademark or service mark in which the Complainant has rights;**
(Policy, para. 4(a)(i), Rules, paras. 3(b)(viii), (b)(ix)(1))

- The Société des Bains de Mer has been operating the Casino de Monte Carlo in Monaco for more than 140 years at the date of this complaint. The casino has become famous worldwide as one of the most significant symbols of the Principauté de Monaco. It attracts a clientele that comes from numerous European and non-European countries.

- The Société des Bains de Mer is the founder and manager of the Casino de Monte Carlo in Monaco. Since April 2, 1863, the Société des Bains de Mer has been granted by the authorities of the Principauté de Monaco a

monopoly for casino and gambling industries for the territory of the Principauté de Monaco, and is therefore the sole company that can organize games and gambling in Monaco (*Privilège des Jeux*, renewed for the last time by the *Ordonnance Souveraine* n°8834 of 24 March 1987, a copy of this *Ordonnance* is attached in Annex [C]).

- Complainant has registered several trademarks including the international word mark "Casino de Monaco" which was registered on 19 December 2002; see Annex [D], and the comparable United States Federal trademark application filed on 24 December 2002 placed as Annex [E].

- All the disputed domains are confusingly similar to the Complainant's trademarks. They all contain the terms "Grand" and "Monaco" and many of them include an additional term:

(1) The domain names composed of the terms "Grand", "Monaco" and "Casino"

This concerns the following disputed domain names:

- casinograndmonaco.com
- grandmonacocasino.com
- grand-monaco-casino.com
- casinograndmonaco.net
- grandmonacocasino.net
- casinograndmonaco.org
- grandmonacocasino.org

These domain names are confusingly similar to the Complainant's trademark as they incorporate both nouns, "Casino" and "Monaco", of Complainant's trademarks. Having inverted the order of the nouns in the mark does not render the following disputed domain names dissimilar from the Complainant's trademarks: grandmonacocasino.com; grand-monaco-casino.com; grandmonacocasino.net and grandmonacocasino.org. The inversion merely reflects a difference in usage or placement of the adjectively used noun (Monaco) in relation to the principal noun (casino) between the French and the English language. The WIPO Panel arrived to a

# Exhibit C-5

**Questel • Orbit**
*Intellectual Property Group*

Casino de monaco

9/14-USMARK-©Questel.Orbit



CASINO DE MONACO

(C) Questel.Orbit

**Trademark name :**
CASINO DE MONACO
**Drawing type :**
WO - Word(s)/Letter(s)/Number(s)
**Mark type :**
Trademark / Service Mark
**Register :**
Principal Register
**Active :**
Yes
**Legal Status :**
686 : Published for Opposition (2005-03-01)
**Extra status data :**
Special Entry for Section 2(f) / Foreign Application Info and Priority Claimed under Section 44(d) /
Originaly Filed as an Intent to Use Application / Some Use Amendment or Statement Not yet Ac-
cepted / contained claim based on foreign filing priority under Section 44(d) / claim based on a live
foreign registration under Section 44(e) and/or sec 44(d) priority claim perfected by filing a foreign
registration certificate
**Filing Date :**
2002-12-24
**Serial Number :**
US 76478796
**Published for opposition date :**
2005-03-01
**Expiry date :**
2012-12-24
**Internal class :**
CL09; CL16; CL28; CL41
**National classes :**
US02; US05; US21; US22; US23; US26; US29; US36; US37; US38; US50; US100; US101;
US107
**Goods and services :**
CL 9: electric apparatus and instruments, namely computerized video games for gaming purposes,
interactive video games of virtual reality comprised of computer hardware and software, machines
for playing games of chance, computer software games, software for use in gaming machines and
gaming equipment, gaming equipment namely gaming machines, slot machines, keno and poker
machines, coin changers, coin accepters for separating good coins from counterfeits; photographic
apparatus; controlling and signaling apparatus used in casinos; apparatus for recording, transmis-
sion, reproduction of sound or images, namely radio apparatus, video screen, video cameras; cal-
culators, data processing equipment, namely communication servers, communication software for
connecting global computer networks, computer cameras, computer game software, computer
ecommerce software to allow users to perform electronic business transactions via a global com-
puter network and computers; fire extinguishers
CL 16: printed matter, namely blank or partially printed postcards, printed invitations, printed
menus, printed paper signs, menu boards, printed timetables, books, magazines, catalogues fea-
turing casino, hotel and international news, tourism; bookbindings; photographs, stationery; adhes-
ives tapes for stationery or household purposes; artists' materials, namely pencils, pens, brushes,
paint brushes; typewriters and office requisites, namely typewriter typing elements, rubber bands,
staplers; printed instructional, educational, and teaching materials used in hotels and casinos for
teaching different games; plastic materials for packaging, namely bags for packaging, tubs for con-
sumer products, plastic films used as packaging for food, envelopes, pouches for merchandise
packaging; printers' type; printing blocks
CL 28: games and playthings, namely playing cards, board games, card games, coin-operated

**Questel • Orbit**
*Intellectual Property Group*

Casino de monaco

video games, disposable ticket sets for playing games of chance, hand held units for playing electronic and video games, lottery games, dominos, parlor games, European roulette, American roulette, video poker, poker game and boule game; gymnastic and sporting articles, namely golf bags and balls, sport balls, play swimming pools, swimming equipment, gymnastic apparatus, gymnastic training stools, portable support stretching for dance and other exercises and tennis equipment; decoration for Christmas trees

CL 41: organizing community sporting and cultural activities; providing casino services within a hotel resort environment; training for the personnel employed in casinos in the use and operation of slot machines and cinema equipment; conducting educational entertainment exhibits in the nature of cooking demonstrations; entertainment services in the nature of opera, namely, organizing, producing and presenting live musical, orchestral and operative shows; orgainizing sporting events in the nature of car racing, tennis tournaments, golf tournaments, and swimming competitions

**Owner Name (current) :**
SOCIETE ANONYME DES BAINS DE MER ET DU C - ERCLE DES ETRANGERS A MONACO
**Owner :**
Place du Casino MC 9800 Monte Carlo
**Owner country :**
NATION: MC
**Agent :**
ATOR: Martin P. Hoffman.
DOMAT: Martin P. Hoffman
Corres/Mail Addr: MARTIN P. HOFFMAN - HOFFMAN, WASSON & GITLER, PC - 2361 JEFFERSON DAVIS HIGHWAY, SUITE 522 ARLINGTON, VA 22202
**Owner (history) :**
Orig. Applicant: SOCIETE ANONYME DES BAINS DE MER ET DU C - ERCLE DES
ETRANGERS A MONACOPlace du Casino MC 9800 Monte CarloNATION: MC
**Foreign priority :**
(Claimed) MC APN 23610 APD 2002-07-01 RGN 2.23234 RGD 2002-09-30 XPD 2012-07-01
**Foreign extension :**
(Claimed); CTRY : MONACO
APN : 23610 APD : 2002-07-01
RGN : 2.23234 RGD : 2002-07-01
**Disclaimer :**
No claim is made to the exclusive right to use CASINO, apart from the mark as shown.
**Translation :**
The English translation of CASINO DE MONACO is Casino of Monaco.
**History of the trademark :**
2005-03-01 681 : Publication/Issue Review completed (2004-12-27)

A member of the PlayShare Group



# GRAND M MONACO

Big Wins, More Action!

| Home | Getting Started | Promotions | Grand Club Monaco | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate                    Customer Support | Live Help



**CHOOSE YOUR BONUS**
**$150 FREE**
Slot Only Bonus
— OR —
**$75 FREE**
Casino Games Bonus
Tell me more

**OPENING OFFER 100% MATCH**
**$150 FREE**
**DOWNLOAD NOW**

**GRAND WINNERS**
Corinne M. France 13 Mar
Bonus Slot - Glory of Rome
Wild $4,299

**LATEST PROMOTIONAL OFFER**
Lucky in Love
It's the month of love where you can play against opponents and share in cash prizes to the value of $20,000! Who knows, you just might meet your perfect match!

**TOTAL PROGRESSIVES**
$2,907,341.07

**INSTANT PLAY**
NO DOWNLOAD

  

BLACKJACK | VIDEO POKER | SLOTS | ROULETTE | MORE GAMES OVER 250 GAMES

SPAM | PURCHASE WITH | VISA | Flash | PURCHASE PAYOUT REVIEWED BY INDEPENDENT AUDITORS | KAHNAWAKE GAMING COMMISSION | OVER 18 ONLY

Home| Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

**PLAYSHARE** group    Powered by    partner

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.





   

Home| Aktionen | Grand Club Monaco | Kasse | Das Unternehmen | Kontakt | Spiele | Gewinner | Affiliate Programm
Einstieg | AntiSpam Policy | Datenschutz | Anmelden/Abmelden | Haftungsausschluss | Faires Glückspiel | Flash Casino
Allgemeine Geschäftsbedingungen | Verantwortungsbewusstes Spielen | Übersicht Ihrer Transaktionen | Webseitenübersicht

Dies ist eine Seite von Hilstead Limited, Gibraltar und ist Teil der Playshare Group

Grand Monaco ist eine unabhängige Unternehmung
und hat keine Verbindung oder Beziehung zum Fürstentum Monaco
oder Glückspielbetrieben in dieser Gerichtsbarkeit.





Trademark Explorer *français*

**Résultat de ma recherche**

| Menu Principal | Recherche | Résultat | Ma session | Déconnexion | Aide |

▷ Recherche : (LUCAN ET TOH)/OWW

Tout sélectionner  Tout désélectionner

Voir les documents

| Bases de données | Réponses |
|---|---|
| Marques allemandes | 0 |
| Marques autrichiennes | 0 |
| Marques du Bénélux | 0 |
| Marques canadiennes | 0 |
| Marques communautaires | 0 |
| Marques danoises | 0 |
| Marques espagnoles | 0 |
| Marques d'état US (Service AvantIQ) | 0 |
| Marques fédérales US | 0 |
| Marques finlandaises (Service AvantIQ) | 0 |
| Marques françaises | 0 |
| Marques hongroises | 0 |
| Marques internationales | 0 |
| Marques italiennes | 0 |
| Marques du Liechtenstein | 0 |

Historique

Pré-visualiser le coût

(c) Questel-Orbit 2004                  Fiches techniques | Informations sur les mises à jour



DE GAULLE FLEURANCE & ASSOCIES
H



Trademark Explorer - Recherche - Windows Internet Explorer

http://tmexpprd.questel.fr/jsp/recherche.jsp?db=ALL

Trademark Explorer *français*

## Résultat de ma recherche

Menu Principal | Recherche | Résultat | Ma session | Déconnexion | Aide

| | |
|---|---|
| ☐ Marques françaises | 0 |
| ☐ Marques hongroises | 0 |
| ☐ Marques internationales | 0 |
| ☐ Marques italiennes | 0 |
| ☐ Marques du Liechtenstein | 0 |
| ☐ Marques lituaniennes | 0 |
| ☐ Marques mexicaines (Service AvantIQ) | 0 |
| ☐ Marques monégasques | 0 |
| ☐ Marques norvégiennes (Service AvantIQ) | 0 |
| ☐ Marques polonaises | 0 |
| ☐ Marques du Royaume Uni | 0 |
| ☐ Marques suédoises | 0 |
| ☐ Marques suisses | 0 |
| ☐ Marques tchèques | 0 |
| **Nombre total de réponses:** | **0** |

Coût de votre recherche : 1.00 EUR.

Coût total de la session : 1.00 EUR.

(c) Questel·Orbit 2004 Fiches techniques | Informations sur les mises à jour

Internet 100%

démarrer 15:03

➤ **Recherche :** (MAX ET WRIGHT)/OWW

Voir les documents

Tout sélectionner   Tout désélectionner

| Bases de données | Réponses |
|---|---|
| ☐ Marques allemandes | 0 |
| ☐ Marques autrichiennes | 0 |
| ☐ Marques du Bénélux | 0 |
| ☐ Marques canadiennes | 0 |
| ☐ Marques communautaires | 0 |
| ☐ Marques danoises | 0 |
| ☐ Marques espagnoles | 0 |
| ☑ Marques d'état US (Service AvantIQ) | 1 |
| ☐ Marques fédérales US | 0 |
| ☐ Marques finlandaises (Service AvantIQ) | 0 |
| ☐ Marques françaises | 0 |
| ☐ Marques hongroises | 0 |
| ☐ Marques internationales | 0 |
| ☐ Marques italiennes | 0 |
| ☐ Marques du Liechtenstein | 0 |
| ☐ Marques lituaniennes | 0 |
| ☐ Marques mexicaines (Service AvantIQ) | 0 |
| ☐ Marques monégasques | 0 |
| ☐ Marques norvégiennes (Service AvantIQ) | 0 |
| ☐ Marques polonaises | 0 |
| ☐ Marques du Royaume Uni | 0 |
| ☐ Marques suèdoises | 0 |
| ☐ Marques suisses | 0 |
| ☐ Marques tchèques | 0 |
| **Nombre total de réponses:** | **1** |

Historique

Pré-visualiser le coût

Format d'affichage :   Marque & Classe (name)

☑ avec image(s)

Nombre de documents :   1-10

Série de documents :   _____   *ex. 4-9 ou 3,7,9,11*

Coût de votre recherche : 1.00 EUR.

**Coût total de la session : 1.00 EUR.**

| Recherche : (MAX ET WRIGHT)/OWW | Résultat : 1 réponses(s) | Documents complets |
| --- | --- | --- |
| | Affichage : \|<<< 1-10 >>>\| | Exporter |

Tout sélectionner   Tout désélectionner

**Marques d'état US (Service AvantIQ)**

☑ **1 / 1   Marques d'état US (Service AvantIQ) - ©Corsearch-AvantIQ**

| **Copyright** | (C) CCH Corsearch and IQS AvantIQ |
| --- | --- |
| **Marque** | ROOF PRO COMPANY |
| | ROOF PROTECTION BY |
| | ROOF PROFESSIONALS |
| | |
| **Classes Internationales** | CL37 |



---

Coût de votre visualisation : 0.25 EUR.
Coût total de la session : 1.25 EUR.

---

TOP



**PRWeb**
PRESS RELEASE
NEWSWIRE

2007-03-19

Home | About | Submit Press Release | PR Firms | Editors/Journalists | Search Archives |

ⓘIndustry Categories  ⓘNews by Country  ⓘNews by MSA  ⓘTodays News  ⓘBrowse by Day  ⓘPR Trackbacks™  ⓘViewNews™  ⓘeBook Digests  ⓘRSS

All Press Releases for October 12, 2006 [MYYAHOO!]                                                                 Subscribe to this News Feed XML

US PR Firm - SSPR
Award Winning PR Campaigns 25
Years Of Experience
www.sspr.com

Press Release 365
Free press release distribution
through the Next Gen Newswire!
www.PressRelease365.com

Writing Press Release
Free Unlimited Access! Find Media
& Entertainment Solutions &
Resources
www.business.com

Submit Press Release
13 U.S. State PR sites - $29
Search Engines Included
express-press-release.com

Ads by Goooooogle

**OPTIONS**

✉ Email this story to a
    colleague

🖨 Printer Friendly Version

Advertise on this site

**PlayShare PLC Launches**

*New parent company of PokerShare & CasinoShare integrates its operating platform.*

London, UK (PRWEB) October 12, 2006 -- PlayShare.com
(www.playshare.com) is the new integrated operating platform behind the
world class poker and casino gaming sites PokerShare.com and
CasinoShare.com. A UK public company, PlayShare is committed to
providing the very best online experience, integrating two of their best-
known sites so that the more you play the more you earn. PlayShare was
created to develop these flourishing and unique gaming sites to the
maximum, establishing a clear focal point for partners, customers, and
investors alike.

This exciting new gaming platform gives back to its players like no other
gaming site and with offices in five countries across three continents you
know you are in good hands. Additionally, in light of recent US legislation
passed by Congress on 30th September 2006, (Internet Gambling bill -- Port
Security bill), PlayShare wants customers to know that they are continuing to provide award winning poker and casino entertainment
online -- it's business as usual with no interruption of service to PlayShare's online casino or poker sites.

Players will benefit from a number of new and exciting products exclusive to the new platform such as a truly innovative rewards program
with the most creative loyalty scheme in the industry. Enhancements are comprised of "beginners' tables" which include "micro-limit
tables," low buy-in tables, $50/$100 and $100/$200 tables. A common account and a shared purse offer players a unified experience -
the intelligent choice for intelligent poker players.

Lucan Toh, CEO, PlayShare.com, explains that PlayShare.com offers an improved playing experience for Casino and Poker customers.
It also means we now have a clear, centralized location from which to develop further unique and successful gaming sites. We're even
more excited about what's planned for the next six months -- stay tuned!"

For further information please contact:
Melissa Ross
Lyceum Media
+44 (0)207 953 4026

About PlayShare.com

Using unparalleled, cutting-edge technology, PlayShare.com PLC is a public UK Company that owns and operates CasinoShare.com,
PokerShare.com and MonkeyShare.net. Licensed by the Kahnawake Gaming Commission through its parent company, GameShare
Limited, this is the brand new online gaming experience contributing more to its players than any other online gaming site.

# # #

**Sponsored Business Links**

Hoover's: Freeserve plc Company Research

Hoover's: IONA Technologies PLC Company
Research

Hoover's: Eidos plc Company Research

Hoover's: Datalex plc Company Research

**CONTACT INFORMATION**

Inka Ikonen
LYCEUM MEDIA
Visit Our Site
0207 953 4026
Email us Here

**ATTACHED FILES**

There are no multimedia files
attached to this release. If this
is your release, you may add
images or other multimedia
files through your login.

**ABOUT PRESS RELEASES**

If you have any questions
regarding information in these
press releases please contact
the company listed in the press
release. Please do not contact
PRWeb. We will be unable to
assist you with your inquiry.
PRWeb disclaims any content
contained in these releases.
Our complete disclaimer
appears here.

Disclaimer: If you have any questions regarding information in these press releases please contact the company listed in the press release.
Please do not contact PRWeb®. We will be unable to assist you with your inquiry.
PRWeb® disclaims any content contained in these releases. Our complete disclaimer appears here.

© Copyright 1997-2007, Vocus PRW Holdings, LLC.
Vocus, PRWeb and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

Terms of Service | Privacy Policy



# Microgaming Casino News

   

## PlayShare acquires Grand Gaming Group

ii

20 Nov 2006

## PlayShare acquires Grand Gaming Group

ii

*SOURCE: PlayShare and G3Partner*

**Microgaming Casinos**
**Home**
**Casino Promotions**
**Casino Review**
**Casino Bonus**
**Casino Games**
**Casino News**
**Casino Jackpot**
**Free Play Casinos**
**Free Cash Casinos**

**Casino Groups**
**Grand Monaco Casino**
**Roxy Palace Casino**
**Villento Casino**
**32 Red Casino**
**Casino Share**
**Purple Lounge**
**Casino Rewards**
**Belle Rock Gaming**
**Vegas Partner Lounge**
**Bella Vegas Casino**
**The Palace Group**
**Fortune Lounge**
**Vegas Casino**
**Jackpot Factory**
**Casino Action Group**
**Golden Star Network**
**Trident Entertainment**

Sponsor

On the 1st of November, 2006, PlayShare PLC acquired the Grand Gaming Group, which comprises Grand Monaco Casino and the G3 Partner affiliate program. Hailed in gaming circles as the two most watched groups, the merger is in line with the ambitions of PlayShare to be one of the top 5 gaming companies within the next two years.

**About PlayShare**

PlayShare PLC is a UK Public Company that owns and operates CasinoShare.com and PokerShare.com.

PlayShare has offices in 5 countries across 3 continents, ensuring unrivalled service to players and partners alike. PlayShare is licensed by the Kahnawake Gaming Commission through its parent company, GamShare Limited. All gaming products are powered by Microgaming ˉC the best in the business. They are committed to providing a trustworthy and secure gaming environment for all our customers.

CasinoShare offers new player 100% up to $250 bonus and $100 monthly bonus.More details about this casino please click here and review this casino.

ii

**About Grand Gaming Group**

G3 Partner is a Grand Gaming Group company. This group business people have years of marketing and casino operations experience both online and offline. This makes the Grand Gaming Group one of the most seasoned and talented companies in our industry.

Their management has worked for such land-based casino organizations as Harrahˉs Entertainment Company and Mirage Resorts. They want you to have the peace of mind that you are working with top industry professionals. They know how to treat casino customers because we have been doing it for years. Have confidence that your players are guaranteed a fun-filled gaming experience.

Grand Gaming Group comprises Grand Monaco Casino which offers new player 100% up to $150 bonus. More details about this casino please click here and review this casino.

ii Copyright © 2006 - 2007 Microgaming Casinos, All rights reserved.
Microgaming Casino   Microgaming Casino   Microgaming Casino   Microgaming Casino   Microgaming Casinos   Microgaming Casinos   Microgaming Casinos Links





USER:                    PASSWORD:                    LOGIN ///REGISTER        SITEMAP | FAQS | CONTACT

HOME | ADVERTISE | EVENTS | FREE MAGAZINES | INVESTMENTS | RECRUITMENT | FEATURES



NEWSLETTER

[          ] (Submit)

## iGAMING NEWS

**21-02-07**
Doyle's Room Folds US Hand Post-UIGEA
Online poker room will close its doors to US players from March 1

**20-02-07**
VIP Lounge Casino Receives eCOGRA Approval
Jackpot Factory's VIP Lounge Casino achieves eCOGRA Play it Safe seal

**20-02-07**
Betfair in heated battle over Australia's anti-gambling laws
Online gaming group files claim against Australian High Court

**19-02-07**
Neteller Announces Job Losses
US withdrawal sparks mass job cuts at money transfer group

**19-02-07**
Mobenga Awarded with NordicBet Contract
Mobile gaming provider wins contract with NordicBet

## PlayShare Players to Experience Oneness
: 14-09-06

September 14, 2006 (London, UK) – PlayShare Ltd is looking to offer everyone who plays on its sites the true experience of oneness. Before the end of the year, the company plans to introduce the one wallet solution which will offer players a totally seamless gaming experience between its CasinoShare and PokerShare sites.

Players who want to enjoy the excitement of both sites, but don't want to have to log out of one site and into the other to play different games or to check on their balance, will be able to switch easily between games and between sites.

This seamless integration of the poker and casino platforms will not only make gaming so much easier but will also allow players to benefit from a variety of bonus systems that operate on both sites. Players will also gain significantly from the CasinoShare loyalty system by being able to hop easily between the sites.

Max Wright, Director, PokerShare.com/CasinoShare.com says: "With 24hr support, top-level security, and convenient payment and withdrawal options, CasinoShare has always offered players a world-class casino that delivers a truly exceptional mixture of excitement and fun. CasinoShare provides the most exciting online casino experience available and is a perfect partner to the already, hugely successful PokerShare."

He adds: "And now it's about to get a whole lot better. The one wallet system will make both our sites incredibly easy to use and move around and, will offer our players a genuine zen-like experience, because oneness is zen. When this system is in place, players will be able to concentrate fully on enjoying themselves and not waste valuable time logging into and out of sites to switch games or check balances. It's going to be like taking on our sites to a whole new level."

There are over 300 games to choose from at CasinoShare.com with some of the biggest progressive jackpots to be found on the net. Visitors to the CasinoShare website can take advantage of an attractive sign-up offer currently on offer and ultimately, enjoy a unique rewards program, which will be the first of its kind in the online casino industry. CasinoShare.com offers players trips to land-based casinos (in Las Vegas, Atlantic City, Monte Carlo, Macau, London & also Casino Cruises). Players will enjoy complimentary accommodation in some of the best casino hotels in the world. Additionally, CasinoShare's rewards team are on hand to provide show tickets, dinner, golf and spa reservations.

ENDS

For further information please contact:

Melissa Ross

Lyceum Media

Melissa@LyceumMedia.com

+44 (0)207 953 4026

About PlayShare.com

PlayShare.com is the driving force behind the brands PokerShare.com, CasinoShare.com and MonkeyShare.net. PlayShare PLC is a UK company and the owner of GamShare Ltd, a Gibraltar-based gaming operator, licensed in Kahnawake, Canada.

About PokerShare.com

Poker Share is the first poker site in the world to offer its players the opportunity to share in its success, through the Poker Share Trust. The trust has the ultimate benefit of 40% ownership being passed to players. It receives cash every month which is used to reward players through the Poker Share Trust Loyalty Share. What's more, if PokerShare.com floats on the stock exchange or is bought by another company, the players are rewarded.

## iGAMING EVENTS

Pacific Congress on I-Gaming
Online Gaming & Gambling Summit 2007
BetMarkets
Gambit on Innovation
Asian Casinos Executive Summit 2007
Casino Affiliate Convention
IGCE 2007 - Cancun
Gaming Investor
GIGSE

## PRESS RELEASE

**21-02-07**
Bill Hummery Takes on New Role in Private Sector
Head of E-Gaming at Isle of Man OTT Takes up New Opportunity in the Private Sector

**15-02-07**
GemScope: First Personalised Mobile Scratch Card Launches
WinOne launches GemScope at 3GSM World Congress, Barcelona

**13-02-07**
5th European Casino Affiliate Convention Held May 3-5
CAC2007 Amsterdam is expected to be larger than any previous year



Depending on the total number of share points accumulated, players will receive cash from the Poker Share Trust.

About CasinoShare.com

CasinoShare.com is owned and operated by GamShare Ltd and is powered by Isle of Man based Microgaming.

PokerShare.com and CasinoShare.com are operated by Playit Ownit Ltd and licensed by the Kahnawake Gaming Commission through its parent company, GamShare Ltd. Both GamShare Ltd and Playit Ownit Ltd are based in Gibraltar.

Copyright © 2006 – iGamingBusiness.com
HOME | ADVERTISE | CONTACT | FREE MAGAZINES | INVESTMENTS | RECRUITMENT | FEATURES



# WIPO CASES FOR « LA SOCIETE DES BAINS DE MER »

|   | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| 1 | D2000-1315 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Britannia Finance | monacocasinos.com montecarlocasinos.net thecasinomontecarlo.com themontecarlocasino.com | Transfer |
| 2 | D2000-1316 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Thomas Proud | casinodemonaco.com | Transfer |
| 3 | D2000-1317 | Société des Bains de Mer et du Cercle des Etrangers à Monaco | Internet Marketing Associates | casinomonaco.com | Transfer |
| 4 | D2000-1318 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Martimi BT | casino-monaco.com | Complaint denied |
| 5 | D2000-1319 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Joaquin Edo | casinomonaco.net | Transfer |
| 6 | D2000-1320 | La Société des Bains de Mer | Gest Trading S.R.L. | casino-montecarlo.com | Transfer |

|  | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
|  |  | et du Cercle des Etrangers à Monaco |  |  |  |
| 7 | D2000-1321 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Worldnet Companies inc. | casino-monte-carlo.net | Transfer |
| 8 | D2000-1322 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Externet World Inc. | montecarlo-casino.net<br>montecarlo-casino.org | Transfer |
| 9 | D2000-1323 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | I. Bancorp Europe | casinosmontecarlo.com<br>e-montecarlocasino.com<br>monte-carlo-casino.com<br>montecarlo-casino.com<br>montecarlocasino.net<br>montecarlocasino.org | Transfer |
| 10 | D2000-1324 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Iggi Networks Media Group | casinodemonaco.net<br>casinoofmonaco.com | Transfer |
| 11 | D2000-1325 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Integroweb (Bahamas) Ltd. | casino-of-monaco.com<br>casino-of-montecarlo.com | Transfer |
| 12 | D2000-1326 | La Société des Bains de Mer et du Cercle | International Lotteries | casinomontecarlo.com<br>montecarlocasinos.com | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | des Etrangers à Monaco | | | |
| 13 | D2000-1327 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | International Lotteries | casinodemontecarlo.com<br>casinomonte-carlo.com<br>casinomontecarlo.net<br>casinomontecarlo.org<br>e-casinomontecarlo.com<br>lecasinodemontecarlo.com<br>lecasinomontecarlo.com<br>lemontecarlocasino.com<br>monte-carlocasino.com<br>montecarlogambling.com | Transfer |
| 14 | D2000-1328 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | International Services Inc. | casinodemontecarlo.net<br>casino-montecarlo.net<br>casinomonte-carlo.net<br>casinomontecarloonline.com<br>casinomonte-carlo.org<br>casinosmontecarlo.net<br>casinosmontecarlo.org<br>ecasinomontecarlo.com<br>e-casinomontecarlo.net<br>ecasinomontecarlo.net<br>emontecarlocasino.com<br>e-montecarlocasino.net<br>emontecarlocasino.net<br>lemontecarlocasino.net<br>livemonacocasino.com<br>monacogaming.com<br>monacogaming.net<br>monte-carlocasino.net<br>montecarlocasinoonline.com<br>montecarlocasinoonline.net | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | | | montecarlogambling.net<br>montecarlogames.com<br>montecarlogames.net<br>montecarlojackpot.com<br>montecarlojackpot.net<br>montecarloonlinecasino.com<br>montecarloonlinecasino.net<br>sexycasinomontecarlo.com<br>sexymontecarlocasino.com<br>sexymontecarlocasino.net<br>webcasinomontecarlo.com | |
| 15 | D2000-1329 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Casino On-Line | monacocasino.com | Transfer |
| 16 | D2000-1330 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Netrider | monaco-casino.com | Transfer |
| 17 | D2000-1331 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | World Casino Company | monacocasino.net | Transfer |
| 18 | D2000-1332 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Global Productions – Domain for Sale | monacogambling.com | Transfer |
| 19 | D2000-1333 | La Société des | Piranha | montecarlocasino.com | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | Bains de Mer et du Cercle des Etrangers à Monaco | Interactive Ltd. | | |
| 20 | D 2003-0985 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Internet Billions Domains Inc. | casinomontecarlo.org<br>e-casinomontecarlo.com<br>lecasinodemontecarlo.com<br>monte-carlocasino.com<br>montecarlocasinos.net<br>sexycasinomontecarlo.com<br>sexycasinomontecarlo.net<br>sexymontecarlocasino.com<br>sexymontecarlocasino.net<br>thecasinomontecarlo.com | Transfer |
| 21 | D2004-0454 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | BestCreative | montecarlo-casinos.com | Transfer |
| 22 | D2004-0415 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Aucun | monte-carlocasinos.net<br>monte-carlogrand.com<br>montecarloroyale.com<br>monte-carlosuncasino.com<br>montecarlosuncasino.com<br>suncasino-monte-carlo.com<br>suncasino-montecarlo.com | Transfer |
| 23 | D2005-0225 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Montecarlo Development, LLC. | montecarlocasinoandsportsbook.com | Transfer |
| 24 | D2005-0338 | La Société des | Montecarlo | montecarlo-onlinecasino.com | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | Bains de Mer et du Cercle des Etrangers à Monaco | Online Casino (MOC) | | |
| 25 | D2005-0339 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Netsymmetrics | online-casinos-montecarlo.com<br>online-casino-montecarlo.com | Transfer |
| 26 | D2005-0403 | | | casinobestmontecarlo.com | Terminated : amicable transfer |
| 27 | D2005-0404 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Integrity Ltd. | luckymontecarlocasino.com | Transfer |
| 28 | D2005-0439 | | | montecarlohotelandcasino.com | Terminated : amicable transfer |
| 29 | D2005-0440 | | | montecarlocasinohotel.com<br>montecarlocasinovegas.com | Terminated : amicable transfer |
| 30 | D2005-0526 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | LaPorte Holdings, LLC | montecarloresortandcasino.com | Transfer |
| 31 | D2005-0527 | La Société des Bains de Mer et du Cercle des Etrangers | Domain Active Pty. Ltd | montecarloresortcasino.com | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | à Monaco | | | |
| 32 | D2005-1342 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Corril Holding | montecarlograndcasino.com grandcasinomontecarlo.com | Transfer |
| 33 | D2005-1343 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Michael Ditursi | montecarlointernationalcasino.com | Transfer |
| 34 | D2006-0289 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Empire Online Ltd | monacogoldcasino.com | Transfer |
| 35 | D2006-1245 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Mark Bolet | monaconetcasino.com | Transfer |

A member of the PlayShare Group





| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate

Customer Support | Live Help





CHOOSE YOUR BONUS
**$150 FREE**
Slot Only Bonus
OR
**$75 FREE**
Casino Games Bonus
Tell me more!







# G3 REWARDS CLUB



**Back to All promotions**

At Grand Monaco, you can be confident you are playing in a world class casino with world class service. Below you will find some of the benefits we offer our players.

Benefits

How to become a member

How to earn rewards

Redeem your rewards

Special Bonuses

Points Expiration

## The Benefits

You receive many valuable benefits including:

- FREE membership
- Automatic point earnings and cash back services
- Belong to the Grand Gaming Group
- Earn valuable G3 Points for our Cash Back Rewards program
- Tiered slot bonus rewards
- Earn comps, cash, and offers based on play
- Weekly G3 Point multiplier days
- Exclusive personalized promotions and invitations
- **It's simple but rewarding!**

Back to top

## How to become a member

Membership to the G3 Players Club is FREE and given to all Grand Monaco players for registering a real player account.

Your membership account number = Your real casino account number

Your membership password = Your real casino password

Back to top



## How to earn G3 Cash Back rewards

- After registering and making your first purchase at Grand Monaco, your membership includes 2,000 G3 Points for free.
- A further 5,000 FREE points are yours by making ANY first webwallet purchase of $50 or more.
- Additional G3 Points are earned every time you make a bet.
- The more you play, the faster you earn G3 Points.
- Various promotions offer G3 Points to players.
- Grand Monaco rewards slot players with additional Bonus G3 Points based on the Slot Tier Level achieved each month.

### Points calculation

G3 Points may be redeemed in units of 5,000 where 5,000 points = $5.00 Casino Bonus credits.

| Amount Wagered | Points Earned | Games |
|---|---|---|
| $1 | 1 point | Slots, Keno, Scratch Games |
| $3 | 1 point | ALL other games |

## How to redeem your G3 points

Grand Monaco delivers world class service, so we made it easy for players to get their well deserved rewards - *fast*.

### Redeem your G3 Points easily:

1. Players can redeem G3 Points into Casino Bonus Credits at any time by following these easy steps:



Click on any of the G3 Rewards Club links in the casino software

 

G3 Points are redeemed and deposited in the form of Bonus Credits into your casino bonus account. You can use these credits in the casino or cash them out in accordance with the bonus system requirements.

Back to top

## Special bonuses

### 1. Monthly slot bonuses

At Grand Monaco we have something extra special for our slot players:

- You qualify for additional MONTHLY bonuses depending on your Slot Bonus Status Level determined from the previous month's slot play.
- This bonus level and additional bonus points are recalculated every month based on the previous month's slot wagering activity. See chart below.

### Slots monthly bonus levels

| Level | Monthly Slot | Additional Bonus |
|---|---|---|

|         | Wagering            |     |
|---------|---------------------|-----|
| Member  | 0 – $5,000          | –   |
| Silver  | $5,001– $25,000     | 10% |
| Gold    | $25,001– $50,000    | 15% |
| Platinum| $50,001 – $75,000   | 20% |
| Diamond | $75,001 and up      | 25% |

## How it works:

| Month | Amount Wagered | Additional bonus player qualifies for: | Additional Bonus G3 Points |
|-------|----------------|----------------------------------------|----------------------------|
|       |                |                                        | + Base G3Points:           |
| 1     | $50,000        | Gold Level – 15%                       | + 50,000 pts               |
| 2     | $25,000        | Silver Level – 10%                     | 15% bonus x 25,000 = 3,750 + 25,000 pts |
| 3     | $5,000         | No bonus Level                         | 10% bonus x 5,000 = 500 + 5,000 pts |
| 4     | $15,000        | Silver Level – 10%                     | No bonus added + 15,000 pts |

(Remember: $1 slot wagered = 1 point)

## Explanation:

- A Player wagers a total of $50,000 on Slots in Month 1.
- The Player will qualify for additional Slot Bonus in Month 2 based on the $50,000 wagered in month 1.
- The Level qualified for is **Gold** Level ,which earns an additional 15% bonus **on SLOTS play** in Month 2.
- If the player wagers $25,000 on Slots in Month 2, then he gets a slot bonus of 3,750 ($25,000 x 15%).
- This slot bonus is added automatically in his Bonus Account at the end of Month 2.

### 2. Other regular bonuses

For ALL players, the G3 Rewards Club offers the following special privileges:

- Regular purchase match offers
- Regular mailings with special offers
- Birthday bonus offers
- Special banking services
- Higher bonus offers
- Gifts and other very special treatments
- Casino tournament invitations
- Discretionary bonuses by casino management

All purchase match offers require players to use our "Claim your Bonus" redemption process. A player can claim a bonus ANY time after receiving an invitation. All free money credits are automatically deposited into the player's casino Bonus Account in accordance with the specific promotion terms and after the offer requirements have been met and bonus claimed.

## Points expiry

G3 Points expire after 6 calendar months of being issued.

Back to top




   

Home| Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

A member of the PlayShare Group

# GRAND  MONACO

Big Wins, More Action!

| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate                                    Customer Support | Live Help



CHOOSE YOUR BONUS

$150 FREE
Slot Only Bonus

OR

$75 FREE
Casino Games Bonus
Tell me more

DOWNLOAD
CASINO

24/7 SUPPORT
LIVE HELP
INSTANT CHAT

INSTANT PLAY
NO DOWNLOAD

# HOW TO WITHDRAW

Well Done. You're a winner and now we promise to process your cash-in as quickly as possible.

To make a withdrawal follow the steps:

- Login to your Grand Monaco account
- Click on the Bank button
- Click on the Withdrawal button
- Enter the amount you wish to withdraw in the box.

You can now check the status of your withdrawals at any time by clicking on the Cashcheck icon in the casino software.



Please note that the minimum withdrawal amount is $50.00.

You can reverse a withdrawal (or portion there-of) back to your gaming account within 24 hours after you've requested your original withdrawal. Simply click the REVERSE WITHDRAWAL TAB in the casino software. Your withdrawal is sent to our processing department after the 24 hour reverse withdrawal period has elapsed. You are notified by Email once your Cash Out Request has been completed and the funds have been transferred to you.

It is our policy to refund withdrawals to the same account or mechanism that the original purchase was made, up to the value of your original deposits. However, not all purchase mechanisms facilitate refunds of cash withdrawals and in such cases balances will be paid to the payment option of YOUR choice (see **Withdrawal Options**).

**Please note:** When a customer makes their first cash-in, a large withdrawal or changes to payment options, Grand Monaco reserves the right to use security measures to ensure you are the rightful recipient of the funds. This is for casino player protection and may require you to send documentation (utility bills, copy of ID, Copy of credit card used to effect purchases). We may ask you sign a list of your previous purchases to your Grand Monaco Account. Again, these measures protect your money and your privacy, but may result in small delays of receiving your money. We apologize for any inconvenience this may cause and will make every attempt to keep the process short.

Should you have any queries about the status of your cash out, please contact one of our **Customer Support** agents.

  

Home| Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

   

Grand Monaco is a Hillstead Limited, Gibraltar site – now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.



A member of the PlayShare Group

| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate

 Customer Support | Live Help



# INSTALLING THE SOFTWARE

How do I download the free casino software?
What do I do once the download is complete?
Where did I download the file to?
What is the installation file called?
What are the minimum system requirements?

## How do I download the free casino software?

Click on any 'Download' button that appears on every page. This will start the process explained on the download page you arrive at.

## What do I do once the download is complete?

The File Download dialogue box will launch and guide you through the installation process. Follow the prompts by clicking "Next >" when requested and the casino software will install.

If you are using Firefox or a browser other than Microsoft Internet Explorer, then the setup file would have been downloaded to the location that you selected. To install the Grand Monaco software, double-click on the setup file you downloaded. The install Wizard will guide you through the installation process. Follow the prompts by clicking "Next >" when requested and the casino software will install.

## Where did I download the file to?

The default location is to your desktop. If you saved the casino software to an alternative location and cannot find it, simply follow these instructions: Click on 'Start'/ 'Find'/ 'Find files or folders'. Type GrandMonaco_0Game_W3 in the 'Name' field, and click on 'Find now'. Remember to search by using the 'Local hard drives' option. Once you have found the casino software, double-click to begin the installation.

Back to top

## What is the installation file called?

GrandMonaco_0Game_W3.exe

Back to top

## What are the minimum system requirements?

Pentium II 333 Mhz

32 Bit operating system Windows 95/98/2000/NT/ME/XP

32 MB RAM

25 MB available hard drive space

Internet connection

**Back to top**




Home| Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map






Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

A member of the PlayShare Group





| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate                     Customer Support | Live Help







## OPENING OFFER



### Opening Offer with FREE Casino Kit

At Grand Monaco, we believe in exceeding your expectations. Not only do we have one of the most competitive **Opening Offers** around, but we also give our new players a free **Casino Kit** designed to help you win big with more action at a world-class casino.

Read more about our industry leading casino offers below.



### Claim your Opening Offer Bonus and Casino Kit

Come back to this page once you have made your first deposit and met the 1x wagering requirements. Enter your name, e-mail address and Real Account number and submit.

**Your Name**

**Your E-mail Address**

**Real Acct. Number**
e.g. vgmr00095764

[Reset]  [Submit]

**Very Important:**

By claiming the Opening Offer, you agree to the terms and conditions. The Opening Offer is provided to first time players to enhance the gaming experience with increased gaming time. Attempts to take advantage of bonuses beyond this spirit may be deemed as promotion abuse.

If you have any questions please contact casino support.

## Opening Match Bonus Offer

**100% Slot Match Bonus up to $150 FREE**

OR

**100% Casino Game Match Bonus up to $75 FREE**

**Download our FREE software,**
register an account, and make a Deposit

step
**1**



Choose your Bonus by
**wagering your deposit once**
(1 X) on the games of your choice

step
**2**

   

**Slots Only          Casino Games**

Claim your Opening Offer
We match your deposit by 100% up to:

step
**3**



**$150 in FREE bonus credits if your**
deposit was wagered on slots only

OR

**$75 in FREE bonus credits if your deposit was**
wagered on all other casino games

The opening offer bonus is credited to your bonus account in less than 4 hours from the time you've met the conditions and claimed your offer.

**Remember:**

- Our conditions require you to wager the original purchase one time to determine whether you are accepting the slot or games offer.
- Cashing in prior to receiving your 100% bonus match credits forfeits the free credits.
- If you wager on a mix of slots and casino games, then you have accepted the casino game offer of up to $75 Free.
- After receiving your opening offer free credits, you may not cash-in until you have met the minimum bets and wagering requirements.

**Click here** to see the Opening Offer Terms & Conditions detail.

## Free Casino Kit 

**The Casino Kit includes:**

1. FREE 2,000 G3 Points for the **G3** Rewards Club
2. FREE Membership into the **G3** Rewards Club - No Registration Required!
3. FREE Subscription to our monthly newsletter - *Grand News*
4. FREE Web Wallet Bonus!
5. FREE $5,000 Progressive Jackpot Reward!

Grand Monaco offers all new purchasing players the chance to try world-class gaming with a world-class welcome!

**Click here to find out more about our Free Casino Kit**



**Back to top**

 



   

Home | Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

# www.pokergrandmonaco.org
This page is parked free, courtesy of GoDaddy.com


Go Daddy®
Make a .com
name with us®



**LIMITED TIME OFFER**

**$1⁹⁹*** No Qty Limit
**Domains**
Now, with any non-domain purchase!

FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

*Find a domain name now:*

| .com | GO |



Advanced Search    **ICANN** ACCREDITED

*Plus ICANN fee of 25 cents per domain name year.*

---

**The world's largest hostname provider!***

**From $3.19/mo!**

FREE Setup!
No Annual Commitment!
99.9% uptime!

Go Daddy®

---

**FREE extras with each domain!**

- Complete Email
- Hosting with Web site
- Quick Blog
- And more!

**Search for your domain now**

| .com | GO! |

---

### Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Salona-Yachts France**
Importateur exclusif France-Monaco Salona yachts Performance Cruisers
www.salona-france.com

**Nice Riviera Hotel 3***
Nice Center From 130 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**Formula 1 Tickets**
Buy your tickets to the glamorous Formula 1 GP of monaco here!
www.F1ticket.info

**Local Poker Tournaments**
40,000 listings of live poker games tournaments and players near you.
FindPokerPal.com

---

Not what you're looking for?

| | Search |

**Related Searches:**
- Karement Monaco
- Monaco History
- Fontvieille Monaco
- Monaco Vacation
- Corporate in Monaco
- Relocation Monaco

---

Visit GoDaddy.com for the best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog



---

### Popular Searches

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

www.grandmonacopokerclub.com Coming Soon!   Page 1 sur 2

Case 1:08-cv-02778-DAB   Document 1-17   Filed 03/17/2008   Page 34 of 49

# www.grandmonacopokerclub.com

This page is parked free, courtesy of GoDaddy.com

[ Search ]



Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Nice Riviera Hotel 3\***
Nice Center From 130 € Available in March!
www.horse21.net

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Exclusive Riviera Estates**
Specialist Agency For Luxury Estates Along The French Riviera
www.eliteresidentialestates.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Immobilier**
Magazine spécialisé en Immobilier de Prestige sur la Côte D'Azur
www.lux-residence.com

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**Poker gratuit en ligne**
Défiez des experts du monde entier a tournoi gratuit - pas de mise!
www.europoker.net

## Popular Searches

| **Travel** | **Financial Planning** | **E Commerce** |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| **Lifestyle** | **Real Estate** | **Insurance** |
| Fitness | Mortgages | Car Insurance |
| Dating | Refinancing | Travel Insurance |
| Singles | Home Equity Loans | Health Insurance |
| Education | For Sale by Owner | Home Insurance |
| Degrees | Credit Score | Life Insurance |
| **Business** | **Legal Help** | **Personal Finances** |
| Bankruptcy | DUI Lawyers | Investments |
| Business Cards | Accident Lawyers | Student Loans |
| Affiliate Programs | Bankruptcy Lawyers | Work from Home |
| Conference Calls | Probate Lawyers | Personal Loans |
| CRM | Patent Lawyers | Jobs |
| **Computers** | **Health Care** | **Shopping** |
| Laptops | Vitamins | Gifts |
| Software Training | Contact Lenses | Flowers |
| High Speed Internet | Laser Eye Surgery | DVD Rental |
| DSL | Cosmetic Surgery | Apparel |
| Data Recovery | Diet | Books |



**Go Daddy.com**
Make a .com
name with us!®

### Related Searches

Karement Monaco
Monaco History
Fontvieille Monaco
Monaco Vacation
Corporate in Monaco
Relocation Monaco

LIMITED TIME OFFER

$1.99* No Qty Limit Domains
Now, with any non-domain purchase!

FREE with every domain name:
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:

[ .com ] [ GO ]

Advanced Search · ICANN ACCREDITED

*Plus ICANN fee of 25 cents per domain name year.



### Fast, Reliable, Secure
# Web Hosting

► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!
   Flexible plans as low as $3.19/mo!
   Learn more...

www.grandmonacopokerclub.com Coming Soon!    Page 2 sur 2

Case 1:08-cv-02778-DAB    Document 1-17    Filed 03/17/2008    Page 35 of 49

Visit GoDaddy.com for the best values on: Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright ® 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopoker.org
This page is parked free, courtesy of GoDaddy.com



**LIMITED TIME OFFER**

$1⁹⁹ *No Qty Limit
**Domains**
Now, with any non-domain purchase!

FREE with every domain name:
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:

[ .com ] [ GO ]

Advanced Search    [ICANN ACCREDITED]

*Plus ICANN fee of 25 cents per domain name year.



**Fast, Reliable, Secure Web Hosting**

► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!
  Flexible plans as low as $3.19/mo!
  Learn more...

 

**Turbo SSL Secure Certificates https://**

• Up to 256-bit encryption
• 99% browser recognition
• Issued within minutes
• From $19.99/year



**Sponsored Links**

**Sylvia Beautiful Escort**
classe, raffinement, reçoit à Nice Monaco, Cannes, Geneve sur RDV
www.dsblonde.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Free Texas Hold'em**
$10,000 in cash prizes. No buy-in. Free online poker tournaments!
www.ChipVault.com

**Nice Riviera Hotel 3\***
Nice Center From 130 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**Not what you're looking for?**

[ Search ]

**Related Searches:**
► Karement Monaco
► Monaco History
► Fontvielle Monaco
► Monaco Vacation
► Corporate in Monaco
► Relocation Monaco

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

**Popular Searches**

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

www.grandmonacopoker.org coming soon!    Page 2 sur 2

Case 1:08-cv-02778-DAB    Document 1-17    Filed 03/17/2008    Page 37 of 49

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopoker.net
This page is parked free, courtesy of GoDaddy.com


Go Daddy.com
Make a .com
name with us!®

**Not what you're looking for?**

[Search]

**Related Searches:**
- Karement Monaco
- Monaco History
- Fontvieille Monaco
- Monaco Vacation
- Relocation Monaco
- Monaco Grand Prix

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Free Texas Hold'em**
$10,000 in cash prizes. No buy-in. Free online poker tournaments!
www.ChipVault.com

**Univers Hotel 3***
Nice Center From 70 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Poker Source Online Forum**
Discuss or chat about poker Over 600 members and growing!
www.pokersourceonline.com

**Poker Tournament Manager**
Clock and management tool for running poker tournaments.
www.pokertournamentmanager.com

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**LIMITED-TIME OFFER**

$1**99** *No Qty Limit
.com Domains
Now, with any non-domain purchase!

FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

**Find a domain name now:**

[              ].com   [GO]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 25 cents per domain name year.

---

Fast, Reliable, Secure
# Web Hosting

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!
  Flexible plans as low as $3.19/mo!
  Learn more...

---

**QUICK SHOPPING CART**

## Get your own online store – in minutes.

No technical expertise required and no set-up fees.
From $7.99/month!


Go Daddy.com

---

## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

www.graphfondacquorer.net coming soon.   Page 2 sur 2

Case 1:08-cv-02778-DAB   Document 1-17   Filed 03/17/2008   Page 39 of 49

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grand-monaco-poker.com

This page is parked free, courtesy of GoDaddy.com



Go Daddy.com
Make a .com
name with us!®

**Not what you're looking for?**

[ Search ]

**Related Searches:**
- Real Estate Monaco
- Monaco Grand Prix
- Metropole Hotel Monaco
- Monaco GP
- Monaco F1
- Realtor Monaco

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Sponsored Links

**Salona-Yachts France**
Importateur exclusif France-Monaco Des Voiliers Salona Yacht
www.salona-france.com

**Lance Burton Tickets**
Incredible Seats & Great Prices - Fast, Easy & Secure Online
Ordering
www.LasVegasTickets.com

**Monte Carlo Resort**
SideStep Searches Dozens of Sites at Once for Deals in Las
Vegas
www.SideStep.com

**Réserver Hôtel**
Comparez les prix des hôtels des promotions et dernière
minute
VoyagerMoinsCher.com/Hotel

**Munich Hotel Discounts**
Save up to 75% on Munich hotels. Pay at check-in. No booking
fees.
www.priceline-europe.com

**Home Monte Carlo**
Choose from over 10,000 properties: Book direct with owner &
save money
www.holidaylettings.co.uk/

**World Class Poker Tips**
Learn from the Coach who exposes the "Mathematician's
Fallacy".
www.BaccaratTraining.com

**Secrets From Poker Pros**
Learn How to Dominate Online Poker and Win Thousands of
Dollars Daily!
www.sitngonwin.com

**Metropole Hotel Monaco**
5 Star Luxury & Service Metropole Hotel Monaco
www.lhw.com/HotelMetropole

**Hotel Monaco**
Find Low Rates, Hotel Information & More. Compare Prices
Online & Save!
www.SmarterTravel.com

**LIMITED-TIME OFFER**

$1 99* *No qty limit
Domains
Now, with any non-domain purchase!
FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

*Find a domain name now:*

[ .com ] [ GO! ]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 25 cents
per domain name year.



Fast, Reliable, Secure
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!
  Flexible plans as low as $3.19/mo!
  Learn more...



**Build a Web site in minutes with WebSite Tonight®**

Point & Click –
it's that easy!

- From $3.99/month!
- Includes FREE Hosting & Email

Go Daddy.com

## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers

| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.pokergrandmonaco.net
This page is parked free, courtesy of GoDaddy.com




Make a .com
name with us!®

| Not what you're looking for? | | Search |



**LIMITED TIME OFFER!**

$1⁹⁹* No qty Limit **Domains**

Now, with any new-domain purchase!

FREE with every domain name:
- ► NEW! Hosting with Web builder
- ► NEW! Quick Blog
- ► Complete Email
- ► AND MORE!

**Find a domain name now:**

.com  [GO]



Advanced Search

*Plus ICANN fee of 25 cents per domain name year.

---

**Fast, Reliable, Secure**
## Web Hosting

- ► 99.9% Guaranteed Uptime
- ► No Setup Fee or Annual Commitment
- ► Generous Storage & Bandwidth
- ► Free, Expert 24/7 Support
- ► And MUCH More!

**Flexible plans as low as $3.19/mo!**
Learn more...

---

**Life Online™ with**
**BOB PARSONS**

Live every Wednesday at 7 pm (PT)/10 pm (ET).

---

## Sponsored Links

**Sylvia Beautiful Escort**
classe, raffinement, reçoit à Nice Monaco, Cannes, Geneve sur RDV
www.dsblonde.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**UK Poker Equipment**
Specialist in corporate and home requirements. Call 08708 712 007
www.poker-shop.co.uk

**Univers Hotel 3***
Nice Center From 70 € Available in March!
www.horse21.net

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**F1tickets Monaco**
Visit the most famous GP of the world. Buy your tickets online!
www.F1ticket.info

**Hotels in Monaco**
Book your hotel in Monaco online. All hotels with special offers.
www.bookings.n

**Résidence Eza Vista**
Côte d'Azur à prix bas ! Du studio au T3, vue mer 8km Monaco
www.sejoursdusud.com

---

**Related Searches:**
- ► Karemont Monaco
- ► Fontvieille Monaco
- ► Monaco Vacation
- ► Monaco Grand Prix
- ► Corporate in Monaco
- ► Monaco Historique

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

---

## Popular Searches

| **Travel** | **Financial Planning** | **E Commerce** | **Lifestyle** |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| **Real Estate** | **Insurance** | **Business** | **Legal Help** |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| **Personal Finances** | **Computers** | **Health Care** | **Shopping** |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopoker.com

This page is parked free, courtesy of GoDaddy.com



[ Search ]

Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Salona-Yachts France**
Importateur exclusif France-Monaco Des Voiliers Salona Yacht
www.salona-france.com

**Nice Riviera Hotel 3\***
Nice Center From 130 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**Poker Source Online Forum**
Discuss or chat about poker Over 600 members and growing!
www.pokersourceonline.com

**F1tickets Monaco**
Visit the most famous GP of the world. Buy your tickets online!
www.F1ticket.info

## Popular Searches

| Travel | Financial Planning | E Commerce |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| | | |
| **Lifestyle** | **Real Estate** | **Insurance** |
| Fitness | Mortgages | Car Insurance |
| Dating | Refinancing | Travel Insurance |
| Singles | Home Equity Loans | Health Insurance |
| Education | For Sale by Owner | Home Insurance |
| Degrees | Credit Score | Life Insurance |
| | | |
| **Business** | **Legal Help** | **Personal Finances** |
| Bankruptcy | DUI Lawyers | Investments |
| Business Cards | Accident Lawyers | Student Loans |
| Affiliate Programs | Bankruptcy Lawyers | Work from Home |
| Conference Calls | Probate Lawyers | Personal Loans |
| CRM | Patent Lawyers | Jobs |
| | | |
| **Computers** | **Health Care** | **Shopping** |
| Laptops | Vitamins | Gifts |
| Software Training | Contact Lenses | Flowers |
| High Speed Internet | Laser Eye Surgery | DVD Rental |
| DSL | Cosmetic Surgery | Apparel |
| Data Recovery | Diet | Books |



Go Daddy.com
Make a .com
name with us!

*LIMITED TIME OFFER*
$1.99* No Qty Limit Domains
Now, with any non-domain purchase!
FREE with every domain name:
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:



[_____] .com [ GO ]

Advanced Search

ICANN ACCREDITED

*Plus ICANN fee of 25 cents
per domain name year.

---

Fast, Reliable, Secure
**Web Hosting**
► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!
   Flexible plans as low as $3.19/mo!
   Learn more...

---

### Related Searches

Karement Monaco
Monaco History
Fontvieille Monaco
Monaco Vacation
Corporate in Monaco
Relocation Monaco

[ Search ]

Visit GoDaddy.com for the best values on: Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacovideopoker.com

This page is parked free, courtesy of GoDaddy.com


Go Daddy
Make a .com
name with us!®

---

Not what you're looking for?

[ Search ]

**Related Searches:**
- ► Karement Monaco
- ► Monaco History
- ► Fontvielle Monaco
- ► Corporate in Monaco
- ► Monaco Vacation
- ► Relocation Monaco

---

Visit GoDaddy.com for the best values on:
- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products
- AND MORE!
- See product catalog

---

## Sponsored Links

**Sylvia Beautiful Escort**
classe, raffinement, reçoit à Nice Monaco, Cannes, Geneve sur RDV
www.dsblonde.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Massena Hotel 4***
Nice Center From 140 € Available in March!
www.horse21.net

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**2007 Monaco Formula 1**
Tickets for the Monaco Grand Prix. Book online or by telephone
www.bookf1.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**F1 Grandprix tickets**
The most up to date website for tickets to every Grand Prix!
www.F1ticket.info

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

---


LIMITED TIME OFFER!
$1.99* No Qty Limit Domains
Now, with any non-domain purchase!
FREE with every domain name:
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:
[.com]  [GO►]
Advanced Search    ICANN

*Plus ICANN fee of 25 cents per domain name year.


The world's largest hostname provider!*
From $3.19/mo!
FREE Setup!
No Annual Commitment!
99.9% uptime!
Go Daddy


Click Bid Buy Sell
SOLD!
The smart choice for buying & selling domains
Memberships just $4.99/year!
Lowest commissions!


THE DOMAIN NAME AFTERMARKET.com®

---

## Popular Searches



| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

---

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopokerclub.org
This page is parked free, courtesy of GoDaddy.com



**Not what you're looking for?**
[ Search ]

**Related Searches:**
- Karement Monaco
- Monaco History
- Monaco Vacation
- Corporate in Monaco
- Relocation Monaco
- Monaco Grand Prix

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Sponsored Links

**Casa in Monaco e Riviera**
Clientela Italiana, Mauro Piras vostro contatto Italiano in Monaco
www.eipmonaco.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Salona-Yachts France**
Importateur exclusif France-Monaco Des Voiliers Salona Yacht
www.salona-france.com

**Poker gratuit en ligne**
Défiez des experts du monde entier un tournoi gratuit - pas de mise!
www.europoker.net

**Exclusive Riviera Estates**
Specialist Agency For Luxury Estates Along The French Riviera
www.eliteresidentialestates.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Grand Prix Yachts**
Book now for 2007 Grand Prix Entertainment Yachts, all Sizes.
boatbookings.com/monacograndprix

**Monaco Real Estate**
Appartamenti e ville Monaco Montecarlo
www.fassinoimmobiliare.com

**Formula 1 Tickets**
Buy your tickets to the glamorous Formula 1 GP of monaco here!
www.F1ticket.info

**LIMITED TIME OFFER**

$1⁹⁹* *No Qty Limit
Domains
Now, with any non-domain purchase!

FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

**Find a domain name now:**
[ .com ] [ GO ]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 25 cents per domain name year.

**The world's largest hostname provider!***

From $3.19/mo!

FREE Setup!
No Annual Commitment!
99.9% uptime!



**Build a Web site in minutes with WebSite Tonight®**

Point & Click – it's that easy!

- From $3.99/month!
- Includes FREE Hosting & Email



## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopokerclub.net
This page is parked free, courtesy of GoDaddy.com



**LIMITED TIME OFFER**

**$1⁹⁹** No Qty Limit **Domains**

Now, with any non-domain purchase!

FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

Find a domain name now:

.com **GO!**

Advanced Search **ICANN** Accredited

*Plus ICANN fee of 25 cents per domain name year.

---

**The world's largest hostname provider!**

From $3.19/mo!

FREE Setup!
No Annual Commitment!
99.9% uptime!



---

**FREE extras with each domain!**
- Complete Email
- Hosting with Web site
- Quick Blog
- And more!

**Search for your domain now**
.com **GO!**

**Sponsored Links**

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Univers Hotel 3***
Nice Center From 70 € Available in March!
www.horse21.net

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Immobilier**
Magazine spécialisé en Immobilier de Prestige sur la Côte D'Azur
www.lux-residence.com

**Classic Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Monaco Real Estate**
Appartamenti e ville Monaco Montecarlo
www.fassinoimmobiliare.com

**$560.00 Free Money**
We have found more than 29 sites where you can get free money.
560plusfree.com

Go Daddy.com
Make a .com name with us!®

**Not what you're looking for?**

Search

**Related Searches:**
- Monaco History
- Monte Carlo History
- Fontvieille Monaco
- Monaco Historique
- Relocation Monaco
- F1 Monaco Grand Prix

**Visit GoDaddy.com** for the best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

**Popular Searches**

| **Travel** | **Financial Planning** | **E Commerce** | **Lifestyle** |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| **Real Estate** | **Insurance** | **Business** | **Legal Help** |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| **Personal Finances** | **Computers** | **Health Care** | **Shopping** |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacoonlinepoker.com

This page is parked free, courtesy of GoDaddy.com



Go Daddy.com
Make a .com
name with us!®

---

Not what you're looking for? | Search

**Related Searches:**
- Online Casino
- Online Roulette
- Online Spielbank
- Online Lotterien
- Online Lotto
- Gambling Markt

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Sponsored Links

**Le poker facile**
Site européen de poker Téléchargement non requis
www.europoker.net

**Free Texas Hold'em**
$10,000 in cash prizes. No buy-in. Free online poker tournaments!
www.chipvault.com

**Conrad Jupiter Hotel**
Gold Coast hotels at discount rates Select, Reserve and Save +75%
AsiaRooms.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**KA by Cirque du Soleil**
Thrilling new show at MGM Grand. Get your tickets online.
www.mgmgrand.com/ka

**$560.00 Free Money**
We have found more than 29 sites where you can get free money.
560plusfree.com

**Free Casino Games**
Download free casino & poker software, no purchase necessary.
Free.888.com

**Nice Riviera Hotel 3***
Nice Center From 130 € Available in March!
www.horse21.net

**Classic Hotel de Monaco**
Boutique Hotel, luxury, perfect location, 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Poker Source Online Forum**
Discuss or chat about poker Over 600 members and growing!
www.pokersourceonline.com

**LIMITED TIME OFFER**

$1.99* No Qty Limit
Domains

Now, with any non-domain purchase!

FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

Find a domain name now:
.com | GO

Advanced Search | ICANN ACCREDITED

*Plus ICANN fee of 25 cents per domain name year.

**Fast, Reliable, Secure Web Hosting**
- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!

Flexible plans as low as $3.19/mo!
Learn more...

---

## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

---

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# Exhibit D



**ORGANISATION MONDIALE**
**DE LA PROPRIÉTÉ INTELLECTUELLE**

Centre d'arbitrage et de médiation de l'OMPI

**WORLD INTELLECTUAL**
**PROPERTY ORGANIZATION**

WIPO Arbitration and Mediation Center

June 11, 2007

Re:  Case No.  D2007-0249
<casinograndmonaco.com
casinograndmonaco.net
casinograndmonaco.org
deutschesgrandmonaco.com
grandmonacoayda.com
grandmonacoayuda.com
grandmonacobingo.com
grandmonacobingo.net
grandmonacocasinoclub.com
grandmonacocasinoclub.net
grandmonacocasinoclub.org
grand-monaco-casino.com
grandmonacocasino.com
grandmonacocasino.net
grandmonacocasino.org
grandmonacoclub.com
grand-monaco.com
grandmonaco.com
grandmonacocraps.com
grandmonacogames.com
grandmonacogames.net
grandmonacogaming.com
grandmonacogaming.net
grandmonacohost.com
grandmonacohosts.com
grandmonacolottery.com
grandmonacolottery.net
grandmonacolotto.com
grandmonacolounge.com
grandmonacomahjong.com
grandmonacomillions.com
grandmonacomillions.net
grandmonacomillions.org
grandmonaco.net
grandmonaconews.com
grandmonacoonlinecasino.com
grandmonacoonlinegaming.com
grandmonacoonlinepoker.com

grandmonaco.org
grandmonacopartners.com
grandmonacoplayersclub.com
grandmonacoplayersclub.net
grandmonacopokerclub.com
grandmonacopokerclub.net
grandmonacopokerclub.org
grand-monaco-poker.com
grandmonacopoker.com
grandmonacopoker.net
grandmonacopoker.org
grandmonacopromotions.com
grandmonacoracebook.com
grandmonacoracebook.net
grandmonacoracebook.org
grandmonacorewards.com
grandmonacoskillgames.com
grandmonacoskillgames.net
grandmonacoslots.com
grandmonacosportsbook.com
grandmonacosportsbook.net
grandmonacosports.com
grandmonacosports.net
grandmonacostore.com
grandmonacosupport.com
grandmonacovideopoker.com
pokergrandmonaco.net
pokergrandmonaco.org>
**Notification of Decision**

Please find attached the full text of the decision issued on **May 25, 2007** by the Administrative Panel in the above-referenced case.

The Administrative Panel's finding is as follows:

**For all the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that the domain names**

<casinograndmonaco.com>
<casinograndmonaco.net>
<casinograndmonaco.org>
<deutschesgrandmonaco.com>
<grandmonacoayda.com>
<grandmonacoayuda.com>
<grandmonacobingo.com>
<grandmonacobingo.net>
<grandmonacocasinoclub.com>
<grandmonacocasinoclub.net>
<grandmonacocasinoclub.org>

```
<grand-monaco-casino.com>
<grandmonacocasino.com>
<grandmonacocasino.net>
<grandmonacocasino.org>
<grandmonacoclub.com>
<grand-monaco.com>
<grandmonaco.com>
<grandmonacocraps.com>
<grandmonacogames.com>
<grandmonacogames.net>
<grandmonacogaming.com>
<grandmonacogaming.net>
<grandmonacohost.com>
<grandmonacohosts.com>
<grandmonacolottery.com>
<grandmonacolottery.net>
<grandmonacolotto.com>
<grandmonacolounge.com>
<grandmonacomahjong.com>
<grandmonacomillions.com>
<grandmonacomillions.net>
<grandmonacomillions.org>
<grandmonaco.net>
<grandmonaconews.com>
<grandmonacoonlinecasino.com>
<grandmonacoonlinegaming.com>
<grandmonacoonlinepoker.com>
<grandmonaco.org>
<grandmonacopartners.com>
<grandmonacoplayersclub.com>
<grandmonacoplayersclub.net>
<grandmonacopokerclub.com>
<grandmonacopokerclub.net>
<grandmonacopokerclub.org>
<grand-monaco-poker.com>
<grandmonacopoker.com>
<grandmonacopoker.net>
<grandmonacopoker.org>
<grandmonacopromotions.com>
<grandmonacoracebook.com>
<grandmonacoracebook.net>
<grandmonacoracebook.org>
<grandmonacorewards.com>
<grandmonacoskillgames.com>
<grandmonacoskillgames.net>
<grandmonacoslots.com>
<grandmonacosportsbook.com>
<grandmonacosportsbook.net>
<grandmonacosports.com>
<grandmonacosports.net>
<grandmonacostore.com>
```

4.

&lt;grandmonacosupport.com&gt;
&lt;grandmonacovideopoker.com&gt;
&lt;pokergrandmonaco.net&gt;&gt;
&lt;pokergrandmonaco.org&gt;

**be transferred to the Complainant.**

Pursuant to Paragraph 4(k) of the Uniform Domain Name Dispute Resolution Policy, the Registrar identified below shall proceed to implement the above decision on the tenth business day (as observed in the location of that Registrar's principal office) after receiving this notification. The concerned Registrar will not implement the decision if, before the 10-day waiting period has expired, the Respondent submits official documentation (such as a copy of a complaint, file-stamped by the clerk of the court) to the Registrar demonstrating that it has commenced a legal proceeding against the Complainant in a jurisdiction to which the Complainant has submitted under Paragraph 3(b)(xiii) of the Rules for Uniform Domain Name Dispute Resolution Policy (the *Rules*).

Pursuant to Rules, Paragraph 16(a), the Registrar is directed to inform the Complainant, the Respondent, the Internet Corporation for Assigned Names and Numbers (ICANN) and the WIPO Arbitration and Mediation Center as soon as possible of the specific date on which the Administrative Panel's decision will be implemented, absent a notification by the Respondent in accordance with the above.

Yours sincerely,

Youri Porohovski
Case Manager

## **COMMUNICATIONS**

This notification is being communicated to the Complainant in accordance with the following contact details:

> Julien Horn
> De Gaulle Fleurance & Associés
> 11 rue Portalis
> 75008 Paris
> France
> 33156640000 (Office telephone)
> 33156640001 (Office FAX)
> E-mail: jhorn@dgfla.com

By the following methods:

[X]   Post/Courier (with original enclosure)
[X]   E-mail (with attachment)

This notification is being communicated to the Respondent in accordance with the following contact details:

> Warner Jerrard
> Hamilton Downing Quinn Solicitors
> Ruskin House
> 40/41 Museum Street
> London WC1A 1LT
> United Kingdom of Great Britain and Northern Ireland
> 44(0)20 7831 8939 (Office telephone)
> 44(0)20 7831 8798 (Office FAX)
> E-mail: warnerj@hamd.co.uk

By the following methods:

[X]   Post/Courier (with original enclosure)
[X]   E-mail (with attachment)

A copy has also been communicated to the Registrar listed below:

<div align="center">Go Daddy Software</div>

By the following methods:

[X]   E-mail (with attachment)



# WIPO Arbitration and Mediation Center

### ADMINISTRATIVE PANEL DECISION

**Société des Bains de Mer et du Cercle des Etrangers à Monaco v.
Lucan Toh and Max Wright**

**Case No. D2007-0249**

## 1.    The Parties

The Complainant is Société des Bains de Mer et du Cercle des Étrangers à Monaco of Monte Carlo, Monaco, represented by De Gaulle Fleurance & Associés, France.

The Respondents are Lucan Toh and Max Wright of London, United Kingdom of Great Britain and Northern Ireland, represented by Hamilton Downing Quinn Solicitors, United Kingdom of Great Britain and Northern Ireland.

## 2.    The Domain Names and Registrar

The disputed domain names

<casinograndmonaco.com>
<casinograndmonaco.net>
<casinograndmonaco.org>
<deutschesgrandmonaco.com>
<grandmonacoayda.com>
<grandmonacoayuda.com>
<grandmonacobingo.com>
<grandmonacobingo.net>
<grandmonacocasinoclub.com>
<grandmonacocasinoclub.net>
<grandmonacocasinoclub.org>
<grand-monaco-casino.com>
<grandmonacocasino.com>
<grandmonacocasino.net>
<grandmonacocasino.org>
<grandmonacoclub.com>
<grand-monaco.com>
<grandmonaco.com>
<grandmonacocraps.com>

&lt;grandmonacogames.com&gt;
&lt;grandmonacogames.net&gt;
&lt;grandmonacogaming.com&gt;
&lt;grandmonacogaming.net&gt;
&lt;grandmonacohost.com&gt;
&lt;grandmonacohosts.com&gt;
&lt;grandmonacolottery.com&gt;
&lt;grandmonacolottery.net&gt;
&lt;grandmonacolotto.com&gt;
&lt;grandmonacolounge.com&gt;
&lt;grandmonacomahjong.com&gt;
&lt;grandmonacomillions.com&gt;
&lt;grandmonacomillions.net&gt;
&lt;grandmonacomillions.org&gt;
&lt;grandmonaco.net&gt;
&lt;grandmonaconews.com&gt;
&lt;grandmonacoonlinecasino.com&gt;
&lt;grandmonacoonlinegaming.com&gt;
&lt;grandmonacoonlinepoker.com&gt;
&lt;grandmonaco.org&gt;
&lt;grandmonacopartners.com&gt;
&lt;grandmonacoplayersclub.com&gt;
&lt;grandmonacoplayersclub.net&gt;
&lt;grandmonacopokerclub.com&gt;
&lt;grandmonacopokerclub.net&gt;
&lt;grandmonacopokerclub.org&gt;
&lt;grand-monaco-poker.com&gt;
&lt;grandmonacopoker.com&gt;
&lt;grandmonacopoker.net&gt;
&lt;grandmonacopoker.org&gt;
&lt;grandmonacopromotions.com&gt;
&lt;grandmonacoracebook.com&gt;
&lt;grandmonacoracebook.net&gt;
&lt;grandmonacoracebook.org&gt;
&lt;grandmonacorewards.com&gt;
&lt;grandmonacoskillgames.com&gt;
&lt;grandmonacoskillgames.net&gt;
&lt;grandmonacoslots.com&gt;
&lt;grandmonacosportsbook.com&gt;
&lt;grandmonacosportsbook.net&gt;
&lt;grandmonacosports.com&gt;
&lt;grandmonacosports.net&gt;
&lt;grandmonacostore.com&gt;
&lt;grandmonacosupport.com&gt;
&lt;grandmonacovideopoker.com&gt;
&lt;pokergrandmonaco.net&gt;
&lt;pokergrandmonaco.org&gt;

are registered with Go Daddy Software.

### 3.    Procedural History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on February 20, 2007. On February 23, 2007, the Center first transmitted by email to Go Daddy Software a request for registrar verification in connection with the domain names at issue. On March 15, 2007, Go Daddy Software transmitted by fax to the Center its verification response confirming that the Respondent Lucan Toh is listed for eleven of the domain names as the registrant and providing the contact details for the administrative and technical contact, while stating that the balance of the domain names is registered to the Respondent Max Wright, also providing the contact details for the administrative and technical contact. Go Daddy Software further stated that the domain name registrants have submitted in their Registration Agreements to the jurisdiction at the location of the principal office of the Registrar for court adjudication of disputes concerning or arising from the use of the domain names.

In response to a notification by the Center dated March 19, 2007 that the Complaint was administratively deficient, the Complainant filed an amendment to the Complaint on March 21, 2007. The Center verified that the Complaint together with the amendment to the Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In accordance with paragraphs 2(a) and 4(a) of the Rules, the Center formally notified the Respondents of the Complaint, and the proceedings commenced on March 26, 2007. In accordance with paragraph 5(a) of the Rules, the original due date for Response was April 15, 2007. The due date was later on extended to May 1, 2007, with the consent of the Complainant. The Response as well as a statement by the Respondent Max Wright were filed with the Center on April 27, 2007.

The Center appointed Brigitte Joppich as the sole panelist in this matter on May 11, 2007. The Panel finds that it was properly constituted. The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with paragraph 7 of the Rules.

On May 11, 2007, the Complainant filed a supplemental communication with the Center (the "Reply"). On May 14, 2007, the Respondents objected to the submission of the Reply and supporting documents. The Complainant replied by arguing why its supplemental submission should be accepted on May 15, 2007, and the Respondents replied by sending two e-mails on May 16, 2007.

### 4.    Factual Background

The Complainant has been operating a casino under the name "Casino de Monte-Carlo" in Monaco for more than 140 years. It is the founder and manager of the Casino of Monte-Carlo. Since April 2, 1863, it has been granted a monopoly for casino and gambling industries for the territory of the Principauté de Monaco by the authorities of the Principauté de Monaco.

The Complainant is the owner amongst others of the international mark CASINO DE MONACO registered on December 19, 2002, filed originally with the Monaco

Trademark Office and enjoying a priority of July 1, 2002. The Complainant also owns the mark CASINO DE MONTE-CARLO which is well- known and enjoys a substantial reputation.

The Respondents and their businesses offer online gambling services. The disputed domain names were registered by the Respondents' predecessor in interest between October 23, 2004 and August 23, 2006. The Respondents' company, PlayShare.com PLC, acquired these domain names as part of an established business with effect from November 1, 2006. The disputed domain name <grandmonaco.com> had been adopted and used for online gambling purposes by a third party as early as 2000.

## 5.   Parties' Contentions

### A.   Complainant

The Complainant contends that each of the three elements specified in paragraph 4(a) of the Policy are given in the present case:

(i)    The domain names are confusingly similar to the Complainant's mark CASINO DE MONACO as they all contain the terms "Grand" and "Monaco" and many of them include an additional term. The Complainant groups the disputed domain names according to their composition as follows, leaving aside the top level domain name in each case:

-   The confusing similarity of the domain names composed of the terms "Grand", "Monaco" and "Casino" results from the fact that they incorporate both nouns "Monaco" and "Casino" of the Complainant's trademarks, while the addition of the generic term "grand", frequently associated with the casino business, does not detract from such similarity.

-   The confusing similarity of the domain names composed of the terms "Grand", "Monaco", "Casino" and the generic terms "club" or "online" is based on the same line of arguments, strengthened by such additional generic terms that can easily be associated with the Complainant's activities.

-   The domain names composed of the terms "Grand" and "Monaco" also point to the Casino in Monte-Carlo and, as a result, to the Complainant. They are therefore confusingly similar to the Complainant's mark CASINO DE MONACO.

-   The domain names composed of the terms "Grand" and "Monaco" and a generic term related to the casino business as "bingo", "poker", "craps", "games", "lottery", "rewards", "slots", "millions" or other, which strengthens the association with the Complainant's famous casino, are to be considered confusingly similar as well. This also applies to the domain names in this category containing the generic terms "sports" or "sportsbook".

-   The domain names composed of the terms "Grand", "Monaco" and a generic term unrelated to the casino business as "host", "club", "promotions", "store" or other are to be judged like the domain names composed only of the terms "Grand" and "Monaco" as such additional

> generic terms have no distinctive value. They are confusingly similar to the Complainant's marks as well.

- This also accounts for the domain name <deutschesgrandmonaco.com>, pointing to a German-language casino website, as "deutsches" simply means "German" in German language.

(ii)     The Complainant further contends that the Respondents have no rights or legitimate interests in respect of the domain names as they do not enjoy rights in trademarks including the words "Grand" and "Monaco", have no geographical link with the Principauté de Monaco, have not been licensed or authorized by the Complainant and are not allowed to operate a casino in Monaco.

(iii)    The Complainant finally contends that the domain names were registered and are being used in bad faith as the Respondents are professionals in the gambling business as managers of gaming companies within the PlayShare Group, which is seeking to become one of the top five gaming companies worldwide in the near future. The strong notoriety and world renown of the Complainant's marks can therefore not have gone unknown by the Respondents. This impression is supported by the disclaimer inserted at the bottom of each page under the disputed domain names, pointing out that such site is not related to the Principality of Monaco or any of the land-based casino operations located there. Furthermore, the Respondents are supposed to pass off on the Complainant's trademarks and renown in order to attract Internet users for commercial gain, thus creating a risk of confusion, which is evidence of bad faith registration and use. Most of the disputed domain names point to the same casino website. To the extent that they are inactive, the Respondents must have acquired them to prevent the Complainant from using them – such passive use is also supposed to demonstrate bad faith use and registration under the Policy as use in a legitimate manner cannot be imagined.

The Complainant designates the courts of the United States of America where the Registrar is located as courts of Mutual Jurisdiction under paragraph 3(b)(xiii) of the Rules. The location of the Registrar is Scottsdale, Arizona, United Sates of America.

## B.    Respondent

As the Statement by the Respondent Maxwell G. Wright was filed with the Center together with the Response and is referred to therein, the Panel will treat it as part of the Response.

The Respondents contend that none of the three elements specified in paragraph 4(a) of the Policy are given in the present case:

(i)      The domain names are neither confusingly similar to the Complainant's mark CASINO DE MONTE-CARLO nor to the Complainant's mark CASINO DE MONACO as they all include the word "Grand", making them significantly different from the Complainant's marks. Furthermore, none of disputed domain names incorporates the word "Monte Carlo", while some of them refer to "Monaco" as a geographical term distinct from Monte Carlo. The mark CASINO DE MONACO, however, is *prima facie* unregistrable and has not acquired a secondary meaning. It is not a well-known mark either. On the other side, the disputed domain name <grandmonaco.com> has acquired an independent reputation on account of extensive use for online gambling purposes since it was

first registered in 2000. It must also be taken into account that the Respondents are engaged in online gambling, a very different field of gambling as compared to the Complainant's business. Even to the extent the disputed domain names incorporate the word "casino" they are not confusingly similar to the Complainant's marks. However, the Respondents would agree to the cancellation of such domain names after a period of grace of one month. The Respondents also contend that the Complainant's monopoly to operate casinos in Monaco is not sufficiently known to the Internet users visiting the Respondents' website, who would not expect a connection between this monopoly and such website, and that this monopoly lasted only until April 1, 2007.

(ii)  The Respondents further contend that they do have rights and legitimate interests in respect of the domain names as the domain names have been in legitimate, albeit intermittent, use for gaming purposes since at least July 2000 (in particular, the domain name <grandmonaco.com> was in use for some time in 2000). The Respondents further state that their company PlayShare.com PLC bought the domain names in good faith with effect from November 1, 2006 as part of Grand Gaming Group, an established business that had been trading extensively since June 25, 2006, and that PlayShare.com PLC and its predecessors have made extensive use of the primary names <grandmonaco.com> and <deutschesgrandmonaco.com>, thereby building up a reputation among its customers as proprietors of the name "Grand Monaco", including a network of relationships with agencies and affiliated third parties. The disputed domain names are vital to the Respondents' business and the Respondents would not have acquired Grand Gaming Group had they known of any risk related to the underlying domain names. Finally, the Respondents contend that no adverse inference should be drawn from the disclaimer, which was put in place by the previous owners of the domain names on October 7, 2006.

(iii) The Respondents finally contend that the domain names were neither registered nor being used in bad faith as there is no reference on the websites under the domain names to the Complainant's business, in particular not its casino. The Respondents claim to enjoy an independent reputation in the name "Grand Monaco", which had been on the Register without being challenged for six years and had been used extensively at various times during such period before the Respondents acquired the disputed domain names. The disputed domain names are based on the geographical word "Monaco" which is not (part of) the Complainant's name. Even if they are part of a registered trademark, geographical names may not be monopolized, especially not if they are particularly attractive because of the glamorous associations they evoke as in the present case.

With regard to subsequent litigation, the Respondents contend that the only courts of Mutual Jurisdiction under paragraph 3(b)(xiii) of the Rules are the courts of England and Wales. They argue that they have not entered into a registration agreement with the registrar but only a *transfer agreement*, which does not include a submission to the courts of the Registrar's location for disputes concerning or arising from the use of the domain name, while the definition of Mutual Jurisdiction as in paragraph 1 of the Rules stipulates that the domain name holder must have submitted in its *registration agreement* to the jurisdiction of the principal office of the Registrar for court adjudication of this type of disputes.

## 6.  Discussion and Findings

The first point to be dealt with is the admissibility of the Complainant's Reply and the relevance of the correspondence stimulated by such supplemental submission.

The Rules do not allow the parties to file supplemental submissions on their own volition and paragraph 12 provides that a Panel may in its sole discretion request further statements or documents from either of the parties. Thus, no party has the right to insist upon the admission of additional arguments or evidence.

Grounds justifying new submissions are above all the existence of new pertinent facts that did not arise until after the complaint was filed. For instance, if the respondent raises objections that could not have been anticipated when the complaint was filed, the panel can give the complainant a right to reply to the submission or may accept the complainant's unsolicited additional submission (see *Universal City Studios, Inc. v. G.A.B. Enterprises*, WIPO Case No. D2000-0416 - <fieldofdreams.com>; *QNX Software Systems Ltd. v. Future Media Architects, Inc. and Thunayan K AL-Ghanim*, WIPO Case No. D2003-0921 - <qnx.info>; *Goldline International, Inc. v. Gold Line*, WIPO Case No. D2000-1151 - <goldline.com>).

The Complainant does not cite any exceptional circumstances necessitating further submissions, nor does the Reply itself disclose any relevant new facts or legal authority not available at the time the Complaint was submitted. Instead, the Complainant appears to have submitted the Reply solely to reciprocate the arguments presented in the Response. Such a reply is not justified under the Rules.

Therefore, the Panel elects not to accept the Complainant's supplemental submission and supporting documents and has not relied on them in reaching this decision. The same applies to the subsequent submissions by both parties.

Second, the Respondents initiated an argument on the competent court of Mutual Jurisdiction. When contending that only the transfer agreement with the Registrar is relevant in this regard, they ignore the fact that the continued registration of disputed domain names with Go Daddy Software is subject to such registrar's registration agreement. According to the Panel's own research, the Transfer Agreement includes a provision submitting transferees to the original domain name registration agreement, as its section 7 reads as follows: "You understand that this is a request for a domain name transfer of registrars. By acceptance of this Transfer Agreement, you are requesting that the domain name registration be transferred from the current registrar to Go Daddy. As the current authorized Registrant of the domain name(s), you agree to authorize this transfer by notifying your Administrative contact of his/her responsibilities with respect to this transfer. You acknowledge that you and Go Daddy have entered into a Domain Name Registration Agreement (hereinafter referred to as 'Registration Agreement'). You have read, understood, and agree to be legally bound by the agreements that govern all domain names registered through Go Daddy as found on the legal agreements page, including the Domain Name Registration Agreement; the dispute policy; this Agreement; any Go Daddy policies and procedures that are or may be published from time to time by Go Daddy, ICANN, and/or the Registry Administrator chosen by ICANN." The registration agreement, in turn, establishes the registrar's location as possible Mutual Jurisdiction, which has therefore validly been selected by the Complainant in this case and confirmed by Go Daddy Software in its communication with the Center dated March 15, 2007. As a result, Mutual Jurisdiction under paragraph 3(b)(xiii) of the Rules lies with the courts of Scottsdale, Arizona, United States of America.

Under paragraph 4(a) of the Policy, the Complainant must prove that each of the following three elements are present:

(i)     the domain name is identical or confusingly similar to the Complainant's trademark;  and

(ii)    the Respondent has no rights or legitimate interests in respect of the domain name;  and

(iii)   the domain name has been registered and is being used in bad faith.

## A.    Identical or Confusingly Similar

The Respondents question the inherent registrability of the Complainant's mark CASINO DE MONACO. However, as the Complainant submitted evidence of the registration of this mark, its possibly descriptive character is not relevant with respect to the requirements of paragraph 4(a)(i) of the Policy. It is not for the Panel to judge the validity of a trademark registered with an official trademark office (cf. *La Société Anonyme des Bains de Mer et du Cercle des Étrangers à Monaco v. Thomas Proud*, WIPO Case No. D2000-1316 - <casinodemonaco.com>).

In order to compare the disputed domain names to the Complainant's marks, both designations must be compared as a whole (cf. *La Société des Bains de Mer et du Cercle des Étrangers à Monaco v. Martini Bt.*, WIPO Case No. D2000-1318 - <casino-monaco.com>). However, the specific top level domain name is to be left out as it is not an element of distinctiveness that can be taken into consideration when evaluating the identity and similarity of the Complainant's trademark and the disputed domain name (cf. *Magnum Piering, Inc. v. The Mudjackers and Garwood S. Wilson, Sr.*, WIPO Case No. D2000-1525 - <magnumpiering.com> et al.; *Phenomedia AG v. Meta Verzeichnis Com*, WIPO Case No. D2001-0374 - <moor-huhn.com>).

While the Complainant does not enjoy trademark rights in the geographical locations "Monaco" or "Monte-Carlo" as such, it is the combination of these with the term "casino" that distinguishes the Complainant's marks and points to the Complainant's famous casino.

Next to the word "Monaco", the disputed domain names all contain the additional element "grand" that is strongly linked to the gambling industry and, next to the location Monaco, evokes the Casino of Monte-Carlo (cf. *Société des Bains de Mer et du Cercle des Étrangers à Monaco v. None*, WIPO Case No. D2004-0415 - <monte-carlogrand.com> et al.; *Société des Bains de Mer et du Cercle des Étrangers à Monaco v. Corril Holding N.V.*, WIPO Case No. D2005-1342 - <montecarlograndcasino.com>). It is a conceptual similarity that exists here between the Complainant's marks and the disputed domain names. As a general principle, such similarity can be sufficient to find for confusing similarity, even in the absence of a strong visual or phonetical similarity, based on the idea a certain phrase suggests. The domain names <grand-monaco.com>, <grandmonaco.com>, <grandmonaco.net> and <grandmonaco.org> are therefore confusingly similar to the Complainant's mark CASINO DE MONACO.

The rest of the disputed domain names contain further elements. Where the word "casino" is added, the conceptual, visual and phonetical similarity with the Complainant's mark CASINO DE MONACO is even stronger. Thus, the domain names <casinograndmonaco.com>, <casinograndmonaco.net>,

<casinograndmonaco.org>, <grandmonacocasinoclub.com>, <grandmonacocasinoclub.net>, <grandmonacocasinoclub.org>, <grand-monaco-casino.com>, <grandmonacocasino.com>, <grandmonacocasino.net> and <grandmonacocasino.org> are also confusingly similar to the Complainant's mark CASINO DE MONACO.

Finally, there are the disputed domain names containing "Monaco", "grand" and additional generic elements, i.e. <deutschesgrandmonaco.com>, <grandmonacoayda.com>, <grandmonacoayuda.com>, <grandmonacobingo.com>, <grandmonacobingo.net>, <grandmonacoclub.com>, <grandmonacocraps.com>, <grandmonacogames.com>, <grandmonacogames.net>, <grandmonacogaming.com>, <grandmonacogaming.net>, <grandmonacohost.com>, <grandmonacohosts.com>, <grandmonacolottery.com>, <grandmonacolottery.net>, <grandmonacolotto.com>, <grandmonacolounge.com>, <grandmonacomahjong.com>, <grandmonacomillions.com>, <grandmonacomillions.net>, <randmonacomillions.org>, <grandmonaconews.com>, <grandmonacoonlinecasino.com>, <grandmonacoonlinegaming.com>, <grandmonacoonlinepoker.com>, <grandmonacopartners.com>, <grandmonacoplayersclub.com>, <grandmonacoplayersclub.net>, <grandmonacopokerclub.com>, <grandmonacopokerclub.net>, <grandmonacopokerclub.org>, <grand-monaco-poker.com>, <grandmonacopoker.com>, <grandmonacopoker.net>, <grandmonacopoker.org>, <grandmonacopromotions.com>, <grandmonacoracebook.com>, <grandmonacoracebook.net>, <grandmonacoracebook.org>, <grandmonacorewards.com>, <grandmonacoskillgames.com>, <grandmonacoskillgames.net>, <grandmonacoslots.com>, <grandmonacosportsbook.com>, <grandmonacosportsbook.net>, <grandmonacosports.com>, <grandmonacosports.net>, <grandmonacostore.com>, <grandmonacosupport.com>, <grandmonacovideopoker.com>, <pokergrandmonaco.com> and <pokergrandmonaco.org>. In no case does the addition of the descriptive term destroy the conceptual similarity between the disputed domain name and the Complainant's mark as described above, regardless of whether the generic term added is related to gambling or not and regardless of whether the descriptive term includes a typographical error as in <grandmonacoayda.com> (instead of "ayuda" which is Spanish and means "help"). As a result, these domain names are confusingly similar to the Complainant's mark CASINO DE MONACO as well.

The Panel wishes to point out that confusing similarity is also given between all of the disputed domain names and the Complainant's well-known mark CASINO DE MONTE-CARLO. As many previous UDRP panels have found, Monte Carlo is commonly associated with the State of Monaco (cf. *Société des Bains de Mer et du Cercle des Étrangers à Monaco v. Empire Online Ltd.*, WIPO Case No. D2006-0289 - <monacogoldcasino.com> with further references). The geographical locations "Monaco" and "Monte-Carlo" are therefore interchangeable if used together with the noun "casino".

It is undisputed that the Complainant's mark CASINO DE MONTE-CARLO is well-known and enjoys a substantial reputation. This is in the view of the Panel regardless of whether the Complainant's exclusive concession for gambling in Monaco ended in April 2007 or not.

As a result, the domain names are confusingly similar to the Complainant's trademark CASINO DE MONACO as well as to the Complainant's trademark CASINO DE MONTE-CARLO under paragraph 4(a)(i) of the Policy.

### B.    Rights or Legitimate Interests

Paragraph 4(c) of the Policy sets out three illustrative circumstances as examples which, if established by the respondent, shall demonstrate its rights to or legitimate interests in the domain name for purposes of paragraph 4(a)(ii) of the Policy, i.e.

(i)     before any notice to the respondent of the dispute, the use by the respondent of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a *bona fide* offering of goods or services; or

(ii)    the respondent (as an individual, business or other organization) has been commonly known by the domain name, even if the respondent has acquired no trademark or service mark rights; or

(iii)   the respondent is making a legitimate non-commercial or fair use of the domain name, without intent for commercial gain to misleadingly divert customers or to tarnish the service marks at issue.

As the Respondents wish to rely on paragraph 4(c)(i) of the Policy, the question is whether they used the disputed domain names in connection with a *bona fide* offering of goods or services. It is hard to imagine that they did not know about the Complainant and its activities with a view to the disclaimer on the websites under all of the active disputed domain names and the fact that the Respondent Max Wright explicitly acknowledges the "substantial reputation in the name "Casino de Monte Carlo"" and that such "is the name by which the Complainant's main Casino is known the world over". Even if the Respondents wrongly assumed that the disputed domain names were not confusingly similar to the Complainant's mark CASINO DE MONTE –CARLO, this erroneous legal conclusion would not be sufficient to consider the Respondents' offering of services as being in good faith, as they were well aware of the underlying facts. It is a general legal principle that a mistake or error of law (as opposed to an error of fact) is, at least where it can be avoided, not a justification or an exculpation and therefore irrelevant. The buyer of a domain name must always anticipate the possibility of cyber squatting procedures. Moreover, at the time of the acquisition of the domain names in 2006, the Respondents would have found many decisions against holders of domain names very similar to the disputed domain names had they done any searches. They have therefore not offered their services in good faith.

Whether any of the Respondents' predecessors used (some of) the disputed domain names in good faith at some earlier stage is not relevant here, as the Respondents themselves must have acted *bona fide* and they can only have done so after the acquisition of the disputed domain names. Nor does it make any difference that the Respondents' business will allegedly suffer damages in case the domain names are transferred to the Complainant – the mere fact that the Respondents incurred expenses and have invested a sum of money in the domain names does not confer a legitimate right or interest onto them (cf. *Société des Bains de Mer et du Cercle des Étrangers à Monaco v. Javier Llorens*, WIPO Case No. D2000-1319 - <casinomonaco.net>).

To sum up, the Respondents did not use the domain names in connection with a *bona fide* offering of goods or services under paragraph 4(c)(i) of the Policy.

The Respondents further contend that PlayShare and its predecessors have built up an independent reputation of the name "Grand Monaco", thus referring to paragraph 4(c)(ii) of the Policy. However, this allegation is not supported by any

evidence whatsoever, and the mere allegation is not sufficient to meet the Respondents' burden of proof after the Complainant has established *prima facie* that the Respondents do not enjoy rights to or legitimate interests in the disputed domain names. Therefore, the Respondents cannot rely on paragraph 4(c)(ii) of the Policy either.

As a result, the Respondents cannot claim rights to or legitimate interests in the disputed domain names under paragraph 4(a)(ii) of the Policy.

## C.    Registered and Used in Bad Faith

Paragraph 4(b) of the Policy sets out four illustrative circumstances, which, though not exclusive, shall be evidence of the registration and use of the domain name in bad faith for purposes of paragraph 4(a)(iii) of the Policy, i.e.

(i)     circumstances indicating that the respondent has registered or acquired the domain name primarily for the purpose of selling, renting or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of the respondent's documented out-of-pocket costs directly related to the domain name;  or

(ii)    the respondent has registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that the respondent has engaged in a pattern of such conduct;  or

(iii)   the respondent has registered the domain name primarily for the purpose of disrupting the business of a competitor;  or

(iv)    by using the domain name, the respondent has intentionally attempted to attract, for commercial gain, Internet users to its website or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of the respondent's website or location or of a product or service on its website or location.

The circumstances mentioned in paragraph 4(b) of the Policy are not exclusive, while the two elements of the third requirement of the Policy are cumulative conditions:  the Complainant must show that the domain name was registered in bad faith and is being used in bad faith.

As outlined above, the Respondents (professionals in the gambling business) were well aware of the Complainant's rights in the name and trademark CASINO DE MONTE-CARLO when they registered (acquired) the disputed domain names, which were therefore registered in bad faith.

To the extent that the disputed domain names resolve to an active website (as most of them do), they all lead Internet users to the same site, where visitors can play online casino games by downloading casino software. This type of bad faith use is addressed by paragraph 4(b)(iv) of the Policy - the Respondents intentionally attempt to attract, for commercial gain, Internet users to their website by creating a likelihood of confusion with the Complainant's mark as to the source, sponsorship, affiliation, or endorsement of the Respondents' website. Again, this is regardless of whether the Respondents arrived at the correct legal conclusion regarding confusing similarity between the disputed domain names and the Complainant's mark CASINO DE

MONTE-CARLO: The disputed domain names attract Internet users due to their suggestion of affiliation with the Complainant's well-known mark of which the Respondents have always been aware.

To the extent, however, that the Respondents have not yet constructed websites under the disputed domain names (as is the case for some of them, which are parked "courtesy of GoDaddy.com"), this behavior is to be considered as a case of passive holding, which corresponds to an active use (cf. *Telstra Corporation Limited v. Nuclear Marshmallows*, WIPO Case No. D2000-0003 - <telstra.org>; *American Home Products Corporation v. Haymont Veterinary Clinic*, WIPO Case No. D2000-0502 - <etogesic.com>; *Jupiters Limited v. Aaron Hall*, WIPO Case No. D2000-0574 - <jupiters-casino.com>; *Teledesic LLC v. McDougal Design*, WIPO Case No. D2000-0620 - <internet-in-the-sky.org> with further references), mainly for two reasons: the strong reputation of the Complainant's CASINO DE MONTE-CARLO mark on the one hand and the fact that it is impossible to conceive a good faith use of such domain names by the Respondents that would not be illegitimate on the other hand.

All disputed domain names are therefore being used in bad faith pursuant to paragraph 4(a)(iii) of the Policy.

As a result, the requirements of paragraph 4(a)(iii) of the Policy have also been fulfilled.

## 7.   Decision

For all the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel orders that the domain names

<casinograndmonaco.com>
<casinograndmonaco.net>
<casinograndmonaco.org>
<deutschesgrandmonaco.com>
<grandmonacoayda.com>
<grandmonacoayuda.com>
<grandmonacobingo.com>
<grandmonacobingo.net>
<grandmonacocasinoclub.com>
<grandmonacocasinoclub.net>
<grandmonacocasinoclub.org>
<grand-monaco-casino.com>
<grandmonacocasino.com>
<grandmonacocasino.net>
<grandmonacocasino.org>
<grandmonacoclub.com>
<grand-monaco.com>
<grandmonaco.com>
<grandmonacocraps.com>
<grandmonacogames.com>
<grandmonacogames.net>
<grandmonacogaming.com>
<grandmonacogaming.net>
<grandmonacohost.com>

<grandmonacohosts.com>
<grandmonacolottery.com>
<grandmonacolottery.net>
<grandmonacolotto.com>
<grandmonacolounge.com>
<grandmonacomahjong.com>
<grandmonacomillions.com>
<grandmonacomillions.net>
<grandmonacomillions.org>
<grandmonaco.net>
<grandmonaconews.com>
<grandmonacoonlinecasino.com>
<grandmonacoonlinegaming.com>
<grandmonacoonlinepoker.com>
<grandmonaco.org>
<grandmonacopartners.com>
<grandmonacoplayersclub.com>
<grandmonacoplayersclub.net>
<grandmonacopokerclub.com>
<grandmonacopokerclub.net>
<grandmonacopokerclub.org>
<grand-monaco-poker.com>
<grandmonacopoker.com>
<grandmonacopoker.net>
<grandmonacopoker.org>
<grandmonacopromotions.com>
<grandmonacoracebook.com>
<grandmonacoracebook.net>
<grandmonacoracebook.org>
<grandmonacorewards.com>
<grandmonacoskillgames.com>
<grandmonacoskillgames.net>
<grandmonacoslots.com>
<grandmonacosportsbook.com>
<grandmonacosportsbook.net>
<grandmonacosports.com>
<grandmonacosports.net>
<grandmonacostore.com>
<grandmonacosupport.com>
<grandmonacovideopoker.com>
<pokergrandmonaco.net>>
<pokergrandmonaco.org>

be transferred to the Complainant.

---

Brigitte Joppich
Sole Panelist

Dated:  May 25, 2007

John C. West - 007233
jwest@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| PLAYSHARE PLC, LUCAN TOH, MAX WRIGHT, <br><br> Plaintiffs, <br><br> vs. <br><br> SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO, <br><br> Defendant. | Case No. 2:07-cv-01203-PGR |

## DECLARATION OF MATTHEW JAMES DICK

I, MATTHEW JAMES DICK of 3 Lincoln's Inn Fields, London WC2A 3AA declare as follows:

1.     I am an associate solicitor in the firm of Bristows, a firm of English solicitors which is acting as agent for Société des Bains de Mer et du Cercle des Étrangers à Monaco's ("SBM") attorneys, Quinn Emanuel Urquhart Oliver & Hedges LLP. I am over 18 years of age and am not a party to the action. I submit this declaration in support of SBM's Motion To Transfer Or, In the Alternative, To Dismiss. Save where otherwise indicated, the facts and matters set out in this Declaration are within my knowledge and are true. Where details stated below are not within my own knowledge, I will state the source of my information and in each

3079883v1(99999.1)

1 | case I believe such information to be true.

2 |     2.    Under the supervision of Brian Cordery, a partner of Bristows, I have

3 | been involved in the attempted service of pleadings filed by SBM in the District

4 | Court of the Southern District of New York (the "New York Action") upon the

5 | Plaintiffs named herein.  The affidavit of my colleague, Ellen Georgina Hughes-

6 | Jones, sworn on 15 June 2007 and already filed with the Court in relation to the New

7 | York Action, confirms service of that proceeding on Plaintiffs Playshare plc and

8 | Lucan Toh.

9 |     3.    On June 12, 2007, pleadings filed by SBM in connection with the New

10 | York Action were sent to Maxwell Wright by first class post to his last known

11 | residential address according to the details for directors held by Companies House

12 | (namely, 25 Brockhill Road, Hythe, Kent CT21 4AE).  A copy of this extract is

13 | exhibited hereto as "MJD-1".  A letter of service from Bristows was sent to

14 | accompany the Proceedings.  A copy of this letter is exhibited hereto as "MJD-2".

15 | Service by first class post on individuals is a valid method of service according to the

16 | Civil Procedure Rules ("CPR") which govern civil litigation in England and Wales.  I

17 | exhibit as "MJD-3" a copy of an extract from the CPR (2007) Part 6, which sets out

18 | the relevant rule.

19 |     4.    On 14 June 2007, SBM's pleadings as sent to Maxwell Wright were

20 | returned to Bristows marked "Return to Sender" with a note that the addressee

21 | (Maxwell Wright) had moved away.  The address recorded for Maxwell Wright at

22 | Companies House therefore appears to be incorrect.  Notwithstanding his duty to

23 | inform Companies House within 14 days of any change of his address, Mr. Wright

24 | has not done so.

25 |     5.    On the same day (14 June 2007) I spoke on the telephone with Mr.

26 | Warner Jerrard, a Solicitor working at the London law firm Hamilton Downing

<div align="center">2</div>

1  Quinn. Mr. Jerrard represented Maxwell Wright in the proceedings commenced by

2  SBM on 21 March 2007 before the World Intellectual Property Organization

3  ("WIPO") pursuant to the Uniform Domain Name Dispute Resolution Policy, as

4  referred to at paragraph 47 of the Amended Complaint to the New York Action. Mr.

5  Jerrard is also currently representing Maxwell Wright (and Lucan Toh and Playshare

6  plc) in proceedings commenced against Mr. Wright in the UK by SBM on the

7  grounds of trade mark infringement and passing off ("the UK Proceedings"). I

8  exhibit as "MJD-4" a copy of a letter dated 13 June 2007 from Messrs. Hamilton

9  Downing Quinn to Bristows confirming that Hamilton Downing Quinn accepted

10  service of the UK Proceedings on behalf of Maxwell Wright. Mr. Jerrard's reference

11  ("WJ.GA71-2") can be seen towards the top of this letter.

12          6.      I asked Mr. Jerrard to confirm, in the absence of an accurate address for

13  Maxwell Wright held at Companies House, whether he was authorised to accept

14  service of the New York Action on behalf of Mr. Wright, given that he had accepted

15  service of the UK Proceedings on his behalf. Mr. Jerrard said that he was not so

16  authorised. I then asked if Mr. Jerrard would provide me with an alternative address

17  for service for Mr. Wright. Mr. Jerrard refused to do so.

18          7.      On 15 June 2007 I sent a letter to Mr. Jerrard asking him to reconsider

19  his position. I also notified Mr. Jerrard of our intention to apply to the English Court

20  for an Order compelling him to accept service of the New York Action on behalf of

21  Mr. Wright unless he agreed to accept service voluntarily on his behalf. I exhibit as

22  "MJD-5" a copy of this letter.

23          8.      In the absence of a satisfactory response from Mr. Jerrard, on 20 June

24  2007 I appeared before a Master of the Supreme Court of England and Wales (Master

25  Moncaster) to make an application for an Order that Mr. Jerrard be compelled to

26  accept service of the New York Action on behalf of Maxwell Wright. I exhibit as

3

1  "MJD-6" a copy of the Application Notice and draft Order in relation to this hearing.

2       9.    Although he agreed that Mr. Jerrard was being 'unhelpful' in his

3  refusal to accept service on behalf of Mr. Wright (or to provide an alternative address

4  for service for Mr. Wright), Master Moncaster felt unable to grant the Order sought

5  for lack of jurisdiction.

6       10.    On 22 June 2007 I instructed a UK enquiry agent, Mr. Tim Dabin of

7  Priaulx Associates, to undertake searches of the electoral roll, credit databases and

8  other lawful investigations in an effort to trace Mr. Wright's current address.  Mr.

9  Dabin located an alternative residential address at 25A Dempster Road, London

10  SW18 1AS, where Mr. Wright had resided fairly recently.  On my instructions, Mr.

11  Dabin visited this address and made enquiries regarding Maxwell Wright at

12  neighbouring properties.  None of the residents with whom he spoke had any

13  knowledge of Maxwell Wright.

14       11.    It should be noted that on 6 June 2007 the UK Proceedings were sent

15  by first class post to the address held for Mr. Wright at UK Companies House

16  (namely, 25 Brockhill Road, Hythe, Kent CT21 4AE).  This is the same address to

17  which the New York Action pleadings were sent on 12 June 2007.  The UK

18  Proceedings were not returned to us, and we were not informed that Mr. Wright had

19  moved from that address at the time.  As stated at paragraph 5 above, Warner Jerrard

20  has accepted service of the UK Proceedings on behalf of Mr. Wright.

21       12.    According to the UK Land Registry, the property at 25 Brockhill Road,

22  Hythe, Kent CT21 4AE is owned by a George Walter Edward Wright.  I exhibit as

23  "MJD-7" a copy from the Land Registry Proprietorship Register dated 29 June 2007

24  confirming this.  I exhibit as "MJD-8" copies from the UK Companies House register

25  dated 13 July 2007 showing that both George Walter Edward Wright and Elizabeth

26  Ann Wright are registered as directors of a company unconnected with either the UK

4

Proceedings or New York Action, and have given their addresses as 25 Brockhill Road, Saltwood, Hythe, Kent CT21 4AE.  The dates of birth for George Wright and Elizabeth Wright are given, respectively, as 27 June 1944 and 18 June 1944.  It seems likely that these individuals are related to Maxwell Wright (and are, quite possibly, his parents).  Given that the UK Proceedings were not returned from this address when sent there on 12 June 2007, I infer that George and Elizabeth Wright normally accept posted mail on behalf of Maxwell Wright (although he no longer appears to reside at this address).  I also infer that following service of the UK Proceedings at this address, George and Elizabeth Wright have been instructed by Maxwell Wright not to accept any further documents received by them and addressed for his attention (and to return any such documents to the sender) in an attempt to evade service of the New York Action on him.

13.    Despite the various attempts outlined above, a valid residential address for Maxwell Wright could not be found and valid service of the New York Action could not be effected on him.  Nevertheless, given the above information it seems highly unlikely that Mr. Wright could deny knowledge of the New York Action against him.  As referred to in paragraph 2 above, the New York Action pleadings were deemed validly served on Playshare plc on 13 June 2007.  Maxwell Wright is a director of Playshare plc and also the Chief Executive Officer of this company.  He is likely to have been advised of the service of the New York Action on Playshare plc, and those documents make clear that he himself is also listed as a defendant.  Furthermore, Warner Jerrard (who is the attorney representing Mr. Wright in the UK Proceedings and therefore likely to be in regular contact with him) was also made aware of the New York Action against his client as indicated in paragraphs 6 and 7 above.

14.    On 25 June 2007 I wrote a further letter to Warner Jerrard, Mr.

5

Wright's UK attorney, informing him that his client's ongoing refusal to provide us with a valid address for service of the New York Action was causing much unnecessary work in trying to locate him.  I exhibit as "MJD-9" a copy of this letter.

15.     Despite such ongoing communication with Mr. Wright's UK attorney since 14 June 2007, I am advised by SBM's attorneys, Quinn Emanuel Urquhart Oliver & Hedges LLP that the New York Action Defendants' US attorneys White & Case LLP confirmed only on 2 July 2007 that they were representing all Defendants in the New York Action and would accept service on their clients' behalf, including Mr. Wright.

16.     In the circumstances, the Plaintiffs were undoubtedly aware from at least 13 June 2007 (when the New York Action pleadings were served on Playshare plc) of the existence of the proceeding filed in the Southern District Court of New York on 6 June 2007.  This is some time before the Plaintiffs issued proceedings in the District Court of Arizona that I am advised by SBM's attorneys were filed on 19 June 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of July 2007.

Matthew James Dick

3079883v1(99999.1)

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

                                 **Case No. 2:07- cv-01203 (PGR)**

                 Plaintiffs,


           vs.

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,


               Defendant.


---

### EXHIBIT "MJD-1"

---


This is the exhibit marked "MJD-1" referred to in the Declaration of MATTHEW JAMES DICK declared this 13ᵗʰ day of July 2007

 Companies House Direct

---

## COMPANY APPOINTMENTS



---

| | |
|---|---|
| Registered No.: | 05863469 |
| Name: | PLAYSHARE PLC |
| | |
| Address: | 7 QUEEN STREET |
| | LONDON |
| | W1J 5PB |

---

Company Appointments: 5 / Resignations: 4

**Exclude**  Resignations

To view details of other appointments held, click on the appropriate underlined name.

MORSE, CHRISTOPHER CHARLES
THE ELMS
MARSHSIDE
CANTERBURY
KENT
CT3 4EE
Date of Birth: 01/11/1950
Company Appointments: 152

SECRETARY
Appointed: 30/06/2006
Nationality: BRITISH

PATERSON BROWN, TIMOTHY
33 ASHLEY GARDENS
AMBROSDEN AVENUE
LONDON
SW1P 1QE
Date of Birth: 27/09/1960
Company Appointments: 14

DIRECTOR
Appointed: 18/08/2006
Nationality: BRITISH

SANDYS, RODERICK JULIAN FREDERICK
48 TACHBROOK STREET
LONDON
SW1V 2NA
Date of Birth: 15/09/1977
Company Appointments: 9

DIRECTOR
Appointed: 30/06/2006
Nationallty: BRITISH

SMEDLEY, STEPHEN
NO 1 THE MEADOWS
ALCAIDESA
CADIZ
11300
SPAIN
FOREIGN
Date of Birth: 28/01/1975
Company Appointments: 1

DIRECTOR
Appolnted: 30/01/2007
Nationality: BRITISH

 WRIGHT, MAXWELL GEORGE
25 BROCKHILL ROAD
HYTHE
KENT

DIRECTOR
Appointed: 02/10/2006
Nationallty: BRITISH

Companies House Direct

CT21 4AE
**Date of Birth:** 21/03/1979
**Company Appointments:** 8

**SWIFT INCORPORATIONS LIMITED**
1 MITCHELL LANE
BRISTOL
BS1 6BU

SECRETARY
**Appointed:** 30/06/2006
**Resigned:** 30/06/2006
**Nationality:** BRITISH

**Company Appointments:** more than 1000
Click HERE for a full count of this persons appointments.

**FORSYTH, ROBERT PAUL EDWARD**
344 GARDINERS ROAD,
HAREWOOD
CHRISTCHURCH
NEW ZEALAND
**Date of Birth:** 23/01/1980
**Company Appointments:** 1

DIRECTOR
**Appointed:** 19/07/2006
**Resigned:** 30/01/2007
**Nationality:** NEW ZEALAND



**FORSYTH, STEPHEN ANDREW**
PO BOX 42127
ABU DHABI
UNTED ARAB EMIRATES
FOREIGN
**Date of Birth:** 26/05/1950
**Company Appointments:** 17

DIRECTOR
**Appointed:** 18/08/2006
**Resigned:** 16/11/2006
**Nationality:** BRITISH

**TOH, LUCAN MICHAEL**
FLAT 32
64 BUCKINGHAM GATE
LONDON
SW1E 6AR
**Date of Birth:** 14/02/1980
**Company Appointments:** 3

DIRECTOR
**Appointed:** 30/06/2006
**Resigned:** 20/11/2006
**Nationality:** IRISH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

**Case No. 2:07- cv-01203 (PGR)**

Plaintiffs,


vs.


SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,


Defendant.


---

**EXHIBIT "MJD-2"**

---


This is the exhibit marked "MJD-2" referred to in the Declaration of MATTHEW JAMES
DICK declared this  13th  day of July 2007


20817356

3 Lincoln's Inn Fields
London WC2A 3AA

telephone
+44 (0)20 7400 8000

facsimile
+44 (0)20 7400 8050

email
info@bristows.com

website
www.bristows.com

DX269 London
(Chancery Lane)

Our ref:    404/BDC/10124 0001

Your ref:

12 June 2007

# BRISTOWS

**Maxwell Wright**
25 Brockhill Road
Hythe
Kent CT21 4AE

<u>BY FIRST CLASS POST</u>

Dear Sir

**Société des Bains de Mer et du Cercle des Étrangers à Monaco v (1) PlayShare PLC (2) Grand Monaco Ltd, (3) GamShare (UK) Ltd, (4) Lucan Toh, (5) Maxwell Wright and (6) Hilstead Ltd**
**United States District Court, Southern District of New York**
**Case No. 07 Civ 4802**

We are English solicitors acting as agents for Quinn Emanuel of 51 Madison Avenue, 22nd Floor, New York, 10010.

We enclose, by way of service, the following documents:

    1.    Civil Cover Sheet;

    2.    Complaint filed against you by the above Plaintiff;

    3.    Summons dated 6 June 2007;

    4.    Plaintiff's Disclosures pursuant to Rule 7.1;

    5.    Individual Practices of Judge Deborah A. Batts and Magistrate Judge Ronald L. Ellis;

    6.    Amended Complaint;

    7.    Amended Summons dated 7 June 2007; and

    8.    Letter to Judge Deborah A. Batts dated 7 June 2007.

You will note that your address contained in the proceedings detailed above is the address as set out in the Response to ICANN Complaint D2007-0249 by the Respondents dated 27 April 2007. We are, however, sending this letter and

enclosures to your residential address as obtained from the most recent UK Companies House records.

Yours faithfully

*Bristows*

**Bristows**

Encs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

Case No. 2:07- cv-01203 (PGR)

Plaintiffs,

vs.

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

Defendant.

---

**EXHIBIT "MJD-3"**

---

This is the exhibit marked "MJD-3" referred to in the Declaration of MATTHEW JAMES DICK declared this 13ᵗʰ    day of July 2007

20817356

| | |
|---|---|
| Service out of the jurisdiction where the permission of the court is not required | Rule 6.19 |
| Service out of the jurisdiction where the permission of the court is required | Rule 6.20 |
| Application for permission to serve claim form out of jurisdiction | Rule 6.21 |
| Period for acknowledging service or admitting the claim where the claim form is served out of the jurisdiction under rule 6.19 | Rule 6.22 |
| Period for filing a defence where the claim form is served out of the jurisdiction under rule 6.19 | Rule 6.23 |
| Method of service – general provisions | Rule 6.24 |
| Service through foreign governments, judicial authorities and British Consular authorities | Rule 6.25 |
| Procedure where service is to be through foreign governments, judicial authorities and British Consular authorities | Rule 6.26 |
| Service in accordance with the Service Regulation | Rule 6.26A |
| Service of claim form on State where court permits service out of the jurisdiction | Rule 6.27 |
| Translation of claim form | Rule 6.28 |
| Undertaking to be responsible for expenses of the Foreign and Commonwealth Office | Rule 6.29 |
| Service of documents other than the claim form | Rule 6.30 |
| Proof of service | Rule 6.31 |
| **IV SERVICE OF FOREIGN PROCESS** | |
| Scope and definitions | Rule 6.32 |
| Request for service | Rule 6.33 |
| Method of service | Rule 6.34 |
| After service | Rule 6.35 |

# I GENERAL RULES ABOUT SERVICE

## Part 6 rules about service apply generally

6.1  The rules in this Part apply to the service of documents, except where –

(a)  any other enactment, a rule in another Part, or a practice direction makes a different provision; or

(b)  the court orders otherwise.

(For service in possession claims, see Part 55).

▲

## Methods of service – general

6.2 (1) A document may be served by any of the following methods –

(a) personal service, in accordance with rule 6.4;

 (b) first class post (or an alternative service which provides for delivery on the next working day);

(c) leaving the document at a place specified in rule 6.5;

(d) through a document exchange in accordance with the relevant practice direction; or

(e) by fax or other means of electronic communication in accordance with the relevant practice direction.

(Rule 6.8 provides for the court to permit service by an alternative method)

(2) A company may be served by any method permitted under this Part as an alternative to the methods of service set out in –

(a) section 725 of the Companies Act 1985([1]) (service by leaving a document at or posting it to an authorised place);

(b) section 695 of that Act (service on overseas companies); and

(c) section 694A of that Act (service of documents on companies incorporated outside the UK and Gibraltar and having a branch in Great Britain).

## Who is to serve

6.3 (1) The court will serve a document which it has issued or prepared except where –

(a) a rule provides that a party must serve the document in question;

(b) the party on whose behalf the document is to be served notifies the court that he wishes to serve it himself;

(c) a practice direction provides otherwise;

(d) the court orders otherwise; or

(e) the court has failed to serve and has sent a notice of non-service to the party on whose behalf the document is to be served in accordance with rule 6.11.

(2) Where the court is to serve a document, it is for the court to decide which of the methods of service specified in rule 6.2 is to be used.

(3) Where a party prepares a document which is to be served by the court, that party must file a copy for the court, and for each party to be served.

## Personal service

6.4 (1) A document to be served may be served personally, except as provided in paragraphs (2) and (2A).

(2) Where a solicitor –

(a) is authorised to accept service on behalf of a party; and

(b) has notified the party serving the document in writing that he is so authorised,

a document must be served on the solicitor, unless personal service is required by an enactment, rule, practice direction or court order.

(2A) In civil proceedings by or against the Crown, as defined in rule 66.1(2), documents required to be served on the Crown may not be served personally.

(3) A document is served personally on an individual by leaving it with that individual.

(4) A document is served personally on a company or other corporation by leaving it with a person holding a senior position within the company or corporation.

(The service practice direction sets out the meaning of 'senior position')

(5) A document is served personally on a partnership where partners are being sued in the name of their firm by leaving it with –

(a) a partner; or

(b) a person who, at the time of service, has the control or management of the partnership business at its principal place of business.

## Address for service

6.5 (1) Except as provided by Section III of this Part (service out of the jurisdiction) a document must be served within the jurisdiction.

('Jurisdiction' is defined in rule 2.3)

(2) A party must give an address for service within the jurisdiction. Such address must include a full postcode, unless the court orders otherwise.

(Paragraph 2.4 of the Practice Direction to Part 16 contains provision about the content of an address for service).

(3) Where a party –

(a) does not give the business address of his solicitor as his address for service; and

(b) resides or carries on business within the jurisdiction,

he must give his residence or place of business as his address for service.

(4) Any document to be served –

(a) by first class post (or an alternative service which provides for delivery on the next working day);

(b) by leaving it at the place of service;

(c) through a document exchange; or

(d) by fax or by other means of electronic communication,

must be sent or transmitted to, or left at, the address for service given by the party to be served.

(5) Where –

(a) a solicitor is acting for the party to be served; and

(b) the document to be served is not the claim form;

the party's address for service is the business address of his solicitor.

(Rule 6.13 specifies when the business address of a defendant's solicitor may be the defendant's address for service in relation to the claim form)

(6) Where –

(a) no solicitor is acting for the party to be served; and

(b) the party has not given an address for service,

the document must be sent or transmitted to, or left at, the place shown in the following table.

(Rule 6.2(2) sets out the statutory methods of service on a company)



| *Nature of party to be served* | *Place of service* |
|---|---|
| Individual | • Usual or last known residence. |
| Proprietor of a business | • Usual or last known residence; or<br>• Place of business or last known place of business. |
| Individual who is suing or being sued in the name of a firm | • Usual or last known residence; or<br>• Principal or last known place of business of the firm. |
| Corporation incorporated in England and Wales other than a company | • Principal office of the corporation; or<br>• Any place within the jurisdiction where the corporation carries on its |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

                                               **Case No. 2:07- cv-01203 (PGR)**

                       Plaintiffs,


                vs.


SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,


                       Defendant.


---

### EXHIBIT "MJD-4"

---


This is the exhibit marked "MJD-4" referred to in the Declaration of MATTHEW JAMES DICK declared this 13ᵗʰ day of July 2007

# HAMILTON DOWNING QUINN
### ———SOLICITORS———

WALTON EDDLESTONE MA
PHILIP HAMILTON
CHARLES ILIFF MA
JAMES DAVIS LLB

RUSKIN HOUSE
40/41 MUSEUM STREET
LONDON WC1A 1LT
TEL: +44 (0)20-7831 8939
FAX: +44 (0)20-7831 8798
DX: 35717 BLOOMSBURY
E-MAIL: law@hamd.co.uk
www.hamiltondowning.com

Bristows
DX 269 LONDON (CHANCERY LANE)

Our ref:     WJ.GA71-2        Your Ref: 404/BDC/101240001                    13 June 2007

Dear Sirs

**Re:  La Société des Bains de Mer et du Cercle des Étrangers à Monaco –v- Playshare Plc and
Lucan Michael Toh and Maxwell George Wright – High Court proceedings HC07CO1489**

Thank you for your letter of 6 June.

Please note that we have served Acknowledgements of Service on behalf of all three Defendants.

Yours faithfully

**HAMILTON DOWNING QUINN**

ASSOCIATE: ALAN D TAYLOR
CONSULTANTS: ANTHONY B QUINN   MICHAEL SHONE MA   WARNER L JERRARD
INCORPORATING   JERRARD SAUNDERS DONN   ARNOLD TICKNER & CO
Singapore Representative Office: 83 Clemenceau Avenue, #13-02 UE Square, Singapore 239920
Tel: 65-6238 3508   Fax: 65-6887 3508
Regulated by the Law Society

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

**Case No. 2:07- cv-01203 (PGR)**

Plaintiffs,


vs.


SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,


Defendant.


---

**EXHIBIT "MJD-5"**

---


This is the exhibit marked "MJD-5" referred to in the Declaration of MATTHEW JAMES
DICK declared this  **13ᵗʰ**  day of July 2007

3 Lincoln's Inn Fields
London WC2A 3AA

telephone
+44 (0)20 7400 8000

facsimile
+44 (0)20 7400 8050

email
info@bristows.com

website
www.bristows.com

DX269 London
(Chancery Lane)

Our ref:    404/BDC/10124 0001

Your ref:   WJ.GA71-2

15 June 2007

# BRISTOWS

Hamilton Downing Quinn

DX 35717 Bloomsbury

**By fax: 020 7831 8798**
**Confirmation by DX**

<u>**URGENT: RESPONSE REQUIRED BY**</u>
<u>**NOON ON MONDAY 18 JUNE 2007**</u>

Dear Sirs

**La Société des Bains de Mer et du Cercle des Étrangers á Monaco v Playshare plc & Lucan Michael Toh & Maxwell George Wright (Case No. HC07 CO1489)**
**Related proceedings in the United States District Court, Southern District of New York (Case No. 07 Civ 4802) involving Mr Maxwell Wright**

We refer to the telephone conversation of 14 June 2007 between Warner Jerrard of your office and Matthew Dick of this office relating to service of US proceedings that have been commenced against, among others, your client Mr Maxwell Wright.

The address for Mr Wright listed with Companies House is incorrect. Documents relating to the US proceedings that were sent to that address have been returned to us with a note that Mr Wright no longer resides there. As you will know, Mr Wright is under an obligation to notify Companies House within 14 days of his change of address.

We note from your letter of 13 June 2007 that you have filed Acknowledgements of Service on behalf of all three Defendants in the above action before the UK Court. We also note that you represented all three Defendants in the related ICANN proceedings (Case No. D2007-0249) and, indeed, are likely to have corresponded directly with the Third Defendant, Mr Maxwell Wright, regarding the preparation of his witness statement filed in those latter proceedings.

20803317

In the circumstances, we believe that your refusal to accept service of related proceedings that have been commenced in the US against Mr Wright in relation to similar subject matter is unreasonable, and ask you to reconsider your position.

If you still refuse to accept service on behalf of Mr Wright, we will apply to the Court for an order to that effect under Part 6.8 of the Civil Procedure Rules 1998 (as amended). We consider that it is entirely unreasonable for you to refuse to accept service of the US proceedings on behalf of Mr Wright in all the circumstances, and we will draw the Court's attention to this fact, referring to the above telephone conversation and this letter, and seeking full costs of the application from you.

We look forward to hearing from you by 12 noon on Monday 18 June 2007. If we do not hear from you by this time, we have instructions to apply to the Court for the above order without further notice.

Yours faithfully

*Bristows*

Bristows

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

Case No. 2:07- cv-01203 (PGR)

Plaintiffs,


vs.


SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,


Defendant.


―――――――――――――――――――――――――

**EXHIBIT "MJD-6"**

―――――――――――――――――――――――――


This is the exhibit marked "MJD-6" referred to in the Declaration of MATTHEW JAMES
DICK declared this **13ᵗʰ** day of July 2007

20817356

## Application Notice

Chancery Division
Intellecutal Property

| **You should provide this information for listing the application** | | **Claim no.** | HC 07 C01489 |
|---|---|---|---|
| 1. How do you wish to have your application dealt with | | **Warrant no.** (if applicable) | |
|    a) at a hearing?    X | | **Claimant** | La Société des Bains de Mer et du Cercle des Étrangers á Monaco (404/BDC/10124 0001) |
|    b) at a telephone conference? ☐ | | | |
|    c) without a hearing? ☐    *complete Qs 5 and 6 below* | | **Defendant** | (1) Playshare plc (2) Lucan Michael Toh (3) Maxwell George Wright |
| 2. Give a time estimate for the hearing/conference    15 minutes | | | |
| 3. Is this agreed by all parties? ☐ Yes   X No | | **Date** | 19 June 2007 |
| 4. Give dates of any trial period or fixed trial date: | | | |
| 5. Level of judge: Master | | | |
| 6. Party to be served: Playshare plc, Lucan Michael Toh and Maxwell George Wright | | | |

**Note** You must complete Parts A **and** B, **and** Part C if applicable. Send any relevant fee and the completed application to the court with any draft order, witness statement or other evidence; and sufficient copies for service on each respondent.

### Part A

*1. Enter your full name, or name of solicitor*

I (We)[1] BRISTOWS on behalf of the Claimant

*2. State clearly what order you are seeking and if possible attach a draft*

intend to apply for an Order (a draft of which is attached) that[2] the solicitor representing the Defendants in these proceedings be compelled to accept on behalf of the Third Defendant service of documents relating to Court proceedings that have been commenced against the Thrid Defendant (amongst others) in the United States relating to similar subject matter because[3]

*3. Briefly set out why you are seeking the order. Include the material facts on which you rely, identifying any rule or statutory provision*

the residential address of the Third Defendant listed in the Register of Directors at Companies House is incorrect. Documents sent by first class post to that address have been returned to Bristows with a note that the Third Defendant no longer resides there. The solicitor representing the Defendants in these proceedings has refused to accept service of the US proceedings on behalf of his client, and would not provide an alternative address for service for the Third Defendant.



### Part B

I (We) wish to rely on: *tick one box*

~~the attached witness statement~~ ☐

~~my statement of case~~ ☐

evidence in Part C overleaf in support of my application    X

*4. If you are not already a party to the proceedings,you must provide an address for service of documents*

**Signed**



(Applicant)('s Solicitors)('s ~~Litigation friend~~)

**Position or office held** (if signing on behalf of firm or company)

SOLICITOR

Address to which documents about this claim should be sent (including reference if appropriate)[4]

| Bristows | | **If applicable** | |
|---|---|---|---|
| 3 Lincoln's Inn Fields, London | | Fax No: | 020 7400 8050 |
| Reference:   404/BDC/10124 0001 | | DX no. | 269 London (Chancery Lane) |
| Tel No: 020 7400 8000   Postcode   WC2A 3AA | | E-Mail: | |

The court office at

N244 Application Notice (4.00)

IPTO   N244 1

**Part C**                                               Claim No. | HC07 C01489 |

I(We) wish to rely on the following evidence in support of this application:

The enclosed draft Order.

---

**Statement of Truth**

(I believe)(~~The applicants believe~~) that the facts stated in this application are true

*delete as appropriate*

| Signed | | Position or office held (if signing on behalf of firm or company) | SOLICITOR |
|--------|--|--------|------|
| | (Applicant)(s` Solicitors)(`s Litigation friend) | **Date** | 19 June 2007 |

IN THE HIGH COURT OF JUSTICE                    Claim No HC07 C01489
CHANCERY DIVISION
INTELLECTUAL PROPERTY

Master Moncaster


BETWEEN:

### LA SOCIÉTÉ DES BAINS DE MER ET
### DU CERCLE DES ÉTRANGERS À MONACO
(a company incorporated under the laws
of the Principality of Monaco)

**Claimant**

and

(1) PLAYSHARE PLC
(2) LUCAN MICHAEL TOH
(3) MAXWELL GEORGE WRIGHT

**Defendants**

---

### *Draft*/ORDER FOR SERVICE BY AN
### ALTERNATIVE METHOD

---

UPON the application of the Claimant

AND UPON hearing the Advocate for the Claimant

AND UPON reading the documents marked in the Court file as having been read:

IT IS ORDERED THAT:

1.      The Defendants' solicitor, Mr Warner Jerrard of Messrs. Hamilton Downing Quinn, Ruskin House, Museum Street, London WC1A 1LT does accept service on behalf of the Third Defendant of documents relating to proceedings commenced against (amongst others) the Third Defendant in the United States District Court, Southern District of New York under Case No. 07 Civ 4802 ("the US Documents").

2.      The US Documents be served on Mr Warner Jerrard by delivering them by hand and leaving them at the address of his office, namely Messrs. Hamilton Downing Quinn, Ruskin House, Museum Street, London WC1A 1LT on Wednesday 20 June 2007.

3.      The deemed date of service of the US Documents is therefore Thursday 21 June 2007.

4.      The Costs of this application in the sum of £500 be paid by the Defendants.

20808779

**IN THE HIGH COURT OF JUSTICE**

**CHANCERY DIVISION**
**INTELLECTUAL PROPERTY**

**Claim No HC07 C01489**

**Master Moncaster**

**BETWEEN:**

**LA SOCIÉTÉ DES BAINS DE MER ET**
**DU CERCLE DES ÉTRANGERS À MONACO**
(a company incorporated under the laws
of the Principality of Monaco)
<u>Claimant</u>

-and-

(1)  PLAYSHARE PLC
(2)  LUCAN MICHAEL TOH
(3)  MAXWELL GEORGE WRIGHT
<u>Defendants</u>

---

*Draft*/**ORDER FOR SERVICE BY AN**
**ALTERNATIVE METHOD**

---

Bristows
3 Lincoln's Inn Fields
London
WC2A 3AA

Tel: 020 7400 8000
Fax: 020 7400 8050
Ref: 404/BDC/10124 0001

<u>Solicitors for the Claimant</u>

20808779

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

                               **Case No. 2:07- cv-01203 (PGR)**

               Plaintiffs,


          vs.

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,


              Defendant.

---

### EXHIBIT "MJD-7"

---


This is the exhibit marked "MJD-7" referred to in the Declaration of MATTHEW JAMES
DICK declared this **13ᵗʰ** day of July 2007

## Land Registry Direct: Register View

<div align="right">Date: 29 JUN 2007</div>

THIS IS A PRINT OF THE VIEW OF THE REGISTER OBTAINED THROUGH LAND REGISTRY
DIRECT SHOWING THE ENTRIES SUBSISTING IN THE REGISTER ON 29 JUN 2007 AT
10:46:59. THE ENTRIES SHOWN DO NOT TAKE ACCOUNT OF ANY APPLICATIONS PENDING IN
THE REGISTRY. FOR SEARCH PURPOSES, THE ABOVE DATE SHOULD BE USED AS THE SEARCH
FROM DATE.
THIS TITLE IS DEALT WITH BY TUNBRIDGE WELLS DISTRICT LAND REGISTRY.

TITLE NO: K824811
REGISTER LAST UPDATED ON : 14 APR 2003 AT 12:45:58

A: Property Register
This register describes the land and estate comprised in the title.


KENT : SHEPWAY

1. (28.09.1931) The Freehold land shown edged with red on the plan of
   the above Title filed at the Registry and being 25 Brockhill Road, Hythe,
   (CT21 4AE).

----

B: Proprietorship Register
This register specifies the class of title and identifies the owner. It
contains any entries that affect the right of disposal.

Title Absolute


1. (14.01.1980) PROPRIETOR: %GEORGE WALTER EDWARD WRIGHT% of Eastcote,
   25 Brockhill Road, Hythe, *Kent* CT21 4AE.

----

C: Charges Register
This register contains any charges and other matters that affect the land.


1. The land is subject to the covenant and such of the stipulations as are
   restrictive and run therewith and are now subsisting and capable of
   taking effect contained in a Conveyance on Sale of the land dated the
   28th of November 1925 and made between The Sandling Saltwood and Hythe
   Estate Company Limited (therein called the Company) of the one part and
   Charles Edward Sprinks (therein called the Purchaser) of the other part
   A copy of the covenant and stipulations is set out below:-

   "The Purchaser for himself his heirs executors administrators and assigns
   hereby covenants with the Company its successors and assigns owner and
   owners of the said Estate that he the Purchaser his heirs executors
   administrators and assigns owner and owners of the hereditaments hereby
   conveyed will at all times hereafter perform and observe the stipulations
   specified in the first schedule hereto but so that the Purchaser his
   heirs executors administrators and assigns respectively shall not be
   liable for any damages for any breach of this covenant after he or they
   shall have ceased to have any interest in the hereditaments hereby
   conveyed.

THE FIRST SCHEDULE
Stipulations.

1.  THE Purchaser is forthwith to make and afterwards to maintain the
boundary fences next the roads and on the side of his lot marked "T"
within the boundary.

2.  THE building line is defined on the said plan and no building is to
project beyond such line save that open porticoes or porches one storey
in height may project three feet and bay windows two feet six inches
beyond the building line.

3. THE trade of an Innkeeper Licensed Victualler or Retailer of Wines
Spirits or Beer shall not be carried on upon any part of the land.

4.  NO building shall be erected or used as a shop workshop or factory
and no trade business or manufacture shall be carried on upon any part of
the land nor shall operative machinery be placed thereon nor any hut
caravan house on wheels or other chattel adapted or to be used for a
dwelling or sleeping apartment.

5.  NOT more than one house shall be built on the land and such house
shall be constructed in a substantial manner and shall be of not less
value than One thousand pounds exclusive of land fences and stables and
all plans and elevations of buildings and of any alterations and
additions thereto shall be submitted to and approved by the Company."

NOTE:-Besides the boundary fence next the road, the South West side is
marked T within the boundary.  The building line is shown on the filed
plan.

2.  (14.04.2003) REGISTERED CHARGE dated 9 April 2003 to secure the moneys
including the further advances therein mentioned.

NOTE: The proprietor of this charge is obliged to make further advances
in accordance with the mortgage terms and conditions.

3.  (14.04.2003) Proprietor: >NATIONWIDE BUILDING SOCIETY> of Nationwide
House, Pipers Way, Swindon L SN38 1NW.

4.  (14.04.2003) The Charge Certificate relating to the charge dated 9
April 2003 in favour of Nationwide Building Society is retained in HM
Land Registry (Section 63 of the Land Registration Act 1925).

---

END OF REGISTER
NOTE 1: The date at the beginning of an entry is the date on which the entry
was made in the Register.
NOTE 2: Symbols included in register entries do not form part of the register
and are used by Land Registry for internal purposes only.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

                         **Case No. 2:07- cv-01203 (PGR)**

              Plaintiffs,


        vs.


SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,


              Defendant.


---

### EXHIBIT "MJD-8"

---


This is the exhibit marked "MJD-8" referred to in the Declaration of MATTHEW JAMES DICK declared this 13th day of July 2007

20817356

Companies House Direct



**COMPANY APPOINTMENTS**



---

**Registered No.:** 04032548
**Name:** G.W. & E. WRIGHT LIMITED

**Address:** STOURSIDE PLACE
35-41 STATION ROAD
ASHFORD
KENT TN23 1PP

---

**Company Appointments: 5 / Resignations: 2**

**Exclude**   Resignations

To view details of other appointments held, click on the appropriate underlined name.

**SMITH, JANE**
THE CEDARS
MILL ROAD ALDINGTON
ASHFORD
KENT
TN25 7AJ
**Date of Birth:** 09/04/1950
**Company Appointments: 1**

SECRETARY
**Appointed:** 25/10/2000
**Nationality:** BRITISH

**FAGG, PHILIP**
16 ALEXANDRA CORNICHE
SANDGATE
HYTHE
KENT
CT21 5RN
**Date of Birth:** 16/03/1956
**Company Appointments: 1**

DIRECTOR
**Appointed:** 06/10/2000
**Nationality:** BRITISH

**MACDONALD, JOHN**
4 CHURCHILL ROAD
CANTERBURY
KENT
CT1 3EB
**Date of Birth:** 21/09/1958
**Company Appointments: 1**

DIRECTOR
**Appointed:** 06/10/2000
**Nationality:** BRITISH

**WRIGHT, ELIZABETH ANN**
25 BROCKHILL ROAD
SALTWOOD
HYTHE
KENT
CT21 4AE
**Date of Birth:** 18/06/1944
**Company Appointments: 2**

DIRECTOR
**Appointed:** 06/10/2000
**Nationality:** BRITISH

**WRIGHT, GEORGE WALTER EDWARD**
25 BROCKHILL ROAD

DIRECTOR
**Appointed:** 12/07/2000

SALTWOOD                                          **Nationality:** BRITISH
HYTHE
KENT
CT21 4AE
**Date of Birth:** 27/06/1944
**Company Appointments:** 2

<u>**SWIFT INCORPORATIONS LIMITED**</u>              NOMINEE SECRETARY
1 MITCHELL LANE                                  **Appointed:** 12/07/2000
BRISTOL                                          **Resigned:** 12/07/2000
BS1 6BU                                          **Nationality:** BRITISH

**Company Appointments:** 0

<u>**WRIGHT, ELIZABETH ANN**</u>                     SECRETARY
25 BROCKHILL ROAD                                **Appointed:** 12/07/2000
SALTWOOD                                          **Resigned:** 25/10/2000
HYTHE                                            **Nationality:** BRITISH
KENT
CT21 4AE
**Date of Birth:** 18/06/1944
**Company Appointments:** 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,

                                        **Case No. 2:07- cv-01203 (PGR)**

                Plaintiffs,


       vs.

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,


           Defendant.


---

### EXHIBIT "MJD-9"

---


This is the exhibit marked "MJD-9" referred to in the Declaration of MATTHEW JAMES
DICK declared this ⟨13th⟩ day of July 2007

3 Lincoln's Inn Fields
London WC2A 3AA

telephone
+44 (0)20 7400 8000

facsimile
+44 (0)20 7400 8050

email
info@bristows.com

website
www.bristows.com

DX269 London
(Chancery Lane)

Our ref:    404/BDC/10124 0001

Your ref:  WJ.GA71-2

25 June 2007

# BRISTOWS

Hamilton Downing Quinn

DX 35717 Bloomsbury

**By fax: 020 7831 8798**
**Confirmation by DX (with enclosures)**

Dear Sirs

**La Société des Bains de Mer et du Cercle des Étrangers á Monaco v Playshare plc & Lucan Michael Toh & Maxwell George Wright (Case No. HC07 CO1489)**
**Related proceedings in the United States District Court, Southern District of New York (Case No. 07 Civ 4802) involving Mr Maxwell Wright & Others**

We refer to our letter of 15 June 2007 and enclose, by way of service, a copy of the application notice dated 19 June 2007 (together with draft Order) and the Order of Master Moncaster dated 20 June 2007, dismissing the application. As you will recall, this was an application under CPR r6.8 for an Order requesting that you accept service of the above US proceedings on behalf of your client Maxwell Wright. Although the Master agreed with our position, he felt unable to grant the Order sought for lack of jurisdiction.

As you are aware, the address for Maxwell Wright as listed at Companies House is incorrect. Given your inability to accept service of the US proceedings on behalf of Mr Wright, and your refusal to provide an alternative address for service for him, we are currently employing other means to obtain his current address details.

We should be grateful if you would seek instructions from Mr Wright as to whether he is willing to provide us with an alternative address for service of the US proceedings against him. His ongoing refusal to assist in this matter is resulting in further costs (both disbursements and legal fees), the full amount of which will be sought against him in the US proceedings detailed above.

Regulated by the Law Society
A list of the names of the partners in the firm is open for inspection at the above address

We also enclose, for information purposes only, copies of certificates dated 22 June 2007 issued by the Foreign Process Section of the High Court confirming service of the above US proceedings on Playshare plc, Grand Monaco Ltd, Gamshare (UK) Ltd and Lucan Michael Toh.

We look forward to hearing from you as a matter of urgency with an alternative address for service for Mr Wright.

Yours faithfully

*Bristows*

Bristows

Enc.