UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLAYSHARE PLC, LUCAN TOH, MAX WRIGHT,

          Plaintiffs,

    vs.

SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ECF Case**

Case No.  08 Civ. 2778 (DAB)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert L. Raskopf of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of defendant Société des Bains de Mer et du Cercle des Etrangers à Monaco in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       April 21, 2008

          By:  s/ Robert L. Raksopf
              Robert L. Raskopf
              Quinn Emanuel Urquhart Oliver & Hedges LLP
              51 Madison Avenue, 22nd Floor
              New York, New York  10010
              Tel:   (212) 849–7000
              Fax:  (212) 849–7100
              Email: *robertraskopf@quinnemanuel.com*

              *Attorney for Defendant Société des Bains de Mer et du Cercle des Etrangers à Monaco*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2008, I served a copy of Robert L. Raskopf's Notice of Appearance on the attorneys for the Plaintiffs, as designated below, by ECF Filing as follows:

> Cynthia Dawn Beck
> SCHMEISER OLSEN & WATTS LLP
> 18 E University Dr.
> Suite 101
> Mesa, AZ 85201
> 480 655 0073
> Fax: 480 655 9536
> Email: cbeck@iplawusa.com

I hereby certify that on the 21st day of April, 2008, I served a copy of Robert L. Raskopf's Notice of Appearance on the attorneys for the Plaintiffs, as designated below, by electronic and U.S. mail:

> Jonathan E. Moskin
> Michelle Dean
> WHITE & CASE LLP
> 1155 Avenue of the Americas
> New York, New York 10036
> Email: jmoskin@ny.whitecase.com
>         mdean@ny.whitecase.com

> s/ Lori E. Weiss
> Lori E. Weiss
> QUINN EMANUEL URQUHART
> OLIVER & HEDGES, LLP
> 51 Madison Avenue, 22nd Floor
> New York, New York  10010