UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| PLAYSHARE PLC, LUCAN TOH, MAX WRIGHT, | : |
| Plaintiffs, | : **ECF Case** |
| vs. | : Case No. 08 Civ. 2778 (DAB) |
| | : |
| SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lori E. Weiss of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of defendant Société des Bains de Mer et du Cercle des Etrangers à Monaco in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
April 21, 2008

By:  s/ Lori E. Weiss
Lori E. Weiss
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Tel:   (212) 849–7000
Fax:   (212) 849–7100
Email: *loriweiss@quinnemanuel.com*

*Attorney for Defendant Société des Bains de Mer et du Cercle des Etrangers à Monaco*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2008, I served a copy of Lori E. Weiss' Notice of Appearance on the attorneys for the Plaintiffs, as designated below, by ECF Filing as follows:

>Cynthia Dawn Beck
>SCHMEISER OLSEN & WATTS LLP
>18 E University Dr.
>Suite 101
>Mesa, AZ 85201
>Email: cbeck@iplawusa.com

I hereby certify that on the 21st day of April, 2008, I served a copy of Lori E. Weiss' Notice of Appearance on the attorneys for the Plaintiffs, as designated below, by electronic and U.S. mail:

>Jonathan E. Moskin
>Michelle Dean
>WHITE & CASE LLP
>1155 Avenue of the Americas
>New York, New York 10036
>Email: jmoskin@ny.whitecase.com
>         mdean@ny.whitecase.com

>    s/ Lori E. Weiss
>Lori E. Weiss
>QUINN EMANUEL URQUHART
>OLIVER & HEDGES, LLP
>51 Madison Avenue, 22nd Floor
>New York, New York  10010